**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

| | |
|---|---|
| **CHAMBERS OF**<br>**ANDRE M. DAVIS**<br>**UNITED STATES DISTRICT JUDGE** | **U.S. COURTHOUSE**<br>**101 W. LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-0801**<br>**FAX (410) 962-0820**<br>**MDDAMDChambers@mdd.uscourts.gov** |

August 21, 2008

MEMORANDUM TO COUNSEL RE:

USA v. Mitchell, Harris, Martin, and Gardner
Criminal No. AMD 04-0029

    In anticipation of tomorrow's motions hearing/pre-trial conference, I write to give you advance notice of the dates that I will propose to be in session starting September 15, 2008, a total of 36 days. Obviously, this proposed schedule is subject to change based on the unforeseen exigencies that, though unforeseen, are inevitable.

    I highlight the following: (1) we will not sit at all during the week of October 20 (this will give all a break and permit counsel to attend to other matters); (2) we will have two Friday sessions: November 7 and November 13; and (3) we will start late and end early on November 4.[*] Please be prepared to comment on this proposal. I look forward to seeing you tomorrow.

Trial sessions (generally starting at 9:30 and ending at or about 5:00 p.m.)

Jury Selection:    Monday, September 15

Opening Statements:   September 16

Commence Evidence:   September 17 (starting at 10:30 a.m.)

Trial days:
September 22, 23, 24;
September 29, 30, October 1;
October 6, 7, 8, 9;
October 14, 15, 16;
October 27, 28, 29;
November 3, 4, 5, 6, 7;
November 10, 12, 13;
November 19, 20, 21;
November 24, 25;
December 1, 2, 3, 4    .

Very truly yours,

/s/

Andre M. Davis
United States District Judge

AMD:tt

---

[*] October 13 and November 11 are Federal Holidays. Certain religious observances will also come into play.