# COBURN & COFFMAN PLLC

1244 19th Street, NW
Washington, DC 200306
202-657-4490 T
866-561-9712 F
Skype: COBURN.COFFMAN
www.cclegal.us

BARRY COBURN
Admitted in MD, DC & VA
202-470-6706
barry@cclegal.us

JEFFREY COFFMAN
Admitted in DC & VA
202-470-0941
jeff@cclegal.us

September 14, 2008

The Honorable Andre M. Davis
United States District Judge
U.S. Courthouse
101 West Lombard Street
Baltimore, MD  21201

   Re: *United States v. Mitchell, et al., Case Number 1:04-cr-0029-AMD*

  We apologize for bothering the Court on the Sunday night before trial.  We respectfully request that the Court consider two additional voir dire questions relating to potential juror bias:

1. **Do you have an opinion as to whether the lawyers on one side of this case are more credible than the lawyers on the other side?**

2. **Do you have an opinion as to whether the lawyers on one side of the case have more personal knowledge of the true facts at issue than the lawyers on the other side?**

Respectfully submitted,

/s/

Adam Kurland

Barry Coburn