**ROSENBERG | MARTIN | GREENBERG, LLP**

25 South Charles Street, Suite 2115  Baltimore, Maryland 21201-3305  T 410.727.6600  F 410. 727.1115  rosenbergmartin.com

Gerard P. Martin  
(410) 547-8764

gmartin@rosenbergmartin.com

September 15, 2008

**BY HAND DELIVERY & ECF**

Honorable Andre M. Davis  
United States District Court  
   for the District of Maryland  
101 West Lombard Street  
Baltimore, Maryland 21201

      Re:   *United States v. Willie Mitchell, et al.*  
             Criminal No. AMD-04-029

Dear Judge Davis:

    Mr. Shelton Harris respectfully requests that the Court consider an additional line of voir dire questioning relating to "Stop Snitching":

1. **Has any member of the jury panel:**

    (a) **Seen or have knowledge of recent DVD's referred to as "Stop Snitching" and/or "Stop Snitching 2"?**

2. **If so, does any member of the jury panel:**

    (a) Have any biases or prejudices, or hold any particular view, regarding the "Stop Snitching" DVDs that would prevent them from impartially deciding this case solely based on the evidence presented.

    (b) Have any biases or prejudices, or hold any particular view, regarding any alleged purpose behind the "Stop Snitching" DVDs other than profit.

    (c) Believe that individuals who may have been featured in or participated in the production of "Stop Snitching" condone violence or are more likely to engage in violence themselves?



CELEBRATING  
**20** *years*  
OF EXCELLENCE

Honorable Andre M. Davis
September 15, 2008
Page 2

Very truly yours,

/s/

Gerard P. Martin

GPM/camb
Cc:  All Counsel

286322.01