# COBURN & COFFMAN PLLC

1244 19th Street, NW
Washington, DC 200306
202-657-4490 **T**
866-561-9712 **F**
Skype: COBURN.COFFMAN
**www.cclegal.us**

BARRY COBURN
Admitted in MD, DC & VA
202-470-6706
barry@cclegal.us

JEFFREY COFFMAN
Admitted in DC & VA
202-470-0941
jeff@cclegal.us

October 1, 2008

The Honorable Andre M. Davis
United States District Judge
U.S. Courthouse
101 West Lombard Street
Baltimore, MD  21201

> Re:     *United States v. Mitchell, et al., Case Number 1:04-cr-0029-AMD*

Dear Judge Davis:

There is a small point relating to the expected testimony today from Corporal George Wooden that I wanted to bring to the Court's attention.  In his testimony at our motions hearing in 2005, Corporal Wooden made the point that the seizure of drugs from Gardner and Martin on Interstate 95 was "large," and that is why he, who had been deputized by the Drug Enforcement Administration, became involved in the investigation.  We would respectfully object to any statement by Corporal Wooden to the jury of his subjective view of the size of the seizure, and request that the government advise him before his testimony that he should not state any such impression.  Of course, there is no objection to his stating, objectively, the weight of the seized drugs.

Respectfully submitted,

Barry Coburn

cc:     All counsel of record, via ECF