- ' -

**'08** [2]  20:11; 21:20

- 0 -

**04-00029** [1]  1:5

- 1 -

**10** [2]  4:15;  15:3
**100** [1]  6:9
**12** [1]  21:10
**17th** [2]  12:5; 13:17
**1999** [1]  25:2

- 2 -

**20** [1]  5:11
**2002** [1]  10:7
**2007** [5]  1:7; 12:5, 6, 7;  13:19
**2008** [1]  20:22
**22** [2]  17:12; 24:21
**23** [1]  17:12
**24** [1]  1:7
**25** [1]  12:7
**28** [1]  13:19
**28th** [2]  12:6; 13:16

- 3 -

**302's** [1]  9:13

- 6 -

**6's** [1]  9:13
**6th** [1]  10:6

- A -

**able** [3]  18:20; 21:6, 21
**about** [21]  6:3, 23, 25; 7:9; 8:8; 11:9, 11, 17; 12:2, 24;  14:5; 16:10, 22;  17:3, 4, 5, 25;  20:4; 21:10;  22:2; 23:3
**above-captioned** [1]  12:16
**above-entitled** [1]  26:7
**absent** [1]  6:6
**absolutely** [5] 9:19;  24:2, 24; 25:17, 22
**abundance** [1] 7:8
**academic** [2] 20:13; 21:2
**accept** [1]  9:19
**accepted** [1] 15:13
**achieve** [1]  4:21
**act** [1]  5:11
**active** [2]  10:13, 18
**actual** [1]  10:20
**actually** [5] 16:22;  17:7; 20:8; 22:2, 13
**adam** [1]  1:21
**add** [4]  3:18; 8:24;  17:18; 18:6
**additional** [1] 2:5
**adjourned** [1] 26:3
**advisable** [2] 4:5, 14
**after** [1]  21:3
**again** [9]  8:25; 15:5, 14, 24; 19:5;  20:15; 23:23, 24
**against** [7]  8:6; 14:15;  16:4, 5, 11;  20:7, 10
**ago** [6]  4:8; 6:12; 7:25; 10:1; 11:5; 24:21
**agree** [2]  15:19, 24
**agreed** [1]  20:9
**agreement** [8] 7:6, 16;  8:4; 9:1;  11:12; 14:22; 15:17, 21
**al** [1]  1:7
**alert** [2]  13:10; 25:13
**all** [29]  3:7, 10, 18, 19;  5:7; 8:14;  9:20; 10:23;  14:2, 3; 15:11;  16:5; 18:12, 23, 24; 20:2, 13;  21:12; 22:6;  23:15, 25; 24:10, 14, 17, 18, 24;  25:6, 10; 26:2
**alluded** [1]  17:9
**along** [1]  6:1
**already** [5]  4:18; 5:4;  18:17; 20:25; 25:11
**also** [6]  8:11; 9:3;  11:17;  17:5, 11;  24:12
**always** [1]  4:19
**am** [1]  25:20
**america** [1]  1:3
**among** [2]  2:17; 21:5
**andre** [1]  1:11
**answer** [2]  9:11, 15
**anticipated** [1] 25:18
**anybody** [2] 18:2;  22:20
**anyone** [1]  9:21
**anything** [7] 11:9;  18:6, 9; 21:3;  23:19, 21; 24:11
**apparent** [1] 2:19
**apparently** [1] 10:1
**appearance** [1] 18:15
**appearances** [1] 1:13
**appears** [6]  2:3; 3:25;  4:15, 20; 6:10;  11:22
**application** [1] 5:12
**appoint** [1]  22:7
**approach** [1] 16:17
**appropriate** [3] 4:5;  5:16;  19:8
**approximately** [2] 8:11;  17:12
**april** [1]  21:8
**apropos** [1]  19:1
**are** [10]  2:6; 11:3;  12:3, 24; 15:11;  18:20; 19:8;  20:25; 24:7, 8
**arose** [2]  2:19; 3:6
**arrest** [1]  2:20
**ask** [3]  20:22, 23;  22:9
**asked** [6]  5:4, 21;  9:12;  10:8; 18:19;  24:19
**asking** [6]  23:14, 15, 16, 18;  24:14
**assistance** [3] 5:12, 17;  11:15
**associate** [3] 7:23, 24;  19:22
**assume** [4]  9:18; 11:21;  18:24; 25:10
**assumed** [2] 10:2;  11:23
**assuming** [1] 9:18
**assumption** [1] 6:3

28

**assure** [2]  24:3
**attempted** [1] 2:17
**attention** [1] 2:11
**attorney** [3] 6:11; 8:12, 13
**attorneys** [2] 6:12; 25:8
**ausa** [2]  1:15
**available** [1] 4:24
**avoiding** [1] 22:10
**awaiting** [1] 15:18
**aware** [4]  2:6, 21; 7:21; 22:24
**away** [1]  21:4
**awful** [1]  5:4

- B -

**back** [5]  8:9; 20:15, 17; 23:11, 12
**back-to-back** [1] 21:22
**backwards** [1] 4:24
**ballpark** [1] 20:17
**baltimore** [1] 10:5
**banker** [2]  5:13, 17
**bar** [1]  15:11
**barry** [1]  1:21
**based** [1]  6:2
**basically** [3] 8:14;   20:18; 24:16
**be** [40]   2:2; 3:13, 23; 4:5, 17; 5:5;  6:22; 7:19; 8:3;   10:2, 11; 11:22;     14:7; 15:5,  6,  16; 16:14,  15,  21; 17:21, 22;  19:5, 6, 14, 17;  20:1, 3, 5, 10, 14; 21:1, 12, 21; 22:17, 19; 23:6, 14; 24:2; 25:9, 25
**bears** [1]  6:16
**because** [13] 4:22;  7:8, 14; 8:3, 7; 14:16, 21; 15:25;  20:11, 14; 21:5, 6; 23:3
**become** [1]  5:13
**been** [10]   3:8, 20; 5:19, 20, 21; 7:3, 15;  11:21; 19:9; 22:5
**before** [7]  1:11; 9:12;    12:13; 13:14;    20:24; 21:19; 22:15
**behalf** [3]  1:14, 17; 3:11
**being** [1]  17:24
**believe** [3]  3:7, 10; 19:3
**believes** [1]  7:22
**benefits** [6]  6:8; 7:19;   8:3,  21; 14:21; 15:20
**bent** [1]  4:23
**best** [4]   15:3; 19:3;     20:12; 21:13
**better** [2]  19:21; 23:25
**between** [1]  3:9
**beyond** [1]  22:4
**bit** [1]  7:14
**blatant** [1]  15:16
**booked** [1]  20:25
**bore** [1]  7:9
**both** [1]  14:4
**bounds** [1]  19:13
**brief** [1]  13:9
**briefly** [1]  17:18
**brought** [3]  2:11; 5:19, 20

