Filed: April 14, 2009

```
              UNITED STATES COURT OF APPEALS
                   FOR THE FOURTH CIRCUIT
```

_____

No. 09-4359
(1:04-cr-00029-AMD-3)

_____

UNITED STATES OF AMERICA,

        Plaintiff - Appellee

v.

SHELLY WAYNE MARTIN, a/k/a Wayne,

        Defendant - Appellant

_____

NOTICE OF APPELLATE CASE OPENING

_____

| | |
|---|---|
| Originating Court | United States District Court for the District of Maryland at Baltimore |
| Originating Court Case Number | 1:04-cr-00029-AMD-3 |
| Date notice of appeal filed in originating court | 04/06/2009 |
| Appellant(s) | Shelly Wayne Martin |
| Appellate Case Number | 09-4359 |
| Case Manager | Ashley Brownlee 804-916-2742 |

The above-captioned case has been opened in this Court.