FILED: April 14, 2009

```
                    UNITED STATES COURT OF APPEALS
                        FOR THE FOURTH CIRCUIT
```

_____

No. 09-4215 (L)
(1:04-cr-00029-AMD-1)

_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee

v.

WILLIE MITCHELL, a/k/a Bo,

    Defendant - Appellant

_____

No. 09-4357
(1:04-cr-00029-AMD-2)

_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee

v.

SHELTON HARRIS, a/k/a Little Rock,

    Defendant - Appellant

_____

No. 09-4359
(1:04-cr-00029-AMD-3)

_____

UNITED STATES OF AMERICA,

        Plaintiff - Appellee

v.

SHELLY WAYNE MARTIN, a/k/a Wayne,

        Defendant - Appellant

_____

O R D E R

_____

The Court consolidates Case No. 09-4215, Case No. 09-4357 and Case No. 09-4359. The lead case number, 09-4215, shall be included on all papers subsequently filed in this Court. Entry of appearance forms and disclosure statements filed by counsel and parties to the lead case are deemed filed in the secondary case.

        For the Court--By Direction

        <u>/s/ Patricia S. Connor, Clerk</u>