**by** [23]    1:23; 6:7, 8, 20; 7:23, 24;  8:1, 12, 20, 21;    10:3, 6; 11:7;  12:17, 20; 14:21;     20:7; 23:16;  24:4, 14, 16, 19

- C -

**calendar** [1]  21:3
**calendared** [1] 4:15
**calendars** [1] 20:10
**call** [13]  6:6, 7; 7:19; 8:20; 12:8, 19, 23;   14:11; 16:1,   10,   11; 17:23; 24:5
**called** [3]  6:22; 8:6; 11:22
**calling** [6]  6:24; 8:2, 17, 18; 13:4; 14:21
**camera** [1]  24:3
**can** [19]   3:18; 5:10;   8:2,   17; 14:3;    16:24; 19:2,  14,  22; 20:7, 16; 21:4, 7, 13;   22:15,  23; 23:13, 21; 25:16
**can't** [3]  16:14; 20:23; 22:4
**canceled** [1] 18:14
**cannot** [3]  3:1, 15; 14:19
**capital** [3]  15:2, 4; 16:13
**careful** [1]  15:14
**case** [45]   2:4, 22; 3:1; 4:2, 7, 9, 12, 16; 5:1, 6, 20, 21; 6:7, 22; 7:2, 4, 21, 25; 8:4, 6, 19; 12:16; 15:2, 4; 16:6, 8, 13, 20;   17:24; 18:13, 24;   19:3, 5, 17, 19; 21:19, 23; 22:2; 24:14, 20, 21, 22; 25:3, 23
**caution** [1]  7:8
**cell** [1]  17:4
**certainly** [1] 4:25
**certify** [1]  26:6
**chance** [1]  19:21
**characterization** [1]  9:20
**chasanow** [1] 21:19
**choose** [1]  25:10
**chronologically** [1]  24:8
**circumstances** [6]  3:2, 4;  4:4, 13; 20:5; 25:24
**cited** [1]  6:20
**city** [1]  4:21
**cja** [1]  23:10
**claimed** [1] 13:23
**claims** [1]  15:10
**clarified** [1] 14:10
**clarify** [1]  14:10
**clear** [8]   9:15; 11:24;   12:9, 18, 20;   15:16; 16:14; 20:10
**clearly** [2]  4:10; 12:14
**client** [2]  14:16; 19:4
**close** [1]  19:10
**cm** [1]  26:6
**cmr** [1]  1:24
**co-counsel** [2] 3:11; 4:25
**co-defendant** [2] 22:1
**coburn** [9]  1:21; 7:7; 9:25;   11:5;

29

**coin** [1] 5:13
**colleagues** [1] 21:5
**come** [1] 5:6
**comments** [1] 19:2
**committed** [1] 21:9
**communications** [1] 19:8
**complete** [2] 12:22; 22:14
**completely** [6] 6:2; 7:11, 18; 8:19; 14:15, 20
**concern** [1] 25:7
**concerned** [1] 12:24
**conduct** [1] 2:13
**conference** [1] 18:13
**conferred** [1] 4:18
**conferring** [1] 21:4
**confidential** [1] 2:15
**conflict** [17] 2:7, 19; 3:17; 8:22; 11:7, 25; 12:15, 25; 13:23, 25; 14:1, 14; 15:16, 21; 25:8, 18
**conflicts** [2] 22:10; 25:14
**connection** [1] 2:10
**conscience** [1] 20:23
**consider** [1] 13:23
**consideration** [1] 21:15
**considered** [1] 4:4
**conspiracy** [1] 16:3
**constituted** [1] 14:13
**consult** [1] 22:9
**consultation** [2] 2:12; 13:20
**contain** [1] 6:17
**continue** [4] 3:1, 15; 4:3, 5
**continued** [2] 4:17; 18:13
**control** [1] 25:17
**conversant** [1] 16:20
**conversation** [5] 8:8, 15; 14:12; 17:5, 6
**cooperate** [1] 11:15
**cooperation** [1] 15:20
**cooperator** [3] 7:15, 16; 14:22
**cooperators** [1] 13:7
**coordinator** [1] 23:10
**copy** [1] 10:1
**correct** [4] 11:13; 20:12; 25:21; 26:6
**correspondence** [1] 3:8
**could** [6] 15:15; 20:8, 19; 25:14, 18
**couldn't** [2] 15:19, 24
**counsel** [28] 2:3, 6, 8, 13, 14; 3:7, 8, 10, 15; 4:8, 19, 23; 5:6; 9:15, 16, 17; 15:11; 16:15; 18:9, 18; 20:6, 22; 22:8, 22
**county** [1] 10:5
**couple** [2] 2:20; 17:18
**course** [6] 4:22; 6:13; 9:11; 16:4; 20:3; 21:13
**court** [83] 1:1, 25; 2:2, 12, 14, 16, 21, 25; 3:11, 19, 21; 4:11; 5:25; 6:13; 9:8, 11, 23; 10:3, 15, 17, 21; 11:9, 12, 15, 19; 12:1, 8, 12, 17, 20, 22; 13:2, 9, 11, 13, 15, 22; 14:2, 3, 23, 25; 15:7, 12, 24; 16:17; 17:8, 16, 25; 18:4, 6, 9, 12, 15, 22; 19:8, 11, 23; 20:2, 19, 21; 21:14, 16, 20, 23; 22:6, 7, 9, 11, 19, 25; 23:8; 24:2, 7, 13; 25:6, 10, 12, 13, 16, 22; 26:2, 10
**court's** [4] 4:1; 6:13; 13:24; 21:14
**court-appointed** [1] 2:13
**covered** [1] 17:11
**criminal** [1] 1:4
**critical** [2] 16:25; 17:22
**cross-examination** [3] 8:12; 17:8, 11
**crossed** [1] 15:5
**crowe** [1] 1:20
**cure** [4] 3:14; 13:4; 15:19, 21

- D -

**damage** [1] 8:18
**dare** [1] 21:9
**darius** [1] 11:18
**date** [3] 21:2, 18; 26:10
**date's** [1] 19:25
**dated** [2] 10:4, 6
**davis** [1] 1:11
**day** [1] 21:3
**dean** [6] 19:7, 11, 13, 14, 22
**dean's** [1] 20:17
**death** [3] 15:5; 21:19; 22:2
**deciding** [2] 6:7; 8:20
**decision** [2] 6:1; 13:14
**decision-making** [1] 13:24
**declined** [1] 2:23
**defendant** [3] 14:15; 16:5; 18:21
**defendants** [4] 1:8, 17; 6:23; 16:5
**defense** [8] 8:12, 13; 9:14, 16, 17; 16:15; 17:21, 22
**deliver** [1] 9:13
**denied** [3] 7:19; 8:3; 10:24
**denies** [3] 6:7; 8:20; 10:24
**deny** [1] 14:20
**deprive** [1] 15:20
**detail** [3] 10:10; 16:22; 17:2
**details** [1] 17:20
**detective** [2] 10:6, 17
**didn't** [4] 12:12; 13:2, 3; 24:19
**different** [6] 7:14; 9:5; 13:11; 15:5; 25:23, 24
**difficult** [1] 23:6
**difficulty** [2] 3:14; 4:22
**direct** [2] 17:10, 23

16:16, 17, 18; 17:10, 16

30

1  directly [1] 7:24
   disagree [2]
2  12:1; 15:25
   discharging [1]
3  4:1
   disclose [1]
4  25:10
   disclosed [1]
5  14:2
   discussion [2]
6  2:24; 15:2
   disqualified [1]
7  25:25
   distance [1] 4:20
8  distinguished [1]
   15:11
9  distribution [1]
   24:23
10 district [4] 1:1,
   2, 12; 4:21
11 division [1] 1:2
   does [5] 10:12;
12 11:7; 20:19;
   24:4; 25:10
13 doesn't [4] 6:23;
   8:4; 14:22
14 doing [1] 4:11
   done [4] 19:14;
15 20:13; 25:11, 18
   dotted [1] 15:6
16 doubt [1] 6:5
   down [1] 23:21
17 duty [1] 5:14

   ─── - E - ───

19 e [1] 10:9
   each [1] 24:18
20 early [2] 3:4;
   21:1
21 effort [1] 3:14
   eight [1] 21:22
22 either [2] 8:23;
   15:24
23 eliminate [1]
   17:23
24 else [4] 14:8;
   18:2; 20:16;
25 22:20

emerged [1] 2:7
employer [1] 5:4
encountered [1]
2:4
enough [1] 6:24
enter [2] 4:1;
18:15
entirely [1] 2:21
erroneous [1]
6:2
eschew [1] 8:17
esquire [8] 1:18,
19, 20, 21
et [1] 1:7
even [2] 7:15;
9:18
event [2] 14:19;
21:2
events [1] 9:4
ever [4] 7:3;
22:19, 21; 24:10
every [1] 22:24
everything [2]
5:2; 20:16
evidence [5]
15:4; 16:4, 5, 11,
13
exact [2] 24:5,
11
exactly [3] 16:7,
20; 25:12
examination [1]
17:10
excellent [1]
22:11
exchange [1] 3:8
excuse [1] 12:9
execution [1]
10:20
exercised [1]
2:24
exhibit [4]
22:15, 18; 23:3,
5
exhibits [3]
23:8, 18; 24:15
explore [1] 2:18
exploring [1]
12:24

extensive [1]
14:5
extent [2] 3:20;
19:17

   ─── - F - ───

fact [3] 6:2;
10:12, 22
facts [2] 7:6;
13:10
fail [1] 24:19
failed [1] 7:19
fairly [1] 19:9
fall [1] 13:25
familiar [1] 10:8
far [2] 2:20; 6:1
fashion [1] 24:18
fault [2] 5:15
federal [2] 7:2;
21:5
file [2] 3:20, 21
filing [1] 5:8
final [1] 10:11
find [3] 4:19;
5:6, 15
finding [1] 5:15
fine [1] 15:1
firm [1] 7:23
first [6] 10:7;
20:21; 21:4;
23:4; 25:10
fit [1] 16:20
five [3] 12:10;
22:2; 24:22
flexible [1] 19:9
focrr [1] 1:24
foregoing [1]
26:6
fortuitous [1]
2:21
fortuity [1] 25:22
foundation [1]
16:6
fountain [1] 23:9
four [1] 21:22
four-month [2]
20:11; 21:18

frankly [2]
25:16, 23
friendship [1]
19:12
from [32] 3:23;
4:2, 20, 21; 5:10;
6:11; 7:11; 8:2,
17, 18; 9:5;
10:3; 13:11, 14,
15, 17, 19; 15:7,
8, 15; 18:9;
19:8, 16, 20;
20:18, 21; 22:13;
23:17; 25:2;
26:6
full [2] 10:7;
17:20
fully [2] 4:9;
13:9
further [3] 3:24;
4:2; 20:9
future [1] 25:14

   ─── - G - ───

gardner [5] 4:7,
14, 25; 8:7;
10:12
gardner's [5]
6:11, 12; 14:6;
16:2, 9
garner's [1] 17:3
gave [5] 7:4;
9:3; 11:1, 16;
16:1
generally [1]
18:13
gerard [1] 1:19
get [6] 19:22,
24; 20:13; 21:4,
7; 23:17
getting [1] 17:2
giglio [6] 6:15,
16; 9:6, 18, 25;
11:3
give [4] 21:13;
22:25; 25:14
giving [1] 24:19
glad [1] 3:23

31

**go** [7] 4:20; 9:9; 19:20; 20:14, 17; 21:21, 23
**goes** [3] 10:10; 17:11; 23:12
**going** [24] 3:25; 4:1, 16, 20; 6:22; 9:12; 10:2; 11:21; 13:17, 22; 17:20; 19:17, 20, 23, 25; 22:3, 7, 12, 19, 21; 24:8
**goo** [1] 10:8
**good** [3] 2:2, 3; 20:23
**got** [3] 10:1; 15:13; 20:21
**gotten** [2] 5:25; 24:18
**government** [48] 3:9; 6:17, 18; 7:1, 3, 5, 7, 9, 11, 13, 15, 16, 17, 19, 21, 22; 8:2, 5, 9, 17; 9:1, 2, 5, 17; 10:2; 11:17, 22, 24; 12:23; 13:5, 6, 7, 11, 14, 16, 18, 19; 14:2, 20; 15:8, 18; 17:22; 18:2; 21:9; 22:24; 24:5; 25:11
**government's** [8] 3:14, 16; 6:3; 8:19; 11:6; 13:8; 16:7; 24:14
**grand** [5] 7:2; 9:1, 13; 11:19, 20
**grave** [2] 3:6; 15:9
**guess** [2] 20:25; 24:1
**guide** [1] 13:24
**guidelines** [1] 5:12
**guy** [4] 6:20, 21; 8:1; 10:2

- H -

**h** [1] 1:21
**had** [13] 3:3; 6:25; 7:8, 12, 16; 8:8; 13:13, 22; 14:16; 15:3; 25:1, 8, 16
**half** [4] 5:7; 6:12; 10:1; 11:5
**halloween** [1] 20:8
**handgun** [1] 24:24
**hanlon** [2] 1:15; 3:22
**hanlon's** [1] 3:22
**happen** [6] 3:25; 4:16; 5:2; 23:23, 24
**happened** [1] 6:10
**happy** [2] 23:2; 25:4
**hard** [2] 4:19; 18:17
**harding** [49] 1:15; 3:22, 23; 5:10, 24, 25; 6:6, 7, 14; 8:20; 9:9, 21, 24; 10:5, 16, 19, 22; 11:11, 14, 16, 20; 12:2, 4, 8, 11, 14, 19, 21; 13:1, 8, 22; 14:9, 24, 25; 15:23; 17:8; 22:6, 7, 12, 18, 23; 23:2; 24:1, 4, 12; 25:4, 7, 13; 26:1
**hardly** [1] 3:18
**harmless** [1] 20:22
**harris** [7] 2:9; 3:7, 12, 15; 4:6; 16:12; 20:6
**having** [1] 13:20
**he** [37] 5:1; 6:22; 7:8, 12, 15, 18, 21, 23; 8:1, 3, 4, 6, 8, 10, 14; 9:2, 3; 10:8, 9, 10, 12, 15, 24; 11:1, 16, 20, 21; 12:24; 14:19, 21; 15:10; 16:20, 25; 17:5, 12
**he's** [5] 7:15, 16, 22; 14:19, 22
**hear** [4] 3:23; 5:10; 13:17; 20:21
**heard** [4] 13:19; 15:4; 16:15; 24:10
**hearing** [4] 1:10; 13:14, 15; 25:1
**hearings** [2] 16:4; 25:2
**held** [1] 22:20
**help** [1] 23:4
**helpful** [1] 20:14
**her** [4] 20:4; 22:9; 23:11, 22
**here** [5] 5:16; 6:10; 16:2; 19:2; 21:7
**hereby** [1] 26:6
**hierarchy** [1] 19:18
**him** [12] 5:4; 6:24; 7:20; 8:2, 17, 18, 20; 14:20, 21; 17:23, 24
**himself** [1] 4:24
**his** [14] 2:16, 24; 5:4; 8:25; 9:3, 7; 10:23, 24; 11:2; 15:12, 20; 17:3, 4, 11
**hit** [1] 5:22
**hold** [2] 20:22, 23
**holly** [1] 10:12
**honor** [17] 6:9; 8:22; 11:6; 12:4, 11, 21; 16:16, 19, 25; 17:15; 18:7, 11, 21; 21:17; 25:5, 21; 26:1
**honorable** [1] 1:11
**hope** [5] 5:1; 20:7, 9, 10
**hoping** [1] 21:6
**hours** [1] 16:4
**how** [10] 9:14, 16, 17, 20; 16:20; 19:24; 20:3, 4; 21:23; 24:17
**howard** [1] 5:4
**however** [1] 8:2
**humanly** [1] 5:2
**hysterical** [1] 15:10

- I -

**i'll** [2] 3:23; 5:10
**i'm** [28] 5:25; 9:12, 23; 11:11; 12:1, 5, 6, 8; 14:1; 16:19; 17:3; 19:23; 21:6; 22:21, 24; 23:2, 3, 14, 15, 16, 18, 25; 24:9, 14; 25:4
**i's** [1] 15:6
**i've** [3] 24:18, 19, 20
**idea** [4] 13:13, 22; 20:2, 4
**identified** [4] 7:3; 10:23; 12:14; 20:8

32

**identify** [2] 8:15; 18:18
**identifying** [1] 13:6
**ill** [1] 2:4
**imagination** [1] 11:8
**impacts** [1] 19:21
**importance** [2] 19:15, 19
**important** [2] 7:13; 9:5
**impossible** [2] 18:23, 24
**in-person** [1] 17:6
**inaccurate** [1] 14:20
**incident** [1] 14:17
**included** [1] 6:14
**including** [1] 6:16
**inconsistent** [3] 6:18; 7:12; 11:1
**incorrect** [3] 6:9; 8:19; 13:5
**indication** [2] 9:2; 15:7
**indictment** [1] 5:8
**indisputably** [1] 3:6
**individuals** [1] 13:6
**information** [10] 6:16, 18, 23, 25; 9:10; 11:16; 14:5; 21:13; 23:9, 13
**insofar** [1] 3:16
**instances** [1] 2:7
**instruction** [1] 6:13
**intended** [1] 6:19
**intends** [1] 24:5
**intent** [1] 13:9

**interest** [8] 2:7; 8:23; 11:7, 25; 12:15; 14:14; 19:3; 22:10
**interested** [2] 4:11; 14:17
**interview** [1] 2:18
**interviews** [1] 7:5
**into** [10] 2:13; 5:6, 11, 19, 20, 21; 16:20; 17:2, 20
**investigation** [1] 2:13
**involving** [4] 2:8, 10; 3:6
**irrelevant** [1] 14:16
**issue** [6] 13:10; 14:13, 18; 15:1, 2; 17:24
**issues** [1] 2:18
**it's** [20] 5:16; 7:18; 8:19; 10:5, 6; 16:7; 17:10, 22; 18:23, 24; 19:10, 18, 21; 20:16; 21:25; 22:1, 4, 19; 24:22, 24
**its** [1] 11:24
**itself** [1] 18:8

**- J -**

**jacqueline** [3] 1:24; 26:6, 10
**james** [1] 1:20
**january** [1] 21:19
**jencks** [1] 6:14
**jermaine** [7] 6:21; 7:10, 14; 8:25; 14:11; 16:24; 17:20
**johnson** [15] 6:21; 7:10, 14; 10:8, 12, 16, 18, 22; 14:5, 6, 11, 23; 16:24; 17:20; 18:1
**johnson's** [1] 8:25
**jones** [3] 8:10; 9:4; 10:14
**joshua** [1] 1:19
**judge** [8] 1:12; 13:8; 14:9; 15:23; 17:18; 18:5; 19:1; 21:19
**judgment** [1] 2:25
**july** [3] 1:7; 12:5, 6
**june** [4] 12:6, 7; 13:16, 19
**jury** [5] 7:2; 9:1; 11:19, 20
**justice** [1] 5:8

**- K -**

**k** [1] 1:18
**keep** [1] 5:18
**kemp** [4] 2:16, 17, 23, 24
**kemp's** [1] 3:4
**kind** [1] 19:8
**knew** [1] 9:11
**know** [24] 9:15, 16, 18; 10:12; 13:2, 3; 14:8; 16:22; 17:15; 18:23; 19:6, 7, 14, 16; 20:3, 11, 20; 21:24; 22:4; 23:3, 10; 24:7, 21, 23
**knowledge** [1] 25:15
**knows** [1] 23:11
**kurland** [19] 1:21; 4:23; 5:1; 7:8; 9:25; 11:5; 16:22; 17:17, 18; 18:3, 4, 5, 19, 23; 19:1, 13; 20:14; 21:12, 14

**- L -**

**l** [1] 1:20
**label** [1] 9:10
**labeled** [1] 9:8
**labor** [1] 21:3
**last** [4] 2:6, 20; 15:3; 22:3
**latest** [1] 23:17
**laura** [1] 1:18
**law** [2] 5:5; 19:9
**leading** [1] 9:4
**lectern** [1] 18:20
**legal** [2] 14:18; 15:14
**let** [3] 17:14; 20:19, 20
**letter** [12] 3:11, 17; 6:2; 11:24; 12:2, 3, 4, 7; 13:9, 16, 20; 14:4
**letters** [1] 3:19
**like** [5] 20:16; 22:13; 23:17, 19; 24:21
**likely** [3] 5:8; 13:6; 21:23
**likewise** [1] 21:9
**limited** [1] 14:13
**list** [8] 22:14, 15, 18, 23; 23:3, 6, 18
**lists** [1] 23:5
**little** [1] 7:14
**lived** [1] 10:23
**long** [1] 20:4
**look** [3] 22:8, 21; 23:13
**looking** [1] 17:3
**loosely** [2] 24:9
**lose** [1] 19:11
**lot** [2] 5:4; 17:2
**low** [1] 19:18

33

## - M -

**m** [1] 1:11
**made** [6] 2:25; 3:20; 8:8; 11:24; 16:10, 11
**make** [6] 3:19, 24; 4:24; 5:2; 6:24; 22:12
**making** [3] 12:9, 17, 20
**manifest** [1] 15:21
**march** [1] 4:15
**market** [3] 5:14, 18
**marl** [1] 10:6
**martin** [5] 1:19; 3:18; 4:7; 6:5; 16:12
**martin's** [3] 3:10, 17; 6:2
**maryland** [1] 1:2
**material** [7] 6:14, 15, 16; 9:6, 25; 11:3
**materials** [1] 6:11
**matter** [13] 2:10, 11, 14, 17, 24; 3:4, 6; 6:1; 11:25; 13:14; 15:8; 18:8; 26:7
**matters** [3] 2:22; 3:24; 4:3
**may** [6] 6:17; 9:9; 16:17, 22; 18:21; 21:8
**maybe** [3] 9:15; 23:13, 14
**me** [13] 3:13, 17, 25; 4:13, 16; 5:13; 12:9; 13:5; 20:20; 21:4; 22:9, 25; 24:20
**mean** [14] 12:12, 17, 20; 13:16; 19:18; 20:15, 19; 21:24; 23:11, 20; 24:5, 7, 16; 25:1
**member** [1] 15:11
**memorandum** [2] 4:8, 23
**memory** [1] 23:22
**merely** [1] 9:18
**michael** [1] 1:15
**mid** [1] 23:17
**middle** [1] 22:15
**might** [1] 25:9
**mind** [1] 23:11
**minimum** [1] 13:7
**minute** [1] 8:11
**minutes** [2] 15:3; 16:10
**miss** [17] 2:12; 4:18; 5:5; 13:21; 18:17; 19:24; 20:20, 21; 21:16, 23; 22:8, 14, 20, 23; 23:1, 9, 21
**mitchell** [11] 1:7; 2:8, 10, 18, 23; 4:6; 16:12; 18:21, 22; 20:6; 25:24
**mitchell's** [1] 25:8
**moment** [2] 16:2, 21
**montgomery** [5] 10:17; 11:3, 18; 14:6; 17:6
**montgomery's** [2] 10:11; 11:2
**months** [5] 2:20; 19:20; 21:11, 22
**more** [12] 3:6, 10; 4:9; 11:9; 15:8, 19, 25; 16:14, 22; 17:19; 23:24; 24:9
**morning** [2] 2:2, 3
**most** [1] 20:25
**motions** [2] 1:10; 25:1
**mr** [171] 2:8, 9, 10, 11, 12, 16, 17, 18, 23, 24; 3:1, 4, 6, 7, 9, 10, 11, 15, 17, 18, 22, 23; 4:1, 2, 6, 7, 14, 23, 24, 25; 5:10, 19, 24, 25; 6:1, 5, 6, 7, 8, 10, 11, 12, 14, 20; 7:7, 23, 24, 25; 8:7, 20, 21; 9:9, 21, 24, 25; 10:1, 5, 7, 16, 17, 19, 22; 11:5, 6, 11, 14, 16, 20, 22, 24; 12:2, 4, 6, 8, 11, 14, 15, 19, 21, 23; 13:1, 5, 8, 11, 22, 23, 25; 14:3, 4, 5, 6, 7, 9, 14, 16, 23, 24, 25; 15:10, 16, 17, 20, 23; 16:2, 9, 12, 16, 17, 18, 22; 17:3, 8, 10, 16, 17, 18; 18:1, 3, 4, 5, 6, 7, 9, 11, 16, 19, 22, 23; 19:1, 13; 20:6, 14; 21:12, 14; 22:6, 7, 12, 18, 23; 23:2; 24:1, 4, 12; 25:4, 7, 8, 13, 20, 21, 24; 26:1
**ms** [5] 13:25; 21:17, 21, 25; 23:4
**much** [4] 4:25; 5:22; 16:18; 18:12
**murder** [8] 8:7, 10; 9:5; 16:2, 9; 17:1, 7, 14
**murders** [2] 23:20; 24:22
**must** [1] 22:15
**my** [10] 4:7, 23; 12:4; 17:12; 19:3, 16, 20; 20:15, 25; 21:5
**myself** [1] 22:20

## - N -

**name** [1] 13:2
**named** [3] 6:20, 21; 10:8
**nature** [1] 17:21
**necessary** [2] 5:16; 17:2
**need** [3] 19:6, 16; 24:20
**needed** [4] 8:7; 14:10, 11; 15:7
**needs** [1] 23:7
**negatively** [2] 6:17; 7:9
**negotiated** [2] 6:8; 8:21
**neither** [2] 7:1, 3
**never** [9] 5:19, 20, 21; 7:15, 16; 13:5; 14:2; 24:18, 19
**new** [2] 22:7, 8
**next** [4] 21:1, 3, 8; 22:3
**non** [1] 22:2
**none** [1] 23:24
**northern** [1] 1:2
**noted** [1] 10:11
**nothing** [6] 14:16; 22:19, 20; 25:17, 22
**noticed** [2] 21:25; 22:5
**notion** [1] 25:8
**notwithstanding** [1] 3:14
**now** [5] 5:11; 12:13; 16:23; 17:4; 20:18

34

**- O -**

obtain [1] 20:5
obtained [1] 6:10
obvious [3] 3:13; 7:11; 9:21
obviously [7] 17:23, 25; 19:5, 6, 18
office [2] 11:13; 20:17
official [2] 1:25; 26:10
okay [7] 10:21; 12:22; 14:25; 23:2; 24:4, 11; 25:4
once [3] 4:10, 12
one [20] 2:7, 8; 10:22; 12:5, 10, 19, 23; 14:1, 9, 12; 15:10; 16:1, 4; 17:19; 19:21; 20:13; 22:1, 3, 12; 25:7
only [4] 4:6, 12; 5:10; 19:21
open [1] 20:23
order [11] 4:1, 21; 15:21; 18:15; 22:14; 23:3, 19, 20; 24:4, 5, 16
other [14] 2:17; 7:9, 18; 8:22, 24; 12:25; 14:9; 18:1, 9; 19:7; 22:4, 20; 24:18; 25:7
others [1] 11:18
our [4] 9:10; 15:11; 17:21; 23:10
outline [1] 24:18
over [17] 4:24; 6:11; 7:1, 6, 7, 12; 8:24; 9:3, 7, 24; 11:4, 17; 15:4; 19:12; 24:25; 25:17
owes [1] 5:17

**- P -**

p [1] 1:19
pages [1] 17:12
paragraph [2] 10:7; 12:10
part [2] 3:19, 20
participant [2] 10:13, 18
participate [1] 2:23
participation [1] 4:2
particular [3] 3:9; 14:17; 23:6
partner [2] 6:8; 8:21
paul [1] 2:16
penalty [1] 21:19
pending [2] 7:21; 8:4
people [1] 20:8
percent [1] 6:9
perfectly [1] 3:13
period [1] 21:10
person [2] 15:17; 17:6
personal [1] 20:15
pertinent [1] 6:23
phil [1] 10:6
phone [7] 8:8, 15, 16; 14:12; 16:10, 11; 17:4
picked [1] 20:1
place [2] 23:4; 24:25
plan [1] 20:18
planned [1] 17:7
planning [2] 10:13, 19
plays [1] 16:25
plea [6] 7:6, 16; 9:1; 11:12; 14:22; 15:17
please [5] 2:2; 18:20; 20:22; 21:2, 3
podium [1] 16:17
point [4] 8:15, 16; 15:1; 19:23
pole [1] 19:18
police [4] 9:14; 10:5, 24; 11:2
position [4] 6:3; 11:6; 13:11; 17:22
possession [2] 24:23, 24
possibility [2] 21:7; 25:14
possible [3] 5:2; 22:24; 23:18
possibly [1] 19:2
potential [1] 18:1
preliminaries [1] 8:14
preliminary [1] 3:3
prepared [1] 4:9
present [2] 3:23; 16:11
presently [1] 4:15
pretrial [1] 18:13
pretty [1] 15:16
prevented [1] 25:18
primary [2] 9:6; 11:4
prior [1] 8:9
privy [1] 3:8
probably [2] 16:21; 19:19
problem [2] 13:4; 22:18
problematic [1] 17:19
proceed [3] 4:6, 14; 19:25
proceedings [3] 2:1; 26:3, 7
professional [2] 2:25; 15:12
proffer [1] 10:12
proffers [1] 7:4
promptly [1] 2:11
proof [5] 22:14; 23:3, 20; 24:4, 16
proposing [1] 13:13
prosecution [1] 5:7
prosecutions [1] 24:22
prove [2] 24:8
provide [2] 22:23; 25:4
purpose [1] 8:18
pursuing [1] 14:17
put [1] 15:1
pyne [1] 1:20

**- Q -**

question [2] 9:12; 15:15
quite [1] 2:19
quote [4] 6:5; 12:15, 23; 14:5

**- R -**

r [1] 1:19
racketeering [1] 16:3
ravenell [4] 7:24, 25; 14:4; 15:16
reach [1] 13:13
read [1] 9:22
realistic [1] 21:7
really [9] 3:17; 4:23; 15:3; 22:4;

23:7, 15;  24:14, 15, 20
**realm** [1]  5:13
**reason** [5]  8:24; 9:3, 6;  11:4, 21
**reasons** [1]  4:10
**received** [4] 3:10;     12:6; 13:20
**recent** [1]  3:10
**recess** [1]  26:2
**recognize** [1]  5:3
**recognizes** [1] 19:14
**recommendation** [2]  2:25;  3:5
**record** [5]  4:10; 15:15, 22;   18:7; 26:7
**redoubled** [1] 4:22
**referring** [4] 12:3, 4;    13:3; 14:23
**reform** [1]  5:11
**refrain** [2]   8:2, 17
**regarding** [1] 21:18
**regret** [2]  5:22; 15:6
**regretably** [1] 2:4
**relate** [1]  24:17
**relating** [1]  2:18
**relatively** [1] 20:16
**relevant** [1]  8:11
**remain** [1]  19:2
**remotely** [1]  4:11
**report** [9]  2:15; 7:11;   9:22, 23, 24;  10:3, 5, 25; 11:5
**reported** [1]  1:23
**reporter** [2] 1:25;  26:10
**reports** [4]  7:5; 8:25; 9:3;  11:17

**representation** [2]  20:9;  24:13
**representations** [1]  9:19
**represented** [4] 7:23;  8:1;   14:4, 14
**representing** [1] 15:17
**represents** [1] 23:11
**request** [1]  21:2
**require** [1]  5:9
**rescheduled** [1] 19:17
**research** [2] 14:18;  15:14
**respect** [8]  6:3; 12:25; 16:19, 24, 25;     17:13; 19:19, 24
**response** [3] 3:16, 24;  14:3
**responsibilities** [1]  15:12
**responsibility** [1] 5:18
**result** [1]  2:20
**rhodes** [6]  1:18; 21:16, 17, 21, 24, 25
**rhodes's** [1]  14:1
**right** [8]   16:23; 17:4;     18:12; 20:2;      21:12; 22:6;  25:6
**rise** [1]  25:14
**road** [1]  6:1
**robbery** [1] 10:13
**robert** [1]  1:15
**role** [2]    10:23; 16:25
**rpr** [2]    1:24; 26:6

- S -

**said** [9]   3:18; 4:7, 23;  10:9, 10; 12:13, 14;  23:16; 24:21
**same** [4]    5:3; 6:15;  7:10;  12:2
**sat** [1]  25:1
**say** [11]   5:10; 6:19;     8:20; 12:12;  14:3, 20; 18:17;     20:7; 21:8, 9;  22:4
**saying** [1]  23:25
**says** [6]   3:17; 6:5;  9:22;  10:7; 14:4;  15:20
**schedule** [1] 20:15
**scheduled** [2] 13:16;  19:5
**scheduling** [2] 19:20, 25
**schmoke** [2] 19:13, 14
**schmoke's** [1] 19:11
**school** [1]  5:5
**school's** [1]  19:9
**seated** [1]  2:2
**secondly** [1] 23:5
**see** [2]    9:12; 23:21
**seems** [4]   3:13, 17;  4:13;  5:13
**semester** [2] 19:21;  20:13
**sentence** [4] 10:7, 11;   12:22; 13:3
**sentenced** [1] 14:7
**sentences** [2] 12:9, 10
**sentencing** [2] 5:11;  15:18
**september** [9] 4:6,  15;    10:6;

13:17;  20:11, 12, 22;  22:16;  23:17
**series** [1]  22:1
**seriously** [2] 13:23;  15:13
**seven** [1]  22:3
**several** [4]  2:6; 4:8;     11:17; 19:20
**severance** [1] 4:9
**share** [3]   22:13, 21;  23:1
**she** [5]   23:7, 9, 10, 11, 13
**she'll** [1]  20:3
**she's** [2]    4:20; 23:10
**shearer** [16] 2:12;  4:18;  5:6; 13:21;     18:17; 19:24;  20:20, 21; 22:8, 14, 21, 23; 23:1, 4, 9, 21
**short** [1]  16:1
**should** [9]   5:19, 20, 21;     8:24; 10:11;     11:21; 12:22;     16:21; 18:19
**shows** [1]  4:10
**significant** [5] 6:8;  7:19;  8:21; 14:21;  17:13
**simply** [1]  13:10
**since** [1]  5:7
**single** [2]    8:8, 14
**sit** [1]  23:21
**situation** [1] 18:25
**six** [1]  22:2
**some** [8]    4:20; 7:25;   8:12, 13; 14:17;     15:7; 22:15;  24:13
**somebody** [2] 10:18;  21:7

36

**something** [3] 12:9; 23:14; 25:9
**somewhere** [1] 7:22
**sorry** [7] 5:25; 9:23; 11:11; 12:1, 5, 6, 8
**sort** [2] 9:2; 20:15
**sovich** [3] 1:24; 26:6, 10
**speak** [1] 18:21
**speaks** [1] 18:8
**special** [2] 5:14, 18
**spence** [6] 8:10; 9:4; 10:14; 11:18; 16:25; 17:7
**spences** [1] 10:23
**spent** [1] 16:3
**spring** [1] 21:1
**stack** [1] 9:13
**stand** [2] 6:6; 8:10
**standpoint** [2] 19:16, 20
**start** [2] 2:4; 21:8
**starting** [3] 20:11; 21:2, 19
**state** [9] 7:25; 8:6, 7; 14:6; 16:2, 9; 17:3, 14; 21:5
**statement** [2] 6:9; 7:6
**statements** [6] 7:8, 12; 8:25; 9:14; 11:2
**states** [4] 1:1, 3, 12, 14
**stay** [1] 5:1
**stenographic** [1] 26:7
**step** [1] 5:21
**stewart** [15] 6:21, 25; 7:4; 11:10, 11, 12; 14:4, 5, 7; 15:17, 20; 16:19; 17:19; 18:1
**still** [1] 14:10
**stone** [1] 5:22
**stops** [1] 25:2
**story** [2] 11:1, 2
**street** [1] 7:22
**stretch** [1] 11:7
**striking** [1] 18:15
**strongly** [1] 15:25
**structured** [1] 16:7
**subjects** [1] 10:8
**submissions** [1] 15:13
**submitted** [1] 2:14
**substantial** [4] 5:12, 17; 11:15; 17:13
**successful** [3] 20:3, 5
**successor** [4] 3:7; 4:19; 18:18; 20:5
**such** [2] 9:8; 15:17
**suggestion** [2] 15:25; 22:12
**sullivan** [11] 1:18; 2:11, 12; 3:1; 4:1; 18:10, 11, 16; 25:20, 21, 24
**sullivan's** [1] 13:25
**summary** [1] 23:19
**summer** [1] 21:1
**suppose** [1] 20:7
**supposed** [4] 9:15, 16, 17; 14:8
**suppression** [1] 25:2
**sure** [2] 14:1; 23:4
**surprise** [1] 3:5

- T -

**t's** [1] 15:5
**take** [2] 20:4, 9
**taken** [2] 3:3; 15:10
**takes** [1] 15:12
**talk** [3] 19:7; 20:15, 17
**talking** [2] 12:2; 21:10
**tania** [4] 8:10; 9:4; 10:14; 16:25
**tell** [5] 15:15; 16:24; 19:23; 25:16, 23
**telling** [1] 10:17
**tend** [1] 5:14
**tentative** [1] 20:18
**term** [1] 24:9
**terms** [1] 20:12
**testified** [5] 7:2; 8:14; 14:6; 16:10; 17:5
**testify** [2] 11:19, 20
**testimony** [11] 8:8, 11; 9:1, 13; 14:13, 15; 16:1; 17:3, 4, 11; 23:19
**than** [6] 4:10; 16:14, 22; 22:4, 20; 24:10
**thank** [9] 16:18; 17:16; 18:4, 5, 12; 21:14, 17; 26:1, 2
**thanks** [1] 2:16
**that's** [23] 5:2, 8; 9:6; 11:4; 12:5, 17, 20; 16:2, 6; 17:8, 10, 25; 19:3; 21:5; 22:11; 24:10, 14, 15, 18, 22; 25:2
**their** [1] 20:10
**them** [5] 6:6, 7; 7:3, 9
**then** [5] 5:6, 8, 17; 10:10; 24:23
**theory** [1] 16:7
**there** [14] 2:7; 4:8; 6:5; 8:11, 13, 22, 25; 11:21; 14:9; 15:1, 19; 16:12; 25:17
**there's** [1] 9:15
**therefore** [2] 11:1, 2
**these** [11] 3:19, 24; 4:3; 6:4, 23; 7:1; 8:23; 12:9; 13:6; 16:4; 24:17
**they** [3] 3:20; 8:7; 24:17
**thing** [1] 14:9
**things** [3] 2:17; 17:19
**think** [9] 4:10; 5:16; 9:21; 18:7; 19:16; 21:10; 22:1, 3, 11
**thinking** [1] 21:7
**this** [54] 2:4, 11, 22; 3:16; 4:9, 12, 20, 21; 5:20, 21, 22; 6:1, 6, 14, 22; 7:2, 4; 8:1; 9:16, 20, 24; 10:2, 24; 11:25; 13:9, 10, 14, 15, 24, 25; 14:17; 15:2, 12; 16:3, 6, 20, 21; 18:8; 19:12, 23; 20:9; 21:8; 23:23;

37

24:20, 21, 22, 23, 24; 25:3, 16, 17
**thomas** [1] 1:20
**those** [3] 11:16; 23:4, 5
**though** [1] 6:25
**thought** [2] 13:4; 15:8
**three** [3] 5:6, 7; 12:9
**through** [3] 9:9; 21:1; 25:1
**throughout** [1] 21:10
**time** [9] 4:8; 5:3; 6:15; 8:9, 16; 12:13; 15:14; 20:23; 22:15
**timeline** [2] 24:15, 16
**timothy** [1] 1:18
**tiny** [3] 14:13; 15:1, 2
**told** [1] 13:5
**tomorrow** [1] 23:16
**too** [2] 15:1; 23:8
**took** [1] 13:11
**total** [1] 23:17
**totem** [1] 19:18
**touch** [1] 21:12
**toward** [1] 22:9
**traffic** [1] 25:2
**transcript** [3] 1:10; 17:12; 26:6
**treem** [20] 1:19; 3:9, 15; 4:2; 5:19; 6:6, 10, 20; 10:1; 11:7, 22, 25; 12:15, 24; 13:5; 14:14; 15:10; 18:6, 7, 16
**treem's** [10] 3:7, 11; 6:8; 7:23; 8:21; 12:7; 13:12, 23; 14:3, 16
**trial** [13] 4:5, 14; 8:7; 13:16, 25; 14:6; 16:2, 9; 17:4, 14; 20:11; 21:8, 18
**trials** [1] 22:3
**triggered** [1] 23:14
**triggers** [1] 23:21
**true** [4] 5:18; 7:10; 17:25; 18:3
**try** [2] 4:9, 12
**trying** [2] 4:19; 20:13
**turbulence** [1] 2:5
**turned** [7] 6:11; 7:1, 6, 7, 11; 9:24; 11:17
**turning** [4] 8:24; 9:3, 7; 11:4
**turns** [1] 24:17
**twists** [1] 24:17
**two** [7] 2:7; 6:4, 20; 13:6; 16:10; 20:8; 24:21
**tyree** [6] 6:21, 25; 7:4; 16:19; 17:19

- U -

**unbelievable** [1] 23:9
**unconnected** [1] 2:21
**under** [7] 3:1, 4; 4:4, 13; 17:11; 20:5; 25:24
**underlying** [1] 13:10
**underneath** [1] 7:25
**understand** [1] 24:20
**unexpectedly** [1] 2:19
**unimportant** [3] 16:1, 13; 20:16
**united** [4] 1:1, 3, 12, 14
**university** [1] 5:5
**unsworn** [1] 9:14
**untrue** [1] 7:18
**up** [4] 9:4; 20:9; 23:6; 24:8
**urge** [1] 22:8
**us** [2] 4:24; 23:24
**used** [1] 24:10
**using** [3] 8:16; 24:9

- V -

**v** [1] 1:5
**version** [1] 9:4
**very** [5] 4:25; 5:22; 17:13; 18:12; 24:9
**view** [3] 3:3; 17:12; 22:9

- W -

**waiting** [1] 15:6
**wall** [1] 5:23
**want** [16] 4:25; 11:9; 14:25; 16:15; 19:11, 24; 20:20; 22:25; 23:8, 13, 23, 24; 24:10, 13; 25:13
**wanted** [2] 15:7; 17:14
**wants** [1] 4:12
**wasn't** [2] 13:8; 15:14
**way** [2] 16:7; 24:15
**we** [15] 5:22; 7:1; 9:9; 12:6, 14, 19, 24; 13:13; 14:11; 16:3; 20:8; 21:7, 13; 25:1
**we'll** [1] 21:12
**we're** [5] 12:2; 21:6, 10; 22:3; 26:2
**we've** [4] 5:3; 15:3, 4; 20:21
**weeks** [2] 2:6; 4:8
**well** [11] 5:25; 12:11; 13:15; 14:25; 19:1; 20:2, 3; 21:15; 22:2; 23:8, 10
**were** [9] 6:11, 20; 7:12; 8:13; 9:5; 11:17; 13:3; 15:6; 18:19
**what's** [2] 3:25; 4:16
**whatever** [2] 19:2, 15
**whatsoever** [2] 8:5, 18
**where** [3] 9:12; 10:23; 15:15
**whether** [5] 4:4; 12:24; 13:24; 14:11, 12
**which** [10] 2:19; 10:1; 12:3; 14:1, 10, 11; 22:13; 23:20; 24:5; 25:7
**whip** [1] 23:6
**who** [14] 4:18; 7:24; 8:15; 9:21; 10:22; 14:14; 15:12; 16:10, 11; 17:7; 20:8; 23:11
**who's** [3] 9:16; 10:15; 17:6
**whole** [2] 13:10; 18:2

**Whom** [4]   10:3, 4; 14:15; 23:11
**why** [3]    13:3; 15:4; 16:6
**will** [22]   3:19; 5:1; 8:3; 11:1, 3, 18; 12:15, 19, 23;    17:21; 18:15; 19:1, 2; 20:4, 8;  22:13, 21, 25;   23:14; 24:2; 25:23
**william** [1]  10:11
**willie** [2]   1:7; 17:6
**willing** [1] 22:17
**wish** [1]  3:24
**within** [1] 19:13
**without** [5] 5:15; 8:18;  17:2, 20; 21:4
**witness**   [24] 6:22, 24; 7:4, 13, 20;   8:3, 6, 9; 9:2, 17;    10:2; 11:22;   13:2, 4; 14:21;   16:1, 9; 17:13,  21, 24; 18:2;  22:14, 24; 23:6
**witnesses**  [16] 6:4,  17, 18, 20; 7:1, 2, 9;   8:23; 9:5;     11:18; 12:19, 23;  13:7; 23:18; 24:6, 15
**woman** [1]  17:5
**won't** [1] 23:14
**wonder** [1] 25:9
**words** [2] 7:18; 8:22
**work** [7]   2:16; 4:19;     18:17; 19:22;   20:12; 23:15
**worked** [1] 7:24
**world** [1]  18:2
**worth** [1]  6:24

**would** [30]  4:5; 5:1;  6:6;  7:18; 13:4, 24;  14:13, 20;     16:20; 17:21, 23;  19:5, 6, 16;  20:10, 12, 14, 22;  21:1, 21; 22:8,  13,  17; 23:4,  5,  6, 17; 25:11, 15
**wouldn't**    [1] 25:25
**writing** [1] 13:9
**written** [1] 15:13
**wrong** [1]  12:5

--- **- Y -** ---

**year** [7]   6:12; 9:25;     11:5; 20:18; 21:1, 3, 8
**years** [5]  5:7, 11; 7:25;     23:12; 24:21
**yet** [3]    3:20; 14:7; 15:4
**you're** [1] 22:19
**you've** [1]  24:10
**young** [1]  17:5
**your** [23]   6:9; 8:22; 9:19;  11:6, 13;  12:4, 11, 21; 14:4;     15:25; 16:16,  19,  24; 17:14;  18:7, 11, 21,  25;   19:1; 21:17;  25:5,  21; 26:1

--- **- Z -** ---

**zero** [1]  25:19