1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION


UNITED STATES OF AMERICA

          v.                              CRIMINAL CASE NO.
                                          AMD-04-029
WILLIE MITCHELL,
SHELTON HARRIS,
SHELLY WAYNE MARTIN,
SHAWN GARDNER,

          Defendants
_____/

                VOLUME XXII OF XXXVII
                Thursday, November 6, 2008
                Baltimore, Maryland


Before:  Honorable Andre M. Davis, Judge
                And a Jury

Appearances:
        On Behalf of the Government:
         Robert Harding, Esquire
         Michael Hanlon, Esquire
        On Behalf of Defendant Mitchell:
         Laura Kelsey Rhodes, Esquire
         Michael E. Lawlor, Esquire
        On Behalf of Defendant Harris:
         Gerard P. Martin, Esquire
         Paul Flannery, Esquire
        On Behalf of Defendant Martin:
         Thomas L. Crowe, Esquire
         James G. Pyne, Esquire
        On Behalf of Defendant Gardner:
         Adam H. Kurland, Esquire
         Barry Coburn, Esquire

Reported by:
Mary M. Zajac, RPR
Room 5515, U.S. Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

Case 1:04-cr-00029-RDB    Document 692    Filed 06/16/09    Page 2 of 254

1          (Proceedings at 9:38 a.m.)

2          THE COURT:  We ready to proceed?

3          MR. HARDING:  Yes.

4          THE COURT:  Mr. Harding, I got an email from Ms.

5    Sovich, which I responded to.  Have you had any contact this

6    morning?

7          MR. HARDING:  Actually, TFO Benson is up there with her

8    right now looking for the tape.

9          THE COURT:  Great.  All right.  If we can get Agent

10   Ellington back.  You expect to finish today?

11         MR. HARDING:  Yes, Your Honor.

12         THE COURT:  Okay.  Good.  Chemist is here?

13         MR. HARDING:  Yes, Your Honor.

14         THE COURT:  All's right with the world.  You okay, Mr.

15   Coburn?

16         MR. COBURN:  Yes, sir.

17         (Witness enters the courtroom.)

18         (Jury enters the courtroom.)

19         THE COURT:  Good morning, ladies and gentlemen.  Ready

20   to continue.  Agent Ellington, make yourself comfortable.  You

21   remain under oath, of course.

22         THE WITNESS:  Thank you.

23         CROSS EXAMINATION

24   BY MS. RHODES:

25   Q    Good morning, Agent Ellington.

Case 1:04-cr-00029-RDB   Document 692   Filed 06/16/09   Page 3 of 254

1    A    Good morning.

2    Q    You mentioned yesterday that members of a group who were

3    running drugs have to be able to protect themselves at all times.

4    So if somebody is going to a, to try to make a sale to somebody,

5    a quantity of weight for the first time, they're going to have to

6    be a little extra careful, is that right?

7    A    Yes.

8    Q    And they would want to take some kind of protection with

9    them, is that right?

10   A    Yes.

11   Q    And normally that would be a gun?

12   A    Yes.

13   Q    And if one person -- and is it common for them to go two

14   together to do something like that?

15   A    It varies.  Sometimes they'll take two.  Sometimes it might

16   just be one, depending on how the organization is structured.

17   Q    So, but in any event, one of them would have a gun if it's

18   just one person, or if it's two, one of them?

19   A    It could possibly be.  Sometimes they'll have a gun in close

20   proximity, depending on where it's taking place.  If it's in a

21   vehicle or in a house, you know, where it is.  But generally,

22   sometimes they'll have, it's not, you know, a rule that they must

23   have it, obviously.  But depending on the threat level, I think,

24   would also determine whether or not they're going, they're going

25   to believe that they need to have a firearm in close proximity.

1    Q    Well, in terms of going to somebody that they haven't dealt

2    with before, that would be a situation more likely they would

3    have a gun then?

4    A    They may possibly, yes.

5    Q    But wouldn't it be more likely than not that they would?

6    A    I think there's a lot of situations, like the comfort level

7    of who they're dealing with.  How they, how they know the person

8    that they're doing the deal with in terms of what the risk level

9    is.  If it's somebody that perhaps was introduced from another

10   individual that they feel comfortable with and what that threat

11   level would be.  I don't think every time that they're going to

12   meet somebody new that they're going to have a weapon.  I don't

13   think it's accurate to say that.  I think it depends on the

14   threat level of the individual that they're meeting with.

15   Q    Okay.  And what about where somebody has the role of being,

16   of protecting somebody in the organization or on that particular

17   trip?  Normally, part of their role would include, the protection

18   would include having a gun, right?

19   A    Yes.

20   Q    You also mentioned that a connect, somebody, their source is

21   pretty important to a group, right?

22   A    Yes.

23   Q    And that's somebody that you would, you would not want to

24   alienate the connect because that's basically your bread and

25   butter, right?

Case 1:04-cr-00029-RDB    Document 692    Filed 06/16/09    Page 5 of 254

1    A    Yes.

2    Q    And if you lose that, if you lose your connect you're out of

3    business?

4    A    Often times what we see is people will have multiple sources

5    of supply because often times if a certain source of supply has

6    difficulty obtaining the drugs and they have to go to their

7    alternate source to keep things going.

8        So it's not unusual for an organization to have, you

9    know, several different sources of supply.  There's a lot of

10   variables.  There are two, supply and demand, prices, things like

11   that could also drive a particular individual to another source.

12   If you're dealing with source of Supply A and another source of

13   Supply B has a better price, you may go to that source of supply

14   instead of going to your normal source of supply.

15   Q    Okay.  But all this would assume, I mean, in any event, you

16   still would not want to alienate your connect, I assume, right?

17   A    That's correct.

18   Q    All right.  Have you ever heard of the Mitchell organization

19   in Baltimore City?

20   A    No.

21   Q    So to clarify some of the things you were saying yesterday

22   about the characteristics of a group that might be dealing drugs.

23   They could have many members or they could have few, is that

24   right?

25   A    That's correct.

Case 1:04-cr-00029-RDB    Document 692    Filed 06/16/09    Page 6 of 254

1    Q    Okay.  They could have members that change or they could

2    have a stable crew?

3    A    That's correct.

4    Q    They could, the organization could be big or it could be

5    small?

6    A    That's correct.

7    Q    It could have, the product could be a brand or, say, a color

8    or it could not be branded at all?

9    A    That's correct.

10   Q    In terms of the structure, it could be formal, it could be

11   casual?

12   A    That's correct.

13   Q    In terms of the name, there could be a name, and there could

14   not be?

15   A    That's correct.

16   Q    And when a name is used, often it's something that the

17   police identify them by or the police give them a name in order

18   to do what they're doing?

19   A    Sometimes it can be a geographical name that is given by the

20   individuals.  Sometimes customers will give the name.  Sometimes

21   just the location of where they're dealing is what drives a name.

22   It's not always something that we give them.  It's kind of,

23   sometimes that happens.  But other times it might be the product

24   itself that, you know, where the name derives from.  It could be

25   any number of things.

Case 1:04-cr-00029-RDB    Document 692    Filed 06/16/09    Page 7 of 254

1    Q    Okay.  So it comes from any number of sources, not

2    necessarily what they call themselves?

3    A    Yes, ma'am.

4    Q    Okay.  And the chain of command in a group that's selling

5    drugs could be strict or it could be loose?

6    A    Yes, ma'am.

7    Q    Okay.  In terms of leadership, you could have one strong

8    leader or you could have multiple people who are important?

9    A    That's correct.

10   Q    In terms of the duration of a group, you could have an

11   organization that's ongoing or it could be a very brief, a brief

12   connection they have together to sell, is that right?

13   A    That's correct.

14   Q    You said that when that, a conspiracy could continue after

15   somebody is arrested, is that right?

16   A    Yes.

17   Q    Because people can sometimes continue to sell drugs or to

18   run an organization from, from jail, is that right?

19   A    That's correct.

20   Q    And in terms of money, there could be in a group, there

21   could be huge amounts of money involved and there could be sort

22   of insignificant sums, depending on the organization?

23   A    That's correct.

24   Q    And when the huge sums are involved, that means you often

25   see flashy cars, real estate, condos, all kinds of trappings,

1    fancy jewelry, is that right?

2    A    Sometimes.  It depends, some of the drug dealers now are a

3    little bit more savvy knowing that if they drive flashy cars and

4    have big homes and, obviously, that will draw more attention by

5    law enforcement.

6            So sometimes, you know, you can have large scale drug

7    dealers that don't have flashy cars that are, you know, a little

8    bit more aware of their surroundings and don't draw that, you

9    know, undue attention to them.

10    Q    Well, they're still, in terms of the amount of money, there

11    are some that are dealing in vast sums of money, is that correct?

12    A    That's correct.

13    Q    And in terms of a group that was doing a little bit of the

14    flashy stuff, would you say the Rice brothers organization was in

15    that category with the cars and the property?

16    A    Yes.

17    Q    And in terms of the guns, you said you've seen everything

18    from high tech guns to small caliber, old rusty guns?

19    A    That's correct.

20    Q    And the places they deal in could be one consistent place or

21    several different places, is that right?

22    A    Yes.

23    Q    Okay.  Thank you.  Nothing further, Your Honor.

24            CROSS EXAMINATION

25    BY MR. MARTIN:

1    Q    Good morning, Agent Ellington.

2    A    Good morning.

3    Q    Just a couple of questions about some of the things you said

4    yesterday.  You were asked, I think, if a drug organization can

5    work in different areas of the city.

6    A    Yes.

7    Q    Do you remember that?  I think it was toward the end of your

8    testimony yesterday.  And I wrote your response down.  It was

9    that if you have a wholesale operation, then it may have

10   customers throughout the city, correct?

11   A    That's correct.

12   Q    Okay.  And this notion that a drug organization can be run

13   from inside the prison, I think I wrote this down, too.  Your

14   answer was, Sometimes an organization can be run from inside if

15   you have a structured organization?

16   A    I believe if you have an individual that's locked up that's

17   part of an organization, whether or not it's structured or not

18   structured, if there's a loose organization, the organization can

19   still operate if somebody is locked up inside an institution.

20   Q    It's easier if it's a structured organization, isn't it?

21   Because if someone has a lieutenant, he can rely on his

22   outside --

23   A    Well, I mean, I would say in my opinion that you could have,

24   you could have two people.  You could have one person locked up

25   inside, you could have another person outside, and that

1    organization could still run.

2    Q    You said yesterday that a lot of the information that you

3    gathered in your career comes from debriefing confidential

4    informants?  You've learned a lot about drug organizations from

5    debriefing confidential informants.

6    A    Yes, and my own observations, that's correct.

7    Q    That's a significant, not the complete source of your

8    knowledge, but a significant source of your knowledge?

9    A    I don't think it would be significant.  I think living it

10    and seeing it firsthand has also given me a lot of my basis of

11    knowledge as well.

12    Q    It was significant enough for you to mention it in your

13    direct examination, though, wasn't it?

14    A    Yes.

15    Q    Okay.  And you say you got other information over the years.

16    You've learned about drug organizations from monitoring of

17    telephone, monitoring wiretaps?

18    A    That's correct.  Listening to them.

19    Q    So in your experience, then, criminals do talk about their

20    criminal activities over the phone, not always, but they do?

21    A    Generally they do.  But in those situations, in most,

22    they're almost always encrypted to some extent, meaning that

23    they're not going to, generally over the phone they're not going

24    to say, Bring me two kilograms of cocaine.  It's going to be

25    coded and it's up to us to try to break those codes and figure

1    out what they're actually saying.

2    Q    Okay.  And the organization, the structure of an

3    organization, you said sometimes they can be very structured and

4    sometimes it's just loosey goosey?

5    A    Yes, sir.

6    Q    I don't have anything further, Your Honor.

7              CROSS EXAMINATION

8    BY MR. CROWE:

9    Q    Good morning, Mr. Ellington.

10   A    Good morning.

11   Q    Do you recall testifying in a case called United States

12   versus Bailey in August of this year?

13   A    Yes, I believe so.

14   Q    And do you recall at that time that you were offered as an

15   expert on the issue of whether an individual may or may not have

16   acted with intent to distribute drugs?

17   A    Was that before --

18   Q    Before Judge Bennett.

19   A    Yes, sir.

20   Q    And do you recall that he found that you were not qualified

21   to testify concerning that?

22   A    Yes.  I believe it was the intent that was the, Judge

23   Bennett had the problem with.

24   Q    So really, you're not qualified to talk about what was going

25   on inside any individual's minds, is that correct?

1    A    That's correct.

2    Q    Now, my understanding is that you've been attached to

3    something called the REDRUM agent in the Baltimore area between

4    1992 and November of 2002?

5    A    That's correct.

6    Q    And we've heard from somebody else that that's kind of a

7    catchy word, "murder" spelled backwards?

8    A    Yes.  Basically, it was an operational name that DEA gave a

9    particular unit that investigated drug-related homicides.

10   Q    And that was a unit, was it not, which investigated drug,

11   drug groups or drug organizations which had either committed

12   violence or you thought had potential to commit violence?

13   A    Yes, sir.

14   Q    Now, the case that you're testifying about today, had you

15   heard about this case before you left the REDRUM unit in November

16   of 2002?

17   A    Yes, I believe I did.

18   Q    And it first came to your attention because there were a

19   couple of homicides, is that correct?

20   A    That's correct.

21   Q    And do you know, did you actually participate in that

22   investigation at all?

23   A    No, sir.

24   Q    Do you know from conversations, either with the U.S.

25   Attorney's office or other law enforcement people or reading

1    reports, what this case is about?

2    A    Yes, I do.

3    Q    And how did you go about familiarizing yourself about what

4    this, about the case?

5    A    Just from hearing conversations from some of the individuals

6    involved.  Nothing really firsthand.

7    Q    Okay.  Did you sit down and read the indictment or discuss

8    what the allegations in the case were with the prosecutors or

9    anybody else?

10   A    No, sir, I have not read the indictment.

11   Q    Now, Mr. Hanlon, in his questions to you, posed, he posed

12   several questions where he used the word "organization" and you

13   used the word "organization" in your responses.  What did you

14   think he meant by that word and what did you mean by that word?

15   A    An organization to me is two or more people that operate in

16   concert together to, to, in terms of drug trafficking, to deal

17   drugs.

18   Q    Okay.  And does it impart to your mind the concept that in

19   some fashion this is organized?

20   A    I'm sorry.  Can you --

21   Q    Does the word "organization" mean to you that something is

22   organized?

23   A    Well, I guess in definition it would be, that would be

24   correct.  But I think, I think as I testified, you could have a

25   loosely knit organization or you could have a well-defined

1    organization.

2    Q    So in essence, when you use the word "organization", it may

3    be something, it may be a group of as little as two people, or

4    really very little that is organized about it, is that right?

5    A    Yes, sir.

6    Q    Now, would you agree that as a rule, not always, but that as

7    a rule that smaller criminal groups generally have a shorter

8    continuous life than larger criminal groups?

9    A    Yes, I would agree with that.

10   Q    And is the reason for that, if you have a group of a fairly

11   small number of individuals, say four or five, and all but one or

12   two of them get arrested, that the organization may simply

13   dissolve?

14   A    It could possibly dissolve.  You know, I guess it depends on

15   how strong, you know, the organization is in terms of, you know,

16   their source of supply and if they're able to stay, you know,

17   keep on going, if individuals have been arrested or removed from

18   the group.

19   Q    But the people, people out on the street may well connect

20   with other individuals and start another enterprise that had, had

21   nothing to do with the group that they formerly belonged to, is

22   that right?

23   A    Well, I think often times what we see is if you have a

24   group, a group that works together, people may come in, they may

25   come out.  Generally, I've had, it's been my experience where

Case 1:04-cr-00029-RDB    Document 692    Filed 06/16/09    Page 15 of 254

1    I've had investigations where even though they go and they're

2    dealing drugs elsewhere, they still may call individuals for a

3    gun.  They still may call individuals for protection, things like

4    that, even though, you know, it may appear that they're, you

5    know, involved with another organization.

6    Q    But you're talking about something which is more of a

7    catch-as-catch-can proposition, is that right?

8    A    Yes, I would say that's correct.

9    Q    And when a significant number of people in a group are in

10   jail and they get out, they may come back and join the people

11   they were formerly associated with and they may not, is that

12   right?

13   A    Yes.

14   Q    And the group may re-form or it may not re-form at all, is

15   that right?

16   A    Yes.

17   Q    But in those situations, there may be a gap in time, is it

18   not correct, where the group doesn't really have a continuous

19   period of existence, it kind of winks out of existence and then

20   they come back?

21   A    That could be, yes.

22   Q    Now, do you agree that the source of supply for small

23   organizations is usually somebody outside the group or the

24   organization?

25   A    Well, if they're the source, they would be within the

1    organization, if they're the source.

2    Q    Always?

3    A    Well, they could go to an alternative source of supply, just

4    as I explained a little bit ago.  But I would say that if the

5    source of supply supplying that organization, then even if it's a

6    small one, they're still within that organization.  They're the

7    source for that organization.

8    Q    Are larger groups, more organized groups, more likely to

9    have a name?

10   A    I've seen large organizations that don't have a name.  I

11   don't know.  Often times a name is associated sometimes with the

12   drug or with the area that they're dealing.  So I would say not

13   always.  In other words, a large organization doesn't have to

14   have a name.

15   Q    My question was, would larger groups be more likely to have

16   a name?

17   A    Yes.

18   Q    Would they be more likely to have initiations or tests for

19   entry into the group?

20   A    No, I don't think I would agree with that.

21   Q    Would they be more likely to have a hierarchy or a formal

22   structure?

23   A    Yes.

24   Q    Would they be more likely to assign names to their

25   individual members themselves?

Case 1:04-cr-00029-RDB    Document 692    Filed 06/16/09    Page 17 of 254

1    A    Can you clarify that a little bit?  I mean, what kind of

2    names?  Like street names?

3    Q    Like street names.

4    A    Often times people have street names that aren't even in

5    organizations.  Street names are very common in Baltimore.

6    Q    But would larger groups be more likely to assign their own

7    names to individuals?

8    A    No.

9    Q    For their own purposes?

10    A    I don't believe so.

11    Q    Would they be more likely to keep lists of members and

12    things of that nature?

13    A    No.

14    Q    Would they be more likely to require dues or monetary

15    contributions?

16    A    No.

17    Q    Would they be more likely to have sort of a central, a

18    central treasury or a central financing?

19    A    Generally, large organizations that I've seen sometimes, I

20    mean very large organizations will have individuals responsible

21    for money.  And they're generally the people that are responsible

22    for money laundering, things of that nature.  Somewhat smaller

23    organizations, more localized organizations, generally aren't

24    going to have somebody designated for that.  Often times what we

25    see is we'll have, they may have certain members that are

1    responsible for counting money.  Often times girlfriends, things

2    like that, that will count money and help to conceal money and

3    things of that nature.

4    Q    And if somebody is -- and would it also be these larger

5    organizations which would be more likely to offer financial

6    support to a member or former member who was imprisoned or in

7    jail?

8    A    It's been my experience that, generally, any time somebody

9    gets locked up in jail, other members, doesn't really matter how

10   big the organization, but they're all going to try to provide

11   support to their individual that, you know, provide help and

12   money and that sort of support when somebody has been arrested.

13   Q    And generally, in that situation, somebody who is sitting in

14   jail knows that when he comes out he can go back into the, into

15   the continuing organization, is that right?

16   A    Yes.

17   Q    Thank you.

18        CROSS EXAMINATION

19   BY MR. COBURN:

20   Q    Agent Ellington, good morning.  I'm going to try to stick

21   with the word "group" because that was the word that Mr. Hanlon

22   was mostly using when he was examining you yesterday.  So we're

23   talk, you understand the term that we're using that to be drug

24   group.  That was what you're, I think, speaking to Mr. Hanlon

25   about.  Does that sound like a term you're familiar with, drug

1    group?

2    A    Group, organization, I think, you know.  To me that would

3    all kind of be the same.

4    Q    Do you see those two words as being essentially the same,

5    group, drug group versus drug organization?

6    A    Yes.

7    Q    Okay.  When we use either of those terms, then, group or

8    organization, in association with the word "drugs", do you

9    understand us to be talking about some kind of a commercial

10   entity that has a life over a certain time period?

11   A    Yes, I would say that's correct.

12   Q    It's not just, I mean, if there are two people who don't

13   know each other selling drugs on the street, the streets of

14   Baltimore, there's no reason to believe they're part of the same

15   drug organization or drug group just from that, correct?

16   A    Well, I mean, I think you could have, there could be a

17   situation where you have as a source of supply who's running a

18   particular area.  Okay.  The source of supply is responsible for

19   distributing, let's say, crack cocaine to a particular housing

20   project.  You may have someone that's dealing drugs on one side

21   of the housing project that doesn't know the person on the other

22   side but they're all part of that same organization because

23   they're being supplied by the same person at the top.

24   Q    Okay.  So that's one --

25   A    It could be conceivable that they may not know each other

1    but they're all part of that same group.

2    Q    Okay.  So that's one possibility then?

3    A    Yes, sir.

4    Q    What if you have two people who are selling drugs in

5    different locations on the streets of Baltimore, who don't know

6    each other and are buying drugs from different suppliers?  Is

7    there any reason to believe that those two people are part of a

8    drug group or drug organization, just from what I told you?

9    A    Well, it's been my experience where I've had investigations

10   where, one in particular, we had an investigation in a housing

11   project area where the individuals were all, all brought their

12   drugs.  There were different drugs from different people.  They

13   all came together.  And their only thing, the only thing that

14   connected them was they provided protection to each other because

15   they were a group that knew each other, even though their drugs

16   were different, they were selling different drugs.  They came

17   into the area together.  They provided protection for each other.

18   They brought weapons in together and they would hand the weapons

19   back and forth.

20   Q    Okay.  That's actually not part of my hypothetical, though.

21   A    Okay.

22   Q    What I'm asking you is, let's say you've got Person A who's

23   selling drugs on the west side of Baltimore.

24   A    Yes.  Okay.

25   Q    Okay.  And he's buying drugs from Supplier B.  And then

Case 1:04-cr-00029-RDB   Document 692   Filed 06/16/09   Page 21 of 254

1    you've got Person C who's selling a different drug in the south

2    part of Baltimore and he or she is buying drugs from Supplier D.

3    They don't know each other, they're not buying from the same

4    supplier, they're not buying the same drug.  They're just selling

5    drugs on different parts of the, in different parts of the city

6    of Baltimore on different streets.  They don't come together for

7    protection.  They don't share guns.  They're just selling drugs

8    in different places.  Is there any reason to believe they're part

9    of a drug group?

10   A    No.  I would say no.

11   Q    Okay.  I mean, they're just two individuals engaged in

12   similar commercial activities in different places, right?

13   A    That's correct.

14   Q    I mean, you know, if you have a real estate agent who's

15   buying and selling real estate, and then you've got another real

16   estate agent in a different company who's buying or selling real

17   estate, that doesn't mean they're part of the same company.

18   They're just in the same line of business, right?

19   A    That's right, yes.

20   Q    So then let's say you take the same hypothetical I just

21   posed to you but the two people know each other.  They went to

22   school together.  Are they part of the same drug organization

23   because of that?

24   A    Well, if they're not involved in, as I said, providing any

25   other assistance to each other, I would say no.

1    Q    Okay.  Let me focus on that phrase -- if they're not

2    involved in providing any other assistance to each other.  So is

3    that sort of a, is that kind of a defining characteristics here,

4    then?  If you have people that are sort of, there has to be some

5    kind of interdependence either in terms of supply or sharing

6    profit or protecting each other, something like that?  Does that

7    help in your mind to define whether people are part of a group or

8    just operating on their own?

9    A    I would say yes.  I mean, I refer back to the investigation

10   that I've stated earlier.  In that situation, it appeared that

11   there were several individuals operating independently but they

12   actually, you know, they came into the project together.  They

13   were all selling their own drugs.  But their common bond was that

14   they were, they would provide protection for each other because

15   they knew each other.  And that was their, that's how they

16   operated.

17   Q    So then let's say you have the same two people that I was

18   posing the hypothetical to you about a minute ago.  They're

19   selling in different parts of the city.  They know each other.

20   In fact, they're friends.  They've been friends for a long time.

21   But they don't protect each other necessarily.  They don't share

22   profits.  They don't buy from the same supplier.  Are they part

23   of the same group just because they're friends?

24   A    Just because they are friends?  I would say no.

25   Q    Okay.  Now, what if you have a situation in which there are

1    two individuals, and they're both selling the same drug and

2    they're selling it right across the street from each other.

3    You've got one person, you know, selling, let's say, heroin on

4    one side of the street.  And you've got another person selling

5    heroin on the other side of the street.  But they don't know each

6    other.  They don't even like each other.  They're not sharing

7    profits.  They're not protecting each other.  They're not buying

8    from the same supplier.  Are they part of the same group?

9    A    I would say no.

10   Q    They're competitors, typically, right?

11   A    Yes.

12   Q    What, then, about a situation in which an individual is

13   buying drugs from a supplier, right?  And I think we've heard the

14   term "connect", right?  That's a term you're familiar with?

15   A    Yes, I am.

16   Q    Okay.  You have Person A who's buying drugs from a connect

17   and that's just a relationship that's endured over a certain time

18   period.  A year, couple of years, right?  Just a sort of a

19   continuous connection.  Are they, because of that commercial

20   relationship, because that person is buying drugs from a connect

21   and the connect is, let's say, selling drugs to a dozen or dozens

22   of other people elsewhere, are the buyer and the seller part of a

23   group in your mind?

24   A    Yes, I believe they're loosely connected.

25   Q    Loosely connected?

Case 1:04-cr-00029-RDB    Document 692    Filed 06/16/09    Page 24 of 254

1    A    Yes.

2    Q    So according to the way you define the word "group", and

3    this is what I'm trying to get at here, even if these people have

4    nothing but this buyer/seller commercial relationship, even if

5    they don't protect each other, share profits, it's just like an

6    arm's length thing.  Just as if I were to walk into a 7-Eleven

7    and I go into the same 7-Eleven every morning and I buy a Big

8    Gulp or something like that, right?  In terms of the way you

9    define "group", that buyer and that seller are part of a group?

10   A    Yes.

11   Q    Okay.  What if there's somebody out there who sells guns,

12   okay?  And obviously, we're talking about an illicit market for

13   guns, not a licensed gun supplier.  Somebody who sells them on

14   the street.  And Person A buys a gun.  This is a one time

15   transaction.  Person A buys a gun for protection from that

16   person.  And then Person B, a month later or a year later, buys

17   another gun, different kind of gun from the same person.  Are

18   Person A, Person B, and the gun seller, are they all part of the

19   same group?

20   A    In my eyes they are because you have that same line of, of

21   distribution that's going on there.

22   Q    So even if we're talking about one, a one time transaction.

23   Let's say these people really don't even know each other.  Person

24   A doesn't know Person B from a hole in the wall.  They've never

25   met.  And Person A isn't acquainted or friends or has any

1   continuing relationship with the gun supplier.  And Person B

2   doesn't either.  But just at different times they each buy a gun

3   from that gun supplier to use for protection as part of the drug

4   racket.  They're all part of the same group in terms of the way

5   you think about it?

6   A    I mean, that's a little bit, it's not as, in my eyes it's

7   not as clear as the drug distribution.  But in my opinion, it's

8   still, you have a central source of supply that's dealing these,

9   these other people, which is all part of the same group, yes.

10  Q    What about if you have two people, Person A and Person B,

11  and they, in fact, are working together in the sense of kind of

12  repeatedly buying, they go, they make purchases of drugs

13  together.  They buy drugs together and they split them or, you

14  know, one sells them to the other or something routinely.  I'm

15  assuming that in terms of the way you define it, those people are

16  part of a drug group?

17  A    Yes.

18  Q    And let's say there's evidence that that happened, just

19  hypothetically, from 1992 to 1996 but there's no evidence that

20  they ever did that again after, say, let's say, 1998.  Do you

21  conclude that they're still part of that drug group in the year

22  2000?

23  A    Well, I believe that, I think, as I testified earlier,

24  people can kind of come in and out of an organization, a group.

25  And while their relationship ended in 1996, I think it could, you

1    know, once again resume back in 2000.

2    Q    Okay.  It could --

3    A    They could come back into that, they could come, while they

4    left, while they've left that organization, I believe that they

5    could come back into it.

6    Q    Exactly.  They could have left, they could have come back

7    into it, or they could have not, right?

8    A    That's correct.

9    Q    Okay.  Let's say that you have two people, hypothetically,

10   two individuals who reside in the inner city, in the streets of

11   Baltimore, and they discover independently of one another that,

12   as you told the jury yesterday, the profits that can be made from

13   selling drugs in a small town in Pennsylvania are greater than

14   you can make selling them in, I think you might have referred to

15   Baltimore as like a secondary consumer city?

16   A    Yeah.  What I would mean by that is the price, the overall

17   price, the supply and demand could be higher.  My example of that

18   would be often times what we see in Baltimore City here, you

19   could buy a vial of crack cocaine for $10 and you could take that

20   same vial of crack cocaine out into Baltimore County or Carroll

21   County or to the more remote areas and you could charge $20 for

22   that same vial.

23        So it would be similar.  I don't know when we're

24   talking about profits, I mean, I think the profits, the profits

25   are going to be the same anywhere you're selling them.  But the

Case 1:04-cr-00029-RDB   Document 692   Filed 06/16/09   Page 27 of 254

1    price that you can actually sell the drugs for would be higher in

2    smaller, rural areas.

3    Q    Well, let's say you have two people, both of whom are in the

4    drug trade, but there's no evidence that they've ever sold drugs

5    together or even bought from the same supplier.  They both happen

6    to know each other and they're both, you know, in the business,

7    right?  And they both independently discover that, you know, you

8    can sell a vial of, whatever, right, crack or heroin or something

9    like that, for a certain price on the streets of Baltimore.  And

10   I assume it's cheaper in like a primary supply city like Houston

11   or New York.  But then if you go up to Altoona, Pennsylvania, or

12   you go to Lancaster, Pennsylvania -- by the way, you don't have

13   any idea how close Altoona and Lancaster are to each other?

14   A    No, I don't.

15   Q    If you go up to some place like that and try and sell a

16   drug, you can make more money?

17   A    Yes.

18   Q    Presumably because there's less supply?

19   A    Right.  Correct.

20   Q    And they discover this independently of one another.  You

21   follow?

22   A    Yes.

23   Q    They don't work together on the streets of Baltimore.  They

24   don't buy drugs together.  At least they don't buy them in any

25   routine way together in Baltimore.  But they independently

1    discover you can make more money up in Pennsylvania.  Does that

2    mean they're part of the same drug group in your mind?

3    A    No.  I mean, I would think, I think to some degree that's

4    pretty much common knowledge in the drug world about how the

5    smaller areas you get, how you will be able to drive the price

6    up.  You know, the more rural.

7    Q    Let's say you have a group of eight people who know each

8    other because they grew up in the same area, and two of those

9    people decide that they're going to commit a robbery, and during

10   the course of that robbery they're going to be perfectly willing

11   to kill somebody if it becomes necessary in their view to do so.

12   And there's no evidence to suggest that the profits, if any, from

13   the robbery are going to be shared with any one of those other

14   eight people, the other six people.  It's a group of eight,

15   right?  Two people decide to do a robbery.  There's no evidence

16   to believe they're going to share the profits with the other six

17   or that there's going to be any sort of protection for the two

18   doing the robbery or anything like that.  It's just two people

19   kind of going off, doing something that they plan to do together.

20   Does that mean that this is an act of the group in your mind?

21   A    Did the other six people know they were going to do the

22   robbery?

23   Q    They didn't even know about it, or there's no evidence that

24   that they do.

25   A    I would say no.

1   Q    Let's say you have a group of people that are charged

2   together in a case and they're looking forward to, there's a

3   trial date in the future.  And there's a particular type of

4   criminal defense which was originated by a group of people in a

5   totally different geographic area of the country, from a

6   completely different demographic background, and that this

7   particular kind of criminal defense has been utilized repeatedly

8   by other individuals in all, lots of different jurisdictions

9   throughout the United States in terms of, you know, trying to

10  defend themselves against criminal charges.

11        And then you have a group of, let's say, four

12  particular people in one particular city who use the same defense

13  that's been utilized, let's say, by numerous other people in, you

14  know, various other places around the country.

15        Does that mean that everyone who's ever used that

16  defense is part of a criminal organization or a drug organization

17  in your mind?

18  A    I would say no.

19  Q    May I have the Court's indulgence just for a moment?

20        THE COURT:  Yes.

21  Q    Thank you very much, Your Honor.  Nothing further.

22        REDIRECT EXAMINATION

23  BY MR. HANLON:

24  Q    Special Agent Ellington, good morning.

25  A    Good morning.

1    Q    You were posed a number of hypothetical scenarios by Mr.

2    Coburn.  I'm not going to pose that many but I do want to ask you

3    about one hypothetical, picking up on Mr. Coburn's last question

4    dealing with the criminal defense hypothetical.

5           You indicated that everyone in the nation asserting a

6    particular defense wouldn't necessarily be part of the same drug

7    group, is that correct?

8    A    That's correct.

9    Q    Let me pose you another hypothetical.  Suppose you have four

10   defendants charged together in a single case.  One day in court

11   without notice they all stand up, reading verbatim from the same

12   script, announcing their refusal to participate in court

13   proceedings.  They refuse to answer the Court's questions and are

14   so disruptive that they have to be taken out of the court.  Each

15   one of them recites the exact same language word for word or

16   nearly word for word.  Would you consider that to be evidence of

17   concerted attempt to obstruct justice in their case?

18              MR. COBURN:  Objection.  Ultimate issue.

19              MS. RHODES:  Objection.

20              MR. CROWE:  Also on intent.

21              THE COURT:  I think you opened the door, Mr. Coburn.

22   Objection's overruled.

23   A    I would say yes.

24   Q    Now, with respect to the other hypotheticals that Mr. Coburn

25   asked you, I'm not going to pose each one to you.  But let me ask

1   you about them globally.

2              Two people or more than two people come up on the radar

3   screen of your agency, an investigation of yours.  And for

4   whatever reason, you want to investigate the possibility that

5   they're a member of same drug group.

6              I would like to ask you a few questions about the

7   things you would investigate.  I'm not going to give you

8   hypotheticals but I just want to ask you about some of the things

9   you would investigate.

10             First of all, you would need more information just than

11  the fact that they're two drug dealers, is that right?

12  A    Yes.

13  Q    Would you look into the fact about, just as a factor, would

14  you explore whether they knew each other socially or grew up

15  together?

16  A    Yes.

17  Q    Would you look into the fact that they were both drug

18  dealers at the street level?

19  A    Yes.

20  Q    Would you explore the possibility that they had been

21  arrested together in the past with guns, drugs, money, or a

22  combination?

23  A    Yes.

24  Q    Would you look into evidence about whether or not there were

25  any firearms exchanged between or among the members of the group

1    you're investigating?

2    A    Yes.

3    Q    Would you look into any evidence?  I'm not going to throw

4    hypotheticals at you.  But any evidence that there was any

5    involvement by these people in murders or related murders?  You

6    would explore that?

7    A    Yes.

8    Q    How about getting money together by one person in order to

9    get a lawyer for another person?  Is that something you would

10   look into?

11   A    Yes.

12   Q    You mentioned, in response to questions by Mr. Coburn and

13   also, I think, by Mr. Crowe, you were asked about your

14   understanding of the term "organization."  I think you were asked

15   about my understanding of the term "organization."  Leave mine

16   aside.  My understanding doesn't count.

17           With respect to your understanding of a drug group or

18   drug organization, I believe you testified that you've

19   investigated some groups where the only connection was that they

20   were available to one another for protection, is that correct?

21   A    That's correct.

22           MR. CROWE:  Objection.

23           THE COURT:  Overruled.

24   Q    You were asked questions -- I'm forgetting which of my

25   defense colleagues asked you this question.  But you were asked

1    some questions about people getting locked up or going to jail

2    and remaining part of a conspiracy.  I believe you may have

3    testified to this on cross already.  Even in instances where

4    people do leave a conspiracy or are absent from a conspiracy's

5    activities or from a group's activities, have you seen cases

6    where a person gets locked up and resumes activity in the

7    conspiracy after being released?

8    A    Yes.

9    Q    So you can come back and sort of pick up where you left off

10   in the drug world, is that correct?

11   A    That's correct.

12   Q    You were asked some questions about the Bailey case before

13   Judge Bennett recently.  I was not the prosecutor on that case,

14   is that right?  So I don't know the answer to these questions.

15   A    No, you weren't.

16   Q    Were you qualified at all in that case or was it just the

17   particular area where Judge Bennett didn't want to hear testimony

18   about a defendant's intent?

19   A    Yes, I was qualified as an expert.  It was just the, the

20   verbiage of "intent to distribute."

21   Q    So there was that one point that the judge didn't want to

22   hear the testimony about?

23   A    Yes.  The intent.

24   Q    Of a particular defendant?

25   A    Exactly.

1    Q    As opposed to the operations of drug groups and

2    organizations in general?

3    A    Right.  I was qualified in that area.

4    Q    Did you testify about those matters in that case?

5    A    Yes, I did.

6    Q    You were asked some questions about some of the large

7    organizations.  When you get to large organizations sometimes

8    they names, sometimes they have hierarchies, things like that.

9            Let me ask you about specifically the Bloods and the

10   Crips, a group that most people have heard of.  You've heard of

11   those two organizations?

12   A    Yes, I have.

13   Q    They're pretty well known.  They have colors and histories

14   and all that kind of stuff?

15   A    Yes.

16   Q    In terms of the activities of the Bloods as they operate

17   here in Baltimore, is it correct that even within Baltimore, and

18   even within the Bloods umbrella, there are numerous smaller sets

19   that operate independently of one another and have their own

20   groups, their own activities separate from the overall umbrella?

21   A    Yes, they do.

22   Q    Thank you, Special Agent.  Thank you, Your Honor.

23           THE COURT:  Agent Ellington, thank you very much, sir.

24           THE WITNESS:  Thank you, Your Honor.

25           THE COURT:  You're excused.

Case 1:04-cr-00029-RDB   Document 692   Filed 06/16/09   Page 35 of 254

1          MR. HANLON:  Your Honor, the United States calls

2    Special Agent --

3          MR. HARDING:  Brief interruption, Your Honor.  Can I

4    call, United States will call Vonzella Johnson.

5          THE COURT:  All right.  Members of the jury, this next

6    witness will be testifying concerning certain laboratory

7    analyses.  My understanding is that the government and the

8    defense have reached a stipulation as to most of the other

9    laboratory analyses that are of pertinence to this case.

10   However, there will be limited testimony here as to one

11   laboratory analysis.

12          Good morning, Ms. Johnson.

13          THE WITNESS:  Good morning.

14          VONZELLA JOHNSON, GOVERNMENT'S WITNESS, SWORN

15          THE WITNESS:  I do.

16          THE CLERK:  Be seated.  Speak directly toward the mike

17   and state your name and spell it for the record.

18          THE WITNESS:  Vonzella Johnson.  V-O-N-Z-E-L-L-A.

19   J-O-H-N-S-O-N.

20          DIRECT EXAMINATION

21   BY MR. HARDING:

22   Q    Good morning, Ms. Johnson.

23   A    Good morning.

24   Q    Can you tell us how you're employed?

25   A    I'm employed by the Maryland State Police Forensic Sciences

1    Division as a forensic chemist.

2    Q    And how long have you been employed there as a forensic

3    chemist?

4    A    I've been employed for a little over 16 years.

5    Q    Your Honor, I believe that we have a stipulation as to the

6    expertise of this particular witness in the area of analysis of,

7    chemical analysis of controlled substances.

8              THE COURT:  Very well.  The witness will be accepted an

9    expert in that field.

10   Q    Ms. Johnson, I have here an exhibit that is actually marked

11   as Government Exhibit L-11.  Do you recognize this document

12   that's on your screen in front of you?

13   A    Yes, I do.

14   Q    Were you asked to do a chemical analysis of an off white

15   rock substance submitted by Trooper R. Bond, the arresting

16   officer's who is named on here, for a date of offense of 5/7/99,

17   suspect's name is -- my machine seems to have frozen up here,

18   Your Honor.  I'm going to have to toggle it.  Of course, the

19   first problem is opening this cabinet.

20             THE COURT:  The other monitors seem to be fine.

21             MR. COBURN:  Ours is fine.

22             THE COURT:  Is it the monitor or is it -- you're not

23   getting a picture of it.  Oh, I see.

24             MR. HARDING:  Magic.

25             THE COURT:  Just before you said that, the word "freeze

1    frame" came up on the monitor.  Perhaps, I think there's a

2    control there that needs to be disabled.

3            MR. HARDING:  Sorry, Your Honor.

4            THE COURT:  That's all right.  Mr. Hanlon fixed it.

5            MR. HANLON:  No, Mr. Hanlon hasn't done anything, for

6    the record, Your Honor.

7            THE COURT:  Perhaps you should power it off and power

8    it back up.

9    BY MR. HARDING:

10   Q    Actually, I just toggled it off to try to do that, Your

11   Honor.  Judge, why don't I just try to do with the testimony

12   without worrying about all this.

13           THE COURT:  Okay.

14   Q    So back to my question, Ms. Johnson.  Were you asked to do a

15   chemical analysis of a bag submitted by Trooper Raymond Bond on

16   an offense of May 7th, 1999, suspect's name is Shelly Wayne

17   Martin.  And can you read for us the Crime Lab file number and

18   the property number that appear on the report?

19   A    Yes, the Crime Lab file number is CL 024230.

20   Q    Okay.  And what did the exhibit consist of when it was

21   submitted to you?

22   A    It consisted of a plastic bag that contained two individual

23   plastic bags, each containing a white substance.

24   Q    Okay.  And first of all, did you weigh the substance and

25   determine what it was?

1    A    Yes.

2    Q    Can you tell us the weight that you determined and also the

3    result of your analysis?

4    A    I weighed the two plastic bags, plastics bags individually.

5    The first one weighed a gross weight of 41.3 grams.  The second

6    one a gross weight of 11.8 grams.

7    Q    Okay.  And what was the result of your analysis?

8    A    On Item Number One, it was cocaine base, 44%.  Item Number

9    Two was cocaine base.

10   Q    And that's the same thing as crack, is it not?

11   A    Yes.

12   Q    Okay.  Now, if you added up the gross weights of those two

13   bags, what would the, what would the sum be?

14   A    53.1 grams.

15   Q    Okay.  And when you say gross weight, does that include the

16   weight of the little baggies?

17   A    Yes, it does.

18   Q    Can you estimate the net weight, if you submit, if you just

19   wanted to know how much cocaine base there was in the two bags --

20          MR. PYNE:  Objection.

21   Q    -- can you do that?

22          THE COURT:  Overruled.  You may answer.

23   A    Yes.  The bags, based on the description that I have,

24   estimate, estimate weight is 1.4 grams for each bag.  So the

25   total net weight would be an estimate of 50.3 grams.

1    Q    Meaning you deducted 2.8, the weight of the two bags, from

2    the 53.1, and came up with 50.3 grams, is that correct?

3    A    Yes.  That's correct.

4    Q    So that's the total weight of the crack or cocaine base in

5    the exhibit, is that correct?

6    A    Correct.

7    Q    All right.  Thank you.  I don't believe I have any more

8    questions.

9              THE COURT:  Mr. Pyne, if you'll wait just one second.

10             MR. PYNE:  I would love to, Your Honor.

11             THE COURT:  I think Louis might be able to help us out.

12   It froze.  Thank you very much, Louis.

13             CROSS EXAMINATION

14   BY MR. PYNE:

15   Q    Good morning, Ms. Johnson.

16   A    Good morning.

17   Q    I'm Jim Pyne.  I represent Shelly Wayne Martin.  How long

18   have you been with the Maryland State Police Crime Lab?

19   A    A little over 16 years.

20   Q    And so you're very familiar with this form here that's on

21   the DOAR presenter?

22   A    Yes, I am.

23   Q    And can you tell the ladies and gentlemen of the jury why

24   all these signatures and dates and times appear on the bottom?

25   A    The signatures at the bottom are what we call the chain of

1    custody.  And they represent each person who has handled the

2    evidence.

3    Q    And why are those included on this form?

4    A    To show a trail of who's handled the evidence.

5    Q    Okay.  Because this is what's called fungible evidence,

6    isn't that correct?  There's no way you can identify one baggie

7    of white powder from another baggie of white powder.  So you need

8    a chain of custody to show that this particular baggie of powder

9    is the one that Trooper Bond submitted to you, is that correct?

10   A    Correct.

11   Q    So it's very important that anyone that handles this signs

12   off that they're taking it out and it's signed in wherever it's

13   delivered to, is that correct?

14   A    Correct.

15   Q    And in fact, your name appears, I think, down here?

16   A    Yes.

17   Q    Ms. Johnson.  You took it out, it looks like, August 17th,

18   is that right, of '99?

19   A    I can't see the date.

20   Q    You probably have the monitor that's off a little bit.

21   A    August the 17th, 1999.

22   Q    Okay.  And you signed that out of, what, a vault that you

23   keep these drugs in?

24   A    The CDS vault at the Maryland State Police Forensic Sciences

25   Division.

1    Q    Okay.  What's the first thing you do when you take things

2    out of the vault to analyze them?

3    A    The first thing, well, when we take them out of the vault,

4    we take them back to our lab area and lock them up until we're

5    ready to analyze them.

6    Q    Okay.  When you're ready to analyze it, then, what's the

7    first thing you do?

8    A    When I'm ready to analyze it, what I would do is take it

9    out.  The piece of paper that you're showing here is a chain of

10   custody, would be attached to the evidence envelope.  I compare

11   the information on the chain of custody, the description, as much

12   as I can before opening it.  And then I proceed to open it and

13   remove the items for analysis.

14   Q    Okay.  So you don't fill out this typed information here?

15   This one plastic baggie containing an off white rock substance?

16   A    No.

17   Q    You don't fill that out?

18   A    No.  That's completed when I receive it.

19   Q    Okay.  So that probably would have been completed by Trooper

20   Bond in this case, is that correct?

21   A    I don't know who completed it.  I can assume that he did

22   because his name is on it, but I don't know.

23   Q    Since he is on the chain of custody at number two, Trooper

24   R. Bond, he is the first date, 5/7/99 at 1504, would that in all

25   likelihood be the person who packaged this and submitted this to

1    you?

2    A    In all likelihood it would be.

3    Q    Okay.  So he typed out that he was submitting to you one

4    plastic baggie con take an off white rock substance?

5    A    Correct.

6    Q    And it's your testimony that the first thing you do is take

7    whatever you're given and compare it to what's on that sheet?

8    A    Correct.  Before opening the bag.

9    Q    So before you ever open the bag, you look to see if there

10   was one plastic baggie containing an off white rock substance in

11   that bag, correct?

12   A    Yes.

13   Q    And you're telling us today that that's not what you saw in

14   that bag?

15   A    Not once I opened it.

16   Q    Okay.  Once you opened it, there were, in fact, two plastic

17   baggies?

18   A    Correct.

19   Q    Containing two off white rock, off white rock substances

20   correct?

21   A    Correct.

22   Q    So didn't that indicate to you that, in fact, that was not

23   what Trooper Bond had submitted?

24   A    No.  Because we do routinely receive items where the

25   description on the outside appears when you're looking through it

CROSS EXAMINATION OF VONSELLA JOHNSON BY PYNE                43

1   to match the description that's on the chain of custody.  And we

2   open it up, sometimes there are more in there.  We don't see it

3   as a discrepancy.

4   Q    Why would that not be a discrepancy?  It says one baggie

5   with one rock-like substance?  You're analyzing two baggies with

6   two rock-like substances and you don't see a discrepancy?

7   A    Because it says one baggie containing white rock-like

8   substance.  It doesn't say specifically that it's one bag

9   containing it or two bags.

10  Q    Yes, it does.  It says one plastic baggie.  It does

11  specifically say one plastic baggie.

12  A    Correct.  One plastic baggie containing off white substance.

13  It doesn't say that it may contain more inside of it.  So we

14  don't note it as a discrepancy.

15  Q    I missed something.  It says one plastic baggie.  And you

16  open whatever it's contained in, this evidence envelope, and you

17  find two plastic baggies, and you don't see that as a

18  discrepancy?

19  A    Excuse me.  No.  Because as I said, it says one plastic

20  baggie.  When I observed it through the evidence envelope before

21  I opened it and compared it, I saw one plastic bag.  Once I

22  opened it, inside of the one plastic bag there were two baggies.

23  We don't, we don't say that that's a discrepancy because we

24  receive items like that all the time.  It's not a discrepancy to

25  us.

CROSS EXAMINATION OF VONSELLA JOHNSON BY PYNE                44

1    Q    Now, let me make it clear.  The one plastic baggie you're

2    talking about opening is an evidence bag?

3    A    No.  I do open the evidence bag, yes.  But inside of that

4    there's, there was one plastic bag that, when you opened it, when

5    you separated it, it contained two other plastic bags inside of

6    the one plastic bag.

7    Q    Okay.  So we're actually talking about three bags, then?

8    A    Yes.

9    Q    So there's two smaller baggies?

10   A    Inside the one.

11   Q    In a larger baggie?

12   A    Inside of the evidence envelope.

13   Q    And you didn't feel that that was important enough to note

14   anywhere in your submission here?

15   A    I did note it in my notes.

16   Q    Okay.  Let's go to your notes, then.  And what do you reveal

17   in your notes?

18   A    In my notes I have a fold over sandwich bag containing items

19   one and two, which I've described each as a fold over sandwich

20   bag containing white compressed substance.

21   Q    Okay.  So we're dealing with three bags now, we've made

22   clear.

23   A    Yes.

24   Q    Three plastic baggies.  Did you weigh any of those three

25   plastic bags?

1    A    I weighed the two inner bags that I've listed it as items

2    one and two.

3    Q    I guess my question wasn't specific enough.  Did you

4    separately weigh any of the three plastic bags?

5    A    No.

6    Q    So you're just guessing what that weight would be?

7    A    As I stated before, that's an estimation based on bags that

8    I've weighed previously that are described that way.  They

9    normally way around 1.4 grams.  So it's an estimation.

10   Q    Did you weigh these specific bags?

11   A    No.

12   Q    Can you weigh these specific bags?

13   A    If I had them available, I could, yes.

14   Q    Are they available?

15   A    I don't see them.  I don't know where they are.

16   Q    Okay.  Do you know if they've been destroyed?

17   A    I have no knowledge of what happened to them.

18   Q    Okay.  So the weight that you give on this form here, the

19   44.3 and the 11.8 include the weight of those baggies?

20   A    The 41.3 and the 11.8 include the weight of the bags.

21   Q    The 41?

22   A    Yes.

23   Q    Got to get my reading glasses.  And you're just guessing

24   what the weight would be, or estimating, more probably, what the

25   weight would be?

1    A    What the estimate of the bags are, yes.

2    Q    Okay.  You don't know for a fact what that weight is?  This

3    is just your best estimate based on your brief description in

4    your notes of the bag?

5    A    Correct.

6    Q    And that note is one fold over plastic sandwich bag?

7    A    Yes.

8    Q    No further description than that?

9    A    No.

10   Q    Okay.  Now, on the particular form here, you have gross and

11   net weight, correct?

12   A    Yes.

13   Q    You did not indicate on there whether this was a gross or

14   net weight, did you?

15   A    No, I didn't.

16   Q    Wouldn't that be helpful?

17   A    At that time, my policy, we did not have to indicate it one

18   way or the other.  We could provide the information when asked.

19   So I didn't.

20   Q    Well, both in state court and federal court, aren't the

21   weight of drugs very important?

22   A    Yes, they are.

23   Q    And so these weights you've given here are, in fact, gross

24   weights and not the weight of just the drugs?

25   A    That's correct.

1    Q    And the weight of drugs, the particular weight of drugs

2    themselves can bring into action mandatory minimum type

3    sentences, aren't you aware of that?

4    A    I am aware of that.

5    Q    So it's very important to precisely know exactly what the

6    weight of the particular drug is, correct?

7    A    Correct.

8    Q    And yet the weights you have here include the weight of the

9    baggie?

10   A    Yes, it does.

11   Q    And in fact, the weights you have here, when added together,

12   would add up to over 50 grams?

13   A    That's correct.

14   Q    Now, are you aware that 50 grams both I believe in state

15   court and in federal court trigger in certain mandatory minimum

16   penalties?

17   A    I aware of that, yes.

18   Q    So don't you think it would be very important to weigh those

19   baggies and find out exactly what the weight of this drug is

20   since we're right at that 50 gram limit?

21   A    If I had been asked to weigh them, I would have weighed

22   them.  But it's policy in our lab that we don't have to separate

23   them out from the containers, that's our standard operating

24   procedure, unless we're requested to do it.

25   Q    And you weren't requested to do that in this case?

1    A    I wasn't requested, no.

2    Q    Now, I see that you did a purity on one of the baggies, is

3    that correct?

4    A    Correct.

5    Q    And why did you do it on only one of the baggies?

6    A    Again, with the purity, also, it's standard operating

7    procedure in our lab.  We don't do purities unless someone has

8    requested it.  Because I did it on the one, someone requested it

9    at some point that I do it on that particular item.  I didn't

10   keep a record of that.  We don't do that, either.  Usually it's a

11   phone call.

12   Q    Okay.  And one of the things you rely on in making sure that

13   you're analyzing the right thing is this property number, is that

14   correct?  Because that's the number that the trooper submits it

15   under?

16   A    That's, that's the number that it is submitted to the lab

17   under, yes.

18   Q    And in this case it was P-155715?

19   A    P 157 -- 155715.

20   Q    Yes.  And does the trooper also prepare a property record in

21   regards to the property number?

22   A    Yes.

23   Q    Now, are you familiar with -- could I approach the witness,

24   Your Honor?

25              THE COURT:  Yes.

1    Q    Ask that you would look at the property record I've handed

2    you and ask, that's the property record that was prepared in this

3    case?

4    A    It does have the same number so I'm assuming that it is the

5    same property record.

6    Q    Okay.  And did the trooper weigh the substance in this case?

7    A    Yes.

8    Q    And it's a total weight, meaning including the weight of the

9    three bags, is that correct?

10   A    He has total weight.  I don't know what he included.

11   Q    Okay.  Well, he obviously, when he filled this form out,

12   thought it was only one bag, didn't he?

13   A    According to what he wrote on here, yes.

14         MR. HARDING:  Objection.

15   Q    Let me withdraw it and ask another one, Your Honor.

16         THE COURT:  Withdrawn.

17   Q    He titles it the same way he does here.  One plastic bag

18   containing an off white rock substance, is that correct?

19   A    Correct.

20   Q    And he weighed that one plastic bag at 50.3 grams, did he

21   not?

22         MR. HARDING:  Objection.

23         THE COURT:  Overruled.  You may answer based on the

24   form.

25   A    According to the form, yes, 50.3 grams.

1    Q    Could I have this marked as --

2         THE COURT:  Martin exhibit which?

3    Q    Martin's Exhibit 14, Your Honor.

4         THE COURT:  Martin Exhibit 14.

5    Q    Can I have a moment?

6         THE COURT:  Yes.

7    Q    I don't think I have any further questions, Your Honor.

8    Thanks.

9         THE COURT:  Redirect.

10        MR. COBURN:  I just have a couple, Your Honor.

11        THE COURT:  I'm sorry, Mr. Coburn.

12        CROSS EXAMINATION

13   BY MR. COBURN:

14   Q    Not at all.  Ms. Johnson, good morning.

15   A    Good morning.

16   Q    I just have a couple of questions about the lab analysis

17   itself.  So the first baggie, the one that you called Item Number

18   One, you found that to be 41.3 grams, right?

19   A    Correct.

20   Q    And then next to that it says cocaine base?

21   A    Correct.

22   Q    That's the same thing as crack, right?

23   A    Yes.

24   Q    And that's obviously an illegal substance, correct, under --

25   A    Yes.

1    Q    -- what you call a Schedule Two controlled substance?

2    A    Schedule Two, yes.

3    Q    Now, when you've got that number 44% next to that?

4    A    Um-hum.

5    Q    What does that mean?

6    A    That's the percent purity for that item.  It means that it's

7    44% cocaine base.

8    Q    What's the rest of it?

9    A    I don't know.

10   Q    It's just whatever garbage typically gets mixed in in terms

11   of making it saleable on the street, is that fair to say?

12   A    Correct.  Cutting agents, sugars, anything.

13   Q    Cutting agents.  Now, with respect to Item Number Two, the

14   one that's 11.8 grams, when you say that's cocaine base, is that

15   based on the test you did on the first item?

16   A    No, that was tested separately.

17   Q    So in other words, there's one test you do to see if it is

18   cocaine, if it contains cocaine base.  Then there's another kind

19   of test you do to figure out what kind of percentage it is?

20   A    The qualitative tests determine what the substance is.  And

21   quantitative tests determine the percent purity.

22   Q    How do you do that?  Without getting into like, I don't mean

23   to take up a lot of the Court's time on this.  I mean, the test

24   to determine whether there is cocaine base in there is one kind

25   of test and then there's another perhaps more complicated test to

1    determine the percentage, is that right?

2    A    There's a range of tests that we do.  There's not just one

3    test.  In this instance, I did some presumptive or screening

4    tests, which were color tests.  And I did three of those on each

5    sample.  I then did a microcrystalline test.  And I also did a

6    UV, which is an ultraviolet spectrophotometer.  What that is is

7    ultraviolet light passes through a sample and produces a graph.

8         I also did an infrared spectrophotometer.  And that

9    gave me the confirmation that the substance was cocaine base.

10   And that's an instrument that uses infrared light to pass through

11   the substance.

12   Q    You understand I'm not challenging any of these results.

13   I'm just trying to figure out, there's one test or tests you do

14   to determine that it's cocaine base and there's something else

15   you do to figure out the percentage?

16   A    Right.  There's another test to determine the percent

17   purity, and that would be the gas chromatograph test.

18   Q    And that's the one that you did not do on the second item?

19   A    Correct.

20   Q    Nothing further.  Thank you, Your Honor.

21            REDIRECT EXAMINATION

22   BY MR. HARDING:

23   Q    Ms. Arrington, do you have Martin Exhibit Number 14?

24        Ms. Johnson, you told us that your estimate of the

25   total weight of the crack, the cocaine base in the exhibit that

1   was submitted by Trooper Bond was 50.3 grams, is that correct?

2   A    That's my estimate, yes.

3   Q    And is that the exact figure that Trooper Bond put on the

4   report that he submitted to you that's marked Martin Exhibit

5   Number 14?

6   A    That also says 50.3 grams.

7   Q    Thank you.  I have no further questions.

8              THE COURT:  Ms. Johnson, thank you very much.  You're

9   excused.

10             THE WITNESS:  You're welcome.

11             MR. HANLON:  Your Honor, the United States calls

12  Special Agent Brian Klas.

13             S.A. BRIAN KLAS, GOVERNMENT'S WITNESS, SWORN

14             THE WITNESS:  I do.

15             THE CLERK:  Be seated.  Speak directly toward the mike.

16  State your name and spell your last name for the record.

17             THE WITNESS:  Brian Klas.  K-L-A-S.

18             DIRECT EXAMINATION

19  BY MR. HANLON:

20  Q    Special Agent Klas, good morning.

21  A    Good morning.

22  Q    What do you do for a living?

23  A    I'm a Special Agent with the Bureau of Alcohol, Tobacco,

24  Firearms and Explosives.

25             THE COURT:  You know, I probably should explain --

1    excuse me, Agent -- explain to the jury because the jury's aware

2    that ordinarily persons who have been in the courtroom are not

3    permitted to be witnesses in the case.  But there is an exception

4    that permits the government to have its agent in the courtroom

5    throughout the trial, who can then testify.  And that's why Agent

6    Klas, though he has been in the courtroom for much of the trial,

7    is permitted to testify.

8    BY MR. HANLON:

9    Q    Thank you, Your Honor.  You're an ATF agent, Special Agent?

10   A    Yes, sir.

11   Q    And how many years?

12   A    Approximately nine years.

13   Q    Just briefly, what kind of a work, what kind of

14   investigations do you do as an ATF agent?

15   A    Currently, I'm assigned to the Violent Crime Impact Team.

16   And we work narcotics and violent narcotics traffickers.

17   Q    Have you been doing violent, violent crimes work and

18   narcotics work and firearms work for most of your time as an ATF

19   agent?

20   A    Most of that.  I was an arson investigator prior to joining

21   the group.

22   Q    And is the ATF position, is that what you've done in law

23   enforcement?  Has there been any other law enforcement experience

24   you've had?

25   A    I've also been employed by the Immigration and

1    Naturalization Service, both as an inspector and as a special

2    agent.  I've also worked for the city of New York as an

3    investigator as well.

4    Q    All in all, not to make you do math, Special Agent Klas, but

5    how many years have you been working in law enforcement?

6    A    Approximately 13.

7    Q    Now, you've obviously been helping us with this case, is

8    that correct?

9    A    Yes.

10   Q    Let me ask you, direct your attention to January the 22nd of

11   2004.  That was one of the earliest things that you did as part

12   of this investigation, is that right?

13   A    Yes, that's right.

14   Q    Did you participate in a search warrant that day?

15   A    Yes, I did.

16   Q    And was the location of that search warrant 2731 Seamon

17   Avenue in Baltimore, Maryland?

18   A    Yes, it was.

19   Q    I'm going to show you what's been previously marked and

20   entered into evidence, I believe, as Government's Exhibit PH-21.

21   Is that the, is that Seamon Avenue?

22   A    Yes, it is.

23   Q    And this is the house that you helped search?

24   A    That's correct.

25   Q    Let me ask you, setting the scene a little bit for the

1   search warrant.  Did you have any involvement in the preparation

2   of the search warrant itself or in acquiring the evidence that

3   led to the issuance of a search warrant for this house?

4   A    No, I did not.

5   Q    You just got involved, essentially, to help out with the

6   actual search?

7   A    That's correct.

8   Q    In terms of how the search works, are you the only officer

9   that goes or are there multiple officers?

10  A    No, there were several officers and agents.

11  Q    You get together, you get ready to go, and then you go over

12  as a team?

13  A    Yes, correct.

14  Q    What was your job sort of going into the house?  Did you

15  have a particular assignment?

16  A    No, not at this time.  My assignment was to help search the

17  premises.

18  Q    Were there any incidents or any problems, to your knowledge,

19  getting into the house?

20  A    No, there was no problem getting into the house.

21  Q    After entry was made, who was involved?  Is it ATF agents,

22  police officers?

23  A    There was, I think there was a DEA agent there.  There was

24  an IRS agent there.  Myself and several sworn Baltimore City task

25  force officers.

1    Q    Task force officers is a local officer, detective or police

2    officer who is sort of sworn in and attached over to a federal

3    agency?

4    A    Exactly.  They're assigned to DEA at the time.

5    Q    Once law enforcement officers entered the house, to your

6    knowledge a complete search of the house was done, is that right?

7    A    That's correct.

8    Q    I'm going to ask you about various items in the house.  But

9    just to, again, set the scene a little bit.  You were not the

10   seizing officer for each and every one of these items, is that

11   right?

12   A    No, I was not.

13   Q    But you were either the seizing officer or you saw them

14   being seized and in the process of being seized, is that right?

15   A    Yes.  Categorized.

16   Q    So you have some familiarity with the items we're going to

17   go over today?

18   A    Yes, I do.

19   Q    Setting the scene a little bit inside the house.  I'm going

20   to begin by asking you about the kitchen at Seamon Avenue.  Can

21   you describe the kitchen?

22   A    Well, as soon you walk into that door there, you can see the

23   home goes to the left, and that's where the kitchen is.  I recall

24   there's a table near the window there.

25   Q    This window here?

1    A    Yes.  And then the room turns into a, that's basically the

2    end of the kitchen.  But it turns, the linoleum floor turns to

3    the right a little bit, like a small part of the shorter end of

4    the L.  And there are two closets in that section there, which

5    then leads into the living room.

6    Q    So the kitchen leads into the living room?

7    A    Yeah.

8    Q    And around about where the kitchen leads into the living

9    room, there are two closets?

10   A    That's correct.

11   Q    Let me ask you about the two closets.  Is either one of them

12   near or closer to the kitchen versus the dining room?

13   A    Yeah.  They're on either side of the wall almost directly

14   offset.  But one favors the kitchen by about, oh, I would say a

15   foot or so, and the other favored the living room by, say, a foot

16   or so.

17   Q    That kitchen closet was among, I'm going to call the closet

18   closer to the kitchen the kitchen closet?

19   A    Yeah.

20   Q    You've heard it referred to various ways.  Kitchen closet,

21   furnace closet, is that right?

22   A    Yes.

23   Q    Is there, in fact, some kind of equipment or furnace inside

24   of that closet?

25   A    Yeah, I do recall there was.

1    Q    Were you present when that closet was first entered by law

2    enforcement?

3    A    I believe I was in the, more of the kitchen area.  But I was

4    in the proximity.

5    Q    Did you have a chance to see the items, if anything was

6    discovered in the kitchen?

7    A    Yeah.

8    Q    In the kitchen closet.  Excuse me.

9    A    Yeah.  I saw the items before any items were removed.

10   Q    Let me show you what's been marked as Government's Exhibit

11   se 4.  What do we see in SE-4?

12   A    That's the .45 caliber Llama pistol.

13   Q    Now, I'm going to show you some of these specific items in a

14   moment.  But let me set the scene a little bit.  You've referred,

15   obviously, to a .45 caliber Llama pistol?

16   A    That's correct.

17   Q    There is an object underneath the pistol that I've outlined.

18   What is that object, if you remember?

19   A    A black binder.  Plastic vinyl binder, I guess.

20   Q    When you first, when you looked inside the closet, I gather

21   there were a couple other officers there?

22   A    Yeah.

23   Q    Was this basically how it looked, the weapon on top of the

24   binder on top of these other things?

25   A    Yeah.  It was photographed in place.  I believe that's

1    exactly how it looked.

2    Q    And underneath the binder there's, I'm trying to outline

3    something else that's just under the weapon.  What's the white

4    stuff?

5    A    Those are papers.

6    Q    And then, finally, there is a, I'm outlining here something

7    underneath the papers.  Can you tell us what that is?

8    A    Well, that's, I believe, if I recall, that's the matrix VHS

9    tape.  And it's all contained inside of a black, say, milk crate.

10   Q    Plastic black milk crate?

11   A    That's correct.

12   Q    Let me show you some of these specific items, if I may.

13   Showing you what's been marked as Government's Exhibit SE-1.  Can

14   you tell us what SE-1 is?

15   A    Yes.  That was, that is the .45 caliber Llama that was

16   pictured in the photograph we just saw.

17   Q    And this was seized from the closet at Seamon Avenue?

18   A    Yes.

19   Q    From the kitchen closet, I should say?

20   A    Yes.

21   Q    What was done with this weapon?  Was it, there were a number

22   of agencies.  Was this particular weapon put into ATF custody?

23   A    Yes, it was.

24   Q    Ultimately, on the subject of the gun, you submitted this

25   .45 caliber Llama to your agency for test-firing and analysis, is

1    that right?

2    A    Right.

3    Q    Was it test-fired?

4    A    Yes, it was.

5    Q    Was it found to have functioned and to fire as designed?

6    A    Yes.

7    Q    Specifically, Special Agent Klas, was Government's Exhibit

8    SE-1 capable of expelling a projectile by the action of an

9    explosive?

10   A    Yes, it was.

11   Q    Attached to Government's Exhibit SE-1, we've been talking

12   about the weapon, there is also this piece of metal, is that

13   correct?  It's not showing up great on the screen.

14   A    Oh, yes, sir.

15   Q    What is that?

16   A    That's the magazine.

17   Q    Special Agent Klas, was the Llama, do you remember if the

18   Llama was loaded at the time of its recovery?

19   A    The Llama had the, the magazine had seven rounds of

20   ammunition inside the magazine and the magazine was seated

21   properly inside of the firearm.  There was not a round in the

22   chamber.

23   Q    So it was loaded in the magazine but not chambered?

24   A    That's correct.

25   Q    Was the weapon unloaded and rendered safe when it was

1    seized?

2    A    Yes, I did that.

3    Q    Government's Exhibit SE-2 is an envelope containing a number

4    of items, is that correct?

5    A    Yes.

6    Q    And I've removed one of those items.  Can you tell us what

7    the envelope marked as Government's Exhibit SE-2 contained?

8    A    Yeah.  That was one of the, one of the rounds of ammunition

9    recovered from the magazine, the  .45 caliber ammunition.

10   Q    I don't know if I want to open up this envelope and count.

11   I think you've already indicated how many rounds there were.

12   A    There were seven rounds.

13   Q    Staying on the kitchen closet for a moment.  I want to ask

14   you about this black object that was seized.  And let me show you

15   what's been previously marked as Government's Exhibit SE-20.

16   Your Honor, if I may, I would like to use the table.

17              THE COURT: Certainly.

18   Q    What is SE-20, Special Agent Klas?

19   A    This is the binder that was pictured in the photograph and

20   some of the documents or all the documents that were recovered

21   from inside the binder.

22   Q    The documents were inside the binder at the time of the

23   recovery, is that right?

24   A    Yes, that's correct.

25   Q    You and I, in preparation for your testimony, have actually

1    gone through this binder the last couple of days and have pulled

2    out various samples of this documentation to be discussed later

3    in your testimony, is that right?

4    A    That's right.

5    Q    So as we sit here today, the binder does not contain all of

6    the documents it originally contained, is that right?

7    A    That's correct.

8    Q    But just for the jury's reference, there are still a number

9    of documents inside the binder and they were organized more or

10   less along the lines of what we see here, is that right?

11   A    Yeah.  They were disorganized, I guess you would say.

12   Q    I mean organized in the, in the broadest sense of the term?

13   A    Yes.

14   Q    And we've gone through this and analyzed things and stuff

15   like that, is that correct?

16   A    That's correct.

17   Q    Picking up just a sample so we can have a sense of how these

18   things are organized.  This black binder, for purposes of the

19   drug seizure, DEA agents sort of took custody of some stuff and

20   inventoried and assigned a DEA exhibit number to everything, is

21   that right?

22   A    That's correct.

23   Q    The black binder, we've called it Government's Exhibit SE-20

24   in this case, but the DEA called it N-45, is that right?

25   A    That's right.

1    Q    Again, not to throw too many numbers at the ladies and

2    gentlemen of the jury, but each one of the documents found inside

3    the black binder was actually labeled by a DEA agent as N-45, and

4    then a page number was assigned, is that right?

5    A    That's correct.

6    Q    So every document that has an N-45 indication is a document

7    that came out of the black binder?

8    A    Yes.

9    Q    Unfortunately does not show up great on the DOAR system and

10   I'm not sure the jury will be able to see it from here.  But in

11   Government's Exhibit SE-4, there's a white piece of paper that

12   can be seen, is that correct, Agent?

13   A    Yes.

14   Q    And you may not be able to see it from your seat, but you've

15   look at it in the past?

16   A    Yes.

17   Q    And I don't know if the jury can see it.  I might ask to

18   publish this briefly, Your Honor.  But there's a particular white

19   piece of paper that has some red handwriting on, is that correct?

20   A    That's correct.

21   Q    Is that one of the documents we're going to discuss later?

22   A    Yes.

23   Q    Your Honor, may I just briefly show this to the jury?

24         THE COURT:  You may.  You can hand it over, Mr. Hanlon.

25   Q    Thank you, Your Honor.  There were also some documents, and

1    I don't know if you have anything in front of you, Special Agent,

2    giving you the DEA numbers, but there are also a number of

3    documents that DEA agents labeled as N-46 for purposes of their

4    inventory, is that right?

5    A    That's correct.

6    Q    And they were also found in the kitchen closet?

7    A    Yes, sir.  Yes, sir.

8    Q    Not to throw too many numbers at everyone.  But Government's

9    Exhibit SE-16 is a packet containing all of the documents taken

10   from the closet which were designated as DEA N-46, is that right?

11   A    That's correct.

12   Q    And you've gone through this in preparation for your

13   testimony?

14   A    Yes, I have.

15   Q    Let me just show you a few of these pieces of paper.  Your

16   Honor, one of these exhibits, I'm going to attempt to cover up a

17   piece of information on it if that's all right?

18          THE COURT:  All right.

19   Q    This item from Government's Exhibit 26, 16, SE-16, is a

20   Social Security Card, is that right?

21   A    That's correct.

22   Q    I'm endeavoring to hide the Social Security number.  Just so

23   we can get the name on that card.  Can you please read us the

24   name on this Social Security card?

25   A    Shelton Harris.  I can't seem to make out the middle

1    initial.

2    Q     Can you make it out now, Agent?

3    A     It might be an L.

4    Q     A few other items.  Is this a Maryland Department of Health

5    birth certification card?

6    A     Yes, sir.

7    Q     In the name of Shelton Harris?

8    A     Shelton Lee Harris, yes.

9    Q     And Your Honor, in the cases of documents with identifying

10   information, I'm sure we can endeavor to make some sort of

11   accommodation.

12           THE COURT:  Thank you, Mr. Hanlon, for your sensitivity

13   to that.

14   Q     This is another ID card, also in the name of Shelton Harris,

15   is that right?

16   A     Yes.

17   Q     Also issued by the State of Maryland?

18   A     Yes.

19   Q     And also from the same exhibit, a couple of pieces of mail

20   in the name of Shelton Harris, in the name of Shelton Harris?

21   A     Yes.

22   Q     And without going through all of the documents in this

23   packet individually, all of the documents here were documents,

24   the vast majority of which bore the name Shelton Harris, is that

25   right, Special Agent?

1    A    That's right.

2    Q    And they were found with the black notebook and in the, in

3    proximity to the Llama .45 caliber firearm?

4    A    They were found in the same closet.

5    Q    Same closet, I should say.  The living room of the house was

6    also searched, is that right?

7    A    That's correct.

8    Q    And you were present for or you participated in that search?

9    A    Yes, I was searching the living room.

10   Q    There was a few miscellaneous items.  There was a camera

11   found during the search of the living room?

12   A    Yes, sir.  Camera was recovered from the living room.

13   Q    There was also a red notebook found, is that right?

14   A    That's correct.

15   Q    Your Honor, I'm candidly not sure this has been marked as a

16   exhibit or not.  I'm going to call it Government's Exhibit SE-47,

17   if I may.

18            THE COURT:  All right.  SE-47.

19   Q    And Special Agent, where I got the number SE-47, I'm going

20   to show you on our evidence presentation system, will be able to

21   get a piece of it.  This is a red folder, is that right?

22   A    That's correct.

23   Q    For DEA purposes, it was inventoried as N-47, is that right?

24   A    That's correct.

25   Q    So for convenience, I'll call it SE-47 for this case.  Is

1   this, did you see this folder that day?

2   A    Yes.  I saw it.

3   Q    And there is some writing on the folder, on the front page

4   of the folder.  Can you please read that?  And I'll take away my

5   notation.

6   A    Shake down.  Shake down, that ville.

7   Q    And this was written on the front page of the folder at the

8   time of its recovery?

9   A    Yes, on the cover of the folder.

10  Q    It was already written there when the agents recovered it,

11  is that right?

12  A    Yes.

13  Q    There was also a black notebook which I will call

14  Government's Exhibit 47-1 for this case.  That was also recovered

15  and put into evidence?

16  A    Yes.

17  Q    And with respect to the red notebook, and I'll approach if I

18  may, Your Honor.  Once again, this red notebook also contains

19  some rap lyrics, is that right?

20  A    Yes.

21  Q    And you and I have also gone through this notebook and

22  pulled out a number for discussion today, is that right?

23  A    That's correct.

24  Q    But aside from the fact that we've pulled them out, and

25  aside from the fact that there's a few that are now in plastic

1    envelopes, the lyrics were essentially handwritten pieces of

2    paper, more or less presented as they are now?

3    A    Yes.

4    Q    And as with the black binder, inventory, and DEA agents

5    wrote N-47 and a page number for each of the lyrics in the red

6    notebook, is that right?

7    A    That's correct.

8    Q    There were also some miscellaneous documents and photographs

9    and things like that recovered along with Government's Exhibit

10   SE-47, the notebook, is that right, Special Agent Klas?

11   A    Yes.

12   Q    And they were also designated with DEA number, showing an

13   N-47 recovery number?

14   A    That's correct.

15   Q    This is a State of Maryland Maintenance Administration

16   authorized identification card?

17   A    Yes.

18   Q    In whose name?

19   A    Shelton Harris.

20   Q    The remainder of the house was also searched, is that right,

21   Special Agent Klas?

22   A    Yes.

23   Q    On the subject of N-47 recoveries, and we are going to go

24   through some additional materials, but I do want to show you a

25   couple of items that were recovered from the red folder, SE-47,

1    which were previously marked as Government's Exhibit SE-10.

2    Putting them up on the screen.  Was this document among the

3    documents taken from the red folder?  For your reference, Special

4    Agent Klas, there's, do you see the N-47 designator?

5    A    Yes, I do.  Yes, it was.

6    Q    From the red folder?

7    A    Yes.

8    Q    Also from Government's Exhibit SE-10 and with the same 47

9    designation, is this another item taken from the red folder?

10   A    Yes.

11   Q    And for the record, one of these pages reads, Free Bo and

12   Weaze?  Am I reading that right?

13   A    Yes, you are.

14   Q    And the second page reads, Free Bo?

15   A    That's correct.

16   Q    Let me ask you about some of those rap lyrics that I've

17   alluded to a couple times, Special Agent.  If I could just get

18   myself situated here, Your Honor.  You've had an opportunity to

19   review the various pages of handwritten lyrics that I'm going to

20   be asking you about today?

21   A    Yes, I did.

22   Q    In total, Special Agent Klas, from the black binder, there

23   was more than a hundred pages, sometimes double-sided pages, of

24   rap lyrics that we reviewed, is that right?

25   A    Yes.

1   Q    And there were another 50 or so, I'm ballparking, pages,

2   sometimes double-sided, from the red folder?

3   A    Yes.

4   Q    In going through and deciding what to discuss for your

5   testimony today, did we pick out each and every rap lyric that

6   made a reference to narcotics?

7   A    No, we did not.

8   Q    Did we pick out every single one that made a reference to

9   firearms?

10  A    No.

11  Q    Did we pick out every single one that made a reference to

12  violence?

13  A    No, we did not.

14  Q    In discussing this, what were you mindful of and what were

15  you looking for as you were looking through these lyrics?

16  A    Violence, individuals, things that were, that we talked

17  about earlier in the trial here.  Things grounded in what we, in

18  what was reality.

19  Q    Let me show you a piece of paper marked as Government's

20  Exhibit SE-45-9.  This piece of paper taken from the black

21  notebook, is that right?

22  A    Yes.

23  Q    SE-45 from the black notebook.

24        Is this one of the documents that we went over in

25  preparation for your testimony?

1    A    Yes.

2    Q    I'm going to indicate on the screen here as well as I can

3    some of the items I'm going to ask you to read, Special Agent.

4    Can you read this part beginning there?  Beginning right here?

5    A    My crack sells and my weed sells.  I'm well connected.  My

6    drugs ride and my slugs fly, I'm well protected.

7    Q    And how about this next paragraph here?

8    A    Down we thugs to the most high, we thug infested but check

9    it, Shakedown Sheistyville niggas is raunchy.

10   Q    Shakedown and Sheistyville are the music company and the

11   music label that's been referred to a number of times in this

12   case?

13   A    Yes.  Yes.

14   Q    How about beginning this paragraph?

15   A    Bo's home now.  We blow in dro now.

16   Q    Actually.  Hold on.  I want to make sure we're not losing

17   anything.  Bo's home now, and continue?

18   A    We blow in dro now.  Let's get this doe now and fuck all

19   these ho's for right now.  We're on -- I can't make that word out

20   -- now.

21   Q    There are frequent instances where you can't make out words,

22   is that right?

23   A    Yes.

24   Q    There's a reference here to the word "doe."  Is that a word

25   you've seen a number of times in these lyrics?

DIRECT EXAMINATION OF KLAS                                    73

1    A    Yes.

2    Q    In this context, Special Agent, what did you understand

3    "doe" to mean?

4    A    Money.

5    Q    How about at this paragraph, beginning right there?

6    A    Plus we're all gun and knifed downed.  I told four on life

7    of the down another life would be found.

8    Q    And last -- I'm sorry, Special Agent.  Were you done?

9    A    Yeah.  I believe I was done.

10   Q    Last reference on this page.

11   A    It's going to take death to stop us from bucking these

12   rounds and you'll never catch none of us fucking with clowns.

13   Q    Let me ask you about the word "bucking."  What did you

14   understand "bucking" to mean in this context?

15   A    Shooting or firing rounds.

16   Q    Is there any other part of this case, Special Agent, where

17   you've seen the word "bucking" come up?

18   A    Yes.  I've heard are, I've heard buck.

19   Q    Specifically, you've heard played in court the Irene

20   Magginson voice mail, which a number of witnesses testified

21   about, is that correct?

22   A    That's correct.

23   Q    Is there a part of that voice mail where the word "buck buck

24   buck" or words to that effect are used?

25   A    Yes.

1    Q    If you can read it, Special Agent.  Let me know if you need

2    help.  And I know that your screen doesn't always show from the

3    same perspective as we do.  Just read that first paragraph.

4    A    Your guns might pop but guns up at the heights pop just a

5    little louder.  And my niggas -- looks like it's crossed -- piss

6    in they own fingers to remove the powder.

7    Q    What did you understand the reference to "the heights" to

8    mean there?

9    A    In this context, Park Heights.

10   Q    Showing you what's been marked as Government's Exhibit

11   SE-13.  This is one that was previously marked, I think by Mr.

12   Harding, which is why it has a slightly different exhibit number.

13   But again, this is a document from the black binder, is that

14   right, Special Agent Klas?

15   A    Yes.

16   Q    Going to focus in for a minute.  Please do not hesitate to

17   tell me if you need me to focus in more.  This particular page, I

18   would like you to read from this section.

19   A    Okay.  I would actually like you to focus out a little bit

20   more.

21   Q    Sure.  Sorry about that.  That's all right?  Is that good?

22   A    A little bit further.  A little bit further.  I think I can

23   work with that.  Thank you.

24        Know the downs back on track, yeah.  We back to doing

25   black on black crime.  Back in the streets bustin black on black

1    nines, with crack in those streets to the fiends, don't worry,

2    the crack's fine.  For those who don't know, I cop all of my weed

3    sacks life.  One love to my nigga Chris D who cracks spines.

4    I'll go to war with my nigga.  Ock.  Hopefully he will get five.

5    Got five.  Excuse me.

6    Q    The reference to Chris D, Special Agent Klas.  Is there a

7    Chris D in this case?

8    A    Yes.

9    Q    And who is that?

10   A    Chris Dobropolski.

11   Q    I want to make sure we're reading this part right.  Can you

12   read this section again that I'm underlining?

13   A    Blacks on black crime.  Blacks on blacks crime.

14   Q    And the word "crime" is inserted there?

15   A    Yes.

16   Q    Government's Exhibit SE 45-12.  First of all, holding up for

17   the jury, Special Agent, I mentioned that there was a red piece

18   of paper we're going to come to.  Is this the red piece of paper

19   that's seen in the photograph you were looking at earlier?

20   A    Yes.

21   Q    Specifically, there's some underlining over on this side?

22   A    That's correct.

23   Q    First of all, one thing that I neglected to ask you a couple

24   times.  These lyrics are generally signed, is that right?

25   A    Yes.

1    Q    And in this case the signature reads what?

2    A    I'm not certain I'm getting the whole image.  Thank you.

3    Little Roc, Sheistyville, Shakedown.

4    Q    And some of the other papers, do you recollect seeing the

5    word Hard Roc as a signature?

6    A    That's correct.

7    Q    Can you see the top part right now?

8    A    Yes.

9    Q    If you can, please read that section?

10   A    I blast lungs but really aim for lips and that's for the

11   niggas who be talking shit.  Whose your dogs and, em, nigga, who

12   you barking with, your whole mob can get --

13   Q    Not sure of that word?

14   A    No.  Cause of you talking shit.

15   Q    Does that look like the word "spark?"

16   A    Yes.

17   Q    Your whole mob can get spark because of you talking shit?

18   A    Yes.

19   Q    I'm going to zoom out a little bit, Agent.  Are you able to

20   make sort of the main body?

21   A    Pardon me?

22   Q    Are you able to make out the main body of this particular

23   one, beginning here?

24   A    Yes.

25   Q    Why don't you begin with that line and read the first

1    stanza?

2    A    Yo I hate niggas they run they lips too much always put they

3    heart in.  They bitch too much.  Yo, that dude that thinks your

4    dog a snitch to the DA.

5    Q    Jumping down a little bit.  Beginning there and then

6    continuing to that line.  Can you read us that part?

7    A    Or leave his mind, body and soul stiff from the four fifth.

8    Q    The reference to four fifth, in this context, do you have an

9    understanding of what it would mean to leave a body and soul

10   stiff from the four fifth?

11   A    I think the body and soul being stuff would be a dead body,

12   and the four fifths are a .45 caliber firearm.

13   Q    And how about from this part here?

14   A    Could you move the paper a little bit?

15   Q    To this direction?

16   A    Yes.  That's perfect.

17   Q    Sorry about that.

18   A    That's all right.  Talk shit.  It won't take much for y'all

19   to get touch cause nigga who run they lips too much snitch too

20   much and just end up in a ditch with a bunch of his kind.  With a

21   whole bunch of his kind.  Excuse me.

22   Q    Government's SE 45-16.  Are you able to make out that page,

23   Special Agent?

24   A    Yes.

25   Q    It's a little small.  Maybe I'll try.  Can you see this

DIRECT EXAMINATION OF KLAS                    78

1    reference here?

2    A    Yes.

3    Q    Can you please read from, say, around about there and then

4    continue on?

5    A    B-More streets.  I'm a buck wild, buck crowds, I was born to

6    be foul.  Leave you witch a gut out.

7    Q    A little hard to read that part?

8    A    Yeah.

9    Q    How about the next line, if you could, for the record?

10   A    Starting with "a go?"

11   Q    Yeah.

12   A    Pow pow pow pow pow.  When my guns pop they make bitchin'

13   niggas.

14   Q    Before we move on to next stanza, this word "buc", is that

15   another word that we've seen previously that I think we've

16   already talked about?

17   A    Yeah.

18   Q    Erasing all of this.  Is there a reference to the word 'def

19   jam' in this paragraph?

20   A    Yes.

21   Q    If you would, can you read for us that paragraph that I've

22   just indicated?

23   A    Yeah.  Feel me yo.  I'm a make these niggas want a kill me,

24   yo, male these niggas want a feel me, yo, make Def Jam want a

25   record deal me, yo.

1    Q    Now, in this case the reference, "make Def Jam", "make Def

2    Jam want a record deal me yo."  From your reading, is the word

3    "record deal" being used as a verb?  In other words, record deal,

4    give me a record deal?

5    A    Yes.

6    Q    And Def Jam, again, is something we've heard previously in

7    this case?

8    A    That's correct.

9    Q    How about the next paragraph?

10   A    I'm trying to expand from selling these pills to making

11   appeals to making them mills and making them films.

12   Q    Mills as it's used here is a reference to millions?

13   A    Yes.

14   Q    And how about appeals in this context?  Would that be a

15   reference to music or raps, in your opinion?

16   A    No.

17   Q    What do you consider, what's your understanding of the word

18   'appeals' there in that context?

19   A    Well, selling these pills, these pills to making appeals.  I

20   believe it's going into court, having court cases.

21   Q    Before moving on, is there another reference to Park Heights

22   niggas, knife niggas and so forth in this paragraph?

23   A    Yes.  Yes, there is.

24   Q    Government's SE 45-26.  Can you make that out on the screen?

25   A    It's a little blurry but I think I can make do.

1   Q    If you need me to walk it up to you, Special Agent,

2   obviously, I'm happy to.  First of all, it's signed by Hard Roc.

3   I think I keep neglecting to ask you about that?

4   A    Yes.

5   Q    The last document we saw was also signed by Hard Roc or has

6   Hard Roc on it?

7   A    Yes.

8   Q    It's a little blurred, Special Agent.  I'm going to try to

9   auto focus this a little bit.  But I'm indicating a particular

10  paragraph there?

11  A    Yes.

12  Q    A moment's indulgence, Your Honor.  Really not making it any

13  better.  Not sure I can make that any better, Special Agent.  Are

14  you able to make that out?

15  A    Yeah.  If you can move it a little bit to the left.  And

16  would you fold over that piece?  Fold back?  Excuse me.

17  Q    Is that good?

18  A    Yeah.

19  Q    Why don't you go ahead?

20  A    You catch me all around Baltimore demanding respect, hand on

21  my tek, Roc ah run up on the left side of your Lex and let tha

22  shells expand all in your chest.

23  Q    Let me ask you about the left side of your Lex.  You're not

24  aware of any Lexus, any automobiles that are Lexuses in this

25  case, is that correct?

1   A    No, no Lexus.

2   Q    But there has been evidence about a couple of cars, is that

3   right?

4   A    That's correct.

5   Q    Specifically, in the case of murder of Oliver McCaffity,

6   there was a fingerprint found on one side of the car?

7              MR. MARTIN:  Objection, Your Honor.  Summary witness.

8              THE COURT:  There's evidence.  There's evidence.  You

9   can go ahead.

10  Q    There's evidence of a fingerprint being recovered from the

11  McCaffity murder vehicle?

12  A    Yes.

13  Q    On what side of that car were the fingerprints found?

14  A    The left.

15  Q    Special Agent, did you, during our review of these lyrics,

16  did we look for references in which any of the lyrics would have,

17  would talk about spitting realness or truth, or words to that

18  effect?

19  A    Yes.

20  Q    Why?

21  A    Well, that was, that was a common theme that we found in a

22  lot of these.

23  Q    Let me show you what's been marked as Government's Exhibit

24  SE-17.  But again, all of these exhibits we're going through so

25  far from the black binder, is that right?

1   A    Yes.

2   Q    The title of this document is, It's Hard Roc?

3   A    Yes.

4   Q    Can you read that reference, please, understanding it's a

5   bit blurred.

6   A    We dropping something Shakedown Entertainment, spit

7   realness.

8   Q    What, to your understanding, what does "spit" mean?  That's

9   a word that comes up periodically in this case, in these lyrics,

10  is that right?

11  A    Yes.

12  Q    What's "spit" mean?

13  A    Basically to recite the lyrics, rather than say "sing."  I

14  guess "spit" could be used instead.

15  Q    Government's Exhibit SE-18, Special Agent.  Again, from the

16  black binder, is that right?

17  A    Yes.

18  Q    Are you able to make that out?

19  A    Yes.

20  Q    The section I'm highlighting?

21  A    Yes.

22  Q    Once again, before we go on, I should have done this.  Once

23  again, it's signed by Hard Roc, is that right?

24  A    Yes.

25  Q    If you could, please go through the section I've

DIRECT EXAMINATION OF KLAS                    83

1    highlighted.

2    A    I ain't tweet fuck ah oops, anyway, cause I live it finding

3    out the truth because I did it.  I'm sorry.  Excuse me.  I live

4    it fuck finding out the truth cause I did it, feds still trying

5    to find out more about me and the tools -- pardon me -- and the

6    fools that I've hitted, still trying to find the tools that I've

7    spitted.

8    Q    You understand the word "feds" to mean federal

9    investigators?

10   A    Yes.

11   Q    How about this word?  The word "tools."  Is that a word that

12   you've every seen in any of your investigations?

13   A    Yes.

14   Q    What do you understand "tools" to mean in this context and

15   from your hearing of the term previously?

16   A    It's a common name for, an alias name for a firearm, a gun.

17   Q    Government's Exhibits SE 45-38.  This is another rap from

18   the black binder once again signed, sometimes a little hard to

19   read, but does that appear to read Hard Roc?

20   A    Yeah.  By Hard Rock.

21   Q    Are you able to read out that section?

22   A    Yes, I am.

23   Q    If you would, please, read the next couple of paragraphs.

24   A    Who they let in the door.  Yah messed up.  Roc ain't meant

25   what he did.  His mind just messed.  Watch me leave them with

1    half of his mind just messed up, leave the other half for the

2    cops to clean the rest up.  Shake Down Sheistyville west side of

3    things.

4    Q    How about beginning that little arrow?  Are you able to make

5    that out?

6    A    Starting with "some pain?"

7    Q    From "some pain" and thereafter?

8    A    Some pain just because my man got locked, don't think our

9    plans guns stop.

10   Q    Because my man got locked, don't think our plans guns stop.

11   Is that your reading?

12   A    That is the correct reading, yes.

13   Q    Your Honor, for the Court's reference, my ballpark is I'm

14   about halfway through.

15          THE COURT:  Okay.  Good.  This is a good point, I

16   think.  We'll take a morning recess, ladies and gentlemen of the

17   jury, at this time.  Please leave your note pads on your chairs.

18   Have no discussion about any of the evidence or the case.

19   Continue to keep an open mind about all issues.

20          The jury's excused for a 15 minute recess.  We'll stand

21   in recess for 15 minutes.

22          (Recess.)

23          THE COURT:  Have the jury, please.

24          (Jury enters the courtroom.)

25          THE COURT:  You may proceed, Mr. Hanlon.

1   BY MR. HANLON:

2   Q    Thank you, Your Honor.  Special Agent Klas, it's almost good

3   afternoon.

4   A    Good afternoon.

5   Q    Once again, staying on the black binder.  I am at

6   Government's Exhibit SE 45-57.  If I can cue it up.  I'm going to

7   ask you again to read a section of this.  Are you able to read

8   this?

9   A    A little bit again to my left.

10  Q    Before I do that, I should probably ask you a couple

11  preliminaries.  There was no signature on this one initially, is

12  that correct?

13  A    No.  There's no signature.

14  Q    It does say HR at the top, is that right?

15  A    Yes.

16  Q    And the rap written on journal paper with topic line and

17  stuff like that, that's similar to some other raps that you've

18  seen that are signed by Hard Roc, is that right?

19  A    That's correct.

20  Q    Moving up a little bit.  Are you able to see everything?

21  A    A little bit to my left.

22  Q    Like that?

23  A    Yes.  You have to zoom out, I think.

24       Yup.  A little bit to my left.  I can work with that.

25  Q    Is that good?

1    A    Yeah.

2    Q    Again, if you could read from that line down?

3    A    Okay.  Niggas with guns late nights taking doses of greeny

4    to blacken the lungs.

5    Q    Is that greenery?

6    A    Greenery, yes.  To blacken that lungs.  We are men of our

7    word when we made a promise trapped in violence, formed a strong

8    thug alliance, B-more young criminal giants, repping our bandanna

9    was the daily science.  Sheisty from the start.  Sheistiness was

10   born in our hearts.  Also became an art.

11   Q    Last stanza?

12   A    Kept the fighting kills sharp by taking to one another.

13   Since then we're brothers surrounded by homicide, caution signs

14   and white covers.

15   Q    One thing I wanted to make sure that I read properly.  Does

16   that read "strong thug alliance?"

17   A    That's right.

18   Q    Hard Roc refers to a strong thug alliance here?

19   A    Yes.

20   Q    Government's Exhibit SE 45-58.  Are you able to make that

21   out?

22   A    Yes.

23   Q    Once again, this particular rap is not signed, is that

24   right?

25   A    That's correct.

1    Q    But it's written on the same journal paper we've seen?

2    A    Yes.  And it's written in a similar style.

3    Q    And it came from the black notebook?

4    A    Yes.

5    Q    The topic reads Sheisty.  Am I reading that correct?

6    A    Yes.

7    Q    If you could, Special Agent, if you could read the section

8    beginning there, continuing over the next paragraph or two?

9    A    I blast guns, shiest for ones, and will be quick to leave a

10   nigga with a big ass sore in his neck.  I roll with shiest

11   thuglets that oh rope your whore in duct tape the bitch, ah the

12   night just even rape the bitch and leave her stiff from the waist

13   up looking fake as shit.  We good burners and clips.

14   Q    Burners and clips.  Is there something called a burner

15   phone, that is a prepaid phone?

16   A    Yes.

17   Q    And there's a, burners are also sometimes used to refer to

18   something else?

19   A    Sometimes it's referred to, firearms are also referred to as

20   burners, that's correct.  And clips, magazines from a firearm.

21   Q    Understanding some of the spellings are a bit unusual.  Can

22   you read a section, make sure we got it right?

23   A    Rope your whore in duck tape.  The bitch.

24   Q    There's also reference in this particular rap to a sore in

25   the neck.  Do you see that there?

1    A    Yes, I do.

2    Q    Again, referencing the evidence from this case, Special

3    Agent Klas, have there been any references to people being shot

4    in the neck or the upper part of the body, near the neck?

5    A    Yes, there has been.

6    Q    Government's Exhibit SE 45-52.  Are you able to make that

7    out?

8    A    Yes.

9    Q    If you would, please read from that first line and continue

10   through the next paragraph.

11   A    Okay.  While the best thing to do is hit em and make the

12   rest of em hear me out right, white right, I'm a run up on his

13   left side so you know I'm a blow his brain right.  And again,

14   white right.

15   Q    And again, have there been any, any references on this case

16   to an approach from the left?

17   A    There was evidence of the left of the car, yes.

18   Q    In the McCaffity case?

19   A    Yes.

20   Q    This was previously marked again from the black binder as

21   Government's Exhibit 19 and it is a two-sided document, Special

22   Agent Klas, is that right?

23   A    Yes, it is.

24   Q    Put it up on the screen.  And I'm going to ask you to read,

25   read this one in its entirety, beginning from the, from the start

1    to the finish.

2    A    I want hard to the point that I lost my fucking finger and I

3    don't mind losing another one or my life.  One love to the

4    Heights for life.  We'll all live Sheist and nothing can change

5    that or rearrange that.  You can catch me in different hoods

6    running with the same cats.  I'm here to bring the game back.

7    Q    A couple references here before we flip the page.  First of

8    all, has there been any reference in the case to anyone losing a

9    finger?

10   A    Mr. Harris.

11   Q    This particular rap is not signed in this instance.  I don't

12   think it is on this side or on the other side, is that right?

13   A    No.  But you'll notice that a lot of Mr., the lyrics signed

14   by Mr. Harris, he dots his I's in a similar fashion like there,

15   with Heights, yes.

16   Q    With a little asterisk?

17   A    Yes.

18   Q    And again, this page comes from the black binder?

19   A    That's correct.

20   Q    While on the subject of the Heights, Heights is in Park

21   Heights?

22   A    Yes.

23   Q    Finally on this page, can you reread that section?

24   A    You can catch me in different hoods running with the same

25   cats.

1    Q    What does "hoods" mean, to your understanding in this

2    context?

3    A    Different neighborhoods.

4    Q    And does "cats" mean people?

5    A    Yes.

6    Q    And finally, have you ever heard reference to "the game?"

7    A    Yes.

8    Q    What does "the game" mean?

9    A    Drug game.  Drug business.

10   Q    Sometimes referred to as the game?

11   A    That's correct.

12   Q    Next page of 45-67, SE 45-67.  If you could, read through

13   this, please.

14   A    Brains dropping on floors, Roc ah come through, leave you

15   and, leave you and the forensic technician popped in the morgue.

16   I like to start shit and see bodies dropping from fours and --

17   I'm sorry.  From fours.  Can't wait to see me and the down up in

18   the source bust fours and of course I'll feel no remorse.  Just

19   never fuck with the down because you'll be fucking with force.

20   Q    A couple questions here.  First of all, there's a couple of

21   references to down or da down.  In this context, what do you

22   understand that to mean?

23   A    Shakedown Entertainment.

24   Q    You've heard numerous references to the down or down or down

25   is like a noun, a party?

1    A    Yes.

2    Q    There's also two references to four's here.  Have you ever

3    seen the word "fours" used to reference anything in particular?

4    A    .40 calibers.  Handguns.

5    Q    What was that last thing you said, Agent?

6    A    .40 caliber handguns.  Excuse me.

7    Q    Government's Exhibit SE 45-68.  Once again, this is another

8    two page document.  This one is signed by Hard Roc on that first

9    page?

10   A    Yes, it is.

11   Q    And it's also signed by Hard Roc on the second page, is that

12   right?

13   A    That's correct.

14   Q    Let me ask you about this back side.  It's marked as side

15   two of two on Government's Exhibit SE 45-68.  Are you able to

16   make that out?

17   A    Yes.

18   Q    Would you read -- let me redo that.  From that section down

19   to that section, if you would.

20   A    Big's what's beef is what I call beef 40 cal Ruger nigga is

21   what I call heat.  So 4 those who got a beef me it'll be, it will

22   be a guarantee to be in, to be a --

23   Q    To be an?

24   A    Yeah.  An.  I see you.  Pardon me.  I see you and once this

25   heat pop I guarantee that I'll see you --

1    Q    I'll see you.

2    A    I'll see you the rough.

3    Q    I'll see through?

4    A    Yeah.

5    Q    All of you chumps?

6    A    Yes.

7    Q    Bleed cause all they do is talk?  And it goes on?

8    A    Yes, it does.

9    Q    Let me ask you a couple other questions.  First of all, this

10   reference up here.  Would you read that again?

11   A    40 cal Ruger.

12   Q    Have there been any references in this case to .40 caliber

13   Ruger firearms?

14   A    Yes, there have been.

15   Q    We heard some testimony about that from a firearms examiner,

16   is that correct?

17   A    That's correct.

18   Q    In connection with the Wyche murder and the Lee shooting?

19   A    That's correct.

20   Q    This is Government's Exhibit SE 45-77, also from the black

21   binder?

22   A    Yes.

23   Q    All the screens seem to have gone.  Just the page.  If you

24   would, from that section, Special Agent, could you read from the

25   phrase, "I don't know?"

1   A    Yes.  But I think this paper might be a little bit wider so

2   if you zoom out just a bit.

3   Q    Certainly.  Thank you for that.  Tell me when.

4   A    I think I can.

5   Q    Is that good?

6   A    Yeah.

7   Q    Go ahead.

8   A    You don't know nothing about putting hits on niggas.  Why

9   the fuck is this shit always get back to niggas.  You make it

10  easier for us just clap a nigga.  It's just me, Weaze and Bo back

11  to back with niggas.  Bobbed and weave one of ya niggas.  Now

12  it's crack a nigga hope God's guard in sole I ain't just rappin

13  nigga.  I ain't just rap a nigga.  I'm trying fill you up with

14  holes.

15  Q    If could you read that stanza, Special Agent.  Let me try to

16  unfold it for you.  Actually, from "we in."

17  A    We in a hurry cause we really want to get this nigga.  My

18  nigga Bo a looney tune just ask a nigga.  This shit about to

19  balloon.  We got to grab this nigga.  When we hit em we hit em

20  hard.  We be jabbing niggas.  Every heater you just got, we done

21  had it, nigga.

22  Q    A moment please, Your Honor.  Special Agent, is there a

23  reference to a crew in this particular rap?

24  A    I believe there was.  Could you point that out to me?

25  Q    I'm looking for it myself and I may just move on.

1    A    Yeah.  See right there.  Bottom.

2    Q    There you go.  Thank you.  Read that section.

3    A    You have to, sorry, move the paper over for me, please.  My

4    killa crew ah be livin lavish nigga.  You should know by now that

5    I'm ah hazardous nigga.  Me and my niggas is the maddest.

6    Q    And that was the section you just read there?  Soon me and

7    my killa crew?

8    A    Yeah.

9    Q    Government's Exhibit SE 45-89.  Are you able to make that

10   out?

11   A    Yes.

12   Q    And in fact, before we move on, Mr. Harding is reminding me

13   that the rap that we were just looking at, which is Government's

14   Exhibit SE 45-77, this one right here, is signed by Hard Roc, is

15   that right, Agent?

16   A    Yes, it is.

17   Q    This one corresponds to one of the raps that we heard

18   yesterday played on the CD's during Mr. Hayes's testimony, is

19   that right?

20   A    Yes.

21   Q    And specifically, it corresponds to Track 19 on the CD's

22   which was at the jury's Tab Six of their transcript book, is that

23   right?

24   A    Yes.

25   Q    All right.  Government's Exhibit SE 45-89.  Another rap

1   signed by Hard Roc?

2   A    Yes, it is.

3   Q    Can you read from that section forward?

4   A    I'm a grab you by your throat and use your head muffle my

5   tek.  Who you know that got muscle like that.  Yo were on the

6   block day to day flipping scales up crack for those who don't

7   know the downs back on track.  Yeah we back to doing black on

8   black crimes, back in the streets busting black on black nines

9   and never have discussion about nothing on tap lines, my bullets

10  go in and out of niggas cracking their back spine.  Bo you know a

11  lot of niggas got left flatlined before we left the streets and

12  got knocked by those rat's dimes for you bitches, for you bitch

13  niggas Shakedown is officially back.  Yup.

14  Q    All right.  That's a reference to Bo, is that correct?

15  A    Yes.

16  Q    Special Agent Klas, what do you understand the term

17  "flatline" to mean?  Bo you know a lot of niggas got flatlined

18  before we left the streets?

19  A    Heart rate, flat line, murder, dead.

20  Q    And it ends, this section that we read ends with "Shakedown

21  is officially back" in reference to someone called rat's dimes

22  for you bitch niggas, Shakedown is officially back?

23  A    Yes.

24  Q    Your Honor, for the Court's reference, this is the last in

25  the black binder and then we have just a few in the red folders.

DIRECT EXAMINATION OF KLAS                    96

1    We are getting near the end.

2              THE COURT:  Very well.  Thank you, Mr. Hanlon.

3    Q    Government's Exhibit SE 45-94.  You see that on your screen?

4    Are you able to make it out?

5    A    Yes.

6    Q    If you would, Special Agent Klas, could you read from, from

7    the first stanza beginning, "I'll tell you?"

8    A    Okay.  I'll tell you to your face "fuck you", pull this

9    Glock off my waist and buck you.  You better buck a nigga first

10   before he bucks you cause niggas on the streets today, dog, don't

11   give a fuck about you.

12   Q    Down a couple lines below.  I always keep.

13   A    I always keep a four-fifth tuck in the linen.

14   Q    And finally, I hustles plus I heist to run.  Could you read

15   that section?

16   A    I hustles -- I'm not sure what that word is in between --

17   plus I heist to run in your crib, take your bricks, chips, and

18   ice, too, duck tape, duck tape your pet, kids and your wife, too,

19   if you're down for heisting, dog, then come and heist with my

20   crew.  We'll do anything to heist you, play you close, love your

21   folks, then we'll sheist.  You got killers that fuck kids and

22   wife too.

23   Q    And it ends down below with a reference to Shakedown and

24   Sheistyville?

25   A    Shake down and Sheistyville bitch don't give a fuck about

1    you.

2    Q    References to buck up near the end.  Again, we've already

3    talked about the word "buck" in this case, is that right?

4    A    Yes.

5    Q    There's a reference to Four Fifth.  We've seen a similar

6    reference already?

7    A    Yes.

8    Q    And what, where have you heard the term "four-fifth" before?

9    A    As in a .45 caliber handgun.

10   Q    There's also reference to the word "hustling."  What does

11   the word hustling, have you ever heard that term used in the

12   context of your investigations?

13   A    Drug dealing.

14   Q    Last out of black binder, government's exhibit SE 45-108.

15   Once again signed by Hard Roc?

16   A    Yes.

17   Q    Are you able to make out the first line there, Special

18   Agent, beginning "while you niggas?"

19   A    Yes.

20   Q    If you would, please, read from "while you."

21   A    While you niggas was doing rap a lot, I was selling crack a

22   lot in Park Heights, most famous crack spot Woodland, where they

23   be doing a lot of clapping a lot and where the fiends be doing a

24   lot copping and bopping, 40 LL's is what I be putting them rocks

25   in rather -- pardon me.

1    Q    That's all right.  And I rather rock my --

2    A    Strip than rock my wrist.

3    Q    Let me ask you a couple questions.  First of all, there's a

4    reference here to Park Heights, is that correct?

5    A    Yes.

6    Q    There's also a reference to Woodland.  Have we heard

7    testimony about a Woodland Avenue in this case?

8    A    That's correct.

9    Q    For Mr. Hayes yesterday?

10   A    Yes.

11   Q    There's a reference to crack and there's a reference to a

12   rock.  Have you heard, what does the term "rock" mean in your

13   experience?

14   A    Crack cocaine.

15   Q    How about fiends?  Right here.

16   A    Addicts, people addicted to narcotics.

17   Q    Customers?

18   A    Yes.

19   Q    Now, Special Agent, that represents what we selected from

20   the black binder.  And again, we didn't go through the entire

21   binder.  There's about a hundred more pages of raps in there, is

22   that correct?

23   A    There's a lot, yes.

24   Q    And those are the documents that are enclosed as part of

25   Government's Exhibit SE-20 on the table, is that right?

1    A    That's correct, yes.

2    Q    Moving now to the red folder, which is Government's Exhibit

3    SE 47, corresponding to the DEA seizure number.  Let me show you

4    a few items.  There's only a handful that we've selected from the

5    folder, beginning with Government's Exhibit SE 47-15.  See this

6    rap in front of you?

7    A    By Hard Roc Shakedown, yes.

8    Q    And you've already anticipated one of my questions.  This

9    corresponds to Track 11 that the jury heard yesterday, which is

10   at Tab Three of their binder, is that right?

11   A    I recognize it, yes.

12   Q    If you would, just beginning at the first line and reading

13   down.  Could you read, first, a few paragraphs for us?

14   A    Okay.  It's going down because the down is around, Bo's

15   general, I'm captain, Slo's Sergeant, now TM's stepped up from a

16   private, no need hide it.  He was loyal, dedicated, plus survived

17   riots.  Homey the fifth, I'll leave you with one eye like a

18   fucking pirate.

19   Q    Okay.  A couple references down.  Beginning with fo shizzle.

20   A    Fo shizzle I'll leave him flat on his back for my nizzle Bo.

21   Let a --

22   Q    Missile?

23   A    Let a missile go, leave his ass hanging from --

24   Q    From ceiling?

25   A    From ceiling like a missile toe.

DIRECT EXAMINATION OF KLAS

1    Q    All right.  Hold on a sec.  Let me jump back a little bit.

2    How about from here?  Gotta?

3    A    Gotta four-fifth that will turn your ass vegetable or I

4    could dress up in all black and show you what these tek, what

5    this tek can do and watch your brains fly all over on that bitch

6    next to you.

7    Q    Let me unfold this paragraph a little bit.

8    A    Could you move it over a little bit to the left, also?

9    Q    Like that?

10   A    Yeah.  Thank you.

11   Q    Would you continue through that stanza?

12   A    Home boy it's up to you.  I can put this --

13   Q    Pump?

14   A    Yeah.  Pump to you, then start the pump, then start the pump

15   in you up like a --

16   Q    Inner tube?

17   A    Inner tube, sun shots that -- I can't make that out.

18   Q    Something something.

19   A    The inner --

20   Q    Start over here.

21   A    The inner you.  Leave you all flat, all fat and bloated.

22   You know I keep the Mac loaded and I like to clap rodents, that's

23   why Bo and Weaze on lock now, every day on lock down, niggas get

24   shot down for running they mouth down, tell me how it feels with

25   a gun in ya mouth now.

1    Q    Government's Exhibit SE 47-18.  This corresponds to Track

2    Four, which I believe is located, for purposes of the record, was

3    played yesterday and was at -- a moment please, Your Honor --

4    track two, which was played yesterday, and corresponds to Tab

5    Four of the jury's book.  Are you able to make that out in front

6    of you?

7    A    Yes.

8    Q    Give us that first line there.

9    A    Yo, you think they call me Hard Roc for nothing?  You think

10   I'm out here rocking hard rocks for nothing?

11   Q    How about from "rocking and rollin'?"

12   A    Rocking and rollin' cops posted on the block trying to fuck

13   up my flow and trying to stop the boy from getting his dough and

14   when you know a lot of people just want a stop you from knowing,

15   haters wanna stop you from keeping it going.

16   Q    How about, you know what I'm saying?

17   A    You know what I'm saying?  You niggas know I ain't playing.

18   When it's beef with the down, you niggas know what I'm spraying.

19   Q    There's another reference to da down?

20   A    Yes.

21   Q    Also from the red folder, Government's Exhibit SE 47-38.

22   Are you able to make that out on the screen?

23   A    Yes.

24   Q    This one is not signed from what we can tell, is that right,

25   Agent?

1    A    That's correct.

2    Q    But it was found in the red folder that's marked

3    Sheistyville?

4    A    Yes.

5    Q    If you would, just read that first stanza.

6    A    Niggas keep running ya lips and I'm gonna come and put this

7    gun between ya gums and ya lips, bust it off, put ya fucking nose

8    in front of your lips.

9    Q    A moment please, here, Agent.  Moving up a bit.  How about

10   from Roc ah run up?

11   A    Roc ah run up in ya crib, put one in ya bitch, leave the

12   kids crying, bath water running and shit.  I ain't got a worry

13   about the feds running in shit.  Black mask, black gloves, keep

14   my gun in my dip, dog, you'll never see my block ass running in

15   shit.  Shakedown entertainment, you, we running this shit.

16   Q    Last one.  Also from the red binder, Government's Exhibit SE

17   47-41.  From rest in peace, Special Agent Klas.

18   A    Rest in peace to all my people that died.  They wanna know

19   if it's the down, nigga.  Yes indeed.  You thought the first two

20   was hot, check the next CD.  I'm like a nigga behind the scenes.

21   Niggas can't see me, yeah.

22   Q    With respect to those first two paragraphs, let me ask you a

23   couple of questions.  Yes, indeed you thought the first two was

24   hot, check the next CD.  Have I read that right, the underlying

25   part?

1    A    Yes.

2    Q    There's also reference to, I'm like a nigga behind the

3    scenes.  Niggas can't see me, yeah.  You see that?

4    A    That's correct.

5    Q    Are there any references to two people being shot from

6    behind in this case?

7    A    Yes.

8    Q    Beginning after yeah and beginning with, that's right, yo.

9    If you could continue.

10   A    That's right.  The -- I need some help with that.

11   Q    Something from the Heights?

12   A    From the Heights to be precise, when I write, yo, it's like

13   whatever's in the dark I bring to light and whatever, whatever's

14   dead and gone I can bring the shit back to life.  Homey, ya boy

15   got access to the afterlife.  Like Roc ah introduce you fucks to

16   the afterlife.  Whoodi, I know ya feeling me to the four-fifth.

17   Q    Let me ask you a couple of questions here.  There's a

18   reference to, there's a reference to the Heights once again?

19   A    Park Heights.

20   Q    There's a reference here to Roc introduce you fucks to the

21   afterlife, is that correct?

22   A    Yes.

23   Q    What do you understand that to mean, Special Agent Klas?

24   A    Roc killing someone.

25   Q    And immediately after this reference to Roc introducing

1   someone to the afterlife, who does he reference in the next line?

2   A    Whoodi.

3   Q    And he writes, Whoodi, I know ya feeling me to the

4   four-fifth?

5   A    Yes.

6   Q    And four-fifths, we've heard testimony previously, can

7   correspond to a .45 caliber firearm?

8   A    Yes.

9   Q    Who is Whoodi that we've heard in this case?

10  A    Oliver McCaffity.

11  Q    Agent Klas, let me just ask you now about a few odds and

12  ends.  Your Honor, on one point, I've reached an agreement with

13  counsel for Mr. Harris and counsel with Mr. Gardner to enter into

14  a stipulation.  I'd like to sort of summarize the stipulation

15  now.  I would anticipate putting something in writing on this

16  topic.  But it would be appropriate to do it now.

17            THE COURT:  Certainly.  No objection?

18            MR. HANLON:  The parties and defendants Shawn Gardner

19  and Shelton Harris stipulate that Shawn Gardner, that prior to --

20  would be easier if I read it separately.  The United States and

21  Shawn Gardner stipulate that prior to June 7, 2002, the

22  defendant, Shawn Gardner, had received or had incurred one

23  conviction for a criminal case in the State of Maryland

24  punishable by a term of imprisonment exceeding one year and that

25  Mr. Gardner's civil rights had not been restored relating to that

1    convict.  That's as of, and that is prior to June 7 of 2002.

2              THE COURT:  So noted.

3              MR. HANLON:  The United States and Shelton Harris

4    stipulate that prior to and as of January 22nd, 2004, the

5    defendant, Shelton Harris, had incurred one criminal conviction

6    in a court of the State of Maryland for a crime punishable by

7    imprisonment for a term exceeding one year and that his civil

8    rights had not been restored relating to that conviction.

9              THE COURT:  So noted.

10             MR. HANLON:  And I will put something in writing, Your

11   Honor, along those lines.

12             THE COURT:  All right.  In other words, you'll reduce

13   the stipulation to a written exhibit which will be available to

14   the jury.

15             MR. HANLON:  That would be my intention, Your Honor.

16             THE COURT:  All right.

17   BY MR. HANLON:

18   Q    Special Agent Klas, you have at our request obtained some

19   documents on various items from the State of Maryland, is that

20   correct?

21   A    That's correct.

22   Q    One of the set of documents that you received are from the

23   Maryland State Department of Labor, Licensing and Regulation, is

24   that right?

25   A    That's correct.

1    Q    This agency, which is commonly referred to as DLLR, is a

2    state agency that deals with various regulations dealing with

3    businesses and employment and labor and things like that?

4    A    Yes.

5    Q    We inquired with the business as to whether or not any of

6    the four defendants in this case had, during various points in

7    times, ever received or had any record of unemployment insurance

8    records relating to any employment.  And DLLR, the Maryland state

9    department, provided responses as to whether or not such records

10   existed, is that right?

11   A    That's correct.

12   Q    Let me go through these and I'll try to be brief.

13   Government's Exhibit LR-1, which I'll put on the DOAR.  Are you

14   able to see that?

15   A    Yes.

16   Q    Your Honor, I am endeavoring to --

17        THE COURT:  Yeah.  Let me just explain to the jury so

18   they're not wondering.  Members of the jury, in recent years

19   courts have become particularly sensitive to the need to avoid

20   public disclosure of certain confidential information for any

21   person.  I'm sure you can understand that.  So we try as best we

22   can to avoid mentioning a person's home addresses as well as, and

23   most importantly of all, Social Security numbers.  We really try

24   to keep those out of the record unless they're absolutely

25   essential.

1        So Mr. Hanlon is quite right to take efforts as best as

2    he can to avoid public disclosure of Social Security numbers.

3    Thank you, Mr. Hanlon.

4    BY MR. HANLON:

5    Q    Thank you, Your Honor.  This is DLLR's response relating to

6    Willie Mitchell, is that right?

7    A    Yes.

8    Q    DLLR informed us, in response to your request issued on

9    October 7, 2005, for information on the above referenced person,

10   a search, a search was conducted from 1997 through June, 2005

11   from the files of the Maryland Division of Employment,

12   Unemployment Insurance, Department of Labor, Licensing and

13   Regulation.  No records were found matching the information you

14   provided for the above-named individuals.  And this is certified

15   by the Department, is that correct?

16   A    That's correct.

17   Q    So no unemployment insurance benefits for Mr. Mitchell from

18   '97 through 2005?

19   A    That's correct.

20   Q    And Special Agent Klas, why do you make this kind of an

21   inquiry to an agency like DLLR?  Why would you be interested in

22   getting unemployment insurance information?

23   A    Unemployment insurance would be indicative to employment.

24   And so we were searching for any regular employment for any of

25   these defendants, in any of these defendant's pasts.

1    Q    In Maryland, under Maryland state law and procedure and

2    regulation, are employers required to have some kind of an

3    unemployment insurance system in place for employees?

4    A    Yes.

5    Q    The absence of such record would be indicative of a lack of

6    employment?

7    A    Yes.  In this situation, particularly in the State of

8    Maryland, if you began to, in the time period that we've

9    researched, you begin to accrue unemployment insurance, if you

10   obtain a paycheck, two paychecks, one in two different fiscal

11   periods over an 18 month period.  There was no steady employment,

12   no.

13   Q    So it would be lack of steady employment?

14   A    That's what this document would show, yes.

15   Q    Similar request and response for Shawn Earl Gardner, for the

16   record.  In response to your request issued on October 7th, 2005

17   for information on the above-referenced person, a search was

18   conducted from 1997 through June, 2005 from the files of the

19   Maryland Division of Unemployment Insurance, Department of Labor,

20   Licensing and Regulation.  No records were found matching the

21   information you provided for the above-named individuals,

22   referencing Mr. Gardner?

23   A    That's correct.

24   Q    Similar request for Shelly Wayne Martin.  And again, for the

25   record -- and I'm sorry.  The Gardner request was Government's

1    Exhibit LR-4.  I read them out of order.  And for Mr. Harris the

2    document is Government's Exhibit LR-3.  Is that right?

3    A    That's correct.

4    Q    And for Mr. Martin, the agency's response was, in response

5    to your request issued on October 7th, 2005, for information on

6    the above-referenced person, a search was conducted from 1997

7    through June, 2005 from the files of the Maryland Division of

8    Unemployment Insurance, Department of Labor, Licensing and

9    Regulation.  No records were found matching the information you

10   provided for the above-named individuals.  Is that correct?

11   A    That's correct.

12   Q    And finally, Government's Exhibit LR-2.  Response with

13   respect to Shelton Lee Harris.  In response to, the agency

14   reported, in response to your request issued on October 7th, 2005

15   for information on the above-referenced person, a search was

16   conducted from 1997 through June, 2005 from the files of the

17   Maryland Division of Unemployment Insurance, Department of Labor,

18   Licensing and Regulation.  No records were found matching the

19   information you provided for the above-named individuals.  Is

20   that correct?

21   A    Yes.

22   Q    You're also aware, Special Agent, that an inquiry was made

23   of the Internal Revenue Service for records of any taxes paid by

24   any of the four defendants?

25   A    Yes.

1    Q    And the Internal Revenue Service also sent back responses

2    recording that for various tax years there were no records of any

3    income tax returns being filed by the four defendants, is that

4    right?

5    A    That's correct.

6    Q    Let me show you what's been marked as Government's Exhibit

7    TA-1.  This is a response for Willie Edward Mitchell?

8    A    Yes.

9    Q    And we saw any individual US 1040 tax return information for

10   Mr. Mitchell, is that correct?

11   A    That's correct.

12   Q    And we requested information for the tax years ending 1997,

13   1998, 1999, 2001, 2002, 2003, and 2004, is that correct?

14   A    Yes.

15   Q    The year 2000 is not listed in there.  But every other year

16   between 1997 and 2004 is?

17   A    Yes.

18   Q    And this form indicated that upon review of regular tax

19   records, IRS was unable to find any records of tax returns for

20   Mr. Mitchell?

21   A    That's correct.

22   Q    Request was also made as to tax return information for Mr.

23   Harris, Shelton Lee Harris, is that right?

24   A    That's correct.

25   Q    And the IRS's report with respect to any 1040's being signed

1    or filed for 1997, 1998, 1999, 2000, 2001, 2002, 2003 and 2004 is

2    that there were no IRS tax returns for Mr. Harris for any of

3    those years?

4    A    That's correct.

5    Q    Now, it should be noted Mr. Harris is the youngest of the

6    four defendants, is that correct?

7    A    Yes.

8    Q    And I'm not sure, I don't want to do the math, but it's

9    possible that some of these years might be at times which are not

10   surprising, is that fair to say?

11   A    Yes.

12   Q    To be clear for the record, every year between '97 and the

13   year 2004, no returns for Mr. Harris?

14   A    That's correct.

15   Q    Government's Exhibit TA-3.  This is a request for Mr. Shelly

16   Wayne Martin, is that correct?

17   A    That's correct.

18   Q    In this case, once again, IRS's report for the filing of any

19   1040 individual income tax returns was that there were no such

20   returns on file for the following tax years:  1997, 1998, 1999,

21   2000, 2001, 2002, 2003, and 2004.  Is that correct?

22   A    Yes.

23   Q    And again, unless I'm missing something, that would be every

24   year between 1997 and 2004?

25   A    That's correct.

1    Q    Finally, Government's Exhibit TA-4.  This is our request

2    concerning Shawn Earl Gardner?

3    A    Yes.

4    Q    And IRS's certified return for this case, again, inquiring

5    as to whether any 1040 income tax returns were filed, is that

6    there were no such returns filed for the following years:  1997,

7    1998, 1999, 2000, 2001, 2002, 2003, and 2004.  Is that correct?

8    A    That's correct.

9    Q    And again, that's every year between '97 and '04?

10   A    Yes.

11   Q    Special Agent Klas, in your experience in the drug

12   trafficking cases that you've investigated, it is often the case

13   that drug traffickers who are earning money or generating money

14   from drugs do not report drug-related income on their tax

15   returns?

16           MR. LAWLOR:  Objection.

17           THE COURT:  The objection's overruled.  Obviously,

18   ladies and gentlemen, none of the defendants in this case are

19   charged with any tax type offenses.  You may answer, Agent.

20           THE WITNESS:  That's correct.

21   BY MR. HANLON:

22   Q    Because it makes their income easier to track?

23   A    Yes.

24   Q    Finally, Special Agent Klas, you have a couple of documents

25   relating to the corporate entity of Shakedown Entertainment, is

1    that right?

2    A    That's correct.

3    Q    First of all, Government's Exhibit SD-1, SD as in shake

4    down, this is a CD disk which contains a recording, just for the

5    record, a recording of the tracks labeled Pure Shit, is that

6    right?

7    A    Yes.

8    Q    And that is Government's Exhibit SD-1.  I'm sorry.  For the

9    record, got that wrong.  This is actually Government's Exhibit

10   SD-2.  SD-2.

11        SD-1, you've seen this document before, is that

12   correct, Agent?

13   A    That's correct.

14   Q    These are corporate documents and various documents filed

15   with the State of Maryland relating to Shakedown Entertainment,

16   is that right?

17   A    Yes.

18   Q    A Maryland agency, the Maryland state agency that handles

19   forming corporations and getting licenses for business entities

20   and things like that is called the Maryland State Department of

21   Assessments and Taxation, is that right?

22   A    That's correct.

23   Q    Commonly referred to as SDAT?

24   A    Yes.

25   Q    Showing you first this trade name application, which was

1    provided by the State of Maryland.  This is a trade name

2    application for a business calling itself Shakedown, is that

3    right?

4    A    Yes.

5    Q    There are two addresses referenced as business addresses for

6    Shakedown.  PO Box 67996 in Baltimore, is that right?

7    A    That's correct.

8    Q    And Ten Duke of Windsor, Apartment 102, in Baltimore, is

9    that right?

10   A    Yes.

11   Q    The full legal name of the business is identified as

12   Shakedown Entertainment Limited?

13   A    Yes.

14   Q    And the address is identified as a Willie Mitchell at Ten

15   Duke of Windsor Drive?

16   A    The address of owner, yes.

17   Q    And the description of the business is identified as music

18   entertainment, is that right?

19   A    That's correct.

20   Q    There are also Articles of Incorporation filed with SDAT by

21   Shakedown Entertainment, is that right?

22   A    Yes.

23   Q    Articles of Incorporation are sort of standard legal

24   documents that form a corporation, talk about how it's

25   structured, what it's going to be called.  Every corporation has

1    one of these.  Just kind of like a constitution for the

2    corporation?

3    A    Yes.

4    Q    This particular set of Articles of Incorporation are, if I'm

5    reading that correctly, and Mr. Harding might correct me if I'm

6    wrong, I believe that reads December 5th of 2000?  Does that

7    appear right?

8    A    Yes, it does to me.

9    Q    And the signatures for the individuals forming this

10   corporation are Willie Mitchell and an individual named David, if

11   I'm reading that correct, Cesar?

12   A    Yes.

13          MR. HANLON:  Just a moment, please, Your Honor.

14          (Pause in proceedings.)

15          MR. HANLON:  I believe that's all I have, Your Honor.

16   Thank you, Special Agent.

17          THE WITNESS:  Thank you.

18          MS. RHODES:  Court's indulgence.

19          MR. MARTIN:  Your Honor, I could be ten minutes or 30

20   minutes.  If I had some time to go through this big book over

21   here, I'm going to be ten.  So could we break for lunch and come

22   back?

23          THE COURT:  That may be a good idea.  Is anybody else

24   going to have any cross?

25          MR. KURLAND:  I will and it will be between ten and

1    thirty minutes.

2            THE COURT:  I think we should break for lunch now and

3    do the cross afterwards.

4            Members of the jury, I think we're going to finish the

5    government's presentation today.  I can't be absolutely certain

6    of that.  But that's our best guess right now.  So I'll confirm

7    this for you, of course, this afternoon.  But it looks like we

8    may not need you to come in tomorrow and that we'll resume on

9    Monday.  But again, I'll confirm that for you after lunch this

10   afternoon.

11           In the meantime, we'll break for lunch now.  Please

12   leave your note pads on your chairs, your materials on your

13   chairs.  Have no discussion about the case.  Continue to keep an

14   open mind about all issues.  Jury's excused until two p.m.

15           Please be back in the jury room at two p.m.

16           (Jury exits the courtroom.)

17           THE COURT:  Counsel for the government, is there

18   anything more you wish to say about the dual sovereignty

19   instruction?  The Court intends to give that this afternoon.

20           MR. HANLON:  Just to be certain, Your Honor, may I

21   borrow --

22           THE COURT:  I'll do better than that.  I will, I made a

23   couple of interlineated changes to Mr. Kurland's proposal.  And

24   what I'll do is I'll have my law clerk make photocopies for

25   everybody and you'll have a copy.

1          MR. HANLON:  Thank you, Your Honor.

2          THE COURT:  We'll bring it down after the luncheon

3    recess.  You can take a look at it.  Just a couple of, really,

4    minor changes.  And I propose to give that, I guess at the very

5    end, Mr. Kurland?

6          MR. KURLAND:  I would prefer that it be given as part

7    of the government's case, and then also in the jury instructions.

8          THE COURT:  I meant at the very end this afternoon.

9          MR. KURLAND:  Yeah.  And then again before the

10   instructions.  It will be repeated.

11         THE COURT:  Yes, of course.  So what we've got left is?

12         MR. HARDING:  Agent -- sorry -- TFO Benson, and the

13   stipulations and the reading of the changes in the exhibit

14   numbers, Your Honor.  I'm beginning to get a little worried about

15   finishing today.  If defense counsel are really threatening to

16   take a half an hour per defendant on Agent Klas, we'll never,

17   we'll never get done.

18         THE COURT:  Okay.  Well, if we don't, we don't.

19         I won't rule out the possibility, if we, you know, I

20   guess what I would suggest, Mr. Harding, save the stipulations

21   and the other stuff for the very end and then, so the government

22   won't have to formally rest today.  If all that's left are the

23   stipulations and the exhibit stuff, we can do that Monday

24   morning.  And then we can still excuse the jury tomorrow, have

25   argument on motions somewhat prematurely tomorrow, and we're in

1    the same place.

2                MR. HARDING:  That's fine, Your Honor.

3                THE COURT:  But as you saw with Ms. Rhodes this

4    morning, yesterday she was thinking maybe 20 minutes and she

5    turned out to use, it turned out she only used barely seven.

6                MS. RHODES:  Twelve, think it was.

7                THE COURT:  You say twelve, I say seven.

8                Okay.  And I understand from Ms. Sovich that you have

9    the tape.  Are you going to be in a position to --

10               MR. HARDING:  Yes.  Yes, Your Honor.

11               THE COURT:  And the pro se pleadings, you just have

12   those marked?

13               MR. HARDING:  Yes.

14               THE COURT:  Just going to display them to the jury?

15               MR. HARDING:  Yes.  And move them in.  I'm not, I'm not

16   planning on, I'm sure you'll be happy to hear I'm not planning on

17   reading them aloud.

18               THE COURT:  Good.  I am happy to hear that.

19               The tape is, what, about five minutes?  Do you have a

20   tape of all four defendants?

21               MR. HARDING:  Yes.  It's the, it's the June, it's the

22   November 16th, 2005 initial incident day, where they all got up,

23   one right after the other.  And we have a few excerpts from that

24   tape.  But all four defendants are included.

25               THE COURT:  And you're going to put that in through Mr.

1    Benson?

2              MR. HARDING:  Yes.

3              THE COURT:  Okay.  So we'll finish today.

4              MR. HARDING:  We could, if we go late we could

5    certainly finish.

6              THE COURT:  I don't want to go late.  But really, I

7    think it will be fine if we, if I can say to the jury there's

8    just a few more minutes, so the government's not formally

9    resting.  But in light of that, and especially since the

10   defendants aren't ready to call any witnesses tomorrow, anyway,

11   we'll excuse the jury for tomorrow, bring the jury back Monday.

12   The government can formally rest.  But we will do motions

13   tomorrow.

14             MR. HARDING:  Well, can we do motions tomorrow even if

15   there's a bit of evidence left over?

16             THE COURT:  That's what I'm saying.  I'm sorry.  I'm

17   not clear.

18             MR. HARDING:  In the form of Benson.

19             THE COURT:  No.  We shouldn't do motions tomorrow if

20   you still got a witness hanging out there.

21             MR. HARDING:  I just mean the end of Benson.

22             THE COURT:  That's what I mean.  We finish Benson.  If

23   you save the stipulations, the exhibits stuff, which I'm not even

24   sure we need to do in front of the jury before the government

25   closes.  We'll get it done.  We'll get it done.  We're in recess

1    until two o'clock.

2            MR. KURLAND:  Judge, there's a rule of completeness

3    issue and some other issues with respect to the government

4    putting on those excerpts of the -- I would like to opportunity

5    after lunch, before the government formally presents that

6    evidence.

7            THE COURT:  Well, all right.  I'll talk to you about

8    it.  I don't know, when Mr. Harding says excerpts, I think he

9    means just the defendants' speeches.

10           MR. HARDING:  That's exactly right.

11           THE COURT:  He means an excerpt from the proceedings,

12   not an excerpt of the defendants' statements.

13           MR. HARDING:  And we'll make the tape available to Mr.

14   Kurland when they want to put on their case, they can play

15   whatever they want to, Your Honor.

16           MR. KURLAND:  But that's not what --

17           THE COURT:  I don't intend to admit anything that I

18   said.  So from my perspective, the tapes are complete unto

19   themselves if all we're talking about, and that's all I'm talking

20   about, are the statements that the defendants made.  I'm not

21   going to permit the jury to hear my admonishments and advice to

22   the jury or any of that.

23           MR. KURLAND:  Could we admit into court your ruling?

24   That's a public document.

25           THE COURT:  We can talk about that.  I don't know about

1    my ruling.  I do intend, basically, to tell the ladies and

2    gentlemen of the jury that there's no such thing as a flesh and

3    blood defense.  I mean, I realize that's the way it's been

4    referred to.  But there's no such thing.

5            MR. KURLAND:  I suspect we might want to admit the

6    written, the F. Supp. Opinion, the erudite, brilliant F. Supp.

7    Opinion.

8            THE COURT:  No.  That won't be admitted.  We're in

9    recess until five after two.

10           (Luncheon recess at 12:50 p.m.)

11           THE COURT:  Well, Mr. Kurland, good afternoon.

12           MR. KURLAND:  Good afternoon, Your Honor.  Your Honor,

13   with respect to the modifications, I won't speak for the

14   government.  I don't have a problem with any of the

15   interlineations.  Mr. Hanlon and I, he can obviously speak for

16   himself.  To the second page, we had discussed, the word we used

17   originally was "sometimes."  The court changed it to "usually."

18   Mr. Hanlon and I, we both think "often" might be more appropriate

19   there.

20           THE COURT:  Okay.

21           MR. KURLAND:  In addition to that, Your Honor, one

22   other thing.  In anticipation of the cross examination of Special

23   Agent Klas, when the government brought out the tax returns and

24   the years, the tax returns, several of years Mr. Gardner has been

25   incarcerated as a convicted felon.  Without mentioning a life

1    without possibility of parole sentence, I believe the door's been

2    opened to elicit that Mr. Gardner was, in fact, convicted and

3    was, was a felon in state prison during several of those years.

4    I won't say life sentence.

5             THE COURT:  The request is denied.  Maybe he had

6    capital gains.  I don't know.

7             MR. KURLAND:  But that's a fact issue.  But the Court's

8    earlier ruling --

9             THE COURT:  But the fact that a person's incarcerated

10   doesn't mean they didn't have income or that they shouldn't have

11   filed an income tax.  That's my only point.

12            MR. KURLAND:  The Court's earlier ruling he's been

13   incarcerated for three years is basically fair.  He's been in

14   constant --

15            THE COURT:  He's been in continuous, he's been

16   continuously incarcerated since the date of his arrest.

17            MR. KURLAND:  Thank you, Judge.

18            THE COURT:  I think Ms. Arrington has been up to no

19   good.

20            MR. HARDING:  Again?

21            THE COURT:  Apparently, the jurors have requested that

22   they be allowed to come in tomorrow.  That's not Ms. Arrington's

23   fault, of course.  I'm happy to say yes, except I don't know that

24   we'll have anything for them tomorrow.

25            MR. HARDING:  It's becoming increasingly likely, Your

1    Honor.

2            THE COURT:  Really?  How long is Benson going to be on

3    the stand?  A couple hours?

4            MR. HARDING:  I would say over an hour on direct, Your

5    Honor.

6            THE COURT:  Is he going to be on the stand --

7            MR. HARDING:  And I have a feeling that certain people

8    in this room are sharpening their knives for him.

9            THE COURT:  All right.

10           MR. COBURN:  I think Agent Benson, Detective Benson

11   could take care of himself, Your Honor.  I would tell Your Honor

12   that I agree with Mr. Harding personally, I think given the

13   cross.  And after that -- he's a case agent.  I'm going to be

14   surprised if we get done today.

15           THE COURT:  All right.  Will you be ready to go on

16   Monday, Ms. Rhodes?

17           MS. RHODES:  Your Honor, a couple of weeks ago you

18   indicated that I should have it ready for Wednesday.  So I have

19   more people for Wednesday.  I have a couple of things for Monday.

20   It also depends on whether, what the situation is with the Coach

21   Lynch stipulation, which Mr. Harding, or the proffer which he's

22   reviewing.

23           There's also our rap expert, who is not available until

24   Wednesday.

25           THE COURT:  Could you possibly get the rap expert here

1    earlier in the week?

2            MS. RHODES:  It's possible.  He's flying somewhere and

3    we were going to talk again today.

4            THE COURT:  Okay.

5            MS. RHODES:  But I can shoot for that.

6            THE COURT:  Okay.  I would very much like to avoid a

7    big gap next week.  And I could be wrong.  But I infer, again, I

8    could be absolutely incorrect on this, but I'm inferring that

9    counsel who subpoenaed fact witnesses probably haven't talked to

10   those people.  And the subpoenas have gone out.

11           But as we discussed yesterday, I don't know if they've

12   been served.  I don't know if counsel have talked to these

13   witnesses.  I don't know if witnesses are going to invoke the

14   Fifth Amendment privilege.  I don't know any of that.

15           So I would like, I'm operating on the assumption that

16   despite the informal representations from yesterday, that

17   somebody's going to have a half a day and somebody else is going

18   to have four witnesses, maybe three quarters of a day.  As we all

19   know, when push comes to shove and the rubber hits the road, you

20   know, witnesses either don't show up or they're on the stand for

21   only five minutes instead of two and a half hours.  And they show

22   up, counsel speaks to them for a moment, and counsel decides not

23   to call them, which is why I didn't require the defense to advise

24   the government of who the likely witnesses will be.

25           I understand there's a risk in that because if the

1    government asks for an adjournment in order to conduct an

2    investigation, I'm probably going to give them that.  So I'm

3    trying to avoid gaps next week.  And that's why I asked.

4              So if you can arrange to get your rap guy -- it is a

5    guy?

6              MS. RHODES:  Yes, it is.

7              THE COURT:  Here on either Monday or Tuesday.

8              MS. RHODES:  Well, Tuesday we're not in session, right?

9              THE COURT:  That's right.  Tuesday we're not in

10   session.  So we have a gap next week, which is not bad.

11             I guess -- I see.  Okay.  Wait a minute.  I have to

12   recalibrate.

13             MS. RHODES:  That's why I was saying Wednesday.

14             THE COURT:  Wednesday.  So we're okay, then.  We're

15   okay.  I forgot that we're not in session on Tuesday.

16             So it does look now like the government's going to

17   carry over until tomorrow.  Hopefully, the government will

18   conclude by mid morning tomorrow and we'll still have time for

19   motions tomorrow.  So I'm expecting to plow into the defense case

20   on Monday.  And if we break early on Monday, you know, I won't

21   mind that, but I would like to have a full day on Wednesday.

22             MS. RHODES:  Are we still breaking tomorrow at one?

23             THE COURT:  Yes.  Yes.

24             MR. COBURN:  Just in terms of, first of all, you know,

25   the varying order.  We have no objection to that at all.

1          THE COURT:  Okay.

2          MR. COBURN:  Of course.  And in terms of avoiding gaps,

3   I just wanted to let Your Honor know, the expert that I had

4   referred to yesterday, the one who's, you know, just for

5   shorthand purposes, the flesh and blood expert, he's in Atlanta

6   and is available on Thursday, if that could work.  I just want to

7   let Your Honor know that.  He's got some scheduling issues but is

8   prepared to come up on Thursday.

9          THE COURT:  He's an attorney?

10          MR. COBURN:  He is.  Or he's a law student.

11          THE COURT:  A law student?

12          MR. COBURN:  Yeah.  He's written a book about this,

13   apparently.

14          THE COURT:  He's written a book about what?

15          MR. COBURN:  I was afraid Your Honor was going to ask

16   me that.  I wish I had more, you know, kind of a specific

17   recollection of precisely what his CV says.  But he's made a

18   study of this kind of, you know, tax protester type defense.

19          THE COURT:  Do I have a motion from you on -- I know

20   the government's filed a motion in limine, I think.

21          MR. COBURN:  I don't think so.  I don't think there has

22   been any motion practice on this at all.  That's not their fault.

23   We haven't actually provided --

24          MR. HARDING:  We haven't gotten expert notice on this,

25   Your Honor.

1          MR. COBURN:  The other thing I just wanted to tell Your

2     Honor really quick, so I don't forget, is Your Honor was kind

3     enough to issue a writ about a week ago for Jamane Johnson.  It's

4     returnable the day after, a week from tomorrow, I believe.  I

5     just, in connection with our conversation yesterday, I called up

6     Marshal Len in the Marshal Service, who's, Ted Stoler referred me

7     to him.  And he said he didn't have a record of it.

8          So I just wanted to let Your Honor know in case -- he's

9     checking now.

10         THE COURT:  Wait a minute.  Is Goose, Goose is a state

11    prisoner.

12         MR. COBURN:  Not Goose.  This is a different guy.

13         THE COURT:  I'm sorry.  Jamane Johnson.  Who's --

14         MR. COBURN:  Mama.

15         THE COURT:  Mama.  He's a federal prisoner?

16         MR. KURLAND:  State prisoner.

17         MR. COBURN:  State prisoner.

18         THE COURT:  So why would the marshal care about it?

19    The witness wouldn't go to the marshal.

20         MR. COBURN:  That's a good point, Your Honor.  Sorry

21    about that.  I called the wrong person.  I'll check on it again.

22         THE COURT:  Okay.

23         MR. HARDING:  I do have a pending motion to preclude

24    this rap lyrics expert.  And I thought Your Honor ruled yesterday

25    or made a statement to the effect that you were very doubtful you

1    were going to allow a live flesh and blood expert to testify.

2              THE COURT:  Yeah.  That's certainly true.  What's your

3    objection to the rap expert, Mr. Harding?

4              MR. HARDING:  It won't aid the jury, Your Honor.

5    There's no, she's not offering this as an expert to interpret the

6    meanings of words, which is what the government had actually at

7    one point thought about calling a rap lyrics expert to testify

8    about what particular words mean in songs.  She wants to call an

9    expert to testify about the background and growth of the rap

10   music industry and how people get ahead in the rap music

11   business.

12             And I guess the general point is that people often rise

13   up from nothingness to become great stars in the rap business and

14   that, also, lyrics about violence are very common in the rap

15   music business.

16             THE COURT:  I think she's entitled to put that on.

17   I'll look at your motion.

18             MR. HARDING:  Please do.

19             THE COURT:  I will.  But you know, I think I she's

20   entitled to put that on.

21             MS. RHODES:  Thank you, Your Honor.  On that issue, I

22   am, in light of the testimony today from Agent Klas, I am going

23   to be supplementing my notice to include additional, I think it

24   was in there, about lyrics.  I'm going to make it more explicit

25   now.  We do intend to ask him about some, these particular

1     lyrics.  I'm going to be sending him some of this material.  He

2     already has CD's but not the actual written lyrics.

3             THE COURT:  All right.  Do we have the tape all keyed

4     up and cued up and ready to go?

5             MR. HARDING:  Yes, Your Honor.

6             THE COURT:  Has it been tested?

7             MR. HARDING:  Yes.  It's on an old-fashioned

8     reel-to-real tape recorder and I'm going to have to ask that the

9     TFO be permitted to operate it because --

10            THE COURT:  Okay.  That's fine.  Have counsel heard it?

11            MS. RHODES:  No.

12            THE COURT:  I think you got it play it for counsel, Mr.

13    Harding.  Can you turn it on right now?

14            MR. HARDING:  We aren't going to get to this today.

15            THE COURT:  We're not?

16            MR. HARDING:  Not if -- well, we might, but this is

17    going to come at the end of TFO Benson's testimony.

18            THE COURT:  Okay.  So he could play it during the

19    break.

20            MR. HARDING:  Yeah.

21            THE COURT:  All right.  Let's have the jury, please.

22            I wonder why they wanted to come in tomorrow.

23            MR. MARTIN:  Wanted to get home before Thanksgiving.

24            THE COURT:  I hope they don't think that just because

25    they come in tomorrow, that the trial's going to be over.  I'm

1    afraid they do.  And I think I probably gave them that

2    impression.  But I'll clarify.

3              MR. MARTIN:  It could be over tomorrow, Your Honor.

4              (Jury enters the courtroom.)

5              THE COURT:  Good afternoon, ladies and gentlemen of the

6    jury.  I hope that I didn't mislead any of you by saying that we

7    may not need you to come in tomorrow in the sense that your not

8    coming in tomorrow might somehow slow down or prolong the case.

9    If you had not come in tomorrow, it really would not have had an

10   impact on getting the case concluded.  And I know we're all

11   interested very much in getting the case concluded.

12             In any event, having conferred now with counsel, my

13   optimism about freeing you up tomorrow was unwarranted and so we

14   will be in session tomorrow.  I suspect, you will recall that I

15   was only going to keep you until about 1:00, anyway.  And I now

16   suspect that we will finish tomorrow with you before 1:00.

17   Indeed, I hope well before 1:00.  So you can anticipate being

18   excused before lunch tomorrow.

19             I also hope it wasn't because you didn't want to go to

20   work tomorrow.  But in any event, we will be in session, we will

21   be in session tomorrow.

22             And I remind you now that we'll be in session on Monday

23   all day.  Tuesday is Veteran's Day, federal holiday.  So we won't

24   be in session on Tuesday.  We will be in session on Wednesday and

25   Thursday of next week.  Thank you very much for your cooperation

1    and your patience.  You may proceed, Mr. Lawlor, whenever you're

2    ready.

3              CROSS EXAMINATION

4    BY MR. LAWLOR:

5    Q    Thank you, Judge.  Agent, how are you?

6    A    Good.  How are you?

7    Q    Good.  Thanks.  Just a couple quick things, I hope.  You

8    showed the jury this report from DLR, which purports to show that

9    Mr. Mitchell -- let me cross out the Social Security number like

10   Mr. Hanlon did.  I guess now I'm crossing out the whole thing.

11   So it purports to show that Mr. Mitchell had no income from 1997

12   to 2005?

13   A    No.  I believe what I testified to was that it purported

14   that he had not earned any unemployment insurance during that

15   time frame.

16   Q    What's, he didn't collect on insurance?

17   A    No, he didn't earn any credit.  I believe if he would have

18   become unemployed, he would not have been able, eligible to

19   receive any benefits from the State.

20   Q    Okay.  And then this shows that there was no income tax

21   filings the years '97 through 2004?  Income tax filings, right?

22   A    2000 was not listed there.

23   Q    Okay.  '97, every year through 2004 save the year 2000?

24   A    That's correct.

25   Q    But you're aware of a couple things.  Number one, that Mr.

1    Mitchell spent some of that time period away in college, right?

2    A    Yes.

3    Q    Okay.  '97 and '98 he was enrolled at two different

4    colleges, right?

5    A    Yes.

6    Q    And you're aware of the fact that he work at the Hickey

7    School for sometime, right?

8    A    I've heard testimony of that.

9    Q    Okay.  Let me show you what's been marked as Government's

10   Exhibit HS-1.  You see that?

11   A    Yes.

12   Q    Okay.  Let me take it out a little bit.  That's the

13   certification on Page One.  Have you seen this before, I should

14   ask you?

15   A    No, I don't believe I have.

16   Q    Okay.  This indicates, though, that your colleague, Mr.

17   Benson, sent a subpoena to the Hickey School, right?

18   A    I don't see any reference to a subpoena on that document

19   you're showing me.

20   Q    Okay.  He requested documents, should I say, then, from the

21   Hickey School?

22   A    It appears so, yes.

23   Q    Perhaps I'll ask Trooper Benson about Mr. Mitchell's

24   employment at the Hickey School.

25            Now, concerning the lack of record.  I mean, you're

CROSS EXAMINATION OF KLAS BY LAWLOR                133

1  aware of the fact that people are often times employed but fail

2  to file tax returns, right?

3  A    I know that people sometimes don't file tax returns, yes.

4  Q    Okay.  You're employed by the DEA, right?

5  A    No.  ATF.

6  Q    ATF.  I'm sorry.  You get a pay check, right?

7  A    Yes, I do.

8  Q    Okay.  And the IRS makes it easy on your life by taking the

9  taxes out for you, right?

10 A    Yes.

11 Q    To make sure that you don't decide that you don't want to

12 pay your taxes otherwise?

13 A    I honestly report what I earn.

14 Q    Of course.  Of course you do.  But one thing doesn't

15 necessarily go with the other is my question, right?

16 A    That's correct.

17 Q    Just because you didn't file tax returns doesn't mean that

18 you weren't employed, right?

19 A    That could be true.

20 Q    And you're aware of the fact, are you not, that Mr. Mitchell

21 was arrested on April 1st, 2002, right?

22 A    I'm not certain of the date.

23 Q    You're aware that he was arrested thereabouts?

24 A    Yes.

25 Q    And he's been in custody continuously since that date, is

CROSS EXAMINATION OF KLAS BY MARTIN                    134

1    that correct?

2    A    Yes, I believe so.

3    Q    Okay.  Oh, and then the records you showed from Shakedown.

4    That was a company that was registered with the State of

5    Maryland?

6    A    That's correct.

7    Q    Formally registered as a business entity with the State of

8    Maryland?

9    A    Yes.

10   Q    Okay.  And that, can you infer from that that the filing of

11   those documents, the awareness of those documents may have

12   required the assistance of even an attorney to file those?

13   A    No, I don't believe I could, I don't believe that to be.

14   Q    You don't believe that to be the case?

15   A    I really couldn't speak on that.

16   Q    Okay.  But in any event, that's something that you would

17   file with the state to sort of formalize the business, right?

18   A    Yeah.  I believe I've seen those filed before without an

19   attorney.

20   Q    Okay.  But it's a public record for anybody out there to see

21   that this is a legitimate entity, right?

22   A    It's a public record filed as an entity in the State of

23   Maryland, yes.

24   Q    Thank you.  No further questions.

25            CROSS EXAMINATION

1    BY MR. MARTIN:

2    Q    Good afternoon, Special Agent Klas.

3    A    Good afternoon.

4    Q    You've been sitting here, as the judge pointed out earlier,

5    for the entire trial, correct?

6    A    Yes.

7    Q    You are aware, are you not, that the evidence in this case

8    is that Mr. McCaffity was killed with a .357 or a .38, I think

9    it's referred to as a .38/.357?

10   A    I don't recall.

11   Q    You're not aware of that?

12   A    I don't recall right offhand.  It sounds correct but --

13   Q    Okay.  There's a reference this morning that you, you were

14   asked about in one of these rap lyrics that were seized from Mr.

15   Harris's house, to a Chris D?

16   A    Yes.

17   Q    And I think you testified that you believe that to be a

18   reference to Chris Dobropolski?

19   A    Yes, I do.

20   Q    Who testified here in this trial, right?

21   A    Yes.

22   Q    And you're aware, because you sat here during this trial and

23   because you're the case agent or one of the case agents, that Mr.

24   Harris met Mr. Dobropolski when he was locked up in August of

25   2002, is that right?

1    A    I believe he met him when he was locked up.  I don't recall

2    the date.

3    Q    Okay.  And at the time that Mr. Harris met Mr. Dobropolski,

4    Mr. Mitchell was already locked up, wasn't he?

5    A    I don't recall.

6    Q    You don't recall that, either?

7    A    I recall testimony about Mr. Mitchell being incarcerated

8    around that same time frame.

9    Q    And actually, Mr. Mitchell hasn't been out of jail since

10   then, has he?

11   A    I don't think so, but I don't know.

12   Q    Okay.  And the reference you were asked about in one of the

13   other rap lyrics this morning was Bo and Weaze on lockdown now?

14   A    Yes.

15   Q    That's a reference to those two individuals being locked up,

16   isn't it?

17   A    Yes.

18   Q    Okay.  Now, the Llama gun, is that the .45 that you were

19   shown this morning?

20   A    Yes.

21   Q    You didn't submit that to the lab for fingerprints, did you?

22   A    No.  Another agent at my direction submitted that for

23   fingerprints.

24   Q    Were there any prints obtained?

25   A    No.  There were no prints found on the firearm.

1    Q    Mr. Harris's prints weren't on there, were they?

2    A    No one's fingerprints were on there.

3    Q    And you didn't submit to it the lab for DNA, did you?

4    A    No.  It wasn't our policy to submit firearms at that time

5    for DNA.

6    Q    Oh, at that time?

7    A    I don't even know now if it's our policy to do that.

8    Q    So back then it wasn't your policy and you don't know

9    whether it's your policy now?

10   A    That's correct.

11   Q    But regardless of whether it's your policy, you just didn't

12   do it, right?

13   A    It wasn't done.  I don't believe our lab had the

14   capabilities at that time.

15   Q    Well, there are other labs that do, aren't there?

16   A    You asked me about our lab and how I submitted it.

17   Q    Well, what about the other people you worked with in this

18   case, like the Baltimore City Police Department?

19   A    The firearm never went to them for DNA analysis.

20   Q    You've heard from evidence in this case that they have the

21   ability to do that, though, haven't you?

22   A    Yes.

23   Q    Okay.  Now, you were referred to a line in one of these rap

24   songs this morning and you said it was a reference to Woody?

25   A    Yes.

Case 1:04-cr-00029-RDB    Document 692    Filed 06/16/09    Page 138 of 254

1    Q    And that Woody was spelled W-H-O-O-D-I, isn't that right?

2    A    I believe that was the spelling.

3    Q    Okay.  But pronounced it Woody instead of Wodey, isn't that

4    right?

5    A    I pronounced it Woody, yes.

6    Q    Have you ever heard of the rap artist Juvenile?

7    A    I believe so.

8    Q    Are you aware that juvenile uses the word Whoodi in his

9    songs, and in particular uses it in a song called Set It Off, on

10   a CD called Project English?

11   A    No, I'm not.

12   Q    W-H-O-O-D-I.  That's how it was spelled, isn't it?

13   A    I am not certain of that.

14   Q    Special Agent Klas, you testified this morning there were,

15   there's a whole lot of, bunch of documents in those notebooks

16   that you seized from Seamon Avenue, correct?

17   A    Yes.

18   Q    And let me put one of these documents up on the DOAR.  You

19   see this document here, sir?

20   A    Yes.

21   Q    And it's, it's called Exhibit N-45 Number 40, correct?

22   A    Yes.

23   Q    This is one of the documents that you seized that day, isn't

24   it?

25   A    Yes, it would have been.

1    Q    You've seen this before in going through those documents,

2    correct?

3    A    I don't recall if it --

4    Q    You don't recall.  But you recognize it as one you would

5    have seized?

6    A    Yes.

7    Q    And it purports to be an exclusive production agreement

8    between someone who would be an artist and Shakedown

9    Entertainment, correct?

10   A    Yes, that's what it appears to be.

11   Q    Okay.  Let me show you another document that was -- this is

12   from N-45, Number 11.  Do you remember seeing this?

13   A    It looks like it's from the documents.  I don't recall it

14   offhand.

15   Q    It looks just like the documents that you've seized, doesn't

16   it?

17   A    Yes.

18   Q    The same handwriting, too?

19   A    Same handwriting, marked as such, yes.

20   Q    So, and this is a document that you seized from Seamon

21   Avenue that day, correct?

22   A    Yes, it would have been.

23   Q    Now, Your Honor, we didn't have any questions this morning

24   when he was on direct about the jailhouse, the lockup.  He was

25   there.  I would like to ask him about that.

1              THE COURT:  You may.

2              MR. HANLON:  No objection to that, Your Honor.

3     BY MR. MARTIN:

4     Q    Special Agent Klas, first I have a question.  You

5     participated in an interview, did you not, of Police Officer

6     Alvin Barnes?

7     A    Yes.

8     Q    And Mr., or Officer Barnes was one of the officers who

9     searched the Amity Street residence where Mr. Harris lived with

10    his mother and his sister?

11    A    Yes.

12    Q    In fact, he was the officer in charge, wasn't he?

13    A    I don't think --

14    Q    I might have misspoken.  He was, he was the representative

15    who was called to this trial to testify about that search?

16    A    Yeah, that is correct.

17    Q    And when you interviewed him that day, you wrote a report,

18    is that right?

19    A    Yes, I believe I did.

20    Q    And in that report, the last line in your report says that

21    he stated to you that --

22             MR. HANLON:  Objection, Your Honor.

23    Q    -- he says that Mr.

24             MR. HANLON:  Objection.

25             THE COURT:  Just a moment.  Just a moment.  The jury

1    will remember that a question from a counsel is not evidence.  Go

2    ahead, Mr. Martin.

3    BY MR. MARTIN:

4    Q    Thank you, Your Honor.  You wrote in your report, did you

5    not, that Officer Barnes told you that Harris acknowledged that

6    the narcotics found inside the Amity Street residence belonged to

7    him, didn't you?

8             MR. HANLON:  Objection, Your Honor.

9             THE COURT:  I assume he can look at his report.

10   Q    He can, Your Honor.  Should I put it on the DOAR or should I

11   just take it to him?

12            THE COURT:  Why don't you take it him, let him look at

13   it.

14            THE WITNESS:  Yes.  It says Harris once again

15   acknowledged that the narcotics found inside was his.

16   BY MR. MARTIN:

17   Q    And that's your report, correct?

18   A    Yes, I authored this report.

19   Q    And he also told you, did he not, on the last page, that, he

20   also stated, Harris stated that he sold the narcotics in the Park

21   Heights area and not in the community where the apartment was

22   located?

23   A    Yes.

24   Q    Correct?

25   A    That's correct.

1    Q    Now, before you interviewed Officer Barnes, you had read the

2    Statement of Charges and the other documents associated with that

3    arrest, hadn't you?

4    A    I don't believe that I have, no.

5    Q    You don't believe that you had?

6    A    No.

7    Q    And you're not aware, then, that he once stated that before?

8           MR. HANLON:  Objection, Your Honor.

9           THE COURT:  I'm sorry.  I'm not following the question.

10   Q    My question was, Your Honor -- I'll restate it.  You're not

11   aware that prior to his meeting with you, when he supposedly said

12   this, that he had never once stated that in any of the other

13   papers that he filed in connection with this arrest and this

14   search?

15          MR. HANLON:  Objection.

16          THE COURT:  The objection's sustained.

17   Q    Now, on June 10th of 2005, I think it is -- you recall that

18   date?

19   A    I believe so.

20   Q    Now, you were informed that day, were you not, that Rodney

21   Hayes had been arrested?

22   A    Yes.

23   Q    And he had been arrested on a warrant, in fact, that you had

24   obtained.  Not on that warrant.  He had been arrested for a

25   narcotics violation, correct?

1    A    I believe he'd been for both reasons.  And it wasn't a

2    warrant that I obtained.  It was a warrant that another ATF agent

3    had obtained.

4    Q    Okay.  So let me clear that up.  For both reasons you mean

5    both because he was arrested with controlled dangerous substances

6    and because the officer who arrested him also knew that there was

7    a warrant, federal warrant outstanding for him for this

8    ammunition?

9    A    That's correct.

10   Q    And you learned about that about 3:00 on the Friday

11   afternoon?

12   A    Approximately three.

13   Q    Okay.  And you then made arrangements to bring him to

14   federal court on Monday morning?

15   A    Yeah.  I started making arrangements, correct.

16   Q    And you did that on Friday afternoon?

17   A    Friday afternoon and I think into the weekend, actually, as

18   events unfolded.

19   Q    You didn't go talk to him over the weekend, though, did you?

20   A    No, I did not.

21   Q    And your plan was, when you brought him here Monday, that

22   you would talk to him as well, isn't that right?

23   A    No.  My plan was to bring him to his initial appearance.

24   Q    So you had no plan about talking to him?  You didn't bring

25   him here to debrief him or to interview him?

1    A    No.  My role is to bring him in for the outstanding warrant.

2    Q    Okay.  And you informed Mr. Harding that you were bringing

3    him here at some point in time, didn't you?

4    A    Yes.

5    Q    And did you inform him on Friday?

6    A    Yes.  I would have contacted Mr. Harding, let him know that

7    he had been picked up by the city and that we were planning on

8    bringing him over on Monday.

9    Q    Because he was always, already somebody who had been a

10   witness in this case and in front of the grand jury in this case,

11   correct?

12   A    Yeah.  I learned that, yes.

13   Q    And Mr. Harding was in charge of the case.  And so you would

14   have told him you were bringing him in on Monday?

15   A    Yeah.

16   Q    But your plan wasn't to talk to him on Monday?

17   A    No.  My plan was just to bring him into court.

18   Q    And when you got him to court, you took him to the lockup?

19   A    When I got him to the courthouse, I brought him up through

20   the marshal's secured area, yes.

21   Q    And you took him to the secured area and they took him for

22   processing?

23   A    That's correct.

24   Q    All right.  And then at some point you entered the locked

25   door into the area of the lockup, correct?

1    A    You mean after the assault occurred?

2    Q    No.  Before.

3    A    No.  You can't enter that area.

4    Q    You were not in there before?

5    A    The secured area?

6    Q    Yes.

7    A    No.

8    Q    So you were not in the hallway in the secured area when Mr.

9    Hayes was brought in there and taken down to the cell?

10   A    That's correct, I was not.

11   Q    Your Honor, I think I'm going to have to play the video.

12   Maybe my --

13        THE COURT:  Yeah.  Maybe you need to clarify.

14   Q    Maybe my question isn't clear.

15        THE COURT:  Yeah.

16   Q    There's a door you go through that I couldn't get through

17   but you can as an agent.  But it's not the cell block.

18        THE COURT:  Do you mean if he's bringing a detainee in

19   there?

20   Q    Yes.

21   A    I think you may be, I could maybe draw something for you if

22   you'd like, but I think maybe there's some confusion.

23   Q    I'm sorry.  You could draw something for me?

24   A    Yeah.  You're asking me where I was standing and something.

25   Q    Yes.  Where were you standing when the altercation took

1    place?

2    A    Outside the Fingerprint Processing Room.

3    Q    Okay.

4    A    And in front of me would have been the door that leads back

5    down to the hallway where the, and then bends around to the right

6    where the inmates were locked up.  So I was behind the locked

7    door that I could not, never could --

8    Q    All right.  Now, I misspoke then.  So there's a door here

9    and you were down the hallway.  You could see through it.  It was

10   a --

11   A    I think there's a little -- no, I could not.

12   Q    But you were up this way.  There's a locked door there and

13   then the lockup part is down here, down below?

14   A    I don't think I'm really following your hand gestures

15   comfortably enough to testify.

16   Q    Maybe I interrupted you.  Why don't you try it?  You can do

17   it better than I can.  I have seen a film and you were shown this

18   film when you testified in the grand jury.  Do you remember

19   looking at that film?

20   A    Yeah.  Yes.  I've seen -- but I'm not sure if you know the

21   camera angles I was looking at though, or which cameras.

22   Q    There's a view from outside the lockup looking up the

23   hallway where you are.  The locked door is between you and the

24   block?

25   A    You couldn't see me when I was behind the locked door.  I

Case 1:04-cr-00029-RDB   Document 692   Filed 06/16/09   Page 147 of 254

1    can tell you that.  I'm fairly certain.

2    Q    Your Honor, then I'm going to have to play the tape because

3    I can see him.

4              THE COURT:  I'm not convinced you need to play the

5    tape.  Of course, if you want to play it, you can play it.  He

6    says he was at the fingerprint --

7    A    Until the alarm, until the marshals finally came and opened

8    the door where I could then get a little bit past that door.  But

9    I never went all the way down to the lockup in front of the

10   prisoners.

11   Q    No, I didn't say that, though.

12   A    Okay.

13   Q    But while you were in that first area behind the locked

14   door --

15   A    By the fingerprint area?

16   Q    Yes.  The marshals brought Mr. Hayes down past you, took him

17   through the locked door, and put him into the lockup, put him

18   into the cell?

19   A    I handed him off or the marshals left me behind.  I was

20   standing there right with him.  They shut the door behind me and

21   then they proceeded down the hallway.  I could see from the

22   camera that they then turned and went into the cell but I

23   couldn't see that.

24   Q    You couldn't see in the cell?

25   A    No.

1    Q    But you could see up to the point where they turned and went

2    into the cell?

3    A    I wasn't looking.

4         THE COURT:  If you had been looking, you could have

5    seen?

6    A    I think there's a window there.  I think there is a small

7    glass window, I believe.

8    Q    And at the point in time before Mr. Hayes was brought past

9    you and taken through the locked door --

10        THE COURT:  I'm sorry, Mr. Martin, to interrupt.  I

11   think what the witness said is that Hayes wasn't brought past

12   him, that he handed Hayes off to the marshals.

13   Q    Your Honor, the film shows otherwise.  I'm sorry.  But it

14   does.

15        THE COURT:  Well, not the film we saw.

16   Q    No.  There's more parts to that film.

17        THE COURT:  But we haven't seen that part.

18        MR. MARTIN:  Well, I have.

19        THE COURT:  All right.  So you want to play some

20   portion of the film that the jury hasn't seen?

21        MR. MARTIN:  Yes, Your Honor, I would.

22        THE COURT:  Okay.  Is it available?  Is it here?

23        MR. MARTIN:  Mr. Flannery has it right there on his

24   computer and he's going to try to hook it up.  It might take a

25   minute or so to get it hooked up.  I'm sorry for the confusion.

1             THE COURT:  All right.  That's all right.

2             MR. MARTIN:  I forgot there are different views and

3    we've seen one camera angle and there are other camera angles.  I

4    think that's what the agent was trying to tell me, anyway.

5             THE WITNESS:  Yeah.  And I haven't seen them all in

6    years so it's been a while.

7             MR. MARTIN:  And we've tested this and it does work.

8    Or at least it did the last time, Your Honor.

9             THE COURT:  I think that's the best you can say.  It's

10   all on the same government exhibit, though, I take it?

11            MR. MARTIN:  Yes, sir.

12            THE COURT:  Okay.  Just a different perspective or

13   different view, different camera.

14            MR. MARTIN:  I wouldn't know how to find it myself,

15   Your Honor.

16            THE COURT:  Okay.  Can you see it, Agent, okay?

17            (Tape playing.)

18            THE WITNESS:  Yeah.  But I'm not certain about the --

19            THE COURT:  Well, that's all right.  He's going to play

20   something for you to look at.

21            THE WITNESS:  All right.

22            MR. MARTIN:  Can I point to this and can anybody see

23   it?

24            THE COURT:  I don't think that will work.  Try it.

25   BY MR. MARTIN:

CROSS EXAMINATION OF KLAS BY MARTIN

1    Q    It won't work here.  You see that, Agent?

2    A    The DOAR?

3    Q    Yes.  That's the locked door you're talking about, is it

4    not?

5    A    It looks like the whole door you can see through.  I don't

6    know if there's another door in front of that that's sometimes

7    closed.  That's not how I remember it.

8    Q    There looks to be another doorway way up at the end.

9    A    Yeah.  But that's, that may be the area there.  That may be.

10   Q    This might be why we were confused.  You're talking about

11   that door instead of this one.

12   A    Yeah.

13   Q    But this is a locked door right here that we're looking at?

14   Soon as this thing starts working.  There you go.  That was you

15   just crossed in the film, wasn't it?

16   A    I can't tell you that.

17   Q    Can we back it up?  Do you remember what you had on that

18   day?

19   A    No.

20   Q    Okay.  Is that you right there?  That's you talking on your

21   cell phone, isn't it?

22   A    No, I can't tell you that.

23   Q    Back it up again.  And isn't this Mr. Hayes being brought by

24   right there?

25   A    No.  I can't tell you that.

CROSS EXAMINATION OF KLAS BY MARTIN                    151

1    Q    Wait until we get -- that's Mr. Hayes, isn't it?

2    A    Yeah.  That may be Mr. Hayes there, yeah.

3    Q    Now?  That's Mr. Hayes being brought out, isn't it?

4    A    Yes.

5    Q    And that's you right there, isn't it?

6    A    Yes.

7    Q    So that was you further up the hall earlier, wasn't it?

8    A    It likely was but I can't tell with absolutely certainly.  I

9    can tell you that's me, though.

10   Q    Do you remember when you were out there in that hallway

11   before Mr. Hayes was brought past you?  Do you remember that you

12   were talking on your cell phone to Mr. Harding?

13   A    I think when I was -- well, the picture's gone.

14   Q    We're going to get it back.

15   A    All right.  Yeah.  It's my recollection that when the alarm

16   was sounded, I believe I was on the phone with Mr. Harding.

17   Q    Yes.  And you testified in the grand jury to that effect.

18   Do you remember that?

19   A    Yes.

20   Q    So you were talking to Mr. Harding before Mr. Hayes was

21   brought by you and set into the cell?

22   A    Yes, that could be correct.

23   Q    Thank you.

24   A    Or actually, after Mr. Hayes went by me, I was off camera.

25   Q    I said before Mr. Hayes was brought by you, you were talking

1    on your cell phone to Mr. Harding?

2    A    I don't know.

3    Q    Let me take you back to the beginning and let me show you

4    your grand jury testimony as well.  See if that refreshes your

5    recollection.  Do you remember viewing this video when you were

6    in the grand jury?

7    A    I remember we had four or five different angles and we were

8    flipping around from one angle to the other.  I don't know what I

9    saw at that time.

10   Q    And do you remember telling Mr. Harding in the grand jury

11   that you were back where the marshals have their fingerprinting

12   services going on and there's a screen door dividing myself from

13   the hallway where the altercation took place?

14   A    That sounds correct.

15   Q    And that's what we've been looking at here?

16   A    Yeah.  Now --

17   Q    So you were on other side of that screen door and this

18   camera that was looking up that hall toward you could pick you

19   up?

20   A    Yes, it appears so.

21   Q    And do you remember Mr. Harding asking you, when you were on

22   the cell phone talking to me at that time, is that right?  And

23   you said, Yes, I believe so, yes?

24   A    I said, Yes, I believe so, yes?

25   Q    Yes.  Do you remember that?

1    A    That, I believe I was talking to Mr. Harding at the time.

2    Q    Now if you'll take a look at this video and tell me whether

3    you believe this is you when it shows up here talking on a cell

4    phone.  Right there.

5    A    Yes.  I believe, yeah.  Looks like I am on the cell phone.

6    Q    And you would have been telling Mr. Harding that you had Mr.

7    Hayes in the lockup, correct?

8    A    I would have been telling Mr. Harding Mr. Hayes is in the

9    lockup and that he should be prepared for initial appearance

10   later on.

11   Q    Because that's what you were doing.  You were taking him for

12   initial appearance?

13   A    That's correct.

14   Q    And your testimony is you didn't bring him there to

15   interview him?

16   A    That's correct.

17   Q    Just bear with me for one second, Your Honor.  Agent Klas,

18   you're aware, are you not, from the documents you seized from Mr.

19   Harris's home and from being here in court that Mr. Harris is an

20   epileptic and sometimes had violent seizures?

21   A    I've heard testimony in this trial to that effect.

22   Q    You were actually here in court when he had one, weren't

23   you?

24   A    No, I was not.

25   Q    That's all I have, Your Honor.  Thank you.

1              CROSS EXAMINATION

2    BY MR. PYNE:

3    Q    Good afternoon, Agent Klas.  How are you?

4    A    Good afternoon.  Good, thank you.

5    Q    I believe your earlier testimony was that, that between the

6    red notebook and the black notebook there were a hundred or so

7    pages of these rap lyrics, is that correct?

8    A    Yes.  As an approximation.

9    Q    And none of them were dated?

10   A    I can't say that with all certainty but I don't recall any

11   dates on those rap lyrics.

12   Q    Okay.  So for the vast majority, anyhow, we have no idea

13   when those lyrics were written?

14   A    That would be correct.

15   Q    And did you or one of your agents read through every one of

16   those pages of lyrics?

17   A    I did not read through every single one of those pages of

18   lyrics but I believe that had been done by, but not by myself.

19   Q    Between you and other agents that were assisting you, all

20   those lyrics were read through and reviewed?

21   A    Those lyrics weren't in my custody.  They were in DEA

22   custody so I cannot be certain when or who read through all of

23   them.

24   Q    Is it fair to say that any time the name "Weaze" appeared in

25   any of those pages of lyrics, it was pulled out and was presented

1    before the jury either today or yesterday?  Or I guess it was all

2    today.

3    A    I can't say that with all certainty.  There could have been

4    some missed.

5    Q    So you're not sure whether or not the jury saw every single

6    time the name "Weaze" appeared in those hundred pages or so of

7    lyrics?

8    A    I can't be absolutely positive, no.

9    Q    Okay.  Did you ever run across the name "Wayne" in any of

10   those lyrics?

11   A    I don't recall personally running across the name "Wayne."

12   Q    Okay.  And it's your belief that all those lyrics were

13   written by Mr. Harris?

14   A    Not every single one of those, no.  Most of them were signed

15   by Harris or had Harris's handwriting.  A few of them appeared to

16   be written by, in Mr. Harris's custody and possession, but I

17   didn't think they belonged or were written by Mr. Harris.

18   Q    But in the songs that you reviewed that were written by Mr.

19   Harris, you never saw the name "Wayne", is that fair to say?

20   A    I don't, I don't believe I read "Wayne", the name "Wayne" in

21   court, no.

22   Q    Okay.  And the only time you saw the name close to "Wayne"

23   was this name "Weaze" that you saw?

24   A    I've seen the name "Weaze."

25   Q    Okay.  And you're aware, are you not, that in regards to the

1    income tax records or lack of income tax records, that Mr. Martin

2    was incarcerated from June 18th of 1999 through October 29th of

3    2001?

4    A    I'm sorry.  I don't know the dates of his incarceration.

5    Q    Okay.  But you are aware that he was incarcerated on a

6    federal gun case?

7    A    No.

8    Q    You're not aware of that?

9    A    No.

10   Q    Were you aware that he was in the Volunteers of America from

11   October 29th of 2001 through March 7th of 2002?

12   A    No.

13   Q    Were you aware that he was arrested on April 17th of 2002

14   and has been incarcerated since that time?

15   A    I believe so.

16   Q    Okay.  And on December the 5th of 2000, when Shakedown

17   Enterprises was incorporated, that Mr. Martin was incarcerated

18   during that period of time?

19   A    I can't say.

20   Q    Okay.  That's all I have, Your Honor.  Thank you.

21              CROSS EXAMINATION

22   BY MR. KURLAND:

23   Q    Good afternoon, Special Agent Klas.

24   A    Good afternoon.

25   Q    I just have a few questions.  Okay.  Just -- okay.  You've

1    already testified before the jury that you are an ATF agent?

2    A    That's correct.

3    Q    And you're one of the case agents in this case and you've

4    been present for, I think since the beginning of trial every,

5    every day of trial, is that correct?

6    A    I've been assisting in this case and I've been present every

7    day of trial.

8    Q    And you might have gone out for a minute or two to get a

9    witness or something.  But for the most part you've been here

10   from start to finish?

11   A    That's true, yes.

12   Q    Okay.  Now, is it correct that your involvement or the ATF's

13   involvement in this case comes about because of the fact that

14   there are firearms involved and that there is some interstate

15   commerce element with respect to firearms moving in interstate

16   commerce, correct?

17   A    We were asked for assistance in prosecuting and

18   investigating this case and --

19   Q    Sure.  But if this were a knife case, if there were no guns

20   involved, no ammunition involved, I take it the ATF would not

21   have gotten involved?

22   A    I cannot say that with certainty at all.

23   Q    Okay.  Well, you were in court a couple of days ago when one

24   of the other ATF agents testified about the interstate element

25   with respect to the, the transport of firearms across state

1    lines?

2    A    I was in -- Special Agent Boroshok?

3    Q    Sure.

4    A    I was here for most of his testimony, yes.

5    Q    And with respect, and you recall his testimony being about

6    guns that either were manufactured out of the United States and

7    came into the United States or guns or ammunition that had been

8    manufactured originally some place outside of Maryland?

9    A    Yes.

10   Q    They came into Maryland?

11   A    Yes.

12   Q    So the interstate nexus that the ATF focuses on isn't

13   related to whether the guns do something good or bad, it's just

14   the crossing of the state line or the international border,

15   that's correct?

16   A    I'm sorry.  I'm just trying to digest.  Rephrase that

17   question.

18   Q    Let me ask it this way.  Putting aside whether or not it

19   would ever yield a prosecution, if a gun was manufactured, say,

20   in Connecticut -- a lot firearms are manufactured in Connecticut,

21   correct?

22   A    Yes.

23   Q    And that gun ends up in Maryland?

24   A    Yes.

25   Q    And that gun is used solely by law enforcement at a shooting

1    range.

2    A    Okay.

3    Q    That gun has traveled in interstate commerce?

4    A    Yes, it would have.

5    Q    So it has nothing to do with whether the gun ends up doing

6    something criminal or not.  The traveling in interstate

7    commerce --

8    A    It stands alone.

9    Q    Okay.  All right.  Now, with respect to that, isn't it

10   correct that on January 23rd -- I take that back -- January 22nd,

11   2004, you were notified that you were going to assist in a joint

12   investigation between the Baltimore homicide detectives, the DEA

13   REDRUM task force, concerning the federal prosecution of these

14   defendants, these four defendants as belonging to the Mitchell

15   criminal organization?

16   A    I'm not certain about the date but --

17   Q    I have your memo.  Would it refresh your memory if I brought

18   you your memo dated January 22nd, 2004?

19   A    Sure.  I may not need it, but you could bring it if you

20   like.

21   Q    It's a matter of whether you recall or not.

22   A    Well, if it's a date that you want to put emphasis on, then

23   I would like to take a look at it.

24   Q    Can I approach the witness?

25        THE COURT:  Is it the date you care about?

1          MR. HANLON:  Your Honor, the government will stipulate

2     to the date.

3          THE COURT:  Fine.

4     Q    But you were asked to partake in a criminal investigation of

5     the Mitchell criminal organization, correct?

6     A    I was asked to participate in an investigation and

7     prosecution of these defendants before today.

8     Q    Isn't it true, though, that your report, the title of the

9     investigation prepared by you as submitted by Brian E. Klas with

10    something that purports to be your signature, says the type of

11    investigation, Mitchell criminal organization.  Would you like me

12    to bring the document up so you can see that?

13    A    No.  I think your question was different.  I titled that.  I

14    titled the investigation that name.  No one told me to.

15    Q    But you made it up.  Are you the source of the name, the

16    Mitchell criminal organization?

17    A    I have no way of answering, of knowing that.

18    Q    Okay.  But it's your testimony that you just typed that in?

19    A    Yes.

20    Q    In the paper?

21    A    Mr. Mitchell was the first, happened to be the first named

22    defendant in the indictment and I had to call the, these

23    gentlemen by one name that was easily conveyed to others.  And

24    that's the name that was chosen.

25    Q    Okay.  And your testimony is that you chose that name?  All

1    right?

2    A    I chose that name as ATF.

3    Q    But that name shows up, say, in the other ATF agents'

4    reports as well?

5    A    Once I create the original document, it will, it will be on

6    the template, then, for the others to use.

7    Q    All right.  On that, in that same document, in the narrative

8    portion, it says that the U.S. Attorney for the Central District

9    of Maryland contacted ATF Group Three, requested investigative

10   assistance in the federal prosecution of Willie Edward Mitchell,

11   Shelton Lee Harris, Shelly Wayne Martin, Shawn Earl Gardner, all

12   of which were members of the Mitchell narcotics and armed robbery

13   organization, which operated in Baltimore City and Baltimore

14   County, Maryland.  So that's in the narrative.

15           So it's still your testimony that that name, you just

16   picked because it was the first name listed?

17   A    The Mitchell organization?

18   Q    Yes.

19   A    Yes.

20   Q    Okay.  The U.S. Attorney's Office, your report says that

21   they contacted you and it's your testimony that the U.S.

22   Attorney's office did not give you the name "the Mitchell

23   organization?"

24   A    No, they did not.

25   Q    Okay.  All right.  Now, at some point -- at the end of that

1    document it indicates that the investigation is continuing.  That

2    seems to be a common last line in an ongoing investigation,

3    correct?

4    A    For ATF, anyways, yeah.  Yes.

5    Q    Okay.  Now, is there still an ongoing investigation of the

6    Mitchell criminal organization?

7    A    If you're asking me, yes.  Yes.  Until the outcome of this

8    court proceedings, the investigation is still open.

9    Q    So there is no ongoing investigation of the

10   Randallstown/Park Heights organization?

11   A    It's the same organization.

12   Q    It's the same organization.  Okay.  When was the last time,

13   to best of your recollection, in any of your reports you used the

14   name "Mitchell criminal organization?"

15   A    I've never stopped using that in any of my reports.

16   Q    You've never stopped using that in any of your reports.  Do

17   you, is it your understanding that the enterprise that has been

18   alleged in this case is the Mitchell criminal organization?

19             MR. HANLON:  Objection, Your Honor.

20             THE COURT:  Overruled.  You may answer.

21   A    Is it -- could you repeat the question, please?

22   Q    I have to ask the court reporter to read it back.  Is it

23   your understanding -- well, strike that.  The prosecution that is

24   going on right now, is this a prosecution of the Mitchell

25   criminal organization?

1   A    The name, as far as I'm concerned, is irrelevant.

2   Q    That's not my question, Your Honor.  I ask that be stricken.

3            MR. HANLON:  Objection.

4            THE COURT:  The request is denied.

5   Q    Well, that's not my question.  Regardless of whether --

6   A    If my bosses from ATF, they could ask me how the Mitchell

7   criminal investigation, how the trial's going.

8   Q    Special Agent Klas, I appreciate that.  But that's not the

9   question.

10  A    I'm sorry.  I was trying to answer that the best I can.

11  Q    I understand.  I appreciate that.  My question is, so is

12  this a prosecution in your mind as one of the case agents of the

13  Mitchell criminal organization?

14           MS. RHODES:  Objection, Your Honor.

15  A    Mitchell, et al.

16           THE COURT:  Overruled.

17  A    Mitchell, et al.

18  Q    And it's your testimony that, that the name the

19  Randallstown/Park Heights organization, where did that come from?

20  Have you ever heard that name before?

21  A    Yes, I have.

22  Q    Okay.  Now, that's not the first name in any indictment?

23           MR. HANLON:  Objection, Your Honor.

24           THE COURT:  Sustained.

25   BY MR. KURLAND:

1    Q    What is your understanding of where that name came from?

2    A    If I'm allowed to answer that question.

3         MR. HANLON:  No objection to the question, Your Honor.

4    A    I believe that was in an indictment, in a superseding

5    indictment.

6    Q    Okay.  So, but the Mitchell criminal organization is not in

7    the operative -- too fancy of a word.  The Mitchell criminal

8    organization, that was the name, that's no longer the name in the

9    indictment.  Is that your testimony?

10        MR. HANLON:  Objection, Your Honor.

11        THE COURT:  Sustained.

12   Q    Well, Special Agent Klas, your last answer was that -- was

13   what about the, the Randallstown/Park Heights organization is

14   what, in your opinion?  Or what do you understand?

15   A    I believe it's the same as Mitchell organization, et al.

16        MR. HANLON:  Objection.  Asked and answered, Your

17   Honor.

18        THE COURT:  The objection's sustained.

19   Q    Now, as part of your investigation you weren't asked to --

20   you were asked to investigate these four defendants, correct?

21        MS. RHODES:  Objection, Your Honor.

22        THE COURT:  Sustained.

23   Q    Were you, Officer, I mean Special Agent Klas, were you asked

24   to find any other members of the Mitchell criminal organization?

25        MS. RHODES:  Objection.

1        THE COURT:  Sustained.

2   Q    Have you ever been asked to, as part of the investigation,

3   to identify all the members of the Randallstown/Park Heights

4   organization?

5   A    I've been asked to gather evidence concerning these criminal

6   activities that these defendants have participated in.  In doing

7   so, I followed numerous leads and met numerous individuals.  Have

8   I ever specifically been asked to find other members of the

9   Randallstown/Park Heights organization?

10  Q    Brought it to the attention of the prosecutors to have them

11  be prosecuted --

12        THE COURT:  I don't think he was finished answering the

13  question, Mr. Kurland.  Perhaps he was.

14        THE WITNESS:  The answer would have been, to answer you

15  specifically, that question, I have never been asked to do that,

16  no.

17  BY MR. KURLAND:

18  Q    Okay.  I'll move on to a different topic.  Okay.  With

19  respect to the testimony that you gave on direct examination

20  concerning the, the unemployment insurance records and the tax

21  records --

22  A    Yes.

23  Q    Okay.  You're aware, are you not, that Mr. Gardner has been

24  continuously incarcerated since June, 2002, to the present time?

25  A    Yes.

1    Q    Okay.  And that would, of course, have some effect as to

2    whether or not he's filed tax returns or not, wouldn't it?

3    A    I really don't know.

4    Q    Okay.  You're not an IRS agent?

5    A    Yeah.  I don't know what the regulations are.  I'm sorry.

6    Q    That's fair enough.  Also, with respect to that, with

7    respect to the effect that he's been continuously incarcerated

8    since 2002, you were in court when Detective Niedermeier

9    testified?

10   A    I'm sure for parts of his testimony I definitely was.

11   Q    And do you recall, you were also in court when he testified

12   that when he had to get a blood sample from Mr. Gardner in late

13   2002, he had to actually get permission from the warden at Jessup

14   state prison?  Do you recall that testimony?

15   A    Do I recall that?  Yes.  I believe so, yes.

16   Q    I just have a couple more questions.  Special Agent Klas,

17   you were asked a couple of questions, I believe from Mr. Martin,

18   concerning some of the issues with respect to your grand jury

19   appearance.

20   A    Yes.

21   Q    When you were before the grand jury, there is no judge or

22   magistrate before the grand jury, is there?

23   A    No.

24   Q    The prosecutor basically controls what goes on and asks the

25   questions?

1    A    The jurors can ask questions, also, but it's just the

2    prosecutor, the jurors, and the person testifying --

3    Q    And with respect --

4    A    And the court reporter.

5    Q    I'm sorry.  I didn't mean to speak over you.  That's a bad

6    habit I have.

7    A    That's all right.

8    Q    What was the end of that answer?

9    A    I believe the Court reporter.  Someone there to document the

10   transcript.

11   Q    And when -- so the prosecutor is asking questions.  The

12   grand jurors can also ask questions.

13   A    Yes, they can.

14   Q    And isn't it true, though, that sometimes when the grand

15   jurors ask questions the prosecutor can say that's an

16   inappropriate question and direct the witness not to answer?

17   Isn't that also correct?

18   A    I believe so.

19   Q    Okay.  And the other thing is with respect to that, is that

20   there are no judge, prosecutor asks the questions, and I think

21   that's it with respect to that.  Let me just confer with counsel

22   for just a minute.

23          (Pause in proceedings.)

24   Q    Just one minute, Your Honor.  One other thing with respect

25   to the grand jury.  Isn't it your understanding, also, that the

1    prosecutor is the one that determines which witnesses to call?

2    A    Yes.

3    Q    No further questions, Your Honor.  Thank you.

4                    REDIRECT EXAMINATION

5    BY MR. HANLON:

6    Q    Good afternoon, Special Agent Klas.

7    A    Good afternoon.

8    Q    You were asked a number of questions by Mr. Kurland about

9    the names of organizations and things like that.  I don't want to

10   spend too much time on that.  Often times these names are just

11   made up as a matter of convenience, isn't that correct?

12   A    That's correct.

13   Q    The Randallstown/Park Heights organization, that's just a

14   name that investigators, prosecutors gave to this group for

15   convenience, is that fair to say?

16   A    It's a label, yes.

17   Q    We could have called it the Clark Kent Organization if we

18   wanted to.  It would have made no difference, is that correct?

19   A    Yes.

20   Q    You were asked by Mr., shown by Mr. Lawlor some documents

21   from a Correctional Services Corporation relating to Mr.

22   Mitchell's employment at the Hickey School.  And those documents

23   are marked as Government's Exhibit HS-1.  I just want to ask you

24   briefly, looking at the documents, they show, understanding you

25   didn't generate this document, but these computerized records

REDIRECT EXAMINATION OF KLAS                                    169

1    show for the, for Mr. Mitchell --

2    A    Yes.

3    Q    -- the records, they show a hire date of October the 9th of

4    2000, is that correct?

5    A    That's correct.

6    Q    And they show an action type, termination, is that correct?

7    A    I would assume TER is termination.

8    Q    Mr. Harding showed me what should have been right in front

9    of my face.  And the action for that TER event is 12/31/2000, a

10   little over two months later?

11   A    Yes.

12   Q    Basically, 10/29 to 12/31/2000, that's the two months of

13   Hickey School employment?

14   A    That's what the record indicates.

15   Q    10/9/00, 10/9/00 to 12/31.  I'm sorry.  A little more than

16   two months.  A little more than two months?

17   A    Yes.

18   Q    Special Agent, Mr. Martin showed you this particular piece

19   of lyrics from, from the case or from the notes that we went over

20   for a little while.  This is not one of the once I showed you.

21   It's marked as coming from N-45.  So that would be the black

22   binder, is that correct?

23   A    That's correct.

24   Q    This is not one of the ones we presented to the jury, is

25   that correct?

1    A    No, I don't believe it is.

2    Q    And there's no reference in any of this to this case, is

3    that correct?

4    A    Can I have a moment to read it?

5    Q    Please do.

6              (Pause in proceedings.)

7    A    That's correct.

8    Q    It was reference to Muslims and liberties and some other

9    things here and there, but nothing really related to this case,

10   is that correct?

11   A    That's correct.

12   Q    Your Honor, for the record, that's Exhibit Harris Number

13   Four.  With respect to the cell block event that you were asked a

14   number of questions about, I believe by Mr. Martin, Special Agent

15   Klas, when you arrived there that day with Rodney Hayes, did you

16   have any idea, just so that we're clear about this, did you have

17   any idea that Shelton Harris was in the cell block that day?

18   A    No, no idea.  I was very surprised when I found out that he

19   was.

20   Q    Would you have handed a prisoner over into the cell block if

21   you'd have known that there was someone in there that he had

22   testified about or given information about?

23   A    Never.

24   Q    Part of your job as a case agent is working with people and

25   providing information to the government, is that correct?

1    A    That's correct.

2    Q    If you have a reputation for putting people in that kind of

3    a position, are they going to be willing to give you information?

4    A    Not at all.

5    Q    Finally, Mr. Martin showed you Government's Exhibit SE-12.

6    This is from the N-47 batch of documents in the red notebook, is

7    that correct?

8    A    Can you pull that down for one second, please?  That's

9    correct.

10   Q    And there was some back and forth and some discussion about

11   this word, which I'm going to sort of move in on.  There's a

12   reference to?

13   A    Whoodi.

14   Q    Introduce you something to the afterlife, Whoodi, I know you

15   feeling me.  Let me ask you about Whoodi.  How do you pronounce

16   that word?  How would you pronounce that word if you saw it

17   anywhere?

18   A    Woody.

19   Q    You were asked a number of questions about Wodey.  Just tell

20   me, Agent, would you pronounce that word Wodey or Woody?

21   A    Woody.

22   Q    Are you aware of any Wodeys in this case anywhere?

23   A    No.

24   Q    Are you aware of anyone from your investigation that Mr.

25   Harris would be interested in introducing to the afterlife, aside

1    from Woody?

2    A    No.

3    Q    Nothing further, Your Honor.

4            THE COURT:  The record will reflect that the Woody

5    that's been referred to is spelled on the document W-H-O-O-D-I.

6    Thank you very much, Agent.  You can step down.  Next witness.

7            MR. HARDING:  Yes, Your Honor.  The United States calls

8    Task Force Officer Keith Benson.

9            TFO KEITH BENSON, GOVERNMENT'S WITNESS, SWORN

10           THE WITNESS:  I do.

11           THE CLERK:  Be seated.  Speak directly toward the mike.

12   State your name and spell it for the record.

13           THE WITNESS:  My name is Keith Benson.  K-E-I-T-H.

14   B-E-N-S-O-N.

15           DIRECT EXAMINATION

16   BY MR. HARDING:

17   Q    Good afternoon, Task Force Officer Benson.

18   A    Good afternoon, Mr. Harding.

19   Q    You're employed by the Drug Enforcement Administration but

20   you're also employed by the Baltimore City Police Department, is

21   that correct?

22   A    That's correct.  I'm a detective with the Baltimore City

23   Police Department and I'm deputized by the DEA and work with the

24   DEA in a task force.

25   Q    And were you, during the investigation of, most of the

1    investigation of this case, were you in the REDRUM group that we

2    heard about this morning?

3    A    I was.

4    Q    And are you still a task force officer with the Drug

5    Enforcement Administration?

6    A    Yes, I am.

7    Q    Let me ask you a whole series of questions, if I may.  I

8    want to begin by asking you something about one of those rap

9    songs we listened to when Mr. Hayes was on the stand, I believe

10   yesterday.  This is from Track 11, which was at Tab 3 in the

11   transcript book.  There's a passage that begins:  Sunday night at

12   Lyles's party when it all went down, and so on and so forth.  Can

13   you tell us, was February 17th, 2002, the night of the

14   Hammerjacks incident, was that a Sunday?

15   A    Yes, it was.  It was a birthday party for Kevin Lyles, who's

16   the President of Def Jam records.

17   Q    Okay.  And this guy Cesar who's mentioned in this song and

18   in several other songs, do you know who he is?

19   A    He's the co-founder of Shakedown Entertainment.

20   Q    Is he the guy whose name appeared on the Articles of

21   Incorporation that we saw this morning when Agent Klas was

22   testifying?

23   A    Yes, he is.

24   Q    Did you try to locate him at any point?

25   A    I did.

1  Q    And can you tell us where he is, to the best of your

2  knowledge?

3  A    To the best of my knowledge he's in federal prison.

4  Q    Did you subpoena many of the toll records that were

5  introduced into evidence in this case?

6  A    I did.

7  Q    And did you obtain other toll records from the investigating

8  detectives for the homicides you testified in this trial?

9  A    I did.

10 Q    I have an exhibit.  I'm going to ask that Ms. Arrington

11 distribute to the jury some two handouts, Your Honor, containing

12 telephone toll information, if I may?

13        THE COURT:  All right.  You can hand them to the jury.

14 Looks like we got two different documents going, all going

15 westbound, I guess, ladies and gentlemen.  When they get to the

16 end, they should come back eastbound.

17 Q    While they're being handed out, Detective, or Task Force

18 Officer, how did you analyze the toll records that were

19 subpoenaed?

20 A    One of the main focuses that I've done since I've been in

21 the detail to the DEA is work a lot of wiretap investigations and

22 complex criminal investigations, often involving cell phones.  I

23 subpoenaed basically every phone that I believed to be involved

24 in the case.  Once those tolls come back, I can put them into a

25 program called Pen-Link 8.0, which is basically, it's a telephone

1     analysis program that takes all of the raw data and lets you

2     analyze it in any number of ways that you would need to.

3     Q     Okay.  I'm going to get the copies that are left over and

4     make sure that the Court and Ms. Arrington have copies.

5            So you loaded all of the toll information into a

6     computer, basically?

7     A     That's correct.

8     Q     And that helped you to do your analysis, is that correct?

9     A     Correct.

10    Q     Let me show you what one of the exhibits that we've just

11    handed out, which I am going to move in as Government Exhibit

12    B-14.  Do you recognize this?

13    A     I do.

14    Q     Can you describe for us what it depicts?

15    A     Basically, it involves all of the cell phones and land lines

16    that I was able to attribute to the four defendants in this case.

17    It's not comprehensive.  I don't know that it's all the cell

18    phones that they had.  It's the ones that I could identify and

19    say for certain that were being used by the four defendants in

20    the case.

21           And then it basically is, you'll see the connections

22    between each of the individuals.  And on the line in between it

23    will give you a date range and a number of total phone contacts

24    between any given subjects on the chart.  So, for example, on the

25    bottom, Shawn Gardner, the two telephones, 493-1241 and 540-1253

1    were in contact with the two phones attributed to Shelly Martin

2    274 times between February 22nd and April 15th of '02.

3    Q    Okay.  Now, you just did this analysis with those 274 calls

4    for that limited time period of about six weeks or seven weeks,

5    is that correct?

6    A    That's correct.  What I was going to say next is that a lot

7    of these phones that are depicted here were only active for a

8    brief period of time, some longer than others.  For example, the

9    12, 493-1241 for Gardner, there were, it was only requested to

10   have a 30 day period surrounding the Oliver McCaffity murder and

11   the Wyche brothers' murder.

12   Q    Let me back up if I can because we've actually heard about

13   these phones already in the course of the testimony.  But, of

14   course, no one remembers what we heard about them, I'm sure.

15           These two phones that you've attributed to Mr. Gardner

16   here, the 1241 -- first of all, the 1241 phone, that's the phone

17   that he used, it says here on your diagram, until March 26th of

18   2002, is that correct?

19   A    That's correct.

20   Q    The day after the Wyche murders?

21   A    That's correct.  And my investigation, the 1241 phone was

22   used up until 3/25 of '02 and then all calls ceased on it, and

23   Mr. Gardner then began using the 540-1253 number, which was being

24   utilized by him but was, in fact, subscribed to by the defendant,

25   Shelly Wayne Martin.  And that was activated that same day that

1    the 1241 was discontinued.

2    Q    And how do you attribute the 1241 phone to Mr. Gardner,

3    again, very briefly?

4    A    It was listed in two of the Wyche brothers's phone address

5    books under the name Goo, and it was also listed in a handwritten

6    by, by Joyce Martin, I would assume, but in a phone book that was

7    seized from Cree Court that had all of Joyce Martin's contacts in

8    it, under Goo as well.

9    Q    And just to call your attention to W-67, which is the

10   summary of phones that were listed in the Wyche brothers, the

11   recovered Wyche brothers' phones.  This is one of the entries

12   that attributes that 1241 number to Goo, is that correct?

13   A    Yes, sir.

14   Q    And it's actually in another, at least one other phone, too,

15   is that correct?

16   A    That's correct.

17   Q    And the 1253 number, was that the one that was actually

18   recovered from Mr. Gardner?

19   A    It was.  After June 7th of 2002, after the, his arrest for

20   the Tonya Spence murder, it was recovered from his person.

21   Q    It says after 3/26/02 with that phone.  Is that when service

22   started on that phone?

23   A    That's correct.

24   Q    Do you know why, based on your experience, Task Force

25   Officer Benson, somebody might drop a phone and get another phone

1    abruptly like that?

2              MR. COBURN:  Objection.

3              MR. LAWLOR:  Objection.

4              THE COURT:  Well, striking the word "abruptly",

5    otherwise overruled.  You can answer.

6    A    Yes, sir.  Phones are often used for only brief periods of

7    time to avoid detection by the police, basically.

8              MR. LAWLOR:  Objection, Your Honor, move to strike.

9              THE COURT:  The objection's overruled.

10   A    The longer an individual uses, utilizes a phone, the more

11   there is a chance that some, Person A might give it to Person B,

12   to Person C.  And then before you know it, everybody has your

13   phone number and you're more susceptible to wiretaps and police

14   investigations and things of that nature.

15             Same reason that they often use nominee names or burner

16   phones, as we call them, where they're not even in a name that's

17   associated with the individual that's actually utilizing the

18   phone.

19   Q    Let's move to these, these phones that are attributed to Mr.

20   Martin.  A 1933 phone.  How do you attribute that to Mr. Martin?

21   A    That phone is listed in -- I brought a cheat sheet if it's

22   okay.

23             THE COURT:  You may refer to your notes.

24   A    Thank you, Your Honor.

25   Q    While you're doing that, I'm going to put on the screen

1    W-68.

2    A    Yes, sir.

3    Q    Which is a very copious phone bill.

4    A    Yes.  It was, that's, the glaringly obvious one is it was

5    subscribed to in his name.  Sorry.  I have about 30 different

6    phones in my head right now.  It was subscribed to in the name

7    Shelly Wayne Martin.

8    Q    And do you remember where this telephone bill was recovered

9    from?

10   A    That was recovered from Two Cree Court on the search warrant

11   by Detective Niedermeier.  I can't find my cheat sheet.

12   Q    Okay.  And by the way, when we were looking at the phone

13   numbers that were listed in the Wyche brothers' phones, the ones

14   that were recovered from their car, there was also an entry, a

15   couple of entries for a phone 963-3912.  Do you recall that?

16   A    That's correct.  That phone is the second one that is

17   attributed to Shelly Martin.  It's -- also, a phone bill was

18   recovered from Two Cree Court in the name Wayne Martin as the

19   individual that subscribed to it.

20   Q    Okay.  And is this the phone bill that was recovered from

21   Two Cree Court?

22   A    Yes, sir.

23   Q    963-3912, Wayne Martin?

24   A    Yes, sir.

25   Q    And that's Government Exhibit W5-F, is that correct?

1    A    Yes, sir.

2    Q    And not to belabor this.  The 5811 cell phone that is

3    attributed to Willie Mitchell is also in the Wyche brothers'

4    phone books and was also the phone that called Oliver McCaffity

5    on the night of his murder, is that correct?

6    A    That's correct.  It was also listed in Oliver McCaffity's

7    0187 phone under the name Bo as well.

8    Q    And it's listed under Bo in the Wyche brothers' phones as

9    well, is that correct?

10   A    That's correct.

11   Q    Is that the phone that Detective Giganti testified about

12   that was actually listed to Maryland Land Design but which he was

13   ability to trace to, because of the location where --

14          MS. RHODES:  Objection, Your Honor.  Could we stop the

15   leading?

16          THE COURT:  Overruled.

17   A    I can tell you how it is known to be used by him, if that

18   would help.

19   Q    Yeah.  How did it work?

20   A    Basically what happened was they analyzed the telephone from

21   Oliver McCaffity, looked at, at the time of his murder, the most

22   recent calls.  They noticed this 739-5811 number several times,

23   moments before, up to the time of his murder.  They subpoenaed

24   that number.  It came back to Maryland Land Design.  And upon

25   speaking to that company, they learned that it's not, it was not

1    an authorized phone.  Thus the name the burner phone.  They

2    listed it as a fraud phone.

3    Q    Okay.  6204, is that the phone that was actually recovered

4    from Mr. Mitchell when he was arrested on April 1st, 2002?

5    A    Yes, it was.

6    Q    And it was also the phone he admitted to Detective

7    Niedermeier he was using when he called Darryl Wyche that night,

8    is that correct?

9    A    That's correct.

10   Q    The night of Wyche's murder?  These two phones, 3608 and

11   8684, were actually recovered also at the time of Mr. Mitchell's

12   arrest, is that correct?

13   A    They were recovered from a search and seizure warrant of his

14   address, Four Valdivia Court.

15   Q    And this line down here is the land line phone at Mr.

16   Mitchell's residence up until March 26th of '02?

17   A    That's correct.

18   Q    And after that, there's the land line phone for Four

19   Valdavia Court, and it says after 3/26/02?

20   A    That's correct.

21   Q    Did Mr. Mitchell actually change his residence on the day

22   following the Wyche brothers' murder?

23   A    He did.

24   Q    And also, in the Wyches' phones there's actually another

25   phone attributed to Bo that you don't have on your list,

1    410-899-9323.  So would it be fair to say that some phones you

2    don't have in your, in your list here, Detective?

3    A    Actually, that one is a pager that was recovered from the

4    house.  It was a fraudulent pager listed to Northwest Hospital.

5    But it was also listed in one of the Wyche phones under Bo as

6    well.

7    Q    And then, of course, we've heard all about this phone,

8    Shelton Lee Harris's home phone at Amity Road?

9    A    Amity Street, correct.

10   Q    Amity Street.  And just to summarize your analysis here.

11   You were confined to some fairly limited time periods.  For

12   example, it's only six weeks for the calls between Mr. Mitchell

13   and Mr. Gardner, is that correct?

14   A    Correct.

15   Q    And about a little longer, about -- let's see?

16   A    Ten weeks.

17   Q    Ten weeks or so for the calls between Mr. Mitchell and Mr.

18   Harris.  And then you have only one call between Mr. Harris and

19   Mr. Martin, is that correct?

20   A    Correct.  Most of the subpoenas that I sent out I tried to

21   get a, I covered a year.  I went back as far as I could.  And

22   then upon getting the tolls realized that a lot of them weren't

23   activated until this time frame.  They had been subscribed to in

24   other people's names and were inactive and things like that.

25   Q    Okay.  So the most calls of all are the ones that appear

1    between Mr. Martin and Mr. Gardner, is that correct?

2    A    That's correct.

3    Q    274.  And then there are 169 between Mr. Mitchell and Mr.

4    Martin?

5    A    That's correct.

6    Q    In this limited time period that's described here, is that

7    correct?

8    A    Yes, sir.

9    Q    Then we have 89 between Mr. Mitchell and Mr. Harris, is that

10   correct?

11   A    Yes, sir.

12   Q    Now, you don't have a cell phone for Mr. Harris, is that

13   correct?

14   A    That's correct.

15   Q    Why is that?

16   A    Throughout the investigation we tried to determine if he

17   did, in fact, have a cell phone.  And most of the information

18   that we received is that he did not possess one, as we've heard.

19   So we relied simply on the land line information.

20   Q    Okay.  Was it your understanding, based on your

21   investigation, that Mr. Harris and Mr. Mitchell were commonly

22   together with one another during both the daytime and the

23   nighttime hours?

24            MR. LAWLOR:  Objection, Your Honor.

25            MR. MARTIN:  Objection, Your Honor.

1          THE COURT:  Rephrase the question.  Lay a little better

2     foundation for that proposition.

3     BY MR. HARDING:

4     Q    Based on your discussion with people we've heard testimony

5     from in this trial, including the family members of Mr. Harris

6     and Mr. Hayes yesterday and other witnesses, were Mr. Harris and

7     Mr. Mitchell frequently together?

8     A    Yes, sir.

9          MR. MARTIN:  Objection.

10         THE COURT:  Well, I'm going to sustain the objection.

11    Ladies and gentlemen, there's no direct admissible evidence as to

12    how frequently Mr. Mitchell and Mr. Harris were actually

13    together.  Counsel are free, based on all the evidence you've

14    heard, to argue one way or the other.  But there is no direct

15    evidence.  And Agent Benson does not have direct evidence as to

16    how frequently they were together during this period of time.  Go

17    ahead, Mr. Harding.

18    BY MR. HARDING:

19    Q    Okay.  And then we have one call between Mr. Harris and Mr.

20    Martin, which is just before the Wyche brothers' murder, is that

21    correct?

22    A    Yes, sir, the day before.

23    Q    And then there are 49 calls between Mr. Mitchell and Mr.

24    Gardner.  I guess we already went over that.

25    A    Right.

DIRECT EXAMINATION OF TFO BENSON                    185

1   Q    Okay.  Thank you very much.  You are familiar with Oliver

2   McCaffity from your investigation, is that correct?

3   A    Yes, sir, I am.

4   Q    And by the way, I forgot to mention that 5811 number is the

5   one that popped up on McCaffity's screen that night as the last

6   call he received on his phone that night?

7   A    That's correct.

8   Q    And he also, was also listed as a phone number that he had

9   dialed that night, is that correct?

10  A    That's correct.

11  Q    But the very last call he had that night was with a guy we

12  heard from by the name of Aneese Rahime (phonetic).  Do you

13  recall that?

14  A    Yes, sir.

15  Q    Do you know who Aneese Rahime is?

16  A    He's the uncle of Oliver McCaffity.

17  Q    So he's just a relative of Woody's, is that correct?

18  A    Yes, sir.

19  Q    Where did Mr. McCaffity work, by the way?

20  A    He worked for Hasim Rahman, as far as I know, his only

21  employment, at his Dreams Store.  He was part of a distribution

22  of a clothing line.

23  Q    Okay.  I want to show you now what's been marked as

24  Government Exhibit B-1.  Did you prepare at my request a summary

25  of all the phone calls between Woody, Oliver McCaffity --

1   A    I did.

2   Q    -- and the defendants in this case?

3   A    Yes, sir.

4   Q    And is this particular exhibit, B-1, is this the calls from

5   McCaffity to the defendants?

6   A    Yes.

7   Q    Okay.  And if I can just briefly go through this with you.

8   This is going to be an exhibit so the jurors are going to have a

9   chance to look at it in more detail.

10       Does this show that Mr. McCaffity called Mr. Mitchell,

11  or at least tried to call him, some of these are very short

12  calls, but tried to call him a number of times beginning in

13  January of '02?  Then there are some calls in early February, mid

14  February.  And then starting on, actually, this, these four calls

15  on the 18th of February in the nighttime, would that be the night

16  after the Hammerjacks incident?

17  A    Yes, sir.  It was the following night.

18  Q    So Mr. McCaffity called Mr. Mitchell four times that night

19  after the Hammerjacks incident?

20  A    Correct.

21  Q    At least according to your analysis?

22  A    Yes, sir.

23  Q    And then there's some more calls.  And then we get to the

24  26th and there are just a whole bunch of calls that night,

25  outgoing calls, all of them to Mr. Mitchell.  Except there is

1    this one call to Shelton Harris, is that correct?

2              MR. CROWE:  Your Honor, I would object.  Could we have

3    question and answer?

4              THE COURT:  Overruled.  It was a question.  Go ahead,

5    Mr. Harding.

6    Q    Is that correct?

7    A    Yes, sir.  On the 19th, there was an outgoing call to the

8    home of Shelton Harris.

9    Q    And that's, that's on the 19th, which would have been --

10   actually, the Hammerjacks incident was at about 1:15 a.m. on the

11   18th, is that correct?

12   A    Yes, sir.  The night of the 17th into the early morning of

13   the 18th.

14   Q    So the 19th is actually the day after the incident?

15   A    Correct.

16   Q    Okay.  There's an outgoing call from Mr. McCaffity to

17   Shelton Lee Harris at his home number there on Amity Street, is

18   that correct?

19   A    Yes, sir.

20   Q    Or at least there's a call to the phone at that residence,

21   is that correct?

22   A    That is correct.

23   Q    And then we have all these calls to Mr. Mitchell on the

24   night of the 26th going into the 27th that we're going to go into

25   a little more detail on in a minute.

1          Is B-2, the next page, Government's Exhibit B-2, is

2    this just a summary of the calls from the defendants to Mr.

3    McCaffity?

4    A    That's correct.  And the reverse direction.

5    Q    Okay.  And there are a lot of calls, again, from Mr.

6    Mitchell to Mr. McCaffity.  You, of course, you probably only had

7    tolls beginning in January of '02, is that correct?

8    A    That is correct.

9    Q    Looks like you may have gotten your tolls at the end of

10   January, is that correct?

11   A    I believe I subpoenaed for the beginning, from January 1st,

12   and the phone was not, Mr. McCaffity's phone began being used on

13   the 31st.  That's why the tolls, those are the first records

14   shown.

15   Q    And so, but there's a whole series of calls from Mitchell to

16   McCaffity, including some on the 18th after the Hammerjacks

17   incident.  And then the ones on the 26th and 27th that we're

18   about to look at a little more closely?

19   A    That's correct.

20   Q    That brings us to the next handout which the jurors have.

21   This is Government Exhibit B-3.  I wonder if you could just go

22   through this.  Is this something you prepared, Detective?

23   A    Yes, it is.

24   Q    Could you go through these item by item and tell us what the

25   calls were that night between --

1   A    Beginning on the, this chart encompass only, as you see at

2   the top, the 26th and the 27th of February of '02.  Beginning at

3   5 p.m., 5 p.m. and 49 seconds p.m., there was an attempt, it was

4   only one second long, but it was an attempt from the 5811

5   Mitchell number to Oliver McCaffity's phone.  Approximately a

6   minute later, a minute 15 seconds later there was a two, a one

7   minute 12 second connected call from McCaffity back to the 5811

8   number.  And again at 5:20:53, there was a 19 second connected

9   call between, from McCaffity to Mitchell.

10       No other calls up until 8:33 p.m.  Between, in the

11  interest of the size of the chart, there were 18 attempts between

12  8:33:44 and 9:41:42 p.m., so an hour and a few minutes, there

13  were 18 attempts to contact, McCaffity attempting to contact

14  Mitchell on the 5811 number, all of which went to voice mail.

15       Shortly after midnight, 12:07 a.m. on the 27th, there

16  were two more attempts.  Again, both went to the voice mail of

17  5811.

18       The following evening of the 27th, which is the night

19  of the, leading up to the murder, there was two calls, 6:38 p.m.

20  and 6:38:19 p.m.  Both went to voice mail, again.

21       Then at 9:43:25 p.m., there is a call from the 5811

22  Mitchell phone that lasts one minute four seconds to the

23  McCaffity line.  And my cell tower analysis showed it was a Cell

24  Tower 10171, which is located at 2401 Violet Avenue in northwest

25  Baltimore.

1        Again, Mr. McCaffity called the 5811 number at 10:49

2   p.m.  There was a 39 second connected call.  And again, Mr.

3   Mitchell's phone was hitting the cell tower 10171, again, 2401

4   Violet Avenue.

5        And the final call was at 11:23:15 p.m.  There was a

6   one minute 14 second connected call from McCaffity to Mitchell,

7   and again hitting that same tower, 10171.

8   Q    Okay.  And if I may, this is Government Exhibit B-4.  Did

9   you prepare a map using Google Earth of the cell site tower 10171

10  and its location relative to the murder scene?

11  A    I did.

12  Q    Is this Violet Avenue?  You can't see this very well.

13  A    I can see it okay.

14  Q    You can?

15  A    Yes, sir.

16  Q    Yeah.  It's on Violet Avenue.  Is the cell tower actually,

17  is that side of it actually exactly parallel to Violet Avenue?

18  A    Yes, sir.  And the point runs north with Cottage Avenue.

19  Q    And is this big street here Reisterstown Road?

20  A    Yes, it is.

21  Q    And this is northward, then, is that correct?

22  A    Yes, sir.

23  Q    Okay.  And you have up here McCaffity/Brown murder scene, is

24  that correct?

25  A    That's correct.

1    Q    Now, is this cell tower the closest one to the

2    McCaffity/Brown murder scene?

3    A    Yes, it is.

4    Q    And you say that Mr. Mitchell's phone was hitting off this

5    cell tower in those calls immediately before the murder, is that

6    correct?

7    A    Yes, sir.  The 1017 is the actual number of the cell tower.

8    The one at the end of it indicates that it's hitting the

9    northeast quadrant of it.  It numbers clockwise from that

10   northeast quadrant.  One, two, and three is the northwest

11   quadrant.

12   Q    So Mr. Mitchell's phone was somewhere in this area?

13   A    It's a little -- yes, sir.

14   Q    Would the area include the scene of the murder?

15   A    Yes.

16        MR. LAWLOR:  Objection, Your Honor, foundation.  Move

17   to strike.

18        THE COURT:  Overruled.

19   Q    Did you also prepare a map showing where the next closest

20   T-Mobile cell tower was --

21   A    Yes, sir.

22   Q    -- compared to where the murder occurred?

23   A    Yes, sir.  I ran all of the T-Mobile cell sites in that area

24   of Baltimore City.  And the next two closest that I could find,

25   one is the one just north of there.  It's 2500 West Belvedere

1    Avenue, which is, as I indicated on the map, it's .83, hard to

2    see the point, but it's .83 of a mile from the murder scene.

3    Cell tower 10171 is .7 of a mile.  So roughly a tenth, a little

4    over a tenth and a half or A little less than a tenth and a half

5    of a mile closer.  And the next closest is up in this northwest

6    region, which was almost two full miles away.

7    Q    Okay.  Now, what I'd like you to do, Detective, using the

8    Jason Elders map of the GPS coordinates, I'm wondering if you

9    could step down from the bench for a moment.  Step behind that

10   table there in the middle of the courtroom.

11        THE COURT:  Grab that microphone as you go by, please,

12   Agent Benson.  Would it be better if you sat it up on the table,

13   Mr. Harding?

14   Q    Okay.  I'm going to hold this on the table.

15        THE COURT:  Can you back up just a bit so counsel can

16   get a good view?  Okay.  Remember to speak into the microphone.

17        THE WITNESS:  Yes, sir.

18   Q    Yes.  Do you have the times of the calls with you so you can

19   tell us when --

20   A    I have the call, the times are on the chart, if I can have

21   the chart to refer to.

22   Q    Okay.  First of all --

23        THE COURT:  I'm sorry.  Move it back just a bit,

24   please, Mr. Harding.  Okay.

25   Q    Okay.  Now, the call between Mr. Mitchell and Mr. McCaffity

1    at 9:43 would be too early to be on this chart at all, is that

2    correct?

3    A    Yes, sir.  When I ran that one, it was down in Hanover,

4    Maryland, which is roughly down at the Anne Arundel Mills Mall,

5    where we had information that he was attending a movie.

6    Q    So the next call is at 10:49 p.m.  10:49 p.m. and 44

7    seconds.  Where was he at that time?

8    A    10:49.  10:39, he was in the 2300 block of Eutaw Place,

9    which is where Lisa Brown lives.

10   Q    And in fact, the GPS device was asleep at that time, is that

11   correct?

12   A    That's correct.

13   Q    Okay.  Now, where was he at the time of the next call at

14   11:23 and 15 seconds?

15   A    Actually, there's, well, 9:43, 10:49.  10:49.  I'm sorry.

16   Yes.  10:49, it was Eutaw place.  11:23, just as, just as the

17   vehicle on the GPS plots his entering, as Mr. Elder testified to,

18   the GPS indicated that it came in and it looped the block twice

19   before it stopped at the intersection of Finney and Edgecombe

20   Circle.  The first hit was just as, just as the vehicle was

21   entering the Edgecombe Circle, is when that call was activated

22   from Mr. McCaffity out to Mr. Mitchell.

23   Q    Okay.  The call is at 11:23 p.m., which would be 23 --

24   A    Yes, sir.

25   Q    2323, is that correct?

1    A    This call, this plot on the GPS is 11:24:12.  So between the

2    two plots he was right in this stretch as that call was placed,

3    making his first loop around the block.

4    Q    Okay.  But this call, this GPS signal right here says 23:22,

5    which would just be a minute before, is that correct?

6    A    That's correct.  He came in and it appears that he did a

7    figure eight around the neighborhood.  The blocks are, you could,

8    having, knowing this area, you could loop this block in under 30

9    seconds.  So the two loops of the block, I presume from the time

10   of the call and the time of the GPS plots, as he was looping the

11   block is when the call was placed.

12   Q    Looks like 23:23 is up here.  23:23:31, is that correct?

13   A    Yes, sir.  He came in, went eastbound, northbound, back

14   across westbound on Edgecombe.  Right here is 23, 23:23:31, which

15   is 11:23:31.  Made this corner and the next plot is 23:24:12.  So

16   as he's coming back to where he sat at this intersection, before

17   the car drifted forward into the tree.

18   Q    And how long did he sit here?

19   A    If I recall from, the GPS went to sleep for approximately

20   four, five, four minutes.

21   Q    I mean before it went to sleep, how long was he sitting?

22   A    The plots indicated he was sitting there for two to three

23   minute before it rolled down the hill and into the final resting

24   place.

25   Q    And so did that final call with Aneese Rahime, his uncle,

1    occur within that time period?

2    A    Yes.  The call was, the call was a 52 second call.  I don't

3    have the exact time of it.  It was right after the end of the

4    last Mitchell call.  There was a 52 second call to Aneese Rahime.

5    As that call ended was approximately two more minutes later that

6    the car then rolled down the hill and came to its resting place.

7    Q    Okay.  The last outgoing call to Mr. Mitchell, in fact, the

8    last outgoing call he made that night, he was riding around, he

9    was up here going around in a circle looking for this spot where

10   he finally stopped?

11   A    That's correct.

12   Q    Okay.  Thank you.  I need to simply identify this particular

13   chart as B-5, the one that shows where the cell sites were in

14   relation to the murder scene.  Now, did you also analyze calls

15   between these defendants and a man by the name of Sherman Kemp,

16   also known as Goose?

17   A    I did.

18   Q    Were you, by the way, involved in the investigation and

19   prosecution of Sherman Kemp, Goose?

20   A    Yes, sir.  I was one of two case agents on the

21   investigation, which was a Title III wiretap, state wiretap

22   investigation targeting Sherman Kemp.

23   Q    Did your investigation include the year 2002?

24   A    It did.

25   Q    Was Mr. Kemp a major drug trafficker here in Baltimore at

1    that time, in 2002?

2    A    Yes, sir.

3    Q    Did he ever cooperate with you?

4    A    He did not.

5    Q    Was he, in fact, on the original Stop Snitching video?

6    A    Yes.  He and the second target of my investigation was a

7    Chermaine Taswell.  They were partners in their drug operation.

8    They were the featured figures, I guess you could call them,

9    throughout the, throughout the length of the Stop Snitching one

10   video.  He's on there showing watches and then cars and he's a

11   central figure in that, in that video.

12   Q    And is it accurate to say that the only phone number you had

13   for Mr. Kemp back in 2002 was the number for the County Sports

14   store that he operated, where Mr. Martin worked for a time, on

15   Loch Raven Boulevard?

16   A    That is correct.

17   Q    And did you run through your computer any calls that these

18   defendants made to that number at County Sports?

19   A    Yes, sir.  I ran that number as well as all the numbers from

20   my wiretap investigation, which most of them I knew were fresh.

21   We came across nine different cell phones during that wiretap

22   investigation.  Only one of them had any sort of history to it.

23   But it didn't go back as far as this one did.

24   Q    Were there three calls, two of them involving Mr. Martin and

25   one of them involving Mr. Gardner, in February and March of 2002

1   to the number associated with Goose?

2   A     Yes, sir.  The two calls were the day from Shelly Wayne

3   Martin to Kemp, date after the Hammerjacks incident.  And the one

4   from Gardner's 1241 phone was the day after the Wyche murder.

5   Q     Okay.  This is Government Exhibit B-7.  Did you also, at my

6   request, prepare a summary of calls between these defendants and

7   Ernest Reynolds?

8   A     I did.

9   Q     Did you, by the way, attend a proffer session with Mr.

10  Reynolds on May 20th of 2004, when he came in and cooperated?

11  A     I did.

12  Q     Did he discuss in that proffer session the motive that Mr.

13  Gardner had for --

14          MR. COBURN:  Objection.

15          THE COURT:  Sustained.

16  Q     Well, let me rephrase that, if I may, Your Honor.

17  A     Did Mr. Reynolds tell you at that time why it was that Mr.

18  Gardner --

19          MR. COBURN:  Objection.

20  Q     -- needed money --

21          MR. COBURN:  Objection.

22          THE COURT:  Let him finish asking the question, please.

23          MR. COBURN:  Yes, Your Honor.

24  Q     Why it was that Mr. Gardner needed money at the time of the

25  Jones Spence murder that he was locked up for?

1        MR. COBURN:  Objection.

2        THE COURT:  Sustained.

3   Q    Okay.  Let me show you B-6.  Is this a summary of all the

4   calls you had between these defendants and Mr. Reynolds in the

5   period from January, '02 up to March of '02?

6   A    Yes, sir.

7   Q    Okay.  Moving right along.

8        MR. PYNE:  We've never been provided a copy of these

9   slips.

10  Q    It should have been in that packet that I handed out the

11  other day.

12       MR. MARTIN:  It wasn't there.

13       MR. FLANNERY:  It was not.

14       THE COURT:  We can take care of that.  Can you move on

15  to another area perhaps, Mr. Harding, while --

16       MR. HARDING:  Yes.

17       THE COURT:  Mr. Harding, just so you know, it's now

18  approximately five of four.  My plan is to push on for another, I

19  don't know, 10, 15, 20, 25 minutes.  You can get as much done as

20  you can.  And then since the jury's coming back tomorrow, anyway,

21  rather than take a recess, we'll just go as far as we can before

22  4:30.  We'll excuse the jury and then we'll conclude tomorrow.

23       MR. HARDING:  Okay.  20 or 25 minutes?

24       THE COURT:  Yeah.

25       MR. HARDING:  That's fine, Your Honor.

1          THE COURT:  You have the flexibility.

2     BY MR. HARDING:

3     Q    Okay.  Detective Benson, this chart, W-66, which is in

4     evidence, is something you worked on with Detective Niedermeier,

5     is that correct?

6     A    Yes, sir.

7     Q    And I'm not going to go through this again, of course.  But

8     I am, I do have one question.  Down here in this corner, the

9     final calls that night, there is, first of all, a call that was

10    connected between Darryl Wyche's -- actually -- first there's a

11    call that was connected to Mr. Mitchell from Darryl Wyche's cell

12    phone in which the number is 8844.  Do you recall that?

13    A    That's correct.

14    Q    And then there's this call from the cell phone that was

15    never recovered, Mr. Wyche's 9203 cell phone, to the Irene

16    Magginson voice mail, is that correct?

17    A    Yes, sir.

18    Q    And you recall Detective Niedermeier testified that there

19    was a call listed on the toll records to Darryl Wyche's cell

20    phone immediately following that, is that correct?

21    A    That's correct.

22    Q    In fact, of course, if Darryl Wyche's phone was being used

23    to call Irene Magginson's voice mail, nobody else could have

24    gotten through to Darryl Wyche's cell phone until that was over

25    with, is that correct?

1    A    That's correct.  The first call that you referenced, the

2    Irene Magginson cell phone call, was 12:38:21.  It lasted for

3    five minutes nine seconds, which, in the billing as we've heard,

4    was rounded up to the six minute mark.  Just as that call ends, a

5    call from the land line is received by that same telephone and

6    the duration is three minutes.

7    Q    Okay.  Now, so you say five minutes and nine seconds, is

8    that right?

9    A    Yes, sir.  Well, five minutes, five minutes one second up to

10   five minutes nine seconds is when the next, when the land line

11   call came in.  So it could be between 5:01 and 5:09 based on the

12   billing and based on the next call coming in.

13   Q    Okay.  So if it began at 12:38 and 21 seconds, you added

14   five minutes to that, it would be about 5:43 and twenty some

15   seconds?

16   A    Correct.  I subtracted the 12:43:30, which was the incoming

17   call, subtracted the 12:38:21.  That gave me five minutes nine

18   seconds.

19   Q    And we heard on the voice mail the last thing that was said

20   was, I'm calling your house, Shorty, is that correct?

21   A    Correct.

22   Q    And then you picked up this call from Mr. Mitchell's 6204

23   phone, which is the phone that you later recovered from him, is

24   that correct?

25   A    That is correct.

1   Q    And he called Harris's home at 12:44:06, is that correct?

2   A    That's correct.

3   Q    And so how long did this phone conversation last, last where

4   a residential phone was used to call Darryl Wyche's phone after

5   the voice mail was left?

6   A    It lasted, the bill was three minutes.  I believe that's the

7   call that Natasha Wyche testified to, that she called his phone

8   and couldn't make out what was in the background.  It was

9   answered but it wasn't answered by her husband.  It lasted

10  approximately two to three minutes.  The bill was three minutes

11  on it.

12  Q    Okay.  And so that may have still been going on at the time

13  that Mr. Mitchell at least placed this call to Harris's home?

14          MR. LAWLOR:  Objection.

15          MR. FLANNERY:  Object.

16          THE COURT:  The jury will remember that what these

17  charts and this information provide us is the usage of phones.

18  It doesn't tell us who used the phone.  Go ahead, Mr. Harding.

19          THE WITNESS:  That's correct.  The call would have,

20  would have been from 12:43:30 to 12:45:31, up to 12:45 --

21  12:46:30.  Meaning the three minute billing, it could have been

22  anywhere from two minutes one second up to three minutes.

23          While that is going on, while that call is placed into

24  the Wyche phone, there's a call from the phone associated with

25  Mitchell to Harris's home right after he said, I'm calling your

1    house, Shorty.

2              MR. LAWLOR:  Objection, Your Honor.

3              THE COURT:  Again --

4              MR. LAWLOR:  Move to strike, Your Honor.

5              THE COURT:  Again, Detective Benson says right after he

6    was, he said, I'm calling your house, Shorty.  It's for you,

7    ladies and gentlemen of the jury, based on the evidence you've

8    heard in this case and in accordance with my instructions to you

9    on the law, to find the facts, including the facts who made a

10   particular call or who made a particular statement.

11             Go ahead, Mr. Harding.

12   BY MR. HARDING:

13   Q    Okay.  This was a 19 second call, is that correct?

14   A    That's correct.

15   Q    And it was to a residential phone for which there's no toll

16   records.  Is that available?

17   A    That's correct.  Any local calls are not billed on

18   residential lines.  You're only charged for long distance.

19   Q    So do you know if this, if there was actually a conversation

20   in this 19 second period or a voice mail or what?

21   A    That I don't know.  All I know, there was a 19 second

22   activation.

23   Q    Okay.

24   A    That he was charged for.  So whether it reached a voice mail

25   or whether someone answered, I don't know that.

1   Q    Well, would he have been charged for it if he never got a

2   connection at all?

3   A    No.

4   Q    Okay.  Did you also, at my request, run some tolls on Mr.

5   Mitchell's phone in the period just before he was locked up on

6   April 1st, 2002?

7   A    Yes, sir.

8   Q    And this is Government Exhibit B-8.  This simply shows, does

9   it not --

10       MS. RHODES:  Your Honor, I'm going to object to this.

11   We have not been provided a copy of this.

12       THE COURT:  A copy will be provided.  Overruled.

13   Q    This simply shows that there were some calls between Mr.

14   Mitchell and Mr. Gardner and Mr. Martin during the couple of

15   hours or so before he was locked up, is that correct?

16   A    Correct.  While we were, I was part of the arrest team that

17   arrested Mr. Mitchell.  He had been observed, observed using a

18   cell phone during our surveillance in preparation for his arrest.

19   And I ran that specific date to see who, who he was talking to up

20   until the minutes.  I arrested him at approximately 6:56, 6:57,

21   moments after that last phone call ended.

22   Q    Okay.  You arrested him.  You were actually there, is that

23   correct?

24   A    Yes, sir.

25   Q    And could you tell us what happened at the arrest?  First of

1    all, what were you arresting him for?

2    A    We had two outstanding warrants for his arrest.  One out of

3    Altoona, Pennsylvania, for failure to appear.  And the second was

4    for the stabbing incident that occurred at Hammerjacks, an

5    assault with intent to murder, four counts on that one.  So we

6    were going out to effect his arrest.

7    Q    And who else was with you?

8    A    At the time, it was my partner, Donald Kramer.  We had set

9    up surveillance at several locations, the Valdavia Court

10   location, the work address of his baby's mother's work, which is

11   Global Payments on Red Run Boulevard in Owings Mills.  Several

12   other locations in an attempt to first locate him so that we

13   could arrest him.

14         We received, I received information, I had a Baltimore

15   County detective, plainclothes, with me as well, so we could have

16   radio communications with the other units in case one of the

17   units had spotted him, we would know where to converge to make

18   the arrest.

19   Q    This Red Run Boulevard location where Mr. Mitchell's baby's

20   mother, Jaquetta Smith, worked?

21   A    Yes, sir.

22   Q    That's in the county, is that correct?

23   A    Yes, sir.  It's on Red Run Boulevard.  I think it's Owings

24   Mills, if I'm not mistaken.

25   Q    You had units out there and you had units at Valdavia Court?

1    A    Correct.

2    Q    And where were you?

3    A    I was en route from my office with my partner and the

4    Baltimore County detective when we received word that Mr.

5    Mitchell had been spotted in a black Nissan Ultima at the Global

6    Payments location.  That was as we were en route to, I believe I

7    was headed to Valdavia Court.  And once we learned that he was

8    located at Global Payment, we diverted our path and went to the

9    Global Payments location.

10    Q    And what happened?

11    A    Before we could get to that location and effect his arrest,

12    he waited there for several moments.  When he pulled on to the

13    parking lot, he got out of the driver's seat, got in the

14    passenger seat.  And he waited, made a couple phone calls.  A

15    short time, maybe ten minutes later, Jaquetta Smith came out, got

16    in the driver's seat of the vehicle, and they drove from the

17    location.

18            So my partner, Don Kramer, and I, who was driving, we

19    attempted to, we had one unit following the vehicle and we

20    attempted to kind of intercept as best we could.  We weren't sure

21    where they were going.  We eventually ended up behind him in the

22    6800 block, or 69 or 7000 block of Reisterstown Road, heading

23    southbound.  We were able to effect a car stop with Baltimore

24    County units in the 6800 block of Reisterstown Road at Brook Hill

25    Avenue.

1    Q    You mean marked patrol cars from Baltimore County?

2    A    Yes.  We had the, like I said, the Baltimore County

3    detective was able to radio for a marked unit.  We were in a

4    Dodge minivan, I believe.  It was some sort of minivan, Ford

5    minivan.  And we didn't have lights to effect the arrest so we

6    had marked units called in to make the stop for us.

7    Q    And what happened then?

8    A    The vehicle was stopped.  Mr. Mitchell was placed under

9    arrest for the two outstanding warrants.  And I recovered a

10   Lorcin 9 millimeter handgun from his sock, ankle area of his

11   right leg.

12   Q    Okay.  And is that Government Exhibit N-1 that we've already

13   seen and has been admitted into evidence in this case?

14   A    Yes, sir.

15   Q    Okay.  So you actually recovered this gun, is that correct?

16   A    Yes, sir.

17   Q    What else did you recover from him?

18   A    He had a, Mr. Mitchell had a black and silver folding knife

19   in his right front pants pocket, as well as a single bag of

20   marijuana with a Pink Panther logo on it.  And that was from his

21   person.  That was it.  And his cell phone was on the seat next to

22   him.  So I recovered that as well.

23   Q    Okay.  Now, the knife is Government Exhibit N-4.  Is this

24   the knife that you recovered from Mr. Mitchell that day?

25   A    Yes, sir.

1    Q     Is this what's known as a slap knife?

2    A     I've never heard of it called that.  Just a folding, folding

3    knife.

4    Q     Okay.  And the telephone is Government Exhibit N-5, is that

5    correct?

6    A     Yes, sir.  It's a Sanyo Sprint phone.

7    Q     And what are the last four digits of the telephone number?

8    A     That's the one ending in 6402?  If I can see the chart

9    again.  I believe it's 6204.  I'm sorry.

10   Q     Good.  It's good to know that even you need a chart.  That's

11   the phone that Mr. Mitchell was using to call --

12   A     Yes, sir.

13   Q     -- lots of people on the night of the Darryl and Anthony

14   Wyche murder, according to his own statement, is that correct?

15   A     Yes, sir.  And it was also the, used to call, or the last

16   call was to Shelly Wayne Martin, as from what Jaquetta Smith told

17   me after we --

18            MR. LAWLOR:  Objection, move to strike.

19   A     -- effected.

20            THE COURT:  Overruled.

21   A     Jaquetta Smith told me that they were en route to the Wyche

22   brothers' funeral.

23            MR. LAWLOR:  Objection, move to strike.

24            THE COURT:  They were southbound on Reisterstown Road.

25            THE WITNESS:  Yes, Your Honor.

1          THE COURT:  Okay.

2          MR. LAWLOR:  Move to strike, Your Honor.

3          THE COURT:  The jury is to disregard the last statement

4    by the witness.

5    BY MR. HARDING:

6    Q    Was this the day of the Wyche brothers' funeral?

7    A    Yes.  The viewing, rather, at the church.

8    Q    Which is on Reisterstown Road, is that correct?

9    A    Correct.  South of the location where I stopped them.

10   Q    Okay.  And this little slip of paper, Government Exhibit

11   N-2, do you recognize any of the phone numbers on this little

12   slip of paper?  First of all, where did you recover it from?

13   A    That was from inside the Nissan Altima.  The top number,

14   443-838-1933 is the phone subscribed to and attributed to Shelly

15   Wayne Martin.  The fourth one down, 443-1240, I'm sorry,

16   493-1241, with 443, is the phone number attributed to Shawn

17   Gardner.

18   Q    Okay.  There's another piece of paper in here called N-3.

19   And there are two phone numbers listed under Will.  Do you know

20   whose phone numbers those were?

21   A    I don't.  I attempted to ascertain if they might belong to

22   any of the Wills involved in this case, Will Montgomery in

23   particular.  I could not determine from him the cell phone number

24   that he had at that time.  So I couldn't check it against my

25   records.

1    Q    Okay.  And then what did you do after Mr. Mitchell was in

2    custody?

3    A    I transported him to Central Booking to be charged, or

4    transported him to Central District, where he was transferred to

5    Central Booking, to be, and I did the charging paperwork.

6    Actually, I take it -- sorry.  Skipped a part.

7         We went to, from, from the arrest location, we drove to

8    Four Valdavia Court.  We weren't far from the location and we

9    didn't have much manpower, being that we had other locations that

10   we were working on.  We went from 6800 Reisterstown Road to Four

11   Valdavia Court to execute a search warrant that had already been

12   prepared for the location.

13   Q    Okay.  Let me show you what's been marked Government

14   Exhibit -- hasn't been marked.  I'll assign it a V number, if

15   Agent Klas and give me the next V number.  And I will put this on

16   the screen right now.  Can you tell us what this is, Detective?

17   A    Yes, sir.  That's the location for the apartment building,

18   Four Valdavia Court.

19   Q    Okay.  I'm going to call this V-23.  And in fact, are these

20   close-ups of the front door of Four Valdavia Court, and also the

21   apartment door associated with --

22   A    Yes, sir.

23   Q    -- Mr. Mitchell?  V-23, is that correct?  V-23?  V-22.

24   A    V as in Victor.

25   Q    Actually, you can't see it very well but there's actually a

1    B on this door, is that correct?

2    A    Yes, sir.

3    Q    All right.  I have some exhibits to show you in here.  Let's

4    start with Government Exhibit V-12.  Was this a box of thirty-two

5    .38 caliber bullets?

6    A    Yes.  There was a box of .38 caliber ammunition containing

7    32 rounds.

8    Q    Okay.  It says one brown bag and one blue box.  So is this

9    the brown bag right here, part of the exhibit?

10   A    Yes, sir.

11   Q    Maybe I better ask you to open this up or ask Ms. Arrington.

12   I'll open it up.  Okay.  So this is the blue box.  What does S

13   and W stand for?

14   A    Smith & Wesson.

15   Q    .38 caliber, is that correct?

16   A    Yes, sir.

17   Q    And then there are a bunch of looses bullets in here, also,

18   is that correct?

19   A    Yes, sir.

20   Q    Do you remember, were these with the box of bullets or what?

21   A    I can't really see them on the monitor.  Yes.  I believe

22   they were all in the same location together.

23   Q    Okay.  They all have writing on them.  But they're just

24   numbers that I assume are associated with this investigation, is

25   that correct?

1   A    They are Crime Lab.  They weren't, when they were recovered,

2   they weren't in the, obviously, in the bags like that with the

3   numbers on them.  They were loose.  And they were subsequently

4   put in those bags and numbered by Crime Lab.

5           THE COURT:  A couple more minutes, Mr. Harding.

6   Q    Okay.  V-8?

7   A    Yes, sir.

8   Q    As in the vegetable juice.  What's in this one?  You can

9   just read it off.

10  A    Yes.  A Glock .40.  A magazine for a Glock .40 handgun.  I

11  believe that says 20, 21, 9 millimeter bullets and three .40

12  caliber bullets.

13  Q    Or could that just be the number two following the sequence?

14  A    Yes.  A Glock magazine.  Possible one 9 millimeter bullet

15  and one .40 caliber bullet.

16  Q    Okay.  That's the magazine, obviously.  And the bullets are

17  in this little envelope.  Is that correct?

18  A    Yes, sir.

19  Q    So we have 9 millimeter and Glock .40.  Does that mean Glock

20  .40 caliber magazine?

21  A    Yes.

22  Q    Okay. .38, .40, and 9 millimeter.  And in fact, one of the

23  bullets is a .40 caliber bullet, is that correct?

24  A    Yes, sir.  That's correct.

25  Q    Here's another one with a 9 millimeter bullet and a paper

1    towel, is that correct?

2    A    Yes, sir.

3    Q    This being exhibit V-11.  And this is V-7, which contains

4    some paperwork.  I want to quickly show you one of the things in

5    here.  This is a Meineke receipt, is that correct?

6    A    Yes, sir.  It's a receipt in the name Boh, B-O with an H.

7    It's for an '82 Honda Accord.

8    Q    And are you familiar with an '82 Honda Accord in this case?

9    A    Yes, sir.

10   Q    How so?

11   A    The defendant Gardner owned one at one time.

12   Q    Do you know whether this is the same car that was being

13   serviced by Boh or that Boh acquired it?  Do you have any

14   knowledge?

15   A    There's no VIN number or tag number.  I couldn't say.

16   Q    This pager right here, V-6, is this the one you were talking

17   about earlier when we were going through the list of numbers from

18   Darryl and Anthony Wyche's telephones and we came up with that

19   number?

20   A    Yes, sir.  Subpoena showed that it was a Northwest Hospital

21   pager.  When I contacted them in '04 or '05, it was actually

22   still active.  It was, they issued blocks of pagers to their

23   employees and that was, I believe that's one.  No, actually --

24   does that flip open?  You can tell me.  Or is it just a pager?

25   Q    It's just --

1    A    Okay.  That is the Northwest Hospital pager.  There is

2    another, like a two-way type pager that was also recovered.

3    Q    Is that this one, V-3?

4    A    No.  That's the Ericsson cell phone.  That's one of the two

5    numbers that I believe are listed on the chart.

6    Q    Okay.  I guess, Your Honor, do you want me to stop now or I

7    have another five minutes worth?

8              THE COURT:  Okay.  Go ahead.

9    Q    Let me show you V-9, Detective.  Are you familiar with what

10   these are?

11   A    Yes, sir.

12   Q    What are they?

13   A    They refer to them as apple bags.  They are often used to

14   package nickel bags, nickel bags of marijuana or dime bags of

15   marijuana.  They can also be used to package crack, depending on

16   the size of them.

17   Q    Okay.  And do you know how many are in this bag?

18   A    I would say estimate, maybe a hundred or more.  Very thin.

19   Q    V-16.

20   A    Those are also apple bags with a money sign logo, also maybe

21   a hundred or so of them.

22   Q    And what are these used for?

23   A    Same thing.  Packaging narcotics.

24   Q    Here's V-5.  Do you know what this is?

25   A    Another cell phone that was recovered from the house.  Four

1    Valdavia Court.

2    Q    And did you include this in your analysis?

3    A    I would have to look at the actual numbers on them.  I

4    basically sent subpoenas out for data on all of them, the pager,

5    the phones that were recovered, all of them.

6    Q    Okay.  Let me show you -- first let me show you V-21, which

7    is a photograph.  Did you recover this from Valdavia Court?

8    A    Yes.

9    Q    Let me ask you about a couple of the people in this

10   photograph.  First of all, who's the gentleman in the blue shirt

11   here?

12   A    That's Willie Mitchell.

13   Q    And who's this guy over here, to his right?

14   A    Shawn Gardner.

15   Q    And who's this guy sitting down here in the front?

16   A    Anthony Wyche.

17   Q    Got some more photographs here.

18   A    That's Mr. Mitchell.

19   Q    Okay.  And can you read what it says on his shirt?

20   A    Hickey.

21   Q    Okay.

22            MR. MARTIN:  What exhibit was that?

23   Q    This is V-19.  Okay.  This is V-20.

24   A    Again, Mr. Mitchell wearing Hickey School shorts.

25   Q    This is V-14.

1    A    That's Shelton Harris.

2    Q    V-15?

3    A    Again, Shelton Harris.

4    Q    V-18.

5    A    On the right is Mr. Gardner.  I'm not sure who the left

6    individual is.

7    Q    V-13?

8    A    This is a picture on the lower -- if I can do this on this

9    monitor.  The lower individual kneeling down sticking the finger

10   out is Mr. Harris.  He's wearing a hat that says Sheistyville.

11   Standing up behind him is Mr. Mitchell.  I'm not sure who the

12   other individuals are.  I think one, if you can slide it to

13   the --

14   Q    First of all, you said that --

15   A    Yes.  That's Mr. Harris.

16   Q    Wearing a hat that says Sheistyville?

17   A    It's hard to see.  If you look at the actual photo, you can

18   see that it says Sheistyville.

19   Q    Okay.  And where's Mr. Mitchell?

20   A    He is above him, second from the right.

21   Q    This gentleman?

22   A    Yes.  And the one in the right may be Slo.  I'm not 100%

23   sure on that.  Marvin Walker.

24   Q    Okay.  This is, this is from an envelope that is V-17.

25   A    That's a business card that was recovered from Four Valdavia

1    Court, showing the name David Cesar as the co-founder.  Willie Bo

2    Mitchell as the co-founder and president of Shakedown

3    Entertainment.

4    Q    And here's David Cesar, co-founder, right?

5    A    Correct.

6    Q    Do you know who Ronnie Coleman is, Vice President?

7    A    I don't.

8    Q    Do you know who Black is, by any chance?

9    A    No.  I ran that number against the tolls and was

10   unsuccessful.

11   Q    Okay.  Here's a business card for a bail bonds place.  And

12   on the back --

13   A    Yes.  The bail bond, the Platinum Bail Bonds is owned by,

14   associated with Shawn Gardner.  His sister, I believe, is the one

15   that runs it.  And on the back is the named David Caesar, and

16   Western Correctional Institute, which is the first thing that led

17   me to believe that he was federally incarcerated.  And I did find

18   record of a David Cesar.  But there's no date of birth or any

19   identifying factors on there.

20   Q    Okay.  And finally, was there also just some loose mail in

21   Willie Mitchell's name recovered from the Valdavia location?

22   A    Yes, sir.

23   Q    These are collectively marked, Your Honor, as Government

24   Exhibit V-10.  And I believe that's all the exhibits from

25   Valdavia Court, Your Honor.  Take it back.  This is Government

1    Exhibit V-23.  More telephones?

2    A    Yes, sir.

3    Q    Two more telephones.  I'm sorry.  These are individually

4    marked.  V-4 and V-2.  So would you have attempted to include

5    these in your analysis, also?

6    A    Yes, sir.

7    Q    That's all for Valdavia Court, Your Honor, if this is a good

8    time to stop.

9         THE COURT:  It is.  Members of the jury, we didn't take

10   a recess this afternoon because once I realized that we would

11   indeed need you back with us tomorrow, I thought we'd just go a

12   little long without a recess and then I could excuse you a little

13   bit earlier.

14        So we'll stand in recess.  Not real clear yet how long

15   we'll need to conclude the government's presentation tomorrow.  I

16   think that Mr. Harding is three-quarters of the way, perhaps,

17   through his direct examination of Detective Benson.  And then

18   there will be cross examination by the defense.  And apart from

19   some housekeeping matters related to exhibits and the

20   presentation to you of certain stipulations, that will conclude

21   the government's case tomorrow.

22        So I do expect or at least I hope that we can excuse

23   you perhaps by noon or so tomorrow for the day.  But in any

24   event, I will not keep you here past 1:00 tomorrow.

25        So we will excuse you no later than 1:00, so we won't

1    have a luncheon recess.

2         Next week, I anticipate from what I've been told, that

3    there will be some evidence presented on behalf of one or more of

4    the defendants.  You will remember, as I've instructed you, that

5    in a criminal case the defendants are always presumed innocent.

6    They have no burden to prove their innocence.  They have no

7    burden to call any witnesses or to introduce any evidence.  But

8    they have the right to do so.  And I anticipate that there will

9    be some witnesses called by the defense in this case.

10        So I expect that that's what we'll be doing for the

11   better part of Monday.

12        Tuesday we are off.  And then there may well be

13   additional defense evidence on Wednesday of next week.  That's

14   the best that I can project for you as to where we're going.

15        I think there continues to be a good chance that we

16   will conclude the case before Thanksgiving, but we've reserved

17   the week after Thanksgiving in the event the case should have to

18   go past Thanksgiving.

19        I can tell you now that I do not plan, if we go that

20   far, I do not plan to have you in on the day before Thanksgiving,

21   that Wednesday.  You will remember if you look at your schedule,

22   we're not scheduled to sit that day.  And of course we won't be

23   in session on Thanksgiving or the day after Thanksgiving, that

24   Friday.

25        So if we're not able to conclude the case before

1    Thanksgiving, then we'll resume the week immediately after

2    Thanksgiving, December 1st, Thanksgiving being late this year.

3           Again, I emphasize the interest is not in speed,

4    although we certainly want to do everything we can to bring this

5    matter to a conclusion.  The interest is in fairness and

6    impartiality.

7           The Court continues to express its appreciation for the

8    scrupulous manner in which you've gone about your

9    responsibilities, and your patience, which has just been

10   immeasurable.  And we very much appreciate that.

11          Please leave your note pads on your chairs.  Have no

12   discussion about the case or any of the evidence.  Avoid any

13   media reports about the case.

14          We'll see you tomorrow morning at 9:30 in the jury

15   room.  Jury is excused.

16          (Jury exits the courtroom.)

17          THE COURT:  How was my estimate, Mr. Harding?

18          MR. HARDING:  Right on, I think, Your Honor.

19          THE COURT:  Okay.  My hope -- you can step down,

20   Detective Benson.  Thank you.  It's my hope, and I suspect it's

21   going to be dashed, it's my hope that we can start pretty close

22   to 9:30, if not at 9:30.  Then Mr. Harding can conclude his

23   direct by 10.  That we can conclude the cross of Agent Benson by

24   no later than 11:30, with a short recess.  And then between 11:30

25   and 12, we can take care of these housekeeping matters relating

1   to exhibits, stipulations, and so forth.  And that we can have

2   argument on motions between 12:30 and 2:00.

3          I'd appreciate any written arguments that you wish to

4   submit overnight, either by CM/ECF or to e-mail.  And I'm sure we

5   won't have any time, but should lightning strike and we actually

6   have some time tomorrow to discuss briefly some jury

7   instructions, I would like to do that as well.

8          But in any event, I can assure counsel that you're

9   going to be out of here by 1:45, 1:50 tomorrow afternoon.

10          We will need the defendants tomorrow but they will,

11   too, will be excused no later than one, than 2:00 tomorrow

12   afternoon.

13          Mr. Harding?

14          MR. HARDING:  Judge, you mentioned the possibility of

15   submitting motions.  Could I ask that the Court consider the

16   motion that was filed last week on behalf of the government

17   relating to jury instructions also in the context of the Rule 29

18   motions?  I think that the issues dealt with there are going to

19   be relevant in the Rule 29 motions.

20          THE COURT:  I agree.  And, of course, there will be

21   some discussion about instructions in connection with Rule 29

22   motions.  And the more of that we can do the better.  I will say,

23   Mr. Harding, I've quickly reviewed the government's memorandum.

24   And I thank you for it, very well done.  But I'm hard pressed, in

25   all honesty, and I'll be glad to hear from you tomorrow on this,

1    if we have time, and I think we will, on why the Court shouldn't

2    give a multiple conspiracy instruction here.  I'll be ready to

3    focus tomorrow.  I haven't been as focused as I hope to be.  But

4    it seems to me that the defendants have generated, even during

5    the defense, during the government's case, plausible bases for a

6    multiple conspiracy instruction.  But I'll hear you fully on

7    that.

8              MR. HARDING:  Thank you, Your Honor.

9              THE COURT:  All right.  Mr. Lawlor.

10             MR. LAWLOR:  Your Honor, may I request that we take

11   MJOA out of order for the candid reason --

12             THE COURT:  You mean out of order in terms of the --

13             MR. LAWLOR:  Yes, like motions.

14             THE COURT:  Sure.  Of course, of course.

15             MR. LAWLOR:  And the reason is, candidly, is some of my

16   learned counsel colleagues are more versed on some of the RICO

17   stuff.

18             THE COURT:  Absolutely.

19             MR. LAWLOR:  May leave my motion to be "me, too."

20             THE COURT:  No.  No.  Remember, I think it's been

21   pretty clear that my order of things really is limited to when

22   we're in front of the jury.  And I have no problem --

23             MR. LAWLOR:  Yeah.  I just want to make sure.

24             THE COURT:  Sure.  Sure.  Thank you, Mr. Lawlor.

25             MR. MARTIN:  Your Honor, I may be a couple minutes late

1    tomorrow but Mr. Flannery will be here.

2              THE COURT:  All right.

3              MS. RHODES:  Your Honor, I just want to clarify what

4    the situation is with Coach Lynch because I've been out of the

5    courtroom the couple times it's recently come up.

6              THE COURT:  Let me be clear.  I think I can clarify it

7    for you.  I have ruled that you may not call Coach Lynch.  You

8    have submitted an ex parte request to file your proffer under

9    seal.  You earlier mentioned that you had shared it with the

10   government.  And I'm not sure if you shared the whole thing or --

11             MS. RHODES:  Yes, I did.

12             THE COURT:  You did.  So do you want to withdraw that

13   request for ex parte filing?

14             MS. RHODES:  Sure, sure.

15             THE COURT:  Okay.  Great.  So my position, having

16   quickly reviewed your proffer, and I'm not entirely focused on

17   it, my belief is that the government will be willing to avoid the

18   potential for reversible error, not that it's that, but I think

19   Mr. Harding was very clear five weeks ago that he would, the

20   government would seriously entertain a request for a stipulation

21   relating to all of those historical factual matters about when

22   Mr. Mitchell was away at college, when he was in custody, which

23   is the bulk, as I understand it, of what Coach Lynch had to say.

24             So my point is, I think if you really want to preserve

25   your issue, and I think you have, but if you really want to

1    preserve it, you need to be able to say to the Court in response

2    to my ruling, why any stipulation that the government has

3    indicated it's willing to enter into with you is not sufficient.

4              MS. RHODES:  Well, I'm prepared to do that right now

5    because I have spoken to Mr. Harding about it.

6              THE COURT:  We'll do it tomorrow.

7              MS. RHODES:  Okay.

8              THE COURT:  We'll do it tomorrow.  So I assume that the

9    government has said yes, we'll stipulate to this, this, and this,

10   and perhaps not that?

11             MS. RHODES:  Right.

12             THE COURT:  Okay.  So I'll hear you tomorrow on what

13   you believe the government is withholding from you that's

14   critical to your presentation.  Okay.  Mr. Kurland.

15             MR. KURLAND:  Your Honor, when everybody is bright,

16   chipper in the morning, and full of coffee, the Court will give

17   the dual sovereignty instruction?

18             THE COURT:  Before the jury leaves tomorrow, you will

19   be a very, very happy lawyer, Mr. Kurland.

20             MR. KURLAND:  Your Honor, one other thing.  In light of

21   some of the issues that came out in my cross examination of

22   Special Agent Klas with respect to the name of the organization,

23   and it came out that there, that the Randallstown/Park Heights

24   organization is in the fourth superseding indictment, just to

25   clarify something.  And we were both trying to tiptoe, to stay

1      consistent with the Court's earlier ruling.

2              THE COURT:  I think it all came out.

3              MR. KURLAND:  But I would like to get in the fact or at

4      least introduce a page out of one of the earlier indictments just

5      as proof that the name actually was in the earlier indictment.

6              THE COURT:  I'm not going to admit an indictment.  But

7      I am perfectly satisfied, Mr. Kurland, that that issue has now

8      been fully aired in front of the jury.  And if in closing

9      argument Mr. Gardner wants to argue to the jury that the

10     government doesn't know what it's dealing with because sometimes

11     it calls it this, sometimes it calls it that, it permits

12     individual agents to name it, you can go there.

13             MR. KURLAND:  Thank you, Judge.

14             THE COURT:  Thank you all very much.  We're in recess.

15             (Conclusion of Proceedings at 4:34 p.m.)

16

17

18

19

20

21

22

23

24

25

225

1                               INDEX

2

3                                                    PAGE

4    WITNESS: AGENT DOUG ELLINGTON
     CROSS EXAMINATION BY MS. RHODES              2
5    CROSS EXAMINATION BY MR. MARTIN              8
     CROSS EXAMINATION BY MR. CROWE              11
6    CROSS EXAMINATION BY MR. COBURN             18
     REDIRECT EXAMINATION BY MR. HANLON          29
7
     WITNESS: VONZELLA JOHNSON
8    DIRECT EXAMINATION BY MR. HARDING           35
     CROSS EXAMINATION BY MR. PYNE               39
9    CROSS EXAMINATION BY MR. COBURN             50
     REDIRECT EXAMINATION BY MR. HARDING         52
10
     WITNESS: SPECIAL AGENT BRIAN KLAS
11   DIRECT EXAMINATION BY MR. HANLON            53
     CROSS EXAMINATION BY MR. LAWLOR            131
12   CROSS EXAMINATION BY MR. MARTIN           135
     CROSS EXAMINATION BY MR. PYNE             154
13   CROSS EXAMINATION BY MR. KURLAND          156
     REDIRECT EXAMINATION BY MR. HANLON        168
14
     WITNESS: TASK FORCE OFFICER KEITH BENSON
15   DIRECT EXAMINATION BY MR. HARDING         177

16

17

18

19

20

21

22

23

24

25

REPORTER'S CERTIFICATE

1

2

3         I, Mary M. Zajac, do hereby certify that I recorded

4    stenographically the proceedings in the matter of USA v. Willie

5    Mitchell, et al., Case Number(s) AMD-04-029, on November 6, 2008.

6         I further certify that the foregoing pages constitute

7    the official transcript of proceedings as transcribed by me to

8    the within matter in a complete and accurate manner.

9         In Witness Whereof, I have hereunto affixed my

10   signature this _____ day of _____, 2009.

11

12

13

14         _____

                  Mary M. Zajac,
15                Official Court Reporter

16

17

18

19

20

21

22

23

24

25

## $

**$10** [1] - 26:19
**$20** [1] - 26:21

## '

**'02** [8] - 176:2, 176:22, 181:16, 186:13, 188:7, 189:2, 198:5
**'04** [2] - 112:9, 212:21
**'05** [1] - 212:21
**'82** [2] - 212:7, 212:8
**'97** [6] - 107:18, 111:12, 112:9, 131:21, 131:23, 132:3
**'98** [1] - 132:3
**'99** [1] - 40:18
**'appeals'** [1] - 79:18
**'def** [1] - 78:18

## 0

**0187** [1] - 180:7
**024230** [1] - 37:19

## 1

**1.4** [2] - 38:24, 45:9
**10** [2] - 198:19, 219:23
**10/29** [1] - 169:12
**10/9/00** [2] - 169:15
**100%** [1] - 215:22
**101** [1] - 1:25
**1017** [1] - 191:7
**10171** [5] - 189:24, 190:3, 190:7, 190:9, 192:3
**102** [1] - 114:8
**1040** [3] - 110:9, 111:19, 112:5
**1040's** [1] - 110:25
**10:39** [1] - 193:8
**10:49** [7] - 190:1, 193:6, 193:8, 193:15, 193:16
**10th** [1] - 142:17
**11** [4] - 99:9, 139:12, 173:10, 225:5
**11.8** [4] - 38:6, 45:19, 45:20, 51:14
**11:23** [2] - 193:14, 193:16, 193:23
**11:23:15** [1] - 190:5
**11:23:31** [1] - 194:15
**11:24:12** [1] - 194:1
**11:30** [1] - 219:24
**12** [3] - 176:9, 189:7,

219:25
**12/31** [1] - 169:15
**12/31/2000** [2] - 169:9, 169:12
**1241** [7] - 176:16, 176:21, 177:1, 177:2, 177:12, 197:4
**1253** [1] - 177:17
**12:07** [1] - 189:15
**12:30** [1] - 220:2
**12:38** [1] - 200:13
**12:38:21** [2] - 200:2, 200:17
**12:43:30** [2] - 200:16, 201:20
**12:44:06** [1] - 201:1
**12:45** [1] - 201:20
**12:45:31** [1] - 201:20
**12:46:30** [1] - 201:21
**12:50** [1] - 121:10
**13** [1] - 55:6
**131** [1] - 225:11
**135** [1] - 225:12
**14** [5] - 50:3, 50:4, 52:23, 53:5, 190:6
**15** [5] - 84:20, 84:21, 189:6, 193:14, 198:19
**1504** [1] - 41:24
**154** [1] - 225:12
**155715** [1] - 48:19
**156** [1] - 225:13
**157** [1] - 48:19
**15th** [1] - 176:2
**16** [3] - 36:4, 39:19, 65:19
**168** [1] - 225:13
**169** [1] - 183:3
**16th** [1] - 118:22
**177** [1] - 225:15
**17th** [5] - 40:17, 40:21, 156:13, 173:13, 187:12
**18** [4] - 108:11, 189:11, 189:13, 225:6
**18th** [5] - 156:2, 186:15, 187:11, 187:13, 188:16
**19** [6] - 88:21, 94:21, 189:8, 202:13, 202:20, 202:21
**1933** [1] - 178:20
**1992** [2] - 12:4, 25:19
**1996** [2] - 25:19, 25:25
**1997** [11] - 107:10, 108:18, 109:6, 109:16, 110:12, 110:16, 111:1, 111:20, 111:24, 112:6, 131:11
**1998** [3] - 25:20, 110:13, 111:1, 111:20, 112:7
**1999** [7] - 37:16, 40:21,

110:13, 111:1, 111:20, 112:7, 156:2
**19th** [3] - 187:7, 187:9, 187:14
**1:00** [5] - 130:15, 130:16, 130:17, 217:24, 217:25
**1:15** [1] - 187:10
**1:45** [1] - 220:9
**1:50** [1] - 220:9
**1st** [5] - 133:21, 181:4, 188:11, 203:6, 219:2

## 2

**2** [1] - 225:4
**2.8** [1] - 39:1
**20** [4] - 118:4, 198:19, 198:23, 211:11
**2000** [11] - 25:22, 26:1, 110:15, 111:1, 111:21, 112:7, 115:6, 131:22, 131:23, 156:16, 169:4
**2001** [6] - 110:13, 111:1, 111:21, 112:7, 156:3, 156:11
**2002** [24] - 12:4, 12:16, 104:21, 105:1, 110:13, 111:1, 111:21, 112:7, 133:21, 135:25, 156:11, 156:13, 165:24, 166:8, 166:13, 173:13, 176:18, 177:19, 181:4, 195:23, 196:1, 196:13, 196:25, 203:6
**2003** [4] - 110:13, 111:1, 111:21, 112:7
**2004** [14] - 55:11, 105:4, 110:13, 110:16, 111:1, 111:13, 111:21, 111:24, 112:7, 131:21, 131:23, 159:11, 159:18, 197:10
**2005** [12] - 107:9, 107:10, 107:18, 108:16, 108:18, 109:5, 109:7, 109:14, 109:16, 118:22, 131:12, 142:17
**2008** [2] - 1:11, 226:5
**2009** [1] - 226:10
**20th** [1] - 197:10
**21** [2] - 200:13, 211:11
**21201** [1] - 1:25
**22nd** [6] - 55:10, 105:4, 159:10, 159:18, 176:2
**23** [2] - 193:23, 194:14
**2300** [1] - 193:8
**2323** [1] - 193:25
**23:22** [1] - 194:4
**23:23** [1] - 194:12

**23:23:31** [2] - 194:12, 194:14
**23:24:12** [1] - 194:15
**23rd** [1] - 159:10
**2401** [2] - 189:24, 190:3
**25** [2] - 198:19, 198:23
**2500** [1] - 191:25
**26** [1] - 65:19
**26th** [6] - 176:17, 181:16, 186:24, 187:24, 188:17, 189:2
**2731** [1] - 55:16
**274** [3] - 176:2, 176:3, 183:3
**27th** [5] - 187:24, 188:17, 189:2, 189:15, 189:18
**29** [4] - 220:17, 220:19, 220:21, 225:6
**29th** [2] - 156:2, 156:11
**2:00** [2] - 220:2, 220:11

## 3

**3** [1] - 173:10
**3/25** [1] - 176:22
**3/26/02** [2] - 177:21, 181:19
**30** [4] - 115:19, 176:10, 179:5, 194:8
**31st** [1] - 188:13
**32** [1] - 210:7
**35** [1] - 225:8
**357** [1] - 135:8
**3608** [1] - 181:10
**38** [5] - 135:8, 210:5, 210:6, 210:15, 211:22
**38/.357** [1] - 135:9
**39** [2] - 190:2, 225:8
**3:00** [1] - 143:10

## 4

**4** [2] - 59:11, 91:21
**40** [15] - 91:4, 91:6, 91:20, 92:11, 92:12, 97:24, 138:21, 211:10, 211:11, 211:15, 211:19, 211:20, 211:22, 211:23
**41** [1] - 45:21
**41.3** [3] - 38:5, 45:20, 50:18
**410-899-9323** [1] - 182:1
**44** [1] - 193:6
**44%** [3] - 38:8, 51:3, 51:7
**44.3** [1] - 45:19

**443** [1] - 208:16
**443-1240** [1] - 208:15
**443-838-1933** [1] - 208:14
**45** [10] - 59:12, 59:15, 60:15, 60:25, 62:9, 67:3, 77:12, 97:9, 104:7, 136:18
**45-108** [1] - 97:14
**45-12** [1] - 75:16
**45-16** [1] - 77:22
**45-26** [1] - 79:24
**45-38** [1] - 83:17
**45-52** [1] - 88:6
**45-57** [1] - 85:6
**45-58** [1] - 86:20
**45-67** [1] - 90:12
**45-68** [1] - 91:7, 91:15
**45-77** [2] - 92:20, 94:14
**45-89** [2] - 94:9, 94:25
**45-94** [1] - 96:3
**47** [2] - 70:8, 99:3
**47-1** [1] - 68:14
**47-15** [1] - 99:5
**47-18** [1] - 101:1
**47-38** [1] - 101:21
**47-41** [1] - 102:17
**49** [2] - 184:23, 189:3
**493-1241** [3] - 175:25, 176:9, 208:16
**4:30** [1] - 198:22
**4:34** [1] - 224:15

## 5

**5** [2] - 189:3
**5/7/99** [2] - 36:16, 41:24
**50** [5] - 47:12, 47:14, 47:20, 71:1, 225:9
**50.3** [6] - 38:25, 39:2, 49:20, 49:25, 53:1, 53:6
**52** [3] - 195:2, 195:4, 225:9
**53** [1] - 225:11
**53.1** [2] - 38:14, 39:2
**540-1253** [2] - 175:25, 176:23
**5515** [1] - 1:24
**5811** [6] - 180:2, 185:4, 189:4, 189:7, 189:14, 189:17, 189:21, 190:1
**5:01** [1] - 200:11
**5:09** [1] - 200:11
**5:20:53** [1] - 189:8
**5:43** [1] - 200:14
**5th** [2] - 115:6, 156:16

## 6

**6** [2] - 1:11, 226:5
**6204** [3] - 181:3, 200:22, 207:9
**6402** [1] - 207:8
**67996** [1] - 114:6
**6800** [3] - 205:22, 205:24, 209:10
**69** [1] - 205:22
**6:38** [1] - 189:19
**6:38:19** [1] - 189:20
**6:56** [1] - 203:20
**6:57** [1] - 203:20

## 7

**7** [4] - 104:21, 105:1, 107:9, 192:3
**7-Eleven** [2] - 24:6, 24:7
**7000** [1] - 205:22
**739-5811** [1] - 180:22
**7th** [6] - 37:16, 108:16, 109:5, 109:14, 156:11, 177:19

## 8

**8** [1] - 225:5
**8.0** [1] - 174:25
**83** [2] - 192:1, 192:2
**8684** [1] - 181:11
**8844** [1] - 199:12
**89** [1] - 183:9
**8:33** [1] - 189:10
**8:33:44** [1] - 189:12

## 9

**9** [6] - 206:10, 211:11, 211:14, 211:19, 211:22, 211:25
**9203** [1] - 199:15
**963-3912** [2] - 179:15, 179:23
**9:30** [2] - 219:14, 219:22
**9:38** [1] - 2:1
**9:41:42** [1] - 189:12
**9:43** [2] - 193:1, 193:15
**9:43:25** [1] - 189:21
**9th** [1] - 169:3

## A

**a.m** [3] - 2:1, 187:10,

189:15
**ability** [2] - 137:21, 180:13
**able** [31] - 3:3, 14:16, 28:5, 39:11, 64:10, 64:14, 67:20, 76:19, 76:22, 77:22, 80:14, 82:18, 83:21, 84:4, 85:7, 85:20, 86:20, 88:6, 91:15, 94:9, 96:4, 97:17, 101:5, 101:22, 106:14, 131:18, 175:16, 205:23, 206:3, 218:25, 223:1
**above-named** [4] - 107:14, 108:21, 109:10, 109:19
**above-referenced** [3] - 108:17, 109:6, 109:15
**abruptly** [2] - 178:1, 178:4
**absence** [1] - 108:5
**absent** [1] - 33:4
**Absolutely** [1] - 221:18
**absolutely** [5] - 106:24, 116:5, 124:8, 151:8, 155:8
**accepted** [1] - 36:8
**access** [1] - 103:15
**accommodation** [1] - 66:11
**Accord** [2] - 212:7, 212:8
**accordance** [1] - 202:8
**According** [2] - 49:13, 49:25
**according** [3] - 24:2, 186:21, 207:14
**accrue** [1] - 108:9
**accurate** [3] - 4:13, 196:12, 226:8
**acknowledged** [2] - 141:5, 141:15
**acquainted** [1] - 24:25
**acquired** [1] - 212:13
**acquiring** [1] - 56:2
**act** [1] - 28:20
**acted** [1] - 11:16
**action** [4] - 47:2, 61:8, 169:6, 169:9
**activated** [3] - 176:25, 182:23, 193:21
**activation** [1] - 202:22
**active** [2] - 176:7, 212:22
**activities** [7] - 10:20, 21:12, 33:5, 34:16, 34:20, 165:6
**activity** [1] - 33:6
**actual** [5] - 56:6, 129:2, 191:7, 214:3, 215:17

**Adam** [1] - 1:22
**add** [1] - 47:12
**added** [3] - 38:12, 47:11, 200:13
**addicted** [1] - 98:16
**Addicts** [1] - 98:16
**addition** [1] - 121:21
**additional** [3] - 69:24, 128:23, 218:13
**address** [5] - 114:14, 114:16, 177:4, 181:14, 204:10
**addresses** [3] - 106:22, 114:5
**adjournment** [1] - 125:1
**Administration** [3] - 69:15, 172:19, 173:5
**admissible** [1] - 184:11
**admit** [4] - 120:17, 120:23, 121:5, 224:6
**admitted** [2] - 121:8, 181:6, 206:13
**admonishments** [1] - 120:21
**advice** [1] - 120:21
**advise** [1] - 124:23
**affixed** [1] - 226:9
**afraid** [2] - 126:15, 130:1
**afterlife** [6] - 103:15, 103:16, 103:21, 104:1, 171:14, 171:25
**afternoon** [25] - 85:3, 85:4, 116:7, 116:10, 116:19, 117:8, 121:11, 121:12, 130:5, 135:2, 135:3, 143:11, 143:16, 143:17, 154:3, 154:4, 156:23, 156:24, 168:6, 168:7, 172:17, 172:18, 217:10, 220:9, 220:12
**afterwards** [1] - 116:3
**agencies** [1] - 60:22
**agency** [9] - 31:3, 57:3, 60:25, 106:1, 106:2, 107:21, 109:13, 113:18
**agency's** [1] - 109:4
**Agent** [100] - 2:9, 2:20, 2:25, 9:1, 18:20, 29:24, 34:22, 34:23, 35:2, 53:12, 53:20, 53:23, 54:1, 54:5, 54:9, 55:4, 61:7, 61:17, 62:18, 64:12, 65:1, 66:2, 66:25, 67:19, 69:10, 69:21, 70:4, 70:17, 70:22, 72:3, 73:2, 73:8, 73:16, 74:1, 74:14, 75:6, 75:17, 76:19, 77:23, 80:1, 80:8, 80:13, 81:15, 82:15,

85:2, 87:7, 88:3, 88:22, 91:5, 92:24, 93:15, 93:22, 94:15, 95:16, 96:6, 97:18, 98:19, 101:25, 102:9, 102:17, 103:23, 104:11, 105:18, 107:20, 109:22, 112:11, 112:19, 112:24, 113:12, 115:16, 117:12, 117:16, 121:23, 123:10, 128:22, 131:5, 135:2, 138:14, 140:4, 149:16, 150:1, 153:17, 154:3, 156:23, 158:2, 163:8, 164:12, 164:23, 166:16, 168:6, 169:18, 170:14, 171:20, 172:6, 173:21, 184:15, 192:12, 209:15, 219:23, 223:22
**agent** [20] - 12:3, 21:14, 21:16, 54:4, 54:9, 54:14, 54:19, 55:2, 56:23, 56:24, 64:3, 123:13, 135:23, 136:22, 143:2, 145:17, 149:4, 157:1, 166:4, 170:24
**AGENT** [2] - 225:4, 225:10
**agents** [16] - 51:12, 51:13, 56:10, 56:21, 63:19, 65:3, 68:10, 69:4, 135:23, 154:15, 154:19, 157:3, 157:24, 163:12, 195:20, 224:12
**agents'** [1] - 161:3
**ago** [6] - 16:4, 22:18, 123:17, 127:3, 157:23, 222:19
**agree** [6] - 14:6, 14:9, 15:22, 16:20, 123:12, 220:20
**agreement** [2] - 104:12, 139:7
**ahead** [10] - 80:19, 81:9, 93:7, 128:10, 141:2, 184:17, 187:4, 201:18, 202:11, 213:8
**aid** [1] - 128:4
**aim** [1] - 76:10
**ain't** [6] - 83:2, 83:24, 93:12, 93:13, 101:17, 102:12
**aired** [1] - 224:8
**al** [4] - 163:15, 163:17, 164:15, 226:5
**alarm** [2] - 147:7, 151:15
**Alcohol** [1] - 53:23
**alias** [1] - 83:16
**alienate** [2] - 4:24, 5:16

**All's** [1] - 2:14
**allegations** [1] - 13:8
**alleged** [1] - 162:18
**alliance** [3] - 86:8, 86:16, 86:18
**allow** [1] - 128:1
**allowed** [2] - 122:22, 164:2
**alluded** [1] - 70:17
**almost** [4] - 10:22, 58:13, 85:2, 192:6
**alone** [1] - 159:8
**aloud** [1] - 118:17
**altercation** [2] - 145:25, 152:13
**alternate** [1] - 5:7
**alternative** [1] - 16:3
**Altima** [1] - 208:13
**Altoona** [3] - 27:11, 27:13, 204:3
**Alvin** [1] - 140:6
**AMD-04-029** [2] - 1:6, 226:5
**Amendment** [1] - 124:14
**America** [1] - 156:10
**AMERICA** [1] - 1:5
**Amity** [6] - 140:9, 141:6, 182:8, 182:9, 182:10, 187:17
**ammunition** [7] - 61:20, 62:8, 62:9, 143:8, 157:20, 158:7, 210:6
**amount** [1] - 8:10
**amounts** [1] - 7:21
**analyses** [2] - 35:7, 35:9
**analysis** [19] - 35:11, 36:6, 36:7, 36:14, 37:15, 38:3, 38:7, 41:13, 50:16, 60:25, 137:19, 175:1, 175:8, 176:3, 182:10, 186:21, 189:23, 214:2, 217:5
**analyze** [7] - 41:2, 41:5, 41:6, 41:8, 174:18, 175:2, 195:14
**analyzed** [2] - 63:14, 180:20
**analyzing** [2] - 43:5, 48:13
**Andre** [1] - 1:13
**Aneese** [4] - 185:12, 185:15, 194:25, 195:4
**angle** [2] - 149:3, 152:8
**angles** [2] - 146:21, 149:3, 152:7
**ankle** [1] - 206:10
**Anne** [1] - 193:4
**announcing** [1] - 30:12

**answer** [16] - 9:14, 30:13, 33:14, 38:22, 49:23, 112:19, 162:20, 163:10, 164:2, 164:12, 165:14, 167:8, 167:16, 178:5, 187:3
**answered** [4] - 164:16, 201:9, 202:25
**answering** [2] - 160:17, 165:12
**Anthony** [3] - 207:13, 212:18, 214:16
**anticipate** [4] - 104:15, 130:17, 218:2, 218:8
**anticipated** [1] - 99:8
**anticipation** [1] - 121:22
**anyhow** [1] - 154:12
**anyway** [5] - 83:2, 119:10, 130:15, 149:4, 198:20
**anyways** [1] - 162:4
**apart** [1] - 217:18
**Apartment** [1] - 114:8
**apartment** [3] - 141:21, 209:17, 209:21
**appeals** [3] - 79:11, 79:14, 79:19
**appear** [7] - 15:4, 37:18, 39:24, 83:19, 115:7, 182:25, 204:3
**appearance** [4] - 143:23, 153:9, 153:12, 166:19
**Appearances** [1] - 1:15
**appeared** [5] - 22:10, 154:24, 155:6, 155:15, 173:20
**apple** [2] - 213:13, 213:20
**application** [2] - 113:25, 114:2
**appreciate** [4] - 163:8, 163:11, 219:10, 220:3
**appreciation** [1] - 219:7
**approach** [4] - 48:23, 68:17, 88:16, 159:24
**appropriate** [2] - 104:16, 121:18
**approximation** [1] - 154:8
**April** [5] - 133:21, 156:13, 176:2, 181:4, 203:6
**area** [28] - 12:3, 16:12, 19:18, 20:11, 20:17, 28:8, 29:5, 33:17, 34:3, 36:6, 41:4, 59:3, 141:21, 144:20, 144:21, 144:25, 145:3, 145:5, 145:8,

147:13, 147:15, 150:9, 191:12, 191:14, 191:23, 194:8, 198:15, 206:10
**areas** [4] - 9:5, 26:21, 27:2, 28:5
**argue** [2] - 184:14, 224:9
**argument** [3] - 117:25, 220:2, 224:9
**arguments** [1] - 220:3
**arm's** [1] - 24:6
**armed** [1] - 161:12
**arrange** [1] - 125:4
**arrangements** [2] - 143:13, 143:15
**arrest** [16] - 122:16, 142:3, 142:13, 177:19, 181:12, 203:16, 203:18, 203:25, 204:2, 204:6, 204:13, 204:18, 205:11, 206:5, 206:9, 209:7
**arrested** [17] - 7:15, 14:12, 14:17, 18:12, 31:21, 133:21, 133:23, 142:21, 142:23, 142:24, 143:5, 143:6, 156:13, 181:4, 203:17, 203:20, 203:22
**arresting** [2] - 36:15, 204:1
**Arrington** [5] - 52:23, 122:18, 174:10, 175:4, 210:11
**Arrington's** [1] - 122:22
**arrived** [1] - 170:15
**arrow** [1] - 84:4
**arson** [1] - 54:20
**art** [1] - 86:10
**Articles** [4] - 114:20, 114:23, 115:4, 173:20
**artist** [2] - 138:6, 139:8
**Arundel** [1] - 193:4
**ascertain** [1] - 208:21
**aside** [5] - 32:16, 68:24, 68:25, 158:18, 171:25
**asleep** [1] - 193:10
**ass** [4] - 87:10, 99:23, 100:3, 102:14
**assault** [2] - 145:1, 204:5
**asserting** [1] - 30:5
**Assessments** [1] - 113:21
**assign** [3] - 16:24, 17:6, 209:14
**assigned** [4] - 54:15, 57:4, 63:20, 64:4
**assignment** [2] - 56:15, 56:16
**assist** [1] - 159:11

**assistance** [5] - 21:25, 22:2, 134:12, 157:17, 161:10
**assisting** [2] - 154:19, 157:6
**associated** [9] - 15:11, 16:11, 142:2, 178:17, 197:1, 201:24, 209:21, 210:24, 216:14
**association** [1] - 19:8
**assume** [9] - 5:15, 5:16, 27:10, 41:21, 141:9, 169:7, 177:6, 210:24, 223:8
**assuming** [2] - 25:15, 49:4
**assumption** [1] - 124:15
**assure** [1] - 220:8
**asterisk** [1] - 89:16
**ATF** [18] - 54:9, 54:14, 54:18, 54:22, 56:21, 60:22, 133:5, 133:6, 143:2, 157:1, 157:20, 157:24, 158:12, 161:2, 161:3, 161:9, 162:4, 163:6
**ATF's** [1] - 157:12
**Atlanta** [1] - 126:5
**attached** [3] - 12:2, 41:10, 57:2
**Attached** [1] - 61:11
**attempt** [5] - 30:17, 65:16, 189:3, 189:4, 204:12
**attempted** [4] - 205:19, 205:20, 208:21, 217:4
**attempting** [1] - 189:13
**attempts** [3] - 189:11, 189:13, 189:16
**attend** [1] - 197:9
**attending** [1] - 193:5
**attention** [6] - 8:4, 8:9, 12:18, 55:10, 165:10, 177:9
**Attorney** [1] - 161:8
**attorney** [3] - 126:9, 134:12, 134:19
**Attorney's** [3] - 12:25, 161:20, 161:22
**attribute** [3] - 175:16, 177:2, 178:20
**attributed** [8] - 176:1, 176:15, 178:19, 179:17, 180:3, 181:25, 208:14, 208:16
**attributes** [1] - 177:12
**August** [4] - 11:12, 40:17, 40:21, 135:24
**authored** [1] - 141:18

**authorized** [2] - 69:16, 181:1
**auto** [1] - 80:9
**automobiles** [1] - 80:24
**available** [9] - 32:20, 45:13, 45:14, 105:13, 120:13, 123:23, 126:6, 148:22, 202:16
**Avenue** [15] - 55:17, 55:21, 57:20, 60:17, 98:7, 138:16, 139:21, 189:24, 190:4, 190:12, 190:16, 190:17, 190:18, 192:1, 205:25
**avoid** [7] - 106:19, 106:22, 107:2, 124:6, 125:3, 178:7, 222:17
**Avoid** [1] - 219:12
**avoiding** [1] - 126:2
**aware** [28] - 8:8, 47:3, 47:4, 47:14, 47:17, 54:1, 80:24, 109:22, 131:25, 132:6, 133:1, 133:20, 133:23, 135:7, 135:11, 135:22, 138:8, 142:7, 142:11, 153:18, 155:25, 156:5, 156:8, 156:10, 156:13, 165:23, 171:22, 171:24
**awareness** [1] - 134:11

**B**

**B-1** [2] - 185:24, 186:4
**B-14** [1] - 175:12
**B-2** [1] - 188:1
**B-3** [1] - 188:21
**B-4** [1] - 190:8
**B-5** [1] - 195:13
**B-6** [1] - 198:3
**B-7** [1] - 197:5
**B-8** [1] - 203:8
**B-E-N-S-O-N** [1] - 172:14
**B-more** [2] - 78:5, 86:8
**baby's** [1] - 204:10, 204:19
**background** [3] - 29:6, 128:9, 201:8
**backwards** [1] - 12:7
**bad** [3] - 125:10, 158:13, 167:5
**bag** [25] - 37:15, 37:22, 38:24, 42:8, 42:9, 42:11, 42:14, 43:8, 43:21, 43:22, 44:2, 44:3, 44:4, 44:6, 44:18, 44:20, 46:4, 46:6, 49:12, 49:17, 49:20, 206:19, 210:8,

210:9, 213:17
**baggie** [17] - 40:6, 40:7, 40:8, 41:15, 42:4, 42:10, 43:4, 43:7, 43:10, 43:11, 43:12, 43:15, 43:20, 44:1, 44:11, 47:9, 50:17
**baggies** [3] - 38:16, 42:17, 43:5, 43:17, 43:22, 44:9, 44:24, 45:19, 47:19, 48:2, 48:5
**bags** [27] - 37:23, 38:4, 38:13, 38:19, 38:23, 39:1, 43:9, 44:5, 44:7, 44:21, 44:25, 45:1, 45:4, 45:7, 45:10, 45:12, 45:20, 46:1, 49:9, 211:2, 211:4, 213:13, 213:14, 213:20
**bail** [2] - 216:11, 216:13
**Bail** [1] - 216:13
**Bailey** [2] - 11:12, 33:12
**balloon** [1] - 93:19
**ballpark** [1] - 84:13
**ballparking** [1] - 71:1
**Baltimore** [38] - 1:12, 1:25, 5:19, 12:3, 17:5, 19:14, 20:5, 20:23, 21:2, 21:6, 26:11, 26:15, 26:18, 26:20, 27:9, 27:23, 27:25, 34:17, 55:17, 56:24, 80:20, 114:6, 114:8, 137:18, 159:12, 161:13, 172:20, 172:22, 189:25, 191:24, 195:25, 204:14, 205:4, 205:23, 206:1, 206:2
**bandanna** [1] - 86:8
**barely** [1] - 118:5
**barking** [1] - 76:12
**Barnes** [4] - 140:6, 140:8, 141:5, 142:1
**Barry** [1] - 1:22
**base** [12] - 38:8, 38:9, 38:19, 39:4, 50:20, 51:7, 51:14, 51:18, 51:24, 52:9, 52:14, 52:25
**Based** [1] - 184:4
**based** [11] - 38:23, 45:7, 46:3, 49:23, 51:15, 177:24, 183:20, 184:13, 200:11, 200:12, 202:7
**bases** [1] - 221:5
**basis** [1] - 10:10
**batch** [1] - 171:6
**bath** [1] - 102:12
**bear** [1] - 153:17
**became** [1] - 86:10
**become** [3] - 106:19, 128:13, 131:18
**becomes** [1] - 28:11

**becoming** [1] - 122:25
**beef** [4] - 91:20, 91:21, 101:18
**began** [4] - 108:8, 176:23, 188:12, 200:13
**begin** [4] - 57:20, 76:25, 108:9, 173:8
**beginning** [18] - 72:4, 72:14, 73:5, 76:23, 84:4, 87:8, 88:25, 96:7, 97:18, 99:5, 99:12, 103:8, 117:14, 152:3, 157:4, 186:12, 188:7, 188:17
**Beginning** [6] - 72:4, 77:5, 99:19, 103:8, 189:1, 189:2
**begins** [1] - 173:11
**behalf** [2] - 218:3, 220:16
**Behalf** [5] - 1:15, 1:17, 1:18, 1:20, 1:21
**behind** [11] - 102:20, 103:2, 103:6, 146:6, 146:25, 147:13, 147:19, 147:20, 192:9, 205:21, 215:11
**belabor** [1] - 180:2
**belief** [2] - 155:12, 222:17
**belong** [1] - 208:21
**belonged** [3] - 14:21, 141:6, 155:17
**belonging** [1] - 159:14
**below** [3] - 96:12, 96:23, 146:13
**Belvedere** [1] - 191:25
**bench** [1] - 192:9
**bends** [1] - 146:5
**benefits** [2] - 107:17, 131:19
**Bennett** [4] - 11:18, 11:23, 33:13, 33:17
**BENSON** [2] - 172:9, 225:14
**Benson** [22] - 2:7, 117:12, 119:1, 119:18, 119:21, 119:22, 123:2, 123:10, 132:17, 132:23, 172:8, 172:13, 172:17, 177:25, 184:15, 192:12, 199:3, 202:5, 217:17, 219:20, 219:23
**Benson's** [1] - 129:17
**best** [12] - 46:3, 88:11, 106:21, 107:1, 116:6, 149:9, 162:13, 163:10, 174:1, 174:3, 205:20, 218:14
**better** [11] - 5:13, 80:13, 96:9, 116:22, 146:17,

184:1, 192:12, 210:11, 218:11, 220:22
**between** [39] - 12:3, 31:25, 96:16, 102:7, 110:16, 111:12, 111:24, 112:9, 115:25, 139:8, 146:23, 154:5, 159:12, 175:22, 175:24, 176:2, 182:12, 182:17, 182:18, 183:1, 183:3, 183:9, 184:19, 184:23, 185:25, 188:25, 189:9, 189:11, 192:25, 194:1, 195:15, 197:6, 198:4, 199:10, 200:11, 203:13, 219:24, 220:2
**Between** [2] - 154:19, 189:10
**big** [7] - 6:4, 8:4, 18:10, 87:10, 115:20, 124:7, 190:19
**Big** [1] - 24:7
**Big's** [1] - 91:20
**bill** [6] - 179:3, 179:8, 179:17, 179:20, 201:6, 201:10
**billed** [1] - 202:17
**billing** [3] - 200:3, 200:12, 201:21
**binder** [31] - 59:19, 59:24, 60:2, 62:19, 62:21, 62:22, 63:1, 63:5, 63:9, 63:18, 63:23, 64:3, 64:7, 69:4, 70:22, 74:13, 81:25, 82:16, 83:18, 85:5, 88:20, 89:18, 92:21, 95:25, 97:14, 98:20, 98:21, 99:10, 102:16, 169:22
**birth** [2] - 66:5, 216:18
**birthday** [1] - 173:15
**bit** [38] - 8:3, 8:8, 8:13, 16:4, 17:1, 25:6, 40:20, 55:25, 57:9, 57:19, 58:3, 59:14, 74:19, 74:22, 76:19, 77:5, 77:14, 80:9, 80:15, 82:5, 85:9, 85:20, 85:21, 85:24, 87:21, 93:1, 93:2, 100:1, 100:7, 100:8, 102:9, 119:15, 132:12, 147:8, 192:15, 192:23, 217:13
**bitch** [9] - 77:3, 87:11, 87:12, 87:23, 95:12, 95:22, 96:25, 100:5, 102:11
**bitches** [1] - 95:12
**bitchin'** [1] - 78:12
**black** [41] - 59:19, 60:9, 60:10, 62:14, 63:18,

63:23, 64:3, 64:7, 67:2, 68:13, 69:4, 70:22, 71:20, 71:23, 74:13, 74:25, 75:13, 81:25, 82:16, 83:18, 85:5, 87:3, 88:20, 89:18, 92:20, 95:7, 95:8, 95:25, 97:14, 98:20, 100:4, 102:13, 154:6, 169:21, 205:5, 206:18
**Black** [2] - 102:13, 216:8
**blacken** [2] - 86:4, 86:6
**Blacks** [2] - 75:13
**blacks** [1] - 75:13
**blast** [2] - 76:10, 87:9
**Bleed** [1] - 92:7
**bloated** [1] - 100:21
**block** [17] - 95:6, 101:12, 102:14, 145:17, 146:24, 170:13, 170:17, 170:20, 193:8, 193:18, 194:3, 194:8, 194:9, 194:11, 205:22, 205:24
**blocks** [2] - 194:7, 212:22
**blood** [4] - 121:3, 126:5, 128:1, 166:12
**Bloods** [3] - 34:9, 34:16, 34:18
**blow** [3] - 72:15, 72:18, 88:13
**blue** [3] - 210:8, 210:12, 214:10
**blurred** [2] - 80:8, 82:5
**blurry** [1] - 79:25
**Bo** [15] - 70:11, 70:14, 93:10, 93:18, 95:10, 95:14, 95:17, 99:20, 100:23, 136:13, 180:7, 180:8, 181:25, 182:5, 216:1
**BO** [1] - 212:6
**Bo's** [3] - 72:15, 72:17, 99:14
**Bobbed** [1] - 93:11
**bodies** [1] - 90:16
**body** [7] - 76:20, 76:22, 77:7, 77:9, 77:11, 88:4
**Boh** [3] - 212:6, 212:13
**Bond** [8] - 36:15, 37:15, 40:9, 41:20, 41:24, 42:23, 53:1, 53:3
**bond** [2] - 22:13, 216:13
**bonds** [1] - 216:11
**Bonds** [1] - 216:13
**book** [7] - 94:22, 101:5, 115:20, 126:12, 126:14, 173:11, 177:6
**Booking** [2] - 209:3,

209:5
**books** [2] - 177:5, 180:4
**bopping** [1] - 97:24
**border** [1] - 158:14
**bore** [1] - 66:24
**born** [2] - 78:5, 86:10
**Boroshok** [1] - 158:2
**borrow** [1] - 116:21
**bosses** [1] - 163:6
**Bottom** [1] - 94:1
**bottom** [3] - 39:24, 39:25, 175:25
**bought** [1] - 27:5
**Boulevard** [4] - 196:15, 204:11, 204:19, 204:23
**Box** [1] - 114:6
**box** [5] - 210:4, 210:6, 210:8, 210:12, 210:20
**boy** [3] - 100:12, 101:13, 103:14
**brain** [1] - 88:13
**brains** [1] - 100:5
**Brains** [1] - 90:14
**brand** [1] - 6:7
**branded** [1] - 6:8
**bread** [1] - 4:24
**break** [6] - 10:25, 115:21, 116:2, 116:11, 125:20, 129:19
**breaking** [1] - 125:22
**Brian** [3] - 53:12, 53:17, 160:9
**BRIAN** [2] - 53:13, 225:10
**bricks** [1] - 96:17
**Brief** [1] - 35:3
**brief** [6] - 7:11, 46:3, 106:12, 176:8, 178:6
**briefly** [7] - 54:13, 64:18, 64:23, 168:24, 177:3, 186:7, 220:6
**bright** [1] - 223:15
**brilliant** [1] - 121:6
**Bring** [1] - 10:24
**bring** [15] - 47:2, 89:6, 103:13, 103:14, 117:2, 119:11, 143:13, 143:23, 143:24, 144:1, 144:17, 153:14, 159:19, 160:12, 219:4
**bringing** [4] - 144:2, 144:8, 144:14, 145:18
**brings** [1] - 188:20
**broadest** [1] - 63:12
**Brook** [1] - 205:24
**brothers** [3] - 8:14, 86:13, 177:10
**brothers'** [9] - 176:11, 177:11, 179:13, 180:3, 180:8, 181:22, 184:20,

207:22, 208:6
**brothers's** [1] - 177:4
**brought** [16] - 20:11, 20:18, 121:23, 143:21, 144:19, 145:9, 147:16, 148:8, 148:11, 150:23, 151:3, 151:11, 151:21, 151:25, 159:17, 178:21
**Brought** [1] - 165:10
**Brown** [1] - 193:9
**brown** [2] - 210:8, 210:9
**buc** [1] - 78:14
**buck** [6] - 73:18, 73:23, 73:24, 78:5, 96:9, 97:2, 97:3
**bucking** [4] - 73:11, 73:13, 73:14, 73:17
**bucks** [1] - 96:10
**building** [1] - 209:17
**bulk** [1] - 222:23
**bullet** [4] - 211:14, 211:15, 211:23, 211:25
**bullets** [8] - 95:9, 210:5, 210:17, 210:20, 211:11, 211:12, 211:16, 211:23
**bunch** [1] - 77:20, 77:21, 138:15, 186:24, 210:17
**burden** [2] - 218:6, 218:7
**Bureau** [1] - 53:23
**burner** [3] - 87:14, 178:15, 181:1
**burners** [3] - 87:13, 87:17, 87:20
**Burners** [1] - 87:14
**business** [17] - 5:3, 21:18, 27:6, 90:9, 106:5, 113:19, 114:2, 114:5, 114:11, 114:17, 128:11, 128:13, 128:15, 134:7, 134:17, 215:25, 216:11
**businesses** [1] - 106:3
**bust** [2] - 90:18, 102:7
**bustin** [1] - 74:25
**busting** [1] - 95:8
**butter** [1] - 4:25
**buy** [7] - 22:22, 24:7, 25:2, 25:13, 26:19, 27:24
**buyer** [2] - 23:22, 24:9
**buyer/seller** [1] - 24:4
**buying** [12] - 20:6, 20:25, 21:2, 21:3, 21:4, 21:15, 21:16, 23:7, 23:13, 23:16, 23:20, 25:12
**buys** [3] - 24:14, 24:15, 24:16
**BY** [49] - 2:24, 8:25,

11:8, 18:19, 29:23, 35:21, 37:9, 39:14, 50:13, 52:22, 53:19, 54:8, 85:1, 105:17, 107:4, 112:21, 131:4, 135:1, 140:3, 141:3, 141:16, 149:25, 154:2, 156:22, 163:25, 165:17, 168:5, 172:16, 184:3, 184:18, 199:2, 202:12, 208:5, 225:4, 225:5, 225:5, 225:6, 225:6, 225:8, 225:8, 225:9, 225:9, 225:11, 225:11, 225:12, 225:12, 225:13, 225:13, 225:15

**C**

**cabinet** [1] - 36:19
**Caesar** [2] - 216:15
**cal** [2] - 91:20, 92:11
**caliber** [19] - 8:18, 59:12, 59:15, 60:15, 60:25, 62:9, 67:3, 77:12, 91:6, 92:12, 97:9, 104:7, 210:5, 210:6, 210:15, 211:12, 211:15, 211:20, 211:23
  **calibers** [1] - 91:4
**camera** [4] - 67:10, 146:21, 147:22, 149:3, 149:13, 151:24, 152:18
  **Camera** [1] - 67:12
**cameras** [1] - 146:21
**candid** [1] - 221:11
**candidly** [2] - 67:15, 221:15
**cannot** [2] - 154:22, 157:22
**capabilities** [1] - 137:14
**capable** [1] - 61:8
**capital** [1] - 122:6
**captain** [1] - 99:15
**car** [8] - 81:6, 81:13, 88:17, 179:14, 194:17, 195:6, 205:23, 212:12
  **Card** [1] - 65:20
  **card** [7] - 65:23, 65:24, 66:5, 66:14, 69:16, 215:25, 216:11
**care** [2] - 123:11, 127:18, 159:25, 198:14, 219:25
  **career** [1] - 10:3
  **careful** [1] - 3:6
**Carroll** [1] - 26:20
**carry** [1] - 125:17
**cars** [7] - 7:25, 8:3, 8:7,

8:15, 81:2, 196:10, 206:1
**Case** [1] - 226:5
**CASE** [1] - 1:6
**case** [102] - 11:11, 12:14, 12:15, 13:1, 13:4, 13:8, 29:2, 30:10, 30:17, 33:12, 33:13, 33:16, 34:4, 35:9, 41:20, 47:25, 48:18, 49:3, 49:6, 54:3, 55:7, 63:24, 67:25, 68:14, 72:12, 73:16, 75:7, 76:1, 79:1, 79:7, 80:25, 81:5, 82:9, 84:18, 88:2, 88:15, 88:18, 89:8, 92:12, 97:3, 98:7, 103:6, 104:9, 104:23, 106:6, 111:18, 112:4, 112:12, 112:18, 116:13, 117:7, 120:14, 123:13, 125:19, 127:8, 130:8, 130:10, 130:11, 134:14, 135:7, 135:23, 137:18, 137:20, 144:10, 144:13, 156:6, 157:3, 157:6, 157:13, 157:18, 157:19, 162:18, 163:12, 169:19, 170:2, 170:9, 170:24, 171:22, 173:1, 174:5, 174:24, 175:16, 175:20, 186:2, 195:20, 202:8, 204:16, 206:13, 208:22, 212:8, 217:21, 218:5, 218:9, 218:16, 218:17, 218:25, 219:12, 219:13, 221:5
  **cases** [4] - 33:5, 66:9, 79:20, 112:12
  **casual** [1] - 6:11
  **catch** [6] - 15:7, 73:12, 80:20, 89:5, 89:24
  **catch-as-catch-can** [1] - 15:7
  **catchy** [1] - 12:7
  **Categorized** [1] - 57:15
  **category** [1] - 8:15
  **cats** [3] - 89:6, 89:25, 90:4
  **caution** [1] - 86:13
  **CD** [4] - 102:20, 102:24, 113:4, 138:10
  **CD's** [3] - 94:18, 94:21, 129:2
  **CDS** [1] - 40:24
  **ceased** [1] - 176:22
  **ceiling** [2] - 99:24, 99:25
  **Cell** [2] - 189:23, 192:3
  **cell** [44] - 145:9, 145:17, 147:18, 147:22, 147:24, 148:2, 150:21, 151:12, 151:21, 152:1, 152:22,

153:3, 153:5, 170:13, 170:17, 170:20, 174:22, 175:15, 175:17, 180:2, 183:12, 183:17, 189:23, 190:3, 190:9, 190:16, 191:1, 191:5, 191:7, 191:20, 191:23, 195:13, 196:21, 199:11, 199:14, 199:15, 199:19, 199:24, 200:2, 203:18, 206:21, 208:23, 213:4, 213:25
  **Central** [4] - 161:8, 209:3, 209:4, 209:5
  **central** [5] - 17:17, 17:18, 25:8, 196:11
  **certain** [20] - 5:5, 17:25, 19:10, 23:17, 27:9, 35:6, 47:15, 76:2, 106:20, 116:5, 116:20, 123:7, 133:22, 138:13, 147:1, 149:18, 154:22, 159:16, 175:19, 217:20
  **certainly** [4] - 119:5, 128:2, 151:8, 219:4
  **Certainly** [3] - 62:17, 93:3, 104:17
  **certainty** [3] - 154:10, 155:3, 157:22
  **CERTIFICATE** [1] - 226:1
  **certification** [2] - 66:5, 132:13
  **certified** [2] - 107:14, 112:4
  **certify** [2] - 226:3, 226:6
  **Cesar** [5] - 115:11, 173:17, 216:1, 216:4, 216:18
  **chain** [7] - 7:4, 39:25, 40:8, 41:9, 41:11, 41:23, 43:1
  **chairs** [4] - 84:17, 116:12, 116:13, 219:11
  **challenging** [1] - 52:12
  **chamber** [1] - 61:22
  **chambered** [1] - 61:23
  **chance** [5] - 59:5, 178:11, 186:9, 216:8, 218:15
  **change** [3] - 6:1, 89:4, 181:21
  **changed** [1] - 121:17
  **changes** [3] - 116:23, 117:4, 117:13
  **characteristics** [2] - 5:22, 22:3
  **charge** [3] - 26:21, 140:12, 144:13
  **charged** [7] - 29:1, 30:10, 112:19, 202:18,

202:24, 203:1, 209:3
  **Charges** [1] - 142:2
  **charges** [1] - 29:10
  **charging** [1] - 209:5
  **chart** [11] - 175:24, 189:1, 189:11, 192:20, 192:21, 193:1, 195:13, 199:3, 207:8, 207:10, 213:5
  **charts** [1] - 201:17
  **cheaper** [1] - 27:10
  **cheat** [2] - 178:21, 179:11
  **check** [6] - 72:8, 102:20, 102:24, 127:21, 133:6, 208:24
  **checking** [1] - 127:9
  **chemical** [3] - 36:7, 36:14, 37:15
  **Chemist** [1] - 2:12
  **chemist** [2] - 36:1, 36:3
  **Chermaine** [1] - 196:7
  **chest** [1] - 80:22
  **chipper** [1] - 223:16
  **chips** [1] - 96:17
  **chose** [2] - 160:25, 161:2
  **chosen** [1] - 160:24
  **Chris** [6] - 75:3, 75:6, 75:7, 75:10, 135:15, 135:18
  **chromatograph** [1] - 52:17
  **chumps** [1] - 92:5
  **church** [1] - 208:7
  **Circle** [2] - 193:20, 193:21
  **circle** [1] - 195:9
  **city** [10] - 9:5, 9:10, 21:5, 22:19, 26:10, 26:15, 27:10, 29:12, 55:2, 144:7
  **City** [8] - 5:19, 26:18, 56:24, 137:18, 161:13, 172:20, 172:22, 191:24
  **civil** [2] - 104:25, 105:7
  **CL** [1] - 37:19
  **clap** [2] - 93:10, 100:22
  **clapping** [1] - 97:23
  **clarify** [7] - 5:21, 17:1, 130:2, 145:13, 222:3, 222:6, 223:25
  **Clark** [1] - 168:17
  **clean** [1] - 84:2
  **clear** [12] - 25:7, 44:1, 44:22, 111:12, 119:17, 143:4, 145:14, 170:16, 217:14, 221:21, 222:6, 222:19
  **CLERK** [3] - 35:16,

53:15, 172:11
  **clerk** [1] - 116:24
  **clips** [3] - 87:13, 87:14, 87:20
  **clockwise** [1] - 191:9
  **close** [7] - 3:19, 3:25, 27:13, 96:20, 155:22, 209:20, 219:21
  **close-ups** [1] - 209:20
  **closed** [1] - 150:7
  **closely** [1] - 188:18
  **closer** [3] - 58:12, 58:18, 192:5
  **closes** [1] - 119:25
  **closest** [4] - 191:1, 191:19, 191:24, 192:5
  **closet** [16] - 58:17, 58:18, 58:20, 58:21, 58:24, 59:1, 59:8, 59:20, 60:17, 60:19, 62:13, 65:6, 65:10, 67:4, 67:5
  **closets** [3] - 58:4, 58:9, 58:11
  **closing** [1] - 224:8
  **clothing** [1] - 185:22
  **clowns** [1] - 73:12
  **CM/ECF** [1] - 220:4
  **co** [4] - 173:19, 216:1, 216:2, 216:4
  **co-founder** [4] - 173:19, 216:1, 216:2, 216:4
  **Coach** [1] - 123:20, 222:4, 222:7, 222:23
  **Coburn** [1] - 1:22, 2:15, 30:2, 30:21, 30:24, 32:12, 50:11
  **COBURN** [26] - 2:16, 18:19, 30:18, 36:21, 50:10, 50:13, 130:10, 125:24, 126:2, 126:10, 126:12, 126:15, 126:21, 127:1, 127:12, 127:14, 127:17, 127:20, 178:2, 197:14, 197:19, 197:21, 197:23, 198:1, 225:6, 225:9
  **Coburn's** [1] - 30:3
  **cocaine** [10] - 10:24, 19:19, 26:19, 26:20, 38:8, 38:9, 38:19, 39:4, 50:20, 51:7, 51:14, 51:18, 51:24, 52:9, 52:14, 52:25, 98:14
  **coded** [1] - 10:25
  **codes** [1] - 10:25
  **coffee** [1] - 223:16
  **Coleman** [1] - 216:6
  **colleague** [1] - 132:16
  **colleagues** [2] - 32:25, 221:16

**collect** [1] - 131:16
**collectively** [1] - 216:23
**college** [2] - 132:1, 222:22
**colleges** [1] - 132:4
**color** [2] - 6:7, 52:4
**colors** [1] - 34:13
**combination** [1] - 31:22
**comfort** [1] - 4:6
**comfortable** [2] - 2:20, 4:10
**comfortably** [1] - 146:15
**coming** [5] - 130:8, 169:21, 194:16, 198:20, 200:12
**command** [1] - 7:4
**commerce** [4] - 157:15, 157:16, 159:3, 159:7
**commercial** [4] - 19:9, 21:12, 23:19, 24:4
**commit** [2] - 12:12, 28:9
**committed** [1] - 12:11
**common** [8] - 3:13, 17:5, 22:13, 28:4, 81:21, 83:16, 128:14, 162:2
**commonly** [2] - 106:1, 183:21
**Commonly** [1] - 113:23
**communications** [1] - 204:16
**community** [1] - 141:21
**company** [5] - 21:16, 21:17, 72:10, 134:4, 180:25
**compare** [2] - 41:10, 42:7
**compared** [2] - 43:21, 191:22
**competitors** [1] - 23:10
**complete** [4] - 10:7, 57:6, 120:18, 226:8
**completed** [3] - 41:18, 41:19, 41:21
**completely** [1] - 29:6
**completeness** [1] - 120:2
**complex** [1] - 174:22
**complicated** [1] - 51:25
**comprehensive** [1] - 175:17
**compressed** [1] - 44:20
**computer** [3] - 148:24, 175:6, 196:17
**computerized** [1] - 168:25
**con** [1] - 42:4
**conceal** [1] - 18:2
**conceivable** [1] - 19:25
**concept** [1] - 13:18

**concerned** [1] - 163:1
**concerning** [8] - 11:21, 35:6, 112:2, 132:25, 159:13, 165:5, 165:20, 166:18
**concert** [1] - 13:16
**concerted** [1] - 30:17
**conclude** [9] - 25:21, 125:18, 198:22, 217:15, 217:20, 218:16, 218:25, 219:22, 219:23
**concluded** [2] - 130:10, 130:11
**Conclusion** [1] - 224:15
**conclusion** [1] - 219:5
**condos** [1] - 7:25
**conduct** [1] - 125:1
**conducted** [4] - 107:10, 108:18, 109:6, 109:16
**confer** [1] - 167:21
**conferred** [1] - 130:12
**confidential** [3] - 10:3, 10:5, 106:20
**confined** [1] - 182:11
**confirm** [2] - 116:6, 116:9
**confirmation** [1] - 52:9
**confused** [1] - 150:10
**confusion** [2] - 145:22, 148:25
**connect** [9] - 4:20, 4:24, 5:2, 5:16, 14:19, 23:14, 23:16, 23:20, 23:21
**connected** [10] - 20:14, 23:24, 23:25, 72:5, 189:7, 189:8, 190:2, 190:6, 199:10, 199:11
**Connecticut** [2] - 158:20
**connection** [8] - 7:12, 23:19, 32:19, 92:18, 127:5, 142:13, 203:2, 220:21
**connections** [1] - 175:21
**consider** [3] - 30:16, 79:17, 220:15
**consist** [1] - 37:20
**consisted** [1] - 37:22
**consistent** [2] - 8:20, 224:1
**conspiracy** [6] - 7:14, 33:2, 33:4, 33:7, 221:2, 221:6
**conspiracy's** [1] - 33:4
**constant** [1] - 122:14
**constitute** [1] - 226:6
**constitution** [1] - 115:1
**consumer** [1] - 26:15
**contact** [4] - 2:5, 176:1,

189:13
**contacted** [4] - 144:6, 161:9, 161:21, 212:21
**contacts** [2] - 175:23, 177:7
**contain** [2] - 43:13, 63:5
**contained** [6] - 37:22, 43:16, 44:5, 60:9, 62:7, 63:6
**containers** [1] - 47:23
**Containing** [1] - 42:19
**containing** [13] - 37:23, 41:15, 42:10, 43:7, 43:9, 43:12, 44:18, 44:20, 49:18, 62:3, 65:9, 174:11, 210:6
**contains** [4] - 51:18, 68:18, 113:4, 212:3
**context** [11] - 73:2, 73:14, 74:9, 77:8, 79:14, 79:18, 83:14, 90:2, 90:21, 97:12, 220:17
**Continue** [2] - 84:19, 116:13
**continue** [8] - 2:20, 7:14, 7:17, 72:17, 78:4, 88:9, 100:11, 103:9
**continues** [2] - 218:15, 219:7
**continuing** [5] - 18:15, 25:1, 77:6, 87:8, 162:1
**continuous** [4] - 14:8, 15:18, 23:19, 122:15
**continuously** [4] - 122:16, 133:25, 165:24, 166:7
**contributions** [1] - 17:15
**control** [1] - 37:2
**controlled** [3] - 36:7, 51:1, 143:5
**controls** [1] - 166:24
**convenience** [3] - 67:25, 168:11, 168:15
**converge** [1] - 204:17
**conversation** [3] - 127:5, 201:3, 202:19
**conversations** [2] - 12:24, 13:5
**conveyed** [1] - 160:23
**convict** [1] - 105:1
**convicted** [2] - 121:25, 122:2
**conviction** [3] - 104:23, 105:5, 105:8
**convinced** [1] - 147:4
**cooperate** [1] - 196:3
**cooperated** [1] - 197:10
**cooperation** [1] - 130:25

**coordinates** [1] - 192:8
**cop** [1] - 75:2
**copies** [2] - 175:3, 175:4
**copious** [1] - 179:3
**copping** [1] - 97:24
**cops** [2] - 84:2, 101:12
**copy** [4] - 116:25, 198:8, 203:11, 203:12
**corner** [2] - 194:15, 199:8
**corporate** [2] - 112:25, 113:14
**Corporation** [1] - 168:21
**corporation** [4] - 114:24, 114:25, 115:2, 115:10
**corporations** [1] - 113:19
**correct** [304] - 5:17, 5:25, 6:3, 6:6, 6:9, 6:12, 6:15, 7:9, 7:13, 7:19, 7:23, 8:11, 8:12, 8:19, 9:10, 9:11, 10:6, 10:18, 11:25, 12:1, 12:5, 12:19, 12:20, 13:24, 15:8, 15:18, 19:11, 19:15, 21:13, 26:8, 30:7, 30:8, 32:20, 32:21, 33:10, 33:11, 34:17, 39:2, 39:3, 39:5, 40:6, 40:9, 40:13, 41:20, 42:11, 42:20, 46:11, 46:25, 47:6, 47:13, 48:3, 48:14, 49:9, 49:18, 50:24, 53:1, 55:8, 55:24, 56:7, 56:13, 57:7, 58:10, 59:16, 60:11, 61:13, 61:24, 62:4, 62:24, 63:7, 63:15, 63:16, 63:22, 64:5, 64:12, 64:19, 64:20, 65:5, 65:11, 65:21, 67:7, 67:14, 67:22, 67:24, 68:23, 69:7, 69:14, 70:15, 73:21, 73:22, 75:22, 76:6, 79:8, 80:25, 81:4, 84:12, 85:12, 85:19, 86:25, 87:5, 87:20, 89:19, 90:11, 91:13, 92:16, 92:17, 92:19, 95:14, 98:4, 98:8, 98:22, 99:1, 102:1, 103:4, 103:21, 105:20, 105:21, 105:25, 106:11, 107:15, 107:16, 107:19, 108:23, 109:3, 109:10, 109:11, 109:20, 110:5, 110:10, 110:11, 110:13, 110:21, 110:24, 111:4,

111:6, 111:14, 111:16, 111:17, 111:21, 111:25, 112:7, 112:8, 112:20, 113:2, 113:12, 113:13, 113:22, 114:7, 114:19, 115:5, 115:11, 131:24, 133:16, 134:1, 134:6, 135:5, 135:12, 137:10, 138:16, 138:21, 139:2, 139:9, 139:21, 140:16, 141:17, 141:25, 142:25, 143:9, 143:15, 144:11, 144:23, 144:25, 145:10, 151:22, 152:14, 153:7, 153:13, 153:16, 154:7, 154:14, 157:2, 157:5, 157:12, 157:16, 158:15, 158:21, 159:10, 160:5, 162:3, 164:20, 167:17, 168:11, 168:12, 168:18, 169:4, 169:5, 169:6, 169:22, 169:23, 169:25, 170:3, 170:7, 170:10, 170:11, 170:25, 171:1, 171:7, 171:9, 172:21, 172:22, 175:7, 175:8, 176:5, 176:6, 176:18, 176:19, 176:21, 177:12, 177:15, 177:16, 177:23, 179:16, 179:25, 180:5, 180:6, 180:9, 180:10, 181:8, 181:9, 181:12, 181:17, 181:20, 182:9, 182:13, 182:19, 183:1, 183:2, 183:5, 183:7, 183:10, 183:13, 183:14, 184:21, 185:2, 185:7, 185:9, 185:10, 185:17, 187:1, 187:6, 187:11, 187:18, 187:21, 187:22, 188:4, 188:7, 188:8, 188:10, 188:19, 190:21, 190:24, 190:25, 191:6, 193:2, 193:11, 193:12, 193:25, 194:5, 194:6, 194:12, 195:11, 196:16, 199:5, 199:13, 199:16, 199:20, 199:21, 199:25, 200:1, 200:20, 200:24, 200:25, 201:1, 201:2, 201:19, 202:13, 202:14, 202:17, 203:15, 203:23, 204:22, 206:15, 207:5, 207:14, 208:8, 209:23, 210:1, 210:15, 210:18, 210:25, 211:17, 211:23, 211:24, 212:1, 212:5
**Correct** [29] - 27:19, 39:6, 40:10, 40:14, 42:5, 42:8, 42:18, 42:21, 43:12, 46:5, 47:7, 48:4,

49:19, 50:19, 50:21, 51:12, 52:19, 141:24, 175:9, 182:14, 182:20, 186:20, 187:15, 200:16, 200:21, 203:16, 205:1, 208:9, 216:5

**Correctional** [2] - 168:21, 216:16

**correctly** [1] - 115:5

**correspond** [1] - 104:7

**corresponding** [1] - 99:3

**corresponds** [5] - 94:17, 94:21, 99:9, 101:1, 101:4

**Cottage** [1] - 190:18

**Counsel** [2] - 116:17, 184:13

**counsel** [104:13], 117:15, 124:9, 124:12, 124:22, 129:10, 129:12, 130:12, 141:1, 167:21, 192:15, 220:8, 221:16

**count** [3] - 18:2, 32:16, 62:10

**counting** [1] - 18:1

**country** [2] - 29:5, 29:14

**counts** [1] - 204:5

**County** [10] - 26:20, 26:21, 161:14, 196:13, 196:18, 204:15, 205:4, 205:24, 206:1, 206:2

**county** [1] - 204:22

**couple** [41] - 9:3, 12:19, 23:18, 50:10, 50:16, 59:21, 63:1, 66:19, 69:25, 70:17, 75:23, 81:2, 83:23, 85:10, 89:7, 90:20, 92:9, 96:12, 98:3, 99:19, 102:23, 103:17, 112:24, 116:23, 117:3, 123:3, 123:17, 123:19, 131:7, 131:25, 157:23, 166:16, 166:17, 179:15, 203:14, 205:14, 211:5, 214:9, 221:25, 222:5

**course** [22] - 2:21, 28:10, 36:18, 90:18, 116:7, 117:11, 122:23, 126:2, 133:14, 147:5, 166:1, 176:13, 176:14, 182:7, 188:6, 199:7, 199:22, 218:22, 220:20, 221:14

**court** [25] - 30:10, 30:12, 30:14, 46:20, 47:15, 73:19, 79:20, 105:6, 120:23, 121:17, 143:14, 144:17, 144:18,

153:19, 153:22, 155:21, 157:23, 162:8, 162:22, 166:8, 166:11, 167:4

**COURT** [198] - 1:1, 2:2, 2:4, 2:9, 2:12, 2:14, 2:19, 29:20, 30:21, 32:23, 34:23, 34:25, 35:5, 36:8, 36:20, 36:22, 36:25, 37:4, 37:7, 37:13, 38:22, 39:9, 39:11, 48:25, 49:16, 49:23, 50:2, 50:4, 50:6, 50:9, 50:11, 53:8, 53:25, 62:17, 64:24, 65:18, 66:12, 67:18, 81:8, 84:15, 84:23, 84:25, 96:2, 104:17, 105:2, 105:9, 105:12, 105:16, 106:17, 112:17, 115:23, 116:2, 116:17, 116:22, 117:2, 117:8, 117:11, 117:18, 118:3, 118:7, 118:11, 118:14, 118:18, 118:25, 119:3, 119:6, 119:16, 119:19, 119:22, 120:7, 120:11, 120:17, 120:25, 121:8, 121:11, 121:20, 122:5, 122:9, 122:15, 122:18, 122:21, 123:2, 123:6, 123:9, 123:15, 123:25, 124:4, 124:6, 125:7, 125:9, 125:14, 125:23, 126:1, 126:9, 126:11, 126:14, 126:19, 127:10, 127:13, 127:15, 127:18, 127:22, 128:2, 128:16, 128:19, 129:3, 129:6, 129:10, 129:12, 129:15, 129:18, 129:21, 129:24, 130:5, 140:1, 140:25, 141:9, 141:12, 142:9, 142:16, 145:13, 145:15, 145:18, 147:4, 148:4, 148:10, 148:15, 148:17, 148:19, 148:22, 149:1, 149:9, 149:12, 149:16, 149:19, 149:24, 159:25, 160:3, 162:20, 163:4, 163:16, 163:24, 164:11, 164:18, 164:22, 165:1, 165:12, 172:4, 174:13, 178:4, 178:9, 178:23, 180:16, 184:1, 184:10, 187:4, 191:18, 192:11, 192:15, 192:23, 197:15, 197:22, 198:2, 198:14, 198:17, 198:24, 199:1, 201:16, 202:3, 202:5, 203:12, 207:20, 207:24, 208:1, 208:3, 211:5, 213:8,

217:9, 219:17, 219:19, 220:20, 221:9, 221:12, 221:14, 221:18, 221:20, 221:24, 222:2, 222:6, 222:12, 222:15, 223:6, 223:8, 223:12, 223:18, 224:2, 224:6, 224:14

**Court** [27] - 116:19, 167:9, 175:4, 177:7, 179:10, 179:18, 179:21, 181:14, 181:19, 204:9, 204:25, 205:7, 209:8, 209:11, 209:18, 209:20, 214:1, 214:7, 216:1, 216:25, 217:7, 219:7, 220:15, 221:1, 223:1, 223:16, 226:15

**Court's** [9] - 29:19, 30:13, 51:23, 84:13, 95:24, 115:18, 122:7, 122:12, 224:1

**courthouse** [1] - 144:19

**Courthouse** [1] - 1:24

**courtroom** [2] - 2:17, 2:18, 54:2, 54:4, 54:6, 84:24, 116:16, 130:4, 192:10, 219:16, 222:5

**courts** [1] - 106:19

**cover** [2] - 65:16, 68:9

**covered** [1] - 182:21

**covers** [1] - 86:14

**Crack** [1] - 98:14

**crack** [16] - 19:19, 26:19, 26:20, 27:8, 38:10, 39:4, 50:22, 52:25, 72:5, 75:1, 93:12, 95:6, 97:21, 97:22, 98:11, 213:15

**crack's** [1] - 75:2

**cracking** [1] - 95:10

**cracks** [1] - 75:3

**crate** [2] - 60:9, 60:10

**create** [1] - 161:5

**credit** [1] - 131:17

**Cree** [4] - 177:7, 179:10, 179:18, 179:21

**crew** [5] - 6:2, 93:23, 94:4, 94:7, 96:20

**crib** [2] - 96:17, 102:11

**Crime** [6] - 37:17, 37:19, 39:18, 54:15, 211:1, 211:4

**crime** [5] - 74:25, 75:13, 75:14, 105:6

**crimes** [2] - 54:17, 95:8

**criminal** [29] - 10:20, 14:7, 14:8, 29:4, 29:7, 29:10, 29:16, 30:4, 86:8, 104:23, 105:5, 159:6, 159:15, 160:4, 160:5,

160:11, 160:16, 162:6, 162:14, 162:18, 162:25, 163:7, 163:13, 164:6, 164:7, 164:24, 165:5, 174:22, 218:5

**CRIMINAL** [1] - 1:6

**criminals** [1] - 10:19

**Crips** [1] - 34:10

**critical** [1] - 223:14

**CROSS** [20] - 2:23, 8:24, 11:7, 18:18, 39:13, 50:12, 131:3, 134:25, 154:1, 156:21, 225:4, 225:5, 225:5, 225:6, 225:8, 225:9, 225:11, 225:12, 225:12, 225:13

**cross** [9] - 33:3, 115:24, 116:3, 121:22, 123:13, 131:9, 217:18, 219:23, 223:21

**crossed** [2] - 74:5, 150:15

**crossing** [2] - 131:10, 158:14

**crowds** [1] - 78:5

**Crowe** [2] - 1:20, 32:13

**CROWE** [5] - 11:8, 30:20, 32:22, 187:2, 225:5

**crying** [1] - 102:12

**cue** [1] - 85:6

**cued** [1] - 129:4

**custody** [14] - 40:1, 40:8, 41:10, 41:11, 41:23, 43:1, 60:22, 63:19, 133:25, 154:21, 154:22, 155:16, 209:2, 222:22

**Customers** [1] - 98:17

**customers** [2] - 6:20, 9:10

**Cutting** [2] - 51:12, 51:13

**CV** [1] - 126:17

**D**

**DA** [1] - 77:4

**daily** [1] - 86:9

**dangerous** [1] - 143:5

**dark** [1] - 103:13

**Darryl** [9] - 181:7, 199:10, 199:11, 199:19, 199:22, 199:24, 201:4, 207:13, 212:18

**dashed** [1] - 219:21

**data** [2] - 175:1, 214:4

**date** [18] - 29:3, 36:16, 40:19, 41:24, 122:16,

133:22, 133:25, 136:2, 142:18, 159:16, 159:22, 159:25, 160:2, 169:3, 175:23, 197:3, 203:19, 216:18

**dated** [2] - 154:9, 159:18

**dates** [3] - 39:24, 154:11, 156:4

**David** [5] - 115:10, 216:1, 216:4, 216:15, 216:18

**Davis** [1] - 1:13

**days** [2] - 63:1, 157:23

**daytime** [1] - 183:22

**DEA** [12] - 52:8, 56:23, 57:4, 63:19, 63:20, 63:24, 64:3, 65:2, 65:3, 65:10, 67:23, 69:4, 69:12, 99:3, 133:4, 154:21, 159:12, 172:23, 172:24, 174:21

**dead** [3] - 77:11, 95:19, 103:14

**deal** [8] - 4:8, 8:20, 13:16, 78:25, 79:2, 79:3, 79:4

**dealers** [4] - 8:2, 8:7, 31:11, 31:18

**dealing** [14] - 4:7, 5:12, 5:22, 6:21, 8:11, 15:2, 16:12, 19:20, 25:8, 30:4, 44:21, 97:13, 106:2, 224:10

**deals** [1] - 106:2

**dealt** [2] - 4:1, 220:18

**death** [1] - 73:11

**debrief** [1] - 143:25

**debriefing** [2] - 10:3, 10:5

**December** [3] - 115:6, 156:16, 219:2

**decide** [3] - 28:9, 28:15, 133:11

**decides** [1] - 124:22

**deciding** [1] - 71:4

**dedicated** [1] - 99:16

**deducted** [1] - 39:1

**Def** [5] - 78:24, 79:1, 79:6, 173:16

**defend** [1] - 29:10

**Defendant** [4] - 1:17, 1:18, 1:20, 1:21

**defendant** [7] - 33:24, 104:22, 105:5, 117:16, 160:22, 176:24, 212:11

**defendant's** [2] - 33:18, 107:25

**defendants** [30] - 30:10, 104:18, 106:6, 107:25,

109:24, 110:3, 111:6, 112:18, 118:20, 118:24, 119:10, 120:20, 159:14, 160:7, 164:20, 165:6, 175:16, 175:19, 186:2, 186:5, 188:2, 195:15, 196:18, 197:6, 198:4, 218:4, 218:5, 220:10, 221:4

**Defendants** [1] - 1:9

**defendants'** [2] - 120:9, 120:12

**defense** [7] - 29:4, 29:7, 29:12, 29:16, 30:4, 30:6, 32:25, 35:8, 117:15, 121:3, 124:23, 125:19, 126:18, 217:18, 218:9, 218:13, 221:5

**define** [4] - 22:7, 24:2, 24:9, 25:15

**defined** [1] - 13:25

**defining** [1] - 22:3

**definitely** [1] - 166:10

**definition** [1] - 13:23

**degree** [1] - 28:3

**delivered** [1] - 40:13

**demand** [2] - 5:10, 26:17

**demanding** [1] - 80:20

**demographic** [1] - 29:6

**denied** [2] - 122:5, 163:4

**department** [1] - 106:9

**Department** [11] - 66:4, 105:23, 107:12, 107:15, 108:19, 109:8, 109:17, 113:20, 137:18, 172:20, 172:23

**depicted** [1] - 176:7

**depicts** [1] - 175:14

**deputized** [1] - 172:23

**derives** [1] - 6:24

**describe** [2] - 57:21, 175:14

**described** [3] - 44:19, 45:8, 183:6

**description** [7] - 38:23, 41:11, 42:25, 43:1, 46:3, 46:8, 114:17

**Design** [2] - 180:12, 180:24

**designated** [3] - 17:24, 65:10, 69:12

**designation** [1] - 70:9

**designator** [1] - 70:4

**designed** [1] - 61:5

**despite** [1] - 124:16

**destroyed** [1] - 45:16

**detail** [3] - 174:21, 186:9, 187:25

**detainee** [1] - 145:18

**detection** [1] - 178:7

**detective** [5] - 57:1, 172:22, 204:15, 205:4, 206:3

**Detective** [17] - 123:10, 166:8, 174:17, 179:11, 180:11, 181:6, 182:2, 188:22, 192:7, 199:3, 199:4, 199:18, 202:5, 209:16, 213:9, 217:17, 219:20

**detectives** [2] - 159:12, 174:8

**determine** [10] - 3:24, 37:25, 51:20, 51:21, 51:24, 52:1, 52:14, 52:16, 183:16, 208:23

**determined** [1] - 38:2

**determines** [1] - 168:1

**device** [1] - 193:10

**diagram** [1] - 176:17

**dialed** [1] - 185:9

**died** [1] - 102:18

**difference** [1] - 168:18

**different** [38] - 5:9, 8:21, 9:5, 20:5, 20:6, 20:12, 20:16, 21:1, 21:5, 21:6, 21:8, 21:12, 21:16, 22:19, 24:17, 25:2, 29:5, 29:6, 29:8, 74:12, 89:5, 89:24, 108:10, 127:12, 132:3, 149:2, 149:12, 149:13, 152:7, 160:13, 165:18, 174:14, 179:5, 196:21

**Different** [1] - 90:3

**difficulty** [1] - 5:6

**digest** [1] - 158:16

**digits** [1] - 207:7

**dime** [1] - 213:14

**dimes** [2] - 95:12, 95:21

**dining** [1] - 58:12

**dip** [1] - 102:14

**direct** [1] - 10:13, 55:10, 123:4, 139:24, 165:19, 167:16, 184:11, 184:14, 184:15, 217:17, 219:23

**DIRECT** [6] - 35:20, 53:18, 172:15, 225:8, 225:11, 225:15

**direction** [3] - 77:15, 136:22, 188:4

**directly** [4] - 35:16, 53:15, 58:13, 172:11

**disabled** [1] - 37:2

**disclosure** [2] - 106:20, 107:2

**discontinued** [1] -

177:1

**discover** [4] - 26:11, 27:7, 27:20, 28:1

**discovered** [1] - 59:6

**discrepancy** [7] - 43:3, 43:4, 43:6, 43:14, 43:18, 43:23, 43:24

**discuss** [3] - 13:7, 64:21, 71:4, 197:12, 220:6

**discussed** [3] - 63:2, 121:16, 124:11

**discussing** [1] - 71:14

**discussion** [8] - 68:22, 84:18, 95:9, 116:13, 171:10, 184:4, 219:12, 220:21

**disk** [1] - 113:4

**disorganized** [1] - 63:11

**display** [1] - 118:14

**disregard** [1] - 208:3

**disruptive** [1] - 30:14

**dissolve** [2] - 14:13, 14:14

**distance** [1] - 202:18

**distribute** [3] - 11:16, 33:20, 174:11

**distributing** [1] - 19:19

**distribution** [3] - 24:21, 25:7, 185:21

**District** [2] - 161:8, 209:4

**DISTRICT** [2] - 1:1, 1:2

**ditch** [1] - 77:20

**diverted** [1] - 205:8

**dividing** [1] - 152:12

**Division** [6] - 36:1, 40:25, 107:11, 108:19, 109:7, 109:17

**DIVISION** [1] - 1:2

**DLLR** [4] - 106:1, 106:8, 107:8, 107:21

**DLLR's** [1] - 107:5

**DLR** [1] - 131:8

**DNA** [3] - 137:3, 137:5, 137:19

**DOAR** [6] - 39:21, 64:9, 106:13, 138:18, 141:10, 150:2

**Dobropolski** [4] - 75:10, 135:18, 135:24, 136:3

**document** [24] - 36:11, 64:6, 70:2, 74:13, 80:5, 82:2, 88:21, 91:8, 108:14, 109:2, 113:11, 120:24, 132:18, 138:19, 139:11, 139:20, 160:12, 161:5, 161:7, 162:1,

167:9, 168:25, 172:5

**documentation** [1] - 63:2

**documents** [40] - 62:20, 62:22, 63:6, 63:9, 64:2, 64:21, 64:25, 65:3, 65:9, 66:9, 66:22, 66:23, 69:8, 70:3, 71:24, 98:24, 105:19, 105:22, 112:24, 113:14, 114:24, 132:20, 134:11, 138:15, 138:18, 138:23, 139:1, 139:13, 139:15, 142:2, 153:18, 168:20, 168:22, 168:24, 171:6, 174:14

**Dodge** [1] - 206:4

**doe** [3] - 72:18, 72:24, 73:3

**dog** [4] - 77:4, 96:10, 96:19, 102:14

**dogs** [1] - 76:11

**Don** [1] - 205:18

**Donald** [1] - 204:8

**done** [17] - 37:5, 54:22, 57:6, 60:21, 73:8, 73:9, 82:22, 93:20, 117:17, 119:25, 123:14, 137:13, 154:18, 174:20, 198:19, 220:24

**door** [27] - 30:21, 57:22, 83:24, 144:25, 145:16, 146:4, 146:7, 146:8, 146:12, 146:23, 146:25, 147:8, 147:14, 147:17, 147:20, 148:9, 150:3, 150:5, 150:6, 150:11, 150:13, 152:12, 152:17, 209:20, 209:21, 210:1

**door's** [1] - 122:1

**doorway** [1] - 150:8

**doses** [1] - 86:3

**dots** [1] - 89:14

**double** [2] - 70:23, 71:2

**double-sided** [2] - 70:23, 71:2

**doubtful** [1] - 127:25

**DOUG** [1] - 225:4

**dough** [1] - 101:13

**Down** [4] - 72:8, 84:2, 96:12, 199:8

**down** [54] - 9:8, 9:13, 13:7, 40:15, 68:6, 73:7, 77:5, 86:2, 90:17, 90:19, 90:21, 90:24, 91:18, 96:19, 96:23, 96:25, 99:13, 99:14, 99:19, 100:23, 100:24, 101:18, 101:19, 102:19, 113:4, 117:2, 130:8, 145:9, 146:5, 146:9, 146:13,

147:9, 147:16, 147:21, 171:8, 172:6, 173:12, 181:15, 192:9, 193:3, 193:4, 194:23, 195:6, 208:15, 214:15, 215:9, 219:19

**downed** [1] - 73:6

**downs** [2] - 74:24, 95:7

**dozen** [1] - 23:21

**dozens** [1] - 23:21

**draw** [4] - 8:4, 8:8, 145:21, 145:23

**Dreams** [1] - 185:21

**dress** [1] - 100:4

**drifted** [1] - 194:17

**Drive** [1] - 114:15

**drive** [3] - 5:11, 8:3, 28:5

**driver's** [2] - 205:13, 205:16

**drives** [1] - 6:21

**driving** [1] - 205:18

**dro** [2] - 72:15, 72:18

**drop** [1] - 177:25

**dropping** [3] - 82:6, 90:14, 90:16

**drove** [2] - 205:16, 209:7

**Drug** [5] - 90:9, 97:13, 172:19, 173:4

**drug** [50] - 8:2, 8:6, 9:4, 9:12, 10:4, 10:16, 12:9, 12:10, 12:11, 13:16, 16:12, 18:23, 18:25, 19:5, 19:15, 20:8, 21:1, 21:4, 21:9, 21:22, 23:1, 25:3, 25:7, 25:16, 25:21, 27:4, 27:16, 28:2, 28:4, 29:16, 30:6, 31:5, 31:11, 31:17, 32:17, 32:18, 33:10, 34:1, 47:6, 47:19, 63:19, 112:11, 112:13, 112:14, 195:25, 196:7

**drug-related** [2] - 12:9, 112:14

**drugs** [41] - 3:3, 5:6, 5:22, 7:5, 7:17, 11:16, 13:17, 15:2, 19:8, 19:13, 19:20, 20:4, 20:6, 20:12, 20:15, 20:16, 20:23, 20:25, 21:2, 21:5, 21:7, 22:13, 23:13, 23:16, 23:20, 23:21, 25:12, 25:13, 26:13, 27:1, 27:4, 27:24, 31:21, 40:23, 46:21, 46:24, 47:1, 72:6, 112:14

**dual** [2] - 116:18, 223:17

**duck** [3] - 87:23, 96:18

**duct** [1] - 87:11
**dude** [1] - 77:3
**dues** [1] - 17:14
**Duke** [2] - 114:8, 114:15
**duration** [2] - 7:10, 200:6
**during** [18] - 28:9, 67:11, 81:15, 94:18, 106:6, 122:3, 129:18, 131:14, 135:22, 156:18, 172:25, 183:22, 184:16, 196:21, 203:14, 203:18, 221:4, 221:5

## E

**e-mail** [1] - 220:4
**Earl** [3] - 108:15, 112:2, 161:11
**earliest** [1] - 55:11
**early** [4] - 125:20, 186:13, 187:12, 193:1
**earn** [2] - 131:17, 133:13
**earned** [1] - 131:14
**earning** [1] - 112:13
**Earth** [1] - 190:9
**easier** [4] - 9:20, 93:10, 104:20, 112:22
**easily** [1] - 160:23
**eastbound** [2] - 174:16, 194:13
**easy** [1] - 133:8
**Edgecombe** [3] - 193:19, 193:21, 194:14
**Edward** [2] - 110:7, 161:10
**effect** [11] - 73:24, 81:18, 127:25, 151:17, 153:21, 166:1, 166:7, 204:6, 205:11, 205:23, 206:5
**effected** [1] - 207:19
**efforts** [1] - 107:1
**eight** [4] - 28:7, 28:14, 194:7
**either** [15] - 12:11, 12:24, 19:7, 22:5, 25:2, 48:10, 57:13, 58:11, 58:13, 124:20, 125:7, 136:6, 155:1, 158:6, 220:4
**Elder** [1] - 193:17
**Elders** [1] - 192:8
**element** [2] - 157:15, 157:24
**elicit** [1] - 122:2
**eligible** [1] - 131:18
**ELLINGTON** [1] - 225:4

**Ellington** [8] - 2:10, 2:20, 2:25, 9:1, 11:9, 18:20, 29:24, 34:23
**elsewhere** [2] - 15:2, 23:22
**em** [5] - 76:11, 88:11, 88:12, 93:19
**email** [1] - 2:4
**emphasis** [1] - 159:22
**emphasize** [1] - 219:3
**employed** [10] - 35:24, 35:25, 36:2, 36:4, 54:25, 133:1, 133:4, 133:18, 172:19, 172:20
**employees** [2] - 108:3, 212:23
**employers** [1] - 108:2
**employment** [11] - 106:3, 106:8, 107:23, 107:24, 108:6, 108:11, 108:13, 132:24, 168:22, 169:13, 185:21
**Employment** [1] - 107:11
**en** [3] - 205:3, 205:6, 207:21
**enclosed** [1] - 98:24
**encompass** [1] - 189:1
**encrypted** [1] - 10:22
**end** [18] - 9:7, 58:2, 58:3, 77:20, 96:1, 97:2, 117:5, 117:8, 117:21, 119:21, 129:17, 150:8, 161:25, 167:8, 174:16, 188:9, 191:8, 195:3
**endeavor** [1] - 66:10
**endeavoring** [2] - 65:22, 106:16
**ended** [4] - 25:25, 195:5, 203:21, 205:21
**ending** [2] - 110:12, 207:8
**ends** [7] - 95:20, 96:23, 104:12, 158:23, 159:5, 200:4
**endured** [1] - 23:17
**enforcement** [8] - 8:5, 12:25, 54:23, 55:5, 57:5, 59:2, 158:25
**Enforcement** [2] - 172:19, 173:5
**engaged** [1] - 21:11
**English** [1] - 138:10
**enrolled** [1] - 132:3
**enter** [3] - 104:13, 145:3, 223:3
**entered** [4] - 55:20, 57:5, 59:1, 144:24
**entering** [2] - 193:17, 193:21

**enterprise** [2] - 14:20, 162:17
**Enterprises** [1] - 156:17
**enters** [4] - 2:17, 2:18, 84:24, 130:4
**entertain** [1] - 222:20
**entertainment** [2] - 102:15, 114:18
**Entertainment** [9] - 82:6, 90:23, 112:25, 113:15, 114:12, 114:21, 139:9, 173:19, 216:3
**entire** [2] - 98:20, 135:5
**entirely** [1] - 222:16
**entirety** [1] - 88:25
**entities** [1] - 113:19
**entitled** [2] - 128:16, 128:20
**entity** [5] - 19:10, 112:25, 134:7, 134:21, 134:22
**entries** [2] - 177:11, 179:15
**entry** [3] - 16:19, 56:21, 179:14
**envelope** [9] - 41:10, 43:16, 43:20, 44:12, 62:3, 62:7, 62:10, 211:17, 215:24
**envelopes** [1] - 69:1
**epileptic** [1] - 153:20
**equipment** [1] - 58:23
**Erasing** [1] - 78:18
**Ericsson** [1] - 213:4
**Ernest** [1] - 197:7
**error** [1] - 222:17
**erudite** [1] - 121:6
**especially** [1] - 119:9
**Esquire** [1] - 1:16, 1:16, 1:17, 1:18, 1:19, 1:19, 1:20, 1:21, 1:22, 1:22
**essence** [1] - 14:2
**essential** [1] - 106:25
**essentially** [3] - 19:4, 56:5, 69:1
**estate** [5] - 7:25, 21:14, 21:15, 21:16, 21:17
**estimate** [10] - 38:18, 38:24, 38:25, 46:1, 46:3, 52:24, 53:2, 213:18, 219:17
**estimating** [1] - 45:24
**estimation** [2] - 45:7, 45:9
**et** [4] - 163:15, 163:17, 164:15, 226:5
**Eutaw** [2] - 193:8, 193:16
**evening** [1] - 189:18

**event** [10] - 3:17, 5:15, 130:12, 130:20, 134:16, 169:9, 170:13, 217:24, 218:17, 220:8
**events** [1] - 143:18
**eventually** [1] - 205:21
**evidence** [48] - 25:18, 25:19, 27:4, 28:12, 28:15, 28:23, 30:16, 31:24, 32:3, 32:4, 40:2, 40:4, 40:5, 41:10, 43:16, 43:20, 44:2, 44:3, 44:12, 55:20, 56:2, 67:20, 68:15, 81:2, 81:8, 81:10, 84:18, 88:2, 88:17, 119:15, 120:6, 135:7, 137:20, 141:1, 165:5, 174:5, 184:11, 184:13, 184:15, 199:4, 202:7, 206:13, 218:3, 218:7, 218:13, 219:12
**ex** [2] - 222:8, 222:13
**exact** [3] - 30:15, 53:3, 195:3
**exactly** [5] - 47:5, 47:19, 60:1, 120:10, 190:17
**Exactly** [3] - 26:6, 33:25, 57:4
**examination** [6] - 10:13, 121:22, 165:19, 217:17, 217:18, 223:21
**EXAMINATION** [32] - 2:23, 8:24, 11:7, 18:18, 29:22, 35:20, 39:13, 50:12, 52:21, 53:18, 131:3, 134:25, 154:1, 156:21, 168:4, 172:15, 225:4, 225:5, 225:5, 225:6, 225:6, 225:8, 225:8, 225:9, 225:9, 225:11, 225:11, 225:12, 225:12, 225:13, 225:13, 225:15
**examiner** [1] - 92:15
**examining** [1] - 18:22
**example** [4] - 26:17, 175:24, 176:8, 182:12
**exceeding** [2] - 104:24, 105:7
**Except** [1] - 186:25
**except** [1] - 122:23
**exception** [1] - 54:3
**excerpt** [2] - 120:11, 120:12
**excerpts** [3] - 118:23, 120:4, 120:8
**exchanged** [1] - 31:25
**exclusive** [1] - 139:7
**Excuse** [7] - 43:19,

59:8, 75:5, 77:21, 80:16, 83:3, 91:6
**excuse** [7] - 54:1, 117:24, 119:11, 198:22, 217:12, 217:22, 217:25
**excused** [7] - 34:25, 53:9, 84:20, 116:14, 130:18, 219:15, 220:11
**execute** [1] - 209:11
**exhibit** [20] - 36:10, 37:20, 39:5, 50:2, 52:25, 63:20, 66:19, 67:16, 74:12, 97:14, 105:13, 117:13, 117:23, 149:10, 174:10, 186:4, 186:8, 210:9, 212:3, 214:22
**Exhibit** [75] - 36:11, 50:3, 50:4, 52:23, 53:4, 55:20, 59:10, 60:13, 61:7, 61:11, 62:3, 62:7, 62:15, 63:23, 64:11, 65:9, 65:19, 67:16, 68:14, 69:9, 70:1, 70:8, 71:20, 74:10, 75:16, 81:23, 82:15, 85:6, 86:20, 88:6, 88:21, 91:7, 91:15, 92:20, 94:9, 94:14, 94:25, 96:3, 98:25, 99:2, 99:5, 101:1, 101:21, 102:16, 106:13, 109:1, 109:2, 109:12, 110:6, 111:15, 112:1, 113:3, 113:8, 113:9, 132:10, 138:21, 168:23, 170:12, 171:5, 175:11, 179:25, 185:24, 188:1, 188:21, 190:8, 197:5, 203:8, 206:12, 206:23, 207:4, 208:10, 209:14, 210:4, 216:24, 217:1
**exhibits** [8] - 65:16, 81:24, 119:23, 175:10, 210:3, 216:24, 217:19, 220:1
**Exhibits** [1] - 83:17
**existed** [1] - 106:10
**existence** [2] - 15:19
**exits** [2] - 116:16, 219:16
**expand** [2] - 79:10, 80:22
**expect** [3] - 2:10, 217:22, 218:10
**expecting** [1] - 125:19
**expelling** [1] - 61:8
**experience** [8] - 10:19, 14:25, 18:8, 20:9, 54:23, 98:13, 112:17, 177:24
**expert** [14] - 11:15, 33:19, 36:9, 123:23,

123:25, 126:3, 126:5, 126:24, 127:24, 128:1, 128:3, 128:5, 128:7, 128:9
**expertise** [1] - 36:6
**explain** [3] - 53:25, 54:1, 106:17
**explained** [1] - 16:4
**explicit** [1] - 128:24
**explore** [3] - 31:14, 31:20, 32:6
**explosive** [1] - 61:9
**Explosives** [1] - 53:24
**express** [1] - 219:7
**extent** [1] - 10:22
**extra** [1] - 3:6
**eye** [1] - 99:17
**eyes** [2] - 24:20, 25:6

**F**

**face** [2] - 96:8, 169:9
**fact** [34] - 22:20, 25:11, 31:11, 31:13, 31:17, 40:15, 42:16, 42:22, 46:2, 46:23, 47:11, 58:23, 68:24, 68:25, 94:12, 122:2, 122:7, 122:9, 124:9, 132:6, 133:1, 133:20, 140:12, 142:23, 157:13, 176:24, 183:17, 193:10, 195:7, 196:5, 199:22, 209:19, 211:22, 224:3
**factor** [1] - 31:13
**factors** [1] - 216:19
**facts** [2] - 202:9
**factual** [1] - 222:21
**fail** [1] - 133:1
**failure** [1] - 204:3
**fair** [8] - 51:11, 111:10, 122:13, 154:24, 155:19, 166:6, 168:15, 182:1
**fairly** [3] - 14:10, 147:1, 182:11
**fairness** [1] - 219:5
**fake** [1] - 87:13
**familiar** [7] - 18:25, 23:14, 39:20, 48:23, 185:1, 212:8, 213:9
**familiarity** [1] - 57:16
**familiarizing** [1] - 13:3
**family** [1] - 184:5
**famous** [1] - 97:22
**fancy** [2] - 8:1, 164:7
**far** [8] - 81:25, 163:1, 182:21, 185:20, 196:23, 198:21, 209:8, 218:20
**fashion** [2] - 13:19,

89:14
**fashioned** [1] - 129:7
**fat** [1] - 100:21
**fault** [2] - 122:23, 126:22
**favored** [1] - 58:15
**favors** [1] - 58:14
**featured** [1] - 196:8
**February** [7] - 173:13, 176:2, 186:13, 186:14, 186:15, 189:2, 196:25
**federal** [12] - 46:20, 47:15, 57:2, 83:8, 127:15, 130:23, 143:7, 143:14, 156:6, 159:13, 161:10, 174:3
**federally** [1] - 216:17
**feds** [3] - 83:4, 83:8, 102:13
**felon** [2] - 121:25, 122:3
**few** [15] - 5:23, 31:6, 65:15, 66:4, 67:10, 68:25, 95:25, 99:4, 99:13, 104:11, 118:23, 119:8, 155:15, 156:25, 189:12
**field** [1] - 36:9
**fiends** [3] - 75:1, 97:23, 98:15
**Fifth** [2] - 97:5, 124:14
**fifth** [9] - 77:7, 77:8, 77:10, 96:13, 97:8, 99:17, 100:3, 103:16, 104:4
**fifths** [2] - 77:12, 104:6
**fighting** [1] - 86:12
**figure** [7] - 10:25, 51:19, 52:13, 52:15, 53:3, 194:7, 196:11
**figures** [1] - 196:8
**file** [9] - 37:17, 37:19, 111:20, 133:2, 133:3, 133:17, 134:12, 134:17, 222:8
**filed** [13] - 110:3, 111:1, 112:5, 112:6, 113:14, 114:20, 122:11, 126:20, 134:18, 134:22, 142:13, 166:2, 220:16
**files** [4] - 107:11, 108:18, 109:7, 109:16
**filing** [3] - 111:18, 134:10, 222:13
**filings** [2] - 131:21
**fill** [3] - 41:14, 41:17, 93:13
**filled** [1] - 49:11
**film** [8] - 146:17, 146:18, 146:19, 148:13, 148:15, 148:16, 148:20,

150:15
**films** [1] - 79:11
**final** [4] - 190:5, 194:23, 194:25, 199:9
**Finally** [4] - 89:23, 112:1, 112:24, 171:5
**finally** [7] - 60:6, 90:6, 96:14, 109:12, 147:7, 195:10, 216:20
**financial** [1] - 18:5
**financing** [1] - 17:18
**Fine** [1] - 160:3
**fine** [7] - 36:20, 36:21, 75:2, 118:2, 119:7, 129:10, 198:25
**finger** [3] - 89:2, 89:9, 215:9
**Fingerprint** [1] - 146:2
**fingerprint** [4] - 81:6, 81:10, 147:6, 147:15
**fingerprinting** [1] - 152:11
**fingerprints** [4] - 81:13, 136:21, 136:23, 137:2
**fingers** [1] - 74:6
**finish** [9] - 2:10, 89:1, 116:4, 119:3, 119:5, 119:22, 130:16, 157:10, 197:22
**finished** [1] - 165:12
**finishing** [1] - 117:15
**Finney** [1] - 193:19
**fire** [1] - 61:5
**firearm** [9] - 3:25, 61:21, 67:3, 77:12, 83:16, 87:20, 104:7, 136:25, 137:19
**Firearms** [1] - 53:24
**firearms** [11] - 31:25, 54:18, 71:9, 87:19, 92:13, 92:15, 137:4, 157:14, 157:15, 157:25, 158:20
**fired** [1] - 61:3
**firing** [2] - 60:25, 73:15
**first** [46] - 3:5, 12:18, 36:19, 37:24, 38:5, 41:1, 41:3, 41:7, 41:24, 42:6, 50:17, 51:15, 59:1, 59:20, 74:3, 76:25, 88:9, 91:8, 96:7, 96:9, 97:17, 99:12, 99:13, 101:8, 102:5, 102:19, 102:22, 102:23, 113:25, 125:24, 140:4, 147:13, 160:21, 161:16, 163:22, 176:16, 188:13, 193:20, 194:3, 199:9, 199:10, 200:1, 204:12, 214:6, 216:16
**First** [14] - 31:10, 75:16,

75:23, 80:2, 89:7, 90:20, 92:9, 98:3, 113:3, 192:22, 203:25, 208:12, 214:10, 215:14
**firsthand** [2] - 10:10, 13:6
**fiscal** [1] - 108:10
**five** [4] - 14:11, 75:4, 75:5, 118:19, 121:9, 124:21, 152:7, 194:20, 198:18, 200:3, 200:7, 200:9, 200:10, 200:14, 200:17, 213:7, 222:19
**fixed** [1] - 37:4
**Flannery** [3] - 1:19, 148:23, 222:1
**FLANNERY** [2] - 198:13, 201:15
**flashy** [4] - 7:25, 8:3, 8:7, 8:14
**flat** [3] - 95:19, 99:20, 100:21
**flatline** [1] - 95:17
**flatlined** [2] - 95:11, 95:17
**flesh** [3] - 121:2, 126:5, 128:1
**flexibility** [1] - 199:1
**flip** [2] - 89:7, 212:24
**flipping** [2] - 95:6, 152:8
**floor** [1] - 58:2
**floors** [1] - 90:14
**flow** [1] - 101:13
**fly** [2] - 72:6, 100:5
**flying** [1] - 124:2
**fo** [1] - 99:19
**Fo** [1] - 99:20
**focus** [6] - 22:1, 74:16, 74:17, 74:19, 80:9, 221:3
**focused** [2] - 221:3, 222:16
**focuses** [2] - 158:12, 174:20
**fold** [4] - 44:18, 44:19, 46:6, 80:16
**Fold** [1] - 80:16
**folder** [15] - 67:21, 68:1, 68:3, 68:4, 68:7, 68:9, 69:25, 70:3, 70:6, 70:9, 71:2, 99:2, 99:5, 101:21, 102:2
**folders** [1] - 95:25
**folding** [3] - 206:18, 207:2
**folks** [1] - 96:21
**follow** [1] - 27:21
**followed** [1] - 165:7
**following** [10] - 111:20, 112:6, 142:9, 146:14,

181:22, 186:17, 189:18, 199:20, 205:19, 211:13
**fools** [1] - 83:6
**foot** [2] - 58:15
**FOR** [1] - 1:2
**Force** [4] - 172:8, 172:17, 174:17, 177:24
**FORCE** [1] - 225:14
**force** [6] - 56:25, 57:1, 90:19, 159:13, 172:24, 173:4
**Ford** [1] - 206:4
**foregoing** [1] - 226:6
**Forensic** [2] - 35:25, 40:24
**forensic** [3] - 36:1, 36:2, 90:15
**forget** [1] - 127:2
**forgetting** [1] - 32:24
**forgot** [3] - 125:15, 149:2, 185:4
**form** [12] - 15:14, 39:20, 40:3, 45:18, 46:10, 49:11, 49:24, 49:25, 110:18, 114:24, 119:18
**formal** [2] - 6:10, 16:21
**formalize** [1] - 134:17
**formally** [4] - 117:22, 119:8, 119:12, 120:5
**Formally** [1] - 134:7
**formed** [1] - 86:7
**former** [1] - 18:6
**formerly** [2] - 14:21, 15:11
**forming** [2] - 113:19, 115:9
**forth** [5] - 20:19, 79:22, 171:10, 173:12, 220:1
**forward** [3] - 29:2, 95:3, 194:17
**foul** [1] - 78:6
**foundation** [2] - 184:2, 191:16
**founder** [4] - 173:19, 216:1, 216:2, 216:4
**Four** [2] - 97:5, 101:2, 101:5, 170:13, 181:14, 181:18, 209:8, 209:10, 209:18, 209:20, 213:25, 215:25
**four** [34] - 14:11, 29:11, 30:9, 73:6, 77:7, 77:8, 77:10, 77:12, 96:13, 97:8, 100:3, 103:16, 104:4, 104:6, 106:6, 109:24, 110:3, 111:6, 118:20, 118:24, 124:18, 152:7, 159:14, 164:20, 175:16, 175:19, 186:14, 186:18, 189:22, 194:20,

198:18, 204:5, 207:7
**four's** [1] - 91:2
**four-fifth** [5] - 96:13, 97:8, 100:3, 103:16, 104:4
**four-fifths** [1] - 104:6
**fours** [4] - 90:16, 90:17, 90:18, 91:3
**fourth** [2] - 208:15, 223:24
**frame** [4] - 37:1, 131:15, 136:8, 182:23
**fraud** [1] - 181:2
**fraudulent** [1] - 182:4
**Free** [2] - 70:11, 70:14
**free** [1] - 184:13
**freeing** [1] - 130:13
**freeze** [1] - 36:25
**frequent** [1] - 72:21
**frequently** [3] - 184:7, 184:12, 184:16
**fresh** [1] - 196:20
**Friday** [5] - 143:10, 143:16, 143:17, 144:5, 218:24
**friends** [5] - 22:20, 22:23, 22:24, 24:25
**front** [18] - 36:12, 65:1, 68:3, 68:7, 99:6, 101:5, 102:8, 119:24, 144:10, 146:4, 147:9, 150:6, 169:8, 206:19, 209:20, 214:15, 221:22, 224:8
**froze** [1] - 39:12
**frozen** [1] - 36:17
**fuck** [10] - 72:18, 83:2, 83:4, 90:19, 93:9, 96:8, 96:11, 96:21, 96:25, 101:12
**fucking** [5] - 73:12, 89:2, 90:19, 99:18, 102:7
**fucks** [2] - 103:15, 103:20
**full** [4] - 114:11, 125:21, 192:6, 223:16
**fully** [2] - 221:6, 224:8
**functioned** [1] - 61:5
**funeral** [2] - 207:22, 208:6
**fungible** [1] - 40:5
**furnace** [2] - 58:21, 58:23
**future** [1] - 29:3

**G**

**gains** [1] - 122:6
**game** [5] - 89:6, 90:6, 90:8, 90:9, 90:10

**gap** [3] - 15:17, 124:7, 125:10
**gaps** [2] - 125:3, 126:2
**garbage** [1] - 51:10
**GARDNER** [1] - 1:8
**Gardner** [35] - 1:21, 104:13, 104:18, 104:19, 104:21, 104:22, 108:15, 108:22, 108:25, 112:2, 121:24, 122:2, 161:11, 165:23, 166:12, 175:25, 176:9, 176:15, 176:23, 177:2, 177:18, 182:13, 183:1, 184:24, 196:25, 197:13, 197:18, 197:24, 203:14, 208:17, 212:11, 214:14, 215:5, 216:14, 224:9
**Gardner's** [2] - 104:25, 197:4
**gas** [1] - 52:17
**gather** [2] - 59:20, 165:5
**gathered** [1] - 10:3
**general** [3] - 34:2, 99:15, 128:12
**Generally** [3] - 10:21, 14:25, 17:19
**generally** [8] - 3:21, 10:23, 14:7, 17:21, 17:23, 18:8, 18:13, 75:24
**generate** [1] - 168:25
**generated** [1] - 221:4
**generating** [1] - 112:13
**gentleman** [2] - 214:10, 215:21
**gentlemen** [11] - 2:19, 39:23, 64:2, 84:16, 112:18, 121:2, 130:5, 160:23, 174:15, 184:11, 202:7
**geographic** [1] - 29:5
**geographical** [1] - 6:19
**Gerard** [1] - 1:19
**gestures** [1] - 146:14
**giants** [1] - 86:8
**Giganti** [1] - 180:11
**girlfriends** [1] - 18:1
**given** [8] - 6:19, 10:10, 42:7, 46:23, 117:6, 123:12, 170:22, 175:24
**glad** [1] - 220:25
**glaringly** [1] - 179:4
**glass** [1] - 148:7
**glasses** [1] - 45:23
**Global** [4] - 204:11, 205:5, 205:8, 205:9
**globally** [1] - 31:1
**Glock** [6] - 96:9, 211:10, 211:14, 211:19

**gloves** [1] - 102:13
**God's** [1] - 93:12
**gonna** [1] - 102:6
**Goo** [3] - 177:5, 177:8, 177:12
**Google** [1] - 190:9
**Goose** [6] - 127:10, 127:12, 195:16, 195:19, 197:1
**goosey** [1] - 11:4
**Gotta** [2] - 100:2, 100:3
**government** [25] - 35:7, 54:4, 116:17, 117:21, 119:12, 119:24, 120:3, 120:5, 121:14, 121:23, 124:24, 125:1, 125:17, 128:6, 149:10, 160:1, 170:25, 220:16, 222:10, 222:17, 220:20, 223:2, 223:9, 223:13, 224:10
**Government** [17] - 1:15, 36:11, 15:11, 179:25, 185:24, 188:21, 190:8, 197:5, 203:8, 206:12, 206:23, 207:4, 208:10, 209:13, 210:4, 216:23, 216:25
**Government's** [56] - 55:20, 59:10, 60:13, 61:7, 61:11, 62:3, 62:7, 62:15, 63:23, 64:11, 65:8, 65:19, 67:16, 68:14, 69:9, 70:1, 70:8, 71:19, 74:10, 75:16, 77:22, 79:24, 81:23, 82:15, 83:17, 85:6, 86:20, 88:6, 88:21, 91:7, 91:15, 92:20, 94:9, 94:13, 94:25, 96:3, 98:25, 99:2, 99:5, 101:1, 101:21, 102:16, 106:13, 108:25, 109:2, 109:12, 110:6, 111:15, 112:1, 113:3, 113:8, 113:9, 132:9, 168:23, 171:5, 188:1
**government's** [10] - 97:14, 116:5, 117:7, 119:8, 125:16, 126:20, 217:15, 217:21, 220:23, 221:5
**GOVERNMENT'S** [3] - 35:14, 53:13, 172:9
**GPS** [8] - 192:8, 193:10, 193:17, 193:18, 194:1, 194:4, 194:10, 194:19
**grab** [2] - 93:19, 95:4
**Grab** [1] - 192:11
**gram** [1] - 47:20
**grams** [15] - 38:5, 38:6,

38:14, 38:24, 38:25, 39:2, 45:9, 47:12, 47:14, 49:20, 49:25, 50:18, 51:14, 53:1, 53:6
**grand** [12] - 144:10, 146:18, 151:17, 152:4, 152:6, 152:10, 166:18, 166:21, 166:22, 167:12, 167:14, 167:25
**graph** [1] - 52:7
**Great** [2] - 2:9, 222:15
**great** [3] - 61:13, 64:9, 128:13
**greater** [1] - 26:13
**greenery** [1] - 86:5
**Greenery** [1] - 86:6
**greeny** [1] - 86:3
**grew** [2] - 28:8, 31:14
**gross** [7] - 38:5, 38:6, 38:12, 38:15, 46:10, 46:13, 46:23
**grounded** [1] - 71:17
**Group** [2] - 19:2, 161:9
**group** [57] - 3:2, 4:21, 5:22, 7:4, 7:10, 7:20, 8:13, 14:3, 14:10, 14:18, 14:21, 14:24, 15:9, 15:14, 15:18, 15:23, 16:19, 18:21, 18:24, 19:1, 19:5, 19:7, 19:15, 20:1, 20:8, 20:15, 21:9, 22:7, 22:23, 23:8, 23:23, 24:2, 24:9, 24:19, 25:4, 25:9, 25:16, 25:21, 25:24, 28:2, 28:7, 28:14, 28:20, 29:1, 29:4, 29:11, 30:7, 31:5, 31:25, 32:17, 34:10, 54:21, 168:14, 173:1
**group's** [1] - 33:5
**groups** [12] - 12:11, 14:7, 14:8, 16:8, 16:15, 17:6, 32:19, 34:1, 34:20
**growth** [1] - 128:9
**guarantee** [2] - 91:22, 91:25
**guard** [1] - 93:12
**guess** [17] - 13:23, 14:14, 45:3, 59:19, 63:11, 82:14, 116:6, 117:4, 117:20, 125:11, 128:12, 131:10, 155:1, 174:15, 184:24, 196:8, 213:6
**guessing** [2] - 45:6, 45:23
**Gulp** [1] - 24:8
**gums** [1] - 192:4
**gun** [29] - 3:11, 3:17, 3:19, 4:3, 4:18, 15:3,

38:14, 38:24, 38:25, 39:2, 45:9, 47:12, 47:14, 49:20, 49:25, 50:18, 51:14, 53:1, 53:6
**grand** [12] - 144:10, 146:18, 151:17, 152:4, 152:6, 152:10, 166:18, 166:21, 166:22, 167:12, 167:14, 167:25
**graph** [1] - 52:7
**Great** [2] - 2:9, 222:15
**great** [3] - 61:13, 64:9, 128:13
**greater** [1] - 26:13
**greenery** [1] - 86:5
**Greenery** [1] - 86:6
**greeny** [1] - 86:3
**grew** [2] - 28:8, 31:14
**gross** [7] - 38:5, 38:6, 38:12, 38:15, 46:10, 46:13, 46:23
**grounded** [1] - 71:17
**Group** [2] - 19:2, 161:9
**group** [57] - 3:2, 4:21, 5:22, 7:4, 7:10, 7:20, 8:13, 14:3, 14:10, 14:18, 14:21, 14:24, 15:9, 15:14, 15:18, 15:23, 16:19, 18:21, 18:24, 19:1, 19:5, 19:7, 19:15, 20:1, 20:8, 20:15, 21:9, 22:7, 22:23, 23:8, 23:23, 24:2, 24:9, 24:19, 25:4, 25:9, 25:16, 25:21, 25:24, 28:2, 28:7, 28:14, 28:20, 29:1, 29:4, 29:11, 30:7, 31:5, 31:25, 32:17, 34:10, 54:21, 168:14, 173:1
**group's** [1] - 33:5
**groups** [12] - 12:11, 14:7, 14:8, 16:8, 16:15, 17:6, 32:19, 34:1, 34:20
**growth** [1] - 128:9
**guarantee** [2] - 91:22, 91:25
**guard** [1] - 93:12
**guess** [17] - 13:23, 14:14, 45:3, 59:19, 63:11, 82:14, 116:6, 117:4, 117:20, 125:11, 128:12, 131:10, 155:1, 174:15, 184:24, 196:8, 213:6
**guessing** [2] - 45:6, 45:23
**Gulp** [1] - 24:8
**gums** [1] - 192:4
**gun** [29] - 3:11, 3:17, 3:19, 4:3, 4:18, 15:3,

24:13, 24:14, 24:15, 24:17, 24:18, 25:1, 25:2, 25:3, 60:24, 73:6, 83:16, 100:25, 102:7, 102:14, 136:18, 156:6, 158:19, 158:23, 158:25, 159:3, 159:5, 206:15
**guns** [18] - 8:17, 8:18, 21:7, 24:11, 24:13, 31:21, 74:4, 78:12, 84:9, 84:10, 86:3, 87:9, 157:19, 158:6, 158:7, 158:13
**gut** [1] - 78:6
**guy** [8] - 125:4, 125:5, 127:12, 173:17, 173:20, 185:11, 214:13, 214:15

**H**

**habit** [1] - 167:6
**half** [7] - 84:1, 117:16, 124:17, 124:21, 192:4
**halfway** [1] - 84:14
**hall** [2] - 151:7, 152:18
**hallway** [7] - 145:8, 146:5, 146:9, 146:23, 147:21, 151:10, 152:13
**Hammerjacks** [7] - 173:14, 186:16, 186:19, 187:10, 188:16, 197:3, 204:4
**hand** [5] - 20:18, 64:24, 80:20, 146:14, 174:13
**handed** [7] - 49:1, 147:19, 148:12, 170:20, 174:17, 175:11, 198:10
**handful** [1] - 99:4
**handgun** [2] - 97:9, 206:10, 211:10
**Handguns** [1] - 91:4
**handguns** [1] - 91:6
**handled** [2] - 40:1, 40:4
**handles** [2] - 40:11, 113:18
**handout** [1] - 188:20
**handouts** [1] - 174:11
**handwriting** [4] - 64:19, 139:18, 139:19, 155:15
**handwritten** [3] - 69:1, 70:19, 177:5
**hanging** [2] - 99:23, 119:20
**Hanlon** [15] - 1:16, 13:11, 18:21, 18:24, 37:4, 37:5, 64:24, 66:12, 84:25, 96:2, 107:1, 107:3, 121:15, 121:18, 131:10

**HANLON** [35] - 29:23, 35:1, 37:5, 53:11, 53:19, 54:8, 85:1, 104:18, 105:3, 105:10, 105:15, 105:17, 107:4, 112:21, 115:13, 115:15, 116:20, 117:1, 140:2, 140:22, 140:24, 141:8, 142:8, 142:15, 160:1, 162:19, 163:3, 163:23, 164:3, 164:10, 164:16, 168:5, 225:6, 225:11, 225:13
**Hanover** [1] - 193:3
**happy** [5] - 80:2, 118:16, 118:18, 122:23, 223:19
**Hard** [17] - 76:5, 80:2, 80:5, 80:6, 82:2, 82:23, 83:19, 83:20, 85:18, 86:18, 91:8, 91:11, 94:14, 95:1, 97:15, 99:7, 101:9
**hard** [4] - 78:7, 83:18, 89:2, 93:20, 101:10, 192:1, 215:17, 220:24
**HARDING** [54] - 2:3, 2:7, 2:11, 2:13, 35:3, 35:21, 36:24, 37:3, 37:9, 49:14, 49:22, 52:22, 117:12, 118:2, 118:10, 118:13, 118:15, 118:21, 119:2, 119:4, 119:14, 119:18, 119:21, 120:10, 120:13, 122:20, 122:25, 123:4, 123:7, 126:24, 127:23, 128:4, 128:18, 129:5, 129:7, 129:14, 129:16, 129:20, 172:7, 172:16, 184:3, 184:18, 198:16, 198:23, 198:25, 199:2, 202:12, 208:5, 219:18, 220:14, 221:8, 225:8, 225:9, 225:15
**Harding** [41] - 1:16, 2:4, 74:12, 94:12, 115:5, 117:20, 120:8, 123:12, 123:21, 128:3, 129:13, 144:2, 144:6, 144:13, 151:12, 151:16, 151:20, 152:1, 152:10, 152:21, 153:1, 153:6, 153:8, 169:8, 172:18, 184:17, 187:5, 192:13, 192:24, 198:15, 198:17, 201:18, 202:11, 211:5, 217:16, 219:17, 219:22, 220:13, 220:23, 222:19, 223:5
**HARRIS** [1] - 1:7
**Harris** [53] - 1:18, 65:25, 66:7, 66:8, 66:14,

66:20, 66:24, 69:19, 89:10, 89:14, 104:13, 104:19, 105:3, 105:5, 109:1, 109:13, 110:23, 111:2, 111:5, 111:13, 135:24, 136:3, 140:9, 141:5, 141:14, 141:20, 153:19, 155:13, 155:15, 155:17, 155:19, 161:11, 170:12, 170:17, 171:25, 182:18, 183:9, 183:12, 183:21, 184:5, 184:6, 184:12, 184:19, 187:1, 187:8, 187:17, 215:1, 215:3, 215:10, 215:15
**Harris's** [1] - 135:15, 137:1, 153:19, 155:15, 155:16, 182:8, 201:1, 201:13, 201:25
**Hasim** [1] - 185:20
**hat** [2] - 215:10, 215:16
**hate** [1] - 77:2
**haters** [1] - 101:15
**Hayes** [20] - 98:9, 142:21, 145:9, 147:16, 148:8, 148:11, 148:12, 150:23, 151:1, 151:2, 151:3, 151:11, 151:20, 151:24, 151:25, 153:7, 153:8, 170:15, 173:9, 184:6
**Hayes's** [1] - 94:18
**hazardous** [1] - 94:5
**head** [2] - 95:4, 179:6
**headed** [1] - 205:7
**heading** [1] - 205:22
**Health** [1] - 66:4
**hear** [9] - 33:17, 33:22, 88:12, 118:16, 118:18, 120:21, 220:25, 221:6, 223:12
**heard** [40] - 5:18, 12:6, 12:15, 23:13, 34:10, 58:20, 73:18, 73:19, 79:6, 90:6, 90:24, 92:15, 94:17, 97:8, 97:11, 98:6, 98:12, 99:9, 104:6, 104:9, 129:10, 132:8, 137:20, 138:6, 153:21, 163:20, 173:2, 176:12, 176:14, 182:7, 183:18, 184:4, 184:14, 185:12, 200:3, 200:19, 202:8, 207:2
**hearing** [2] - 13:5, 83:15
**heart** [1] - 77:3
**Heart** [1] - 95:19
**hearts** [1] - 86:10
**heat** [2] - 91:21, 91:25

**heater** [1] - 93:20
**heights** [2] - 74:4, 74:7
**Heights** [21] - 74:9, 79:21, 89:4, 89:15, 89:20, 89:21, 97:22, 98:4, 103:11, 103:12, 103:18, 103:19, 141:21, 162:10, 163:19, 164:13, 165:3, 165:9, 168:13, 223:23
**heist** [4] - 96:14, 96:17, 96:19, 96:20
**heisting** [1] - 96:19
**help** [9] - 18:2, 18:11, 22:7, 39:11, 56:5, 56:16, 74:2, 103:10, 180:18
**helped** [1] - 55:23, 175:8
**helpful** [1] - 46:16
**helping** [1] - 55:7
**hereby** [1] - 226:3
**hereunto** [1] - 226:9
**heroin** [3] - 23:3, 23:5, 27:8
**hesitate** [1] - 74:16
**Hickey** [8] - 132:16, 132:17, 132:21, 132:24, 168:22, 169:13, 214:20, 214:24
**hide** [2] - 65:22, 99:16
**hierarchies** [1] - 34:8
**hierarchy** [1] - 16:21
**high** [2] - 8:18, 72:8
**higher** [2] - 26:17, 27:1
**highlighted** [1] - 83:1
**highlighting** [1] - 82:20
**hill** [2] - 194:23, 195:6
**Hill** [1] - 205:24
**himself** [2] - 121:16, 123:11
**hire** [1] - 169:3
**historical** [1] - 222:21
**histories** [1] - 34:13
**history** [1] - 196:22
**hit** [4] - 88:11, 93:19, 193:20
**hits** [2] - 93:8, 124:19
**hitted** [1] - 83:6
**hitting** [4] - 190:3, 190:7, 191:4, 191:8
**ho's** [1] - 72:19
**hold** [1] - 192:14
**Hold** [2] - 72:16, 100:1
**holding** [1] - 75:16
**hole** [1] - 24:24
**holes** [1] - 93:14
**holiday** [1] - 130:23
**home** [12] - 57:23, 72:15, 72:17, 106:22, 109:23, 153:19, 182:8,

187:8, 187:17, 201:1, 201:13, 201:25
**Home** [1] - 100:12
**homes** [1] - 8:4
**Homey** [2] - 99:17, 103:14
**homicide** [2] - 86:13, 159:12
**homicides** [3] - 12:9, 12:19, 174:8
**Honda** [2] - 212:7, 212:8
**honestly** [1] - 133:13
**honesty** [1] - 220:25
**Honor** [132] - 2:11, 2:13, 8:23, 11:6, 29:21, 34:22, 34:24, 35:1, 35:3, 36:5, 36:18, 37:3, 37:6, 37:11, 39:10, 48:24, 49:15, 50:3, 50:7, 50:10, 52:20, 52:21, 54:9, 62:16, 64:18, 64:23, 64:25, 65:16, 66:9, 67:15, 68:18, 70:18, 80:12, 81:7, 84:13, 85:2, 93:22, 95:24, 101:3, 104:12, 105:11, 105:15, 106:16, 107:5, 115:13, 115:15, 115:19, 116:20, 117:1, 117:14, 118:2, 118:10, 120:15, 121:12, 121:21, 123:1, 123:5, 123:11, 123:17, 126:3, 126:7, 126:15, 126:25, 127:2, 127:8, 127:20, 127:24, 128:4, 128:21, 129:5, 130:3, 139:23, 140:2, 140:22, 141:4, 141:8, 141:10, 142:8, 142:10, 145:11, 147:2, 148:13, 148:21, 149:8, 149:15, 153:17, 153:25, 156:20, 160:1, 162:19, 163:2, 163:14, 163:23, 164:3, 164:10, 164:17, 164:21, 167:24, 168:3, 170:12, 172:3, 172:7, 174:11, 178:8, 178:24, 180:14, 183:24, 183:25, 187:2, 191:16, 197:16, 197:23, 198:25, 202:2, 202:4, 203:10, 207:25, 208:2, 213:6, 216:23, 216:25, 217:7, 219:18, 221:8, 221:10, 221:25, 222:3, 223:15, 223:20
**Honorable** [1] - 1:13
**hoods** [3] - 89:5, 89:24, 90:1
**hook** [1] - 148:24

**hooked** [1] - 148:25
**hope** [11] - 93:12, 129:24, 130:6, 130:17, 130:19, 131:7, 217:22, 219:19, 219:20, 219:21, 221:3
**Hopefully** [2] - 75:4, 125:17
**Hospital** [3] - 182:4, 212:20, 213:1
**hot** [2] - 102:20, 102:24
**hour** [3] - 117:16, 123:4, 189:12
**hours** [4] - 123:3, 124:21, 183:23, 203:15
**house** [18] - 3:21, 55:23, 56:3, 56:14, 56:19, 56:20, 57:5, 57:6, 57:8, 57:19, 67:5, 69:20, 135:15, 182:4, 200:20, 202:1, 202:6, 213:25
**housekeeping** [2] - 217:19, 219:25
**housing** [3] - 19:19, 19:21, 20:10
**Houston** [1] - 27:10
**HR** [1] - 85:14
**HS-1** [2] - 132:10, 168:23
**huge** [2] - 7:21, 7:24
**hum** [1] - 51:4
**hundred** [6] - 70:23, 98:21, 154:6, 155:6, 213:18, 213:21
**hurry** [1] - 93:17
**husband** [1] - 201:9
**hustles** [2] - 96:14, 96:16
**hustling** [2] - 97:10, 97:11
**hypothetical** [7] - 20:20, 21:20, 22:18, 30:1, 30:3, 30:4, 30:9
**hypothetically** [2] - 25:19, 26:9
**hypotheticals** [3] - 30:24, 31:8, 32:4

**I**

**I's** [1] - 89:14
**ice** [1] - 96:18
**ID** [1] - 66:14
**idea** [6] - 27:13, 115:23, 154:12, 170:16, 170:17, 170:18
**identification** [1] - 69:16
**identified** [3] - 114:11,

**identify** [5] - 6:17, 40:6, 165:3, 175:18, 195:12
**identifying** [2] - 66:9, 216:19
**III** [1] - 195:21
**illegal** [1] - 50:24
**illicit** [1] - 24:12
**image** [1] - 76:2
**immeasurable** [1] - 219:10
**immediately** [4] - 103:25, 191:5, 199:20, 219:1
**Immigration** [1] - 54:25
**impact** [1] - 130:10
**Impact** [1] - 54:15
**impart** [1] - 13:18
**impartiality** [1] - 219:6
**important** [7] - 4:21, 7:8, 40:11, 44:13, 46:21, 47:5, 47:18
**importantly** [1] - 106:23
**impression** [1] - 130:2
**imprisoned** [1] - 18:6
**imprisonment** [2] - 104:24, 105:7
**IN** [1] - 1:1
**inactive** [1] - 182:24
**inappropriate** [1] - 167:16
**incarcerated** [12] - 121:25, 122:9, 122:13, 122:16, 136:7, 156:2, 156:5, 156:14, 156:17, 165:24, 166:7, 216:17
**incarceration** [1] - 156:4
**incident** [9] - 118:22, 173:14, 186:16, 186:19, 187:10, 187:14, 188:17, 197:3, 204:4
**incidents** [1] - 56:18
**include** [11] - 4:17, 4:18, 38:15, 45:19, 45:20, 47:8, 128:23, 191:14, 195:23, 214:2, 217:4
**included** [3] - 40:3, 49:10, 118:24
**including** [4] - 49:8, 184:5, 188:16, 202:9
**income** [11] - 110:3, 111:19, 112:5, 112:14, 112:22, 122:10, 122:11, 131:11, 131:20, 156:1
**Income** [1] - 131:21
**incoming** [1] - 200:16
**incorporated** [1] - 156:17

**Incorporation** [4] - 114:20, 114:23, 115:4, 173:21
**incorrect** [1] - 124:8
**increasingly** [1] - 122:25
**incurred** [2] - 104:22, 105:5
**indeed** [3] - 102:19, 102:23, 217:11
**Indeed** [1] - 130:17
**independently** [6] - 22:11, 26:11, 27:7, 27:20, 27:25, 34:19
**INDEX** [1] - 225:1
**indicate** [4] - 42:22, 46:13, 46:17, 72:2
**indicated** [9] - 30:5, 62:11, 78:22, 110:18, 123:18, 192:1, 193:18, 194:22, 223:3
**indicates** [4] - 132:16, 162:1, 169:14, 191:8
**indicating** [1] - 80:9
**indication** [1] - 64:6
**indicative** [2] - 107:23, 108:5
**indictment** [10] - 13:7, 13:10, 160:22, 163:22, 164:4, 164:5, 164:9, 223:24, 224:5, 224:6
**indictments** [1] - 224:4
**individual** [18] - 4:10, 4:14, 5:11, 9:16, 11:15, 16:25, 18:11, 23:12, 37:22, 110:9, 111:19, 115:10, 178:10, 178:17, 179:19, 215:6, 215:9, 224:12
**individual's** [1] - 11:25
**individually** [3] - 38:4, 66:23, 217:3
**individuals** [25] - 6:20, 13:5, 14:11, 14:17, 14:20, 15:2, 15:3, 17:7, 17:20, 20:11, 21:11, 22:11, 23:1, 26:10, 29:8, 71:16, 107:14, 108:21, 109:10, 109:19, 115:9, 136:15, 165:7, 175:22, 215:12
**indulgence** [3] - 29:19, 80:12, 115:18
**industry** [1] - 128:10
**infer** [2] - 124:7, 134:10
**inferring** [1] - 124:8
**infested** [1] - 72:8
**inform** [1] - 144:5
**informal** [1] - 124:16
**informants** [2] - 10:4,

10:5
**information** [31] - 10:2, 10:15, 31:10, 41:11, 41:14, 46:18, 65:17, 66:10, 106:20, 107:9, 107:13, 107:22, 108:17, 108:21, 109:5, 109:9, 109:15, 109:19, 110:9, 110:12, 110:22, 170:22, 170:25, 171:3, 174:12, 175:5, 183:17, 183:19, 193:5, 201:17, 204:14
**informed** [2] - 107:8, 142:20, 144:2
**infrared** [2] - 52:8, 52:10
**initial** [5] - 66:1, 118:22, 143:23, 153:9, 153:12
**initiations** [1] - 16:18
**inmates** [1] - 146:6
**Inner** [2] - 100:16, 100:17
**inner** [4] - 26:10, 45:1, 100:19, 100:21
**innocence** [1] - 218:6
**innocent** [1] - 218:5
**inquired** [1] - 106:5
**inquiring** [1] - 112:4
**inquiry** [2] - 107:21, 109:22
**inserted** [1] - 75:14
**inside** [22] - 9:13, 9:14, 9:19, 9:25, 11:25, 43:13, 43:22, 44:3, 44:5, 57:19, 58:23, 59:20, 60:9, 61:20, 61:21, 62:21, 62:22, 63:9, 64:2, 141:6, 141:15, 208:13
**Inside** [2] - 44:10, 44:12
**insignificant** [1] - 7:22
**inspector** [1] - 55:1
**instance** [2] - 52:3, 89:11
**instances** [2] - 33:3, 72:21
**instead** [5] - 5:14, 82:14, 124:21, 138:3, 150:11
**Institute** [1] - 216:16
**institution** [1] - 9:19
**instructed** [1] - 218:4
**instruction** [4] - 116:19, 221:2, 221:6, 223:17
**instructions** [6] - 117:7, 117:10, 202:8, 220:7, 220:17, 220:21
**instrument** [1] - 52:10
**Insurance** [4] - 107:12, 108:19, 109:8, 109:17
**insurance** [9] - 106:7,

107:17, 107:22, 107:23, 108:3, 108:9, 131:14, 131:16, 165:20
**intend** [3] - 120:17, 121:1, 128:25
**intends** [1] - 116:19
**intent** [7] - 11:16, 11:22, 30:20, 33:18, 33:20, 33:23, 204:5
**intention** [1] - 105:15
**intercept** [1] - 205:20
**interdependence** [1] - 22:5
**interest** [3] - 189:11, 219:3, 219:5
**interested** [3] - 107:21, 130:11, 171:25
**interlineated** [1] - 116:23
**interlineations** [1] - 121:15
**Internal** [2] - 109:23, 110:1
**international** [1] - 158:14
**interpret** [1] - 128:5
**interrupt** [1] - 148:10
**interrupted** [1] - 146:16
**interruption** [1] - 35:3
**intersection** [2] - 193:19, 194:16
**interstate** [6] - 157:14, 157:15, 157:24, 158:12, 159:3, 159:6
**interview** [3] - 140:5, 143:25, 153:15
**interviewed** [2] - 140:17, 142:1
**Introduce** [1] - 171:14
**introduce** [4] - 103:15, 103:20, 218:7, 224:4
**introduced** [2] - 4:9, 174:5
**introducing** [2] - 103:25, 171:25
**inventoried** [2] - 63:20, 67:23
**inventory** [2] - 65:4, 69:4
**investigate** [4] - 31:4, 31:7, 31:9, 164:20
**investigated** [2] - 12:9, 12:10, 32:19, 112:12
**investigating** [3] - 32:1, 157:18, 174:7
**investigation** [35] - 12:22, 20:10, 22:9, 31:3, 55:12, 125:2, 159:12, 160:4, 160:6, 160:9, 160:11, 160:14, 162:1,

162:2, 162:5, 162:8, 162:9, 163:7, 164:19, 165:2, 171:24, 172:25, 173:1, 176:21, 183:16, 183:21, 185:2, 195:18, 195:21, 195:22, 195:23, 196:6, 196:20, 196:22, 210:24
**investigations** [8] - 15:1, 20:9, 54:14, 83:12, 97:12, 174:21, 174:22, 178:14
**investigative** [1] - 161:9
**investigator** [2] - 54:20, 55:3
**investigators** [2] - 83:9, 168:14
**invoke** [1] - 124:13
**involved** [15] - 7:21, 7:24, 13:6, 15:5, 21:24, 22:2, 56:5, 56:21, 157:14, 157:20, 157:21, 174:23, 195:18, 208:22
**involvement** [4] - 32:5, 56:1, 157:12, 157:13
**involves** [1] - 175:15
**involving** [3] - 174:22, 196:24, 196:25
**Irene** [4] - 73:19, 199:15, 199:23, 200:2
**irrelevant** [1] - 163:1
**IRS** [5] - 56:24, 110:19, 111:2, 133:8, 166:4
**IRS's** [3] - 110:25, 111:18, 112:4
**issuance** [1] - 56:3
**issue** [8] - 11:15, 30:18, 120:3, 122:7, 127:3, 128:21, 222:25, 224:7
**issued** [6] - 66:17, 107:8, 108:16, 109:5, 109:14, 212:22
**issues** [2] - 84:19, 116:14, 120:3, 126:7, 166:18, 220:18, 223:21
**it'll** [1] - 91:21
**item** [8] - 48:9, 51:6, 51:15, 52:18, 65:19, 70:9, 188:24
**Item** [4] - 38:8, 50:17, 51:13
**items** [21] - 41:13, 42:24, 43:24, 44:18, 45:1, 57:8, 57:10, 57:16, 59:5, 59:9, 59:13, 60:12, 62:4, 62:6, 66:4, 67:10, 69:25, 72:3, 99:4, 105:19
**itself** [4] - 6:24, 50:17, 56:2, 114:2

## J

**J-O-H-N-S-O-N** [1] - 35:19
**jabbing** [1] - 93:20
**jail** [7] - 7:18, 15:10, 18:7, 18:9, 18:14, 33:1, 136:9
**jailhouse** [1] - 139:24
**Jam** [5] - 78:24, 79:1, 79:2, 79:6, 173:16
**jam'** [1] - 78:19
**Jamane** [2] - 127:3, 127:13
**James** [1] - 1:21
**January** [10] - 55:10, 105:4, 159:10, 159:18, 186:13, 188:7, 188:10, 188:11, 198:5
**Jaquetta** [4] - 204:20, 205:15, 207:16, 207:21
**Jason** [1] - 192:8
**Jessup** [1] - 166:13
**jewelry** [1] - 8:1
**Jim** [1] - 39:17
**job** [2] - 56:14, 170:24
**Johnson** [13] - 35:4, 35:12, 35:18, 35:22, 36:10, 37:14, 39:15, 40:17, 50:14, 52:24, 53:8, 127:3, 127:13
**JOHNSON** [2] - 35:14, 225:7
**join** [1] - 15:10
**joining** [1] - 54:20
**joint** [1] - 159:11
**Jones** [1] - 197:25
**journal** [2] - 85:16, 87:1
**Joyce** [2] - 177:6, 177:7
**judge** [4] - 33:21, 135:4, 166:21, 167:20
**Judge** [1] - 1:13, 11:18, 11:22, 33:13, 33:17, 37:11, 120:2, 122:17, 131:5, 220:14, 224:13
**juice** [1] - 211:8
**jump** [1] - 100:1
**Jumping** [1] - 77:5
**June** [1] - 104:21, 105:1, 107:10, 108:18, 109:7, 109:16, 118:21, 142:17, 156:2, 165:24, 177:19
**jurisdictions** [1] - 29:8
**jurors** [7] - 122:21, 167:1, 167:2, 167:12, 167:15, 186:8, 188:20
**jury** [61] - 26:12, 35:5,
39:23, 54:1, 64:2, 64:10, 64:17, 64:23, 75:17, 84:17, 84:23, 99:9, 105:14, 106:17, 106:18, 116:4, 116:15, 117:7, 117:24, 118:14, 119:7, 119:11, 119:24, 120:21, 120:22, 121:2, 128:4, 129:21, 130:6, 131:8, 140:25, 144:10, 146:18, 148:20, 151:17, 152:4, 152:6, 152:10, 155:1, 155:5, 157:1, 166:18, 166:21, 166:22, 167:25, 169:24, 174:11, 174:13, 198:22, 201:16, 202:7, 208:3, 217:9, 219:14, 220:6, 220:17, 221:22, 223:18, 224:8, 224:9
**Jury** [7] - 1:14, 2:18, 84:24, 116:16, 130:4, 219:15, 219:16
**Jury's** [1] - 116:14
**jury's** [6] - 54:1, 63:8, 84:20, 94:22, 101:5, 198:20
**justice** [1] - 30:17
**Juvenile** [1] - 138:6
**juvenile** [1] - 138:8

## K

**K-E-I-T-H** [1] - 172:13
**K-L-A-S** [1] - 53:17
**keep** [16] - 5:7, 14:17, 17:11, 40:23, 48:10, 80:3, 84:19, 96:12, 96:13, 100:22, 102:6, 102:13, 106:24, 116:13, 130:15, 217:24
**keeping** [1] - 101:15
**Keith** [2] - 172:8, 172:13
**KEITH** [2] - 172:9, 225:14
**Kelsey** [1] - 1:17
**Kemp** [6] - 195:15, 195:19, 195:22, 195:25, 196:13, 197:3
**Kent** [1] - 168:17
**Kept** [1] - 86:12
**Kevin** [1] - 173:15
**keyed** [1] - 129:3
**kids** [3] - 96:18, 96:21, 102:12
**kill** [2] - 28:11, 78:23
**killa** [1] - 94:4, 94:7
**killed** [1] - 135:8
**killers** [1] - 96:21
**killing** [1] - 103:24
**kills** [1] - 86:12
**kilograms** [1] - 10:24
**kind** [31] - 3:8, 6:22, 12:6, 15:19, 17:1, 19:3, 19:9, 22:3, 22:5, 24:17, 25:11, 25:24, 28:19, 29:7, 34:14, 51:18, 51:19, 51:24, 54:13, 58:23, 77:20, 77:21, 107:20, 108:2, 115:1, 126:16, 126:18, 127:2, 171:2, 205:20
**kinds** [1] - 7:25
**Kitchen** [1] - 58:20
**kitchen** [17] - 57:20, 57:21, 57:23, 58:2, 58:6, 58:8, 58:12, 58:14, 58:17, 58:18, 59:3, 59:6, 59:8, 60:19, 62:13, 65:6
**Klas** [45] - 53:12, 53:17, 53:20, 54:6, 55:4, 61:7, 61:17, 62:18, 69:10, 69:21, 70:4, 70:22, 74:14, 75:6, 85:2, 88:3, 88:22, 95:16, 96:6, 102:17, 103:23, 104:11, 105:18, 107:20, 112:11, 112:24, 117:16, 121:23, 128:22, 135:2, 138:14, 140:4, 153:17, 154:3, 156:23, 160:9, 163:8, 164:12, 164:23, 166:16, 168:6, 170:15, 173:21, 209:15, 222:3
**KLAS** [2] - 53:13, 225:10
**kneeling** [1] - 215:9
**knife** [7] - 79:22, 157:19, 206:18, 206:23, 206:24, 207:1, 207:3
**knifed** [1] - 73:6
**knit** [1] - 13:25
**knives** [1] - 123:8
**knocked** [1] - 95:12
**knowing** [4] - 8:3, 101:14, 160:17, 194:8
**knowledge** [10] - 10:8, 10:11, 28:4, 45:17, 56:18, 57:6, 174:2, 174:3, 212:14
**known** [5] - 34:13, 170:21, 180:17, 195:16, 207:1
**knows** [1] - 18:14
**Kramer** [2] - 204:8, 205:18
**KURLAND** [21] - 115:25, 117:6, 117:9, 120:2, 120:16, 120:23,
121:5, 121:12, 121:21, 122:7, 122:12, 122:17, 127:16, 156:22, 163:25, 165:17, 223:15, 223:20, 224:3, 224:13, 225:13
**Kurland** [9] - 1:22, 117:5, 120:14, 121:11, 165:13, 168:8, 223:14, 223:19, 224:7
**Kurland's** [1] - 116:23

## L

**L-11** [1] - 36:11
**lab** [9] - 41:4, 47:22, 48:7, 48:16, 50:16, 136:21, 137:3, 137:13, 137:16
**Lab** [5] - 37:17, 37:19, 39:18, 211:1, 211:4
**label** [2] - 72:11, 168:16
**labeled** [3] - 64:3, 65:3, 113:5
**Labor** [5] - 105:23, 107:12, 108:19, 109:8, 109:17
**labor** [1] - 106:3
**laboratory** [3] - 35:6, 35:9, 35:11
**labs** [1] - 137:15
**lack** [4] - 108:5, 108:13, 132:25, 156:1
**ladies** [9] - 2:19, 39:23, 64:1, 84:16, 112:18, 121:1, 130:5, 174:15, 202:7
**Ladies** [1] - 184:11
**Lancaster** [2] - 27:12, 27:13
**Land** [2] - 180:12, 180:24
**land** [6] - 175:15, 181:15, 181:18, 183:19, 200:5, 200:10
**language** [1] - 30:15
**large** [7] - 8:6, 16:10, 16:13, 17:19, 17:20, 34:6, 34:7
**larger** [6] - 14:8, 16:8, 16:15, 17:6, 18:4, 44:11
**Last** [4] - 73:10, 86:11, 97:14, 102:16
**last** [26] - 30:3, 53:16, 63:1, 73:8, 80:5, 91:5, 95:24, 140:20, 141:19, 149:8, 162:2, 162:12, 164:12, 185:5, 185:11, 195:4, 195:7, 195:8, 200:19, 201:3, 203:21,
207:7, 207:15, 208:3, 220:16
**lasted** [3] - 200:2, 201:6, 201:9
**lasts** [1] - 189:22
**late** [6] - 86:3, 119:4, 119:6, 166:12, 219:2, 221:25
**laundering** [1] - 17:22
**Laura** [1] - 1:17
**lavish** [1] - 94:4
**law** [13] - 8:5, 12:25, 54:22, 54:23, 55:5, 57:5, 59:1, 108:1, 116:24, 126:10, 126:11, 158:25, 202:9
**Lawlor** [5] - 1:18, 131:1, 168:20, 221:9, 221:24
**LAWLOR** [18] - 112:16, 131:4, 178:3, 178:8, 183:24, 191:16, 201:14, 202:2, 202:4, 207:18, 207:23, 208:2, 221:10, 221:13, 221:15, 221:19, 221:23, 225:11
**lawyer** [2] - 32:9, 223:19
**Lay** [1] - 184:1
**leader** [1] - 7:8
**leadership** [1] - 7:7
**leading** [2] - 180:15, 189:19
**leads** [5] - 58:5, 58:6, 58:8, 146:4, 165:7
**learned** [7] - 10:4, 10:16, 143:10, 144:12, 180:25, 205:7, 221:16
**least** [9] - 27:24, 149:8, 177:14, 186:11, 186:21, 187:20, 201:13, 217:22, 224:4
**leave** [17] - 33:4, 77:7, 77:9, 83:25, 84:1, 84:17, 87:9, 87:12, 90:14, 90:15, 99:17, 99:20, 99:23, 102:11, 116:12, 219:11, 221:19
**Leave** [2] - 32:15, 78:6, 100:21
**leaves** [1] - 223:18
**led** [2] - 56:3, 216:16
**Lee** [7] - 66:8, 92:18, 109:13, 110:23, 161:11, 182:8, 187:17
**left** [27] - 12:15, 26:4, 26:6, 33:9, 57:23, 80:15, 80:21, 80:23, 81:14, 85:9, 85:21, 85:24, 88:13, 88:16, 88:17, 95:11, 95:18, 100:8,

117:11, 117:22, 119:15, 147:19, 175:3, 201:5, 215:5
**leg** [1] - 206:11
**legal** [2] - 114:11, 114:23
**legitimate** [1] - 134:21
**Len** [1] - 127:6
**length** [2] - 24:6, 196:9
**less** [4] - 27:18, 63:10, 69:2, 192:4
**level** [5] - 3:23, 4:6, 4:8, 4:11, 4:14, 31:18
**Lex** [2] - 80:21, 80:23
**Lexus** [2] - 80:24, 81:1
**Lexuses** [1] - 80:24
**liberties** [1] - 170:8
**licensed** [1] - 24:13
**licenses** [1] - 113:19
**Licensing** [5] - 105:23, 107:12, 108:20, 109:8, 109:18
**lieutenant** [1] - 9:21
**life** [6] - 14:8, 19:10, 73:6, 73:7, 75:3, 89:3, 89:4, 103:14, 121:25, 122:4, 133:8
**light** [6] - 52:7, 52:10, 103:13, 119:9, 128:22, 223:20
**lightning** [1] - 220:5
**lights** [1] - 206:5
**likelihood** [2] - 41:25, 42:2
**likely** [15] - 4:2, 4:5, 16:8, 16:15, 16:18, 16:21, 16:24, 17:6, 17:11, 17:14, 17:17, 18:5, 122:25, 124:24, 151:8
**limine** [1] - 126:20
**limit** [1] - 47:20
**Limited** [1] - 114:12
**limited** [5] - 35:10, 176:4, 182:11, 183:6, 221:21
**line** [26] - 21:18, 24:20, 76:25, 77:6, 78:9, 85:16, 86:2, 88:9, 95:19, 97:17, 99:12, 101:8, 104:1, 137:23, 140:20, 158:14, 162:2, 175:22, 181:15, 181:18, 183:19, 185:22, 189:23, 200:5, 200:10
**linen** [1] - 96:13
**lines** [7] - 63:10, 95:9, 96:12, 105:11, 158:1, 175:15, 202:18
**Link** [1] - 174:25
**linoleum** [1] - 58:2

**lips** [6] - 76:10, 77:2, 77:19, 102:6, 102:7, 102:8
**Lisa** [1] - 193:9
**list** [3] - 181:25, 182:2, 212:17
**listed** [19] - 45:1, 110:15, 131:22, 161:16, 177:4, 177:5, 177:10, 178:21, 179:13, 180:6, 180:8, 180:12, 181:2, 182:4, 182:5, 185:8, 199:19, 208:19, 213:5
**listened** [1] - 173:9
**Listening** [1] - 10:18
**lists** [1] - 17:11
**live** [4] - 83:2, 83:3, 89:4, 128:1
**lived** [1] - 140:9
**lives** [1] - 193:9
**livin** [1] - 94:4
**living** [10] - 10:9, 53:22, 58:5, 58:6, 58:8, 58:15, 67:5, 67:9, 67:11, 67:12
**LL's** [1] - 97:24
**Llama** [9] - 59:12, 59:15, 60:15, 60:25, 61:17, 61:18, 61:19, 67:3, 136:18
**loaded** [4] - 61:18, 61:23, 100:22, 175:5
**local** [2] - 57:1, 202:17
**localized** [1] - 17:23
**locate** [2] - 173:24, 204:12
**located** [4] - 101:2, 141:22, 189:24, 205:8
**location** [7] - 6:21, 55:16, 180:13, 190:10, 204:10, 204:19, 205:6, 205:9, 205:11, 205:17, 208:9, 209:7, 209:8, 209:12, 209:17, 210:22, 216:21
**locations** [4] - 20:5, 204:9, 204:12, 209:9
**Loch** [1] - 196:15
**lock** [3] - 41:4, 100:23
**lockdown** [1] - 136:13
**locked** [26] - 9:16, 9:19, 9:24, 18:9, 33:1, 33:6, 84:8, 84:10, 135:24, 136:1, 136:4, 136:15, 144:24, 146:6, 146:12, 146:23, 146:25, 147:13, 147:17, 148:9, 150:3, 150:13, 197:25, 203:5, 203:15
**lockup** [9] - 139:24, 144:18, 144:25, 146:13,

146:22, 147:9, 147:17, 153:7, 153:9
**logo** [2] - 206:20, 213:20
**Lombard** [1] - 1:25
**look** [20] - 31:13, 31:17, 31:24, 32:3, 32:10, 42:9, 49:1, 64:15, 76:15, 81:16, 117:3, 125:16, 128:17, 141:9, 141:12, 149:20, 153:2, 159:23, 186:9, 188:18, 214:3, 215:17, 218:21
**looked** [4] - 59:20, 59:23, 60:1, 180:21
**looking** [20] - 2:8, 29:2, 42:25, 71:15, 75:19, 87:13, 93:25, 94:13, 146:19, 146:21, 146:22, 148:3, 148:4, 150:13, 152:15, 152:18, 168:24, 179:12, 195:9
**looks** [7] - 40:17, 74:5, 116:7, 139:13, 139:15, 150:5, 150:8
**Looks** [4] - 153:5, 174:14, 188:9, 194:12
**looney** [1] - 93:18
**loop** [2] - 194:3, 194:8
**looped** [1] - 193:18
**looping** [1] - 194:10
**loops** [1] - 194:9
**loose** [4] - 7:5, 9:18, 211:3, 216:20
**Loosely** [1] - 23:25
**loosely** [2] - 13:25, 23:24
**looses** [1] - 210:17
**loosey** [1] - 11:4
**Lorcin** [1] - 206:10
**lose** [2] - 5:2
**losing** [3] - 72:16, 89:3, 89:8
**lost** [1] - 89:2
**louder** [1] - 74:5
**Louis** [2] - 39:11, 39:12
**love** [4] - 39:10, 75:3, 89:3, 96:20
**lower** [2] - 215:8, 215:9
**loyal** [1] - 99:16
**LR-1** [1] - 106:13
**LR-2** [1] - 109:12
**LR-3** [1] - 109:2
**LR-4** [1] - 109:1
**lunch** [6] - 115:21, 116:2, 116:9, 116:11, 120:5, 130:18
**Luncheon** [1] - 121:10
**luncheon** [2] - 117:2, 218:1

**lungs** [3] - 76:10, 86:4, 86:6
**Lyles** [1] - 173:15
**Lyles's** [1] - 173:12
**Lynch** [4] - 123:21, 222:4, 222:7, 222:23
**lyric** [1] - 71:5
**lyrics** [34] - 68:19, 69:1, 69:5, 70:16, 70:19, 70:24, 71:15, 72:25, 75:24, 81:15, 81:16, 82:9, 82:13, 89:13, 127:24, 128:7, 128:14, 128:24, 129:1, 129:2, 135:14, 136:13, 154:7, 154:11, 154:13, 154:16, 154:18, 154:20, 154:21, 154:25, 155:7, 155:10, 155:12, 169:19

## M

**ma'am** [2] - 7:3, 7:6
**Mac** [1] - 100:22
**machine** [1] - 36:17
**maddest** [1] - 94:5
**magazine** [10] - 61:16, 61:19, 61:20, 61:23, 62:9, 211:10, 211:14, 211:16, 211:20
**magazines** [1] - 87:20
**Magginson** [3] - 73:20, 199:16, 200:2
**Magginson's** [1] - 199:23
**Magic** [1] - 36:24
**magistrate** [1] - 166:22
**mail** [14] - 66:19, 73:20, 73:23, 189:14, 189:16, 189:20, 199:16, 199:23, 200:19, 201:5, 202:20, 202:24, 216:20, 220:4
**main** [3] - 76:20, 76:22, 174:20
**Maintenance** [1] - 69:15
**major** [1] - 195:25
**majority** [2] - 66:24, 154:12
**male** [1] - 78:24
**Mall** [1] - 193:4
**Mama** [2] - 127:14, 127:15
**man** [3] - 84:8, 84:10, 195:15
**mandatory** [2] - 47:2, 47:15
**manner** [2] - 219:8, 226:8
**manpower** [1] - 209:9

**manufactured** [4] - 158:6, 158:8, 158:19, 158:20
**map** [4] - 190:9, 191:19, 192:1, 192:8
**March** [5] - 156:11, 176:17, 181:16, 196:25, 198:5
**marijuana** [3] - 206:20, 213:14, 213:15
**mark** [1] - 200:4
**marked** [31] - 36:10, 50:1, 53:4, 55:9, 59:10, 60:13, 62:7, 62:15, 67:15, 70:1, 71:19, 74:10, 74:11, 81:23, 88:20, 91:14, 102:2, 110:6, 118:12, 132:9, 139:19, 168:23, 169:21, 185:23, 206:1, 206:3, 206:6, 209:13, 209:14, 216:23, 217:4
**market** [1] - 24:12
**Marshal** [1] - 127:6
**marshal** [2] - 127:18, 127:19
**marshal's** [1] - 144:20
**marshals** [5] - 147:7, 147:16, 147:19, 148:12, 152:11
**MARTIN** [26] - 1:8, 8:25, 81:7, 115:19, 129:23, 130:3, 135:1, 140:3, 141:3, 141:16, 148:18, 148:21, 148:23, 149:2, 149:7, 149:11, 149:14, 149:22, 149:25, 183:25, 184:9, 198:12, 214:22, 221:25, 225:5, 225:12
**Martin** [39] - 1:19, 1:20, 37:17, 39:17, 50:2, 50:4, 52:23, 53:4, 108:24, 109:4, 111:16, 141:2, 148:10, 156:1, 156:17, 161:11, 166:17, 169:18, 170:14, 171:5, 176:1, 176:25, 177:6, 178:20, 179:7, 179:17, 179:18, 179:23, 182:19, 183:1, 183:4, 184:20, 196:14, 196:24, 197:3, 203:14, 207:16, 208:15
**Martin's** [2] - 50:3, 177:7
**Marvin** [1] - 215:23
**Mary** [3] - 1:24, 226:3, 226:14
**MARYLAND** [1] - 1:2
**Maryland** [37] - 1:12, 1:25, 35:25, 39:18,

40:24, 55:17, 66:4,
66:17, 69:15, 104:23,
105:6, 105:19, 105:23,
106:8, 107:11, 108:1,
108:8, 108:19, 109:7,
109:17, 113:15, 113:18,
113:20, 114:1, 134:5,
134:8, 134:23, 158:8,
158:10, 158:23, 161:9,
161:14, 180:12, 180:24,
193:4
  **mask** [1] - 102:13
  **match** [1] - 43:1
  **matching** [4] - 107:13,
108:20, 109:9, 109:18
  **material** [1] - 129:1
  **materials** [2] - 69:24,
116:12
  **math** [2] - 55:4, 111:8
  **matrix** [1] - 60:8
  **matter** [6] - 18:9,
159:21, 168:11, 219:5,
226:4, 226:8
  **matters** [4] - 34:4,
217:19, 219:25, 222:21
  **McCaffity** [27] - 81:5,
81:11, 88:18, 104:10,
135:8, 176:10, 180:4,
180:21, 185:2, 185:16,
185:19, 185:25, 186:5,
186:10, 186:18, 187:16,
188:3, 188:6, 188:16,
189:7, 189:9, 189:13,
189:23, 190:1, 190:6,
192:25, 193:22
  **McCaffity's** [4] - 180:6,
185:5, 188:12, 189:5
  **McCaffity/Brown** [2] -
190:23, 191:2
  **mean** [54] - 5:15, 9:23,
13:14, 13:21, 17:1,
17:20, 19:12, 19:16,
21:11, 21:14, 21:17,
22:9, 25:6, 26:16, 26:24,
28:2, 28:3, 28:20, 29:15,
51:5, 51:22, 51:23,
63:12, 73:3, 73:14, 74:8,
77:9, 82:8, 82:12, 83:8,
83:14, 90:1, 90:4, 90:8,
90:22, 95:17, 98:12,
103:23, 119:21, 119:22,
121:3, 122:10, 128:8,
132:25, 133:17, 143:4,
145:1, 145:18, 164:23,
167:5, 194:21, 206:1,
211:19, 221:12
  **Meaning** [2] - 39:1,
201:21
  **meaning** [2] - 10:22,
49:8

  **meanings** [1] - 128:6
  **means** [4] - 7:24, 51:6,
120:9, 120:11
  **meant** [3] - 13:14,
83:24, 117:8
  **meantime** [1] - 116:11
  **media** [1] - 219:13
  **meet** [1] - 4:12
  **meeting** [2] - 4:14,
142:11
  **Meineke** [1] - 212:5
  **member** [3] - 18:6, 31:5
  **Members** [4] - 35:5,
106:18, 116:4, 217:9
  **members** [13] - 3:2,
5:23, 6:1, 16:25, 17:11,
17:25, 18:9, 31:25,
161:12, 164:24, 165:3,
165:8, 184:5
  **memo** [2] - 159:17,
159:18
  **memorandum** [1] -
220:23
  **memory** [1] - 159:17
  **men** [1] - 86:6
  **mention** [2] - 10:12,
185:4
  **mentioned** [7] - 3:2,
4:20, 32:12, 75:17,
173:17, 220:14, 222:9
  **mentioning** [2] -
106:22, 121:25
  **messed** [2] - 83:24,
83:25, 84:1
  **met** [5] - 24:25, 135:24,
136:1, 136:3, 165:7
  **metal** [1] - 61:12
  **Michael** [2] - 1:16, 1:18
  **microcrystalline** [1] -
52:5
  **microphone** [2] -
192:11, 192:16
  **mid** [2] - 125:18, 186:13
  **middle** [2] - 65:25,
192:10
  **midnight** [1] - 189:15
  **might** [22] - 3:15, 5:22,
6:23, 26:14, 39:11,
64:17, 66:3, 74:4, 93:1,
111:9, 115:5, 121:5,
121:18, 129:16, 130:8,
140:14, 148:24, 150:10,
157:8, 177:25, 178:11,
208:21
  **mike** [3] - 35:16, 53:15,
172:11
  **mile** [3] - 192:2, 192:3,
192:5
  **miles** [1] - 192:6
  **milk** [2] - 60:9, 60:10

  **millimeter** [6] - 206:10,
211:11, 211:14, 211:19,
211:22, 211:25
  **millions** [1] - 79:12
  **mills** [1] - 79:11
  **Mills** [4] - 79:12, 193:4,
204:11, 204:24
  **mind** [14] - 13:18, 22:7,
23:23, 28:2, 28:20,
29:17, 77:7, 83:25, 84:1,
84:19, 89:3, 116:14,
125:21, 163:12
  **mindful** [1] - 71:14
  **minds** [1] - 11:25
  **mine** [1] - 32:15
  **minimum** [2] - 47:2,
47:15
  **minivan** [3] - 206:4,
206:5
  **minor** [1] - 117:4
  **minute** [19] - 22:18,
74:16, 84:20, 125:11,
127:10, 148:25, 157:8,
167:22, 167:24, 187:25,
189:6, 189:7, 189:22,
190:6, 194:5, 194:23,
200:4, 201:21
  **minutes** [31] - 84:21,
115:19, 115:20, 116:1,
118:4, 118:19, 119:8,
124:21, 189:12, 194:20,
195:5, 198:19, 198:23,
200:3, 200:6, 200:7,
200:9, 200:10, 200:14,
200:17, 201:6, 201:10,
201:22, 203:20, 205:15,
211:5, 213:7, 221:25
  **miscellaneous** [2] -
67:10, 69:8
  **mislead** [1] - 130:6
  **missed** [2] - 43:15,
155:4
  **Missile** [1] - 99:22
  **missile** [2] - 99:23,
99:25
  **missing** [1] - 111:23
  **misspoke** [1] - 146:8
  **misspoken** [1] - 140:14
  **mistaken** [1] - 204:24
  **MITCHELL** [1] - 1:7
  **Mitchell** [84] - 1:17,
5:18, 107:6, 107:17,
110:7, 110:10, 110:20,
114:14, 115:10, 131:9,
131:11, 132:1, 133:20,
136:4, 136:7, 136:9,
159:14, 160:5, 160:11,
160:16, 160:21, 161:10,
161:12, 161:17, 161:22,
162:6, 162:14, 162:18,

162:24, 163:6, 163:13,
163:15, 163:17, 164:6,
164:7, 164:15, 164:24,
169:1, 180:3, 181:4,
181:21, 182:12, 182:17,
183:3, 183:9, 183:21,
184:7, 184:12, 184:23,
186:10, 186:18, 186:25,
187:23, 188:6, 188:15,
189:5, 189:9, 189:14,
189:22, 190:6, 192:25,
193:22, 195:4, 195:7,
199:11, 201:13, 201:25,
203:14, 203:17, 205:5,
206:8, 206:18, 206:24,
207:11, 209:1, 209:23,
214:12, 214:18, 214:24,
215:11, 215:19, 216:2,
222:22, 226:5
  **Mitchell's** [11] - 132:23,
168:22, 181:11, 181:16,
190:3, 191:4, 191:12,
200:22, 203:5, 204:19,
216:21
  **mixed** [1] - 51:10
  **MJOA** [1] - 221:11
  **mob** [2] - 76:12, 76:17
  **Mobile** [2] - 191:20,
191:23
  **modifications** [1] -
121:13
  **moment** [13] - 29:19,
50:5, 59:14, 62:13,
93:22, 101:3, 102:9,
115:13, 124:22, 140:25,
170:4, 192:9
  **moment's** [1] - 80:12
  **moments** [3] - 180:23,
203:21, 205:12
  **Monday** [5] - 116:9,
117:23, 119:11, 123:16,
123:19, 125:7, 125:20,
130:22, 143:14, 143:21,
144:8, 144:14, 146:16,
218:11
  **monetary** [1] - 17:14
  **Money** [1] - 73:4
  **money** [19] - 7:20, 7:21,
8:10, 8:11, 17:21, 17:22,
18:1, 18:2, 18:12, 27:16,
28:1, 31:21, 32:8,
112:13, 197:20, 197:24,
213:20
  **monitor** [5] - 36:22,
37:1, 40:20, 210:21,
215:9
  **monitoring** [2] - 10:16,
10:17
  **monitors** [1] - 36:20
  **Montgomery** [1] -

208:22
  **month** [2] - 24:16,
108:11
  **months** [4] - 169:10,
169:12, 169:16
  **morgue** [1] - 90:15
  **morning** [38] - 2:6,
2:19, 2:25, 3:1, 9:1, 9:2,
11:9, 11:10, 18:20, 24:7,
29:24, 29:25, 35:12,
35:13, 35:22, 35:23,
39:15, 39:16, 50:14,
50:15, 53:20, 53:21,
84:16, 117:24, 118:4,
125:18, 135:13, 136:13,
136:19, 137:24, 138:14,
139:23, 143:14, 173:2,
173:21, 187:12, 219:14,
223:16
  **most** [14] - 10:21,
34:10, 35:8, 54:18, 72:8,
97:22, 106:23, 157:9,
158:4, 172:25, 180:21,
182:25, 183:17, 196:20
  **Most** [3] - 54:20,
155:14, 182:20
  **mostly** [1] - 18:22
  **mother** [2] - 140:10,
204:20
  **mother's** [1] - 204:10
  **motion** [7] - 126:19,
126:20, 126:22, 127:23,
128:17, 220:16, 221:19
  **motions** [11] - 117:25,
119:12, 119:14, 119:19,
125:19, 220:2, 220:15,
220:18, 220:19, 220:22,
221:13
  **motive** [1] - 197:12
  **mouth** [2] - 100:24,
100:25
  **Move** [4] - 191:16,
192:23, 202:4, 208:2
  **move** [16] - 77:14,
78:14, 80:15, 93:25,
94:3, 94:12, 100:8,
118:15, 165:18, 171:11,
175:11, 178:8, 178:19,
198:14, 207:18, 207:23
  **movie** [1] - 193:5
  **moving** [2] - 79:21,
157:15
  **Moving** [4] - 85:20,
99:2, 102:9, 198:7
  **MR** [193] - 2:3, 2:7, 2:11,
2:13, 2:16, 8:25, 11:8,
18:19, 29:23, 30:18,
30:20, 32:22, 35:1, 35:3,
35:21, 36:21, 36:24,
37:3, 37:5, 37:9, 38:20,

39:10, 39:14, 49:14,
49:22, 50:10, 50:13,
52:22, 53:11, 53:19,
54:8, 81:7, 85:1, 104:18,
105:3, 105:10, 105:15,
105:17, 107:4, 112:16,
112:21, 115:13, 115:15,
115:19, 115:25, 116:20,
117:1, 117:6, 117:9,
117:12, 118:2, 118:10,
118:13, 118:15, 118:21,
119:2, 119:4, 119:14,
119:18, 119:21, 120:2,
120:10, 120:13, 120:16,
120:23, 121:5, 121:12,
121:21, 122:7, 122:12,
122:17, 122:20, 122:25,
123:4, 123:7, 123:10,
125:24, 126:2, 126:10,
126:12, 126:15, 126:21,
126:24, 127:1, 127:12,
127:14, 127:16, 127:17,
127:20, 127:23, 128:4,
128:18, 129:5, 129:7,
129:14, 129:16, 129:20,
129:23, 130:3, 131:4,
135:1, 140:2, 140:3,
140:22, 140:24, 141:3,
141:8, 141:16, 142:8,
142:15, 148:18, 148:21,
148:23, 149:2, 149:7,
149:11, 149:14, 149:22,
149:25, 154:2, 156:22,
160:1, 162:19, 163:3,
163:23, 163:25, 164:3,
164:10, 164:16, 165:17,
168:5, 172:7, 172:16,
178:2, 178:3, 178:8,
183:24, 183:25, 184:3,
184:9, 184:18, 187:2,
191:16, 197:14, 197:19,
197:21, 197:23, 198:1,
198:8, 198:12, 198:13,
198:16, 198:23, 198:25,
199:2, 201:14, 201:15,
202:2, 202:4, 202:12,
207:18, 207:23, 208:2,
208:5, 214:22, 219:18,
220:14, 221:8, 221:10,
221:13, 221:15, 221:19,
221:23, 221:25, 223:15,
223:20, 224:3, 224:13,
225:5, 225:5, 225:6,
225:6, 225:8, 225:8,
225:9, 225:9, 225:11,
225:11, 225:12, 225:12,
225:13, 225:13, 225:15,
**MS** [25] - 2:24, 30:19,
115:18, 118:6, 123:17,
124:2, 124:5, 125:6,
125:8, 125:13, 125:22,

128:21, 129:11, 163:14,
164:21, 164:25, 180:14,
203:10, 222:3, 222:11,
222:14, 223:4, 223:7,
223:11, 225:4
  **muffle** [1] - 95:4
  **multiple** [5] - 5:4, 7:8,
56:9, 221:2, 221:6
  **murder** [27] - 12:7,
81:5, 81:11, 92:18,
95:19, 176:10, 176:11,
177:20, 180:5, 180:21,
180:23, 181:10, 181:22,
184:20, 189:19, 190:10,
190:23, 191:2, 191:5,
191:14, 191:22, 192:2,
195:14, 197:4, 197:25,
204:5, 207:14
  **murders** [3] - 32:5,
176:20
  **muscle** [1] - 95:5
  **music** [7] - 72:10,
72:11, 79:15, 114:17,
128:10, 128:15
  **Muslims** [1] - 170:8
  **must** [1] - 3:22

## N

  **N-1** [1] - 206:12
  **N-2** [1] - 208:11
  **N-3** [1] - 208:18
  **N-4** [1] - 206:23
  **N-45** [6] - 63:24, 64:3,
64:6, 138:21, 139:12,
169:21
  **N-46** [2] - 65:3, 65:10
  **N-47** [6] - 67:23, 69:5,
69:13, 69:23, 70:4, 171:6
  **N-5** [1] - 207:4
  **name** [80] - 6:13, 6:16,
6:17, 6:19, 6:20, 6:21,
6:24, 12:8, 16:9, 16:10,
16:11, 16:14, 16:16,
35:17, 36:17, 37:16,
40:15, 41:22, 53:16,
65:23, 65:24, 66:7,
66:14, 66:20, 66:24,
69:18, 83:16, 113:25,
114:1, 114:11, 154:24,
155:6, 155:9, 155:11,
155:19, 155:20, 155:22,
155:23, 155:24, 160:14,
160:15, 160:23, 160:24,
160:25, 161:2, 161:3,
161:15, 161:16, 161:22,
162:14, 163:1, 163:18,
163:20, 163:22, 164:1,
164:8, 168:14, 172:12,

172:13, 173:20, 177:5,
178:16, 179:5, 179:6,
179:18, 180:7, 181:1,
185:12, 195:15, 212:6,
216:1, 216:21, 223:22,
224:5, 224:12
  **named** [8] - 36:16,
107:14, 108:21, 109:10,
109:19, 115:10, 160:21,
216:15
  **names** [12] - 16:24,
17:2, 17:3, 17:4, 17:5,
17:7, 34:8, 168:9,
168:10, 178:15, 182:24
  **narcotics** [11] - 54:16,
54:18, 71:6, 98:16,
141:6, 141:15, 141:20,
142:25, 161:12, 213:23
  **narrative** [2] - 161:7,
161:14
  **Natasha** [1] - 201:7
  **nation** [1] - 30:5
  **Naturalization** [1] - 55:1
  **nature** [4] - 17:12,
17:22, 18:3, 178:14
  **near** [5] - 57:24, 58:12,
88:4, 96:1, 97:2
  **nearly** [1] - 30:16
  **necessarily** [4] - 7:2,
22:21, 30:6, 133:15
  **necessary** [1] - 28:11
  **neck** [4] - 87:10, 87:25,
88:4
  **need** [22] - 3:25, 31:10,
40:7, 74:1, 74:17, 80:1,
99:16, 103:10, 106:19,
116:8, 119:24, 130:7,
145:13, 147:4, 159:19,
175:2, 195:12, 207:10,
217:11, 217:15, 220:10,
223:1
  **needed** [2] - 197:20,
197:24
  **needs** [1] - 37:2
  **neglected** [1] - 75:23
  **neglecting** [1] - 80:3
  **neighborhood** [1] -
194:7
  **neighborhoods** [1] -
90:3
  **net** [4] - 38:18, 38:25,
46:11, 46:14
  **never** [19] - 24:24,
73:12, 90:19, 95:9,
102:14, 117:16, 117:17,
137:19, 142:12, 146:7,
147:9, 155:19, 162:15,
162:16, 165:15, 198:8,
199:15, 203:1, 207:2
  **Never** [1] - 170:23

**New** [2] - 27:11, 55:2
  **new** [1] - 4:12
  **next** [32] - 35:5, 50:20,
51:3, 72:7, 78:9, 78:14,
79:9, 83:23, 87:8, 88:10,
100:6, 102:20, 102:24,
104:1, 124:7, 125:3,
125:10, 130:25, 176:6,
188:1, 188:20, 191:19,
191:24, 192:5, 193:6,
193:13, 194:15, 200:10,
200:12, 206:21, 209:15,
218:13
  **Next** [3] - 90:12, 172:6,
218:2
  **nexus** [1] - 158:12
  **nickel** [2] - 213:14
  **Niedermeier** [5] - 166:8,
179:11, 181:7, 199:4,
199:18
  **nigga** [21] - 75:3, 75:4,
76:11, 77:19, 87:10,
91:20, 93:10, 93:12,
93:13, 93:17, 93:18,
93:19, 93:21, 94:4, 94:5,
96:9, 102:19, 102:20,
103:2
  **niggas** [26] - 72:9, 74:5,
76:11, 77:2, 78:13,
78:23, 78:24, 79:22,
93:8, 93:9, 93:11, 93:20,
94:5, 95:10, 95:11,
95:13, 95:17, 95:22,
96:10, 97:18, 97:21,
100:23, 101:17, 101:18
  **Niggas** [4] - 86:3,
102:6, 102:21, 103:3
  **night** [21] - 87:12,
173:11, 173:13, 180:5,
181:7, 181:10, 185:5,
185:6, 185:9, 185:11,
186:15, 186:17, 186:18,
186:24, 187:12, 187:24,
188:25, 189:18, 195:8,
199:9, 207:13
  **nights** [1] - 86:3
  **nighttime** [2] - 183:23,
186:15
  **nine** [6] - 54:12, 196:21,
200:3, 200:7, 200:10,
200:17
  **nines** [2] - 75:1, 95:8
  **Nissan** [2] - 205:5,
208:13
  **nizzle** [1] - 99:20
  **NO** [1] - 1:6
  **nobody** [1] - 199:23
  **nominee** [1] - 178:15
  **none** [3] - 73:12,
112:18, 154:9

**noon** [1] - 217:23
  **normal** [1] - 5:14
  **normally** [2] - 3:11,
45:9
  **Normally** [1] - 4:17
  **north** [2] - 190:18,
191:25
  **northbound** [1] -
194:13
  **northeast** [2] - 191:9,
191:10
  **NORTHERN** [1] - 1:2
  **northward** [1] - 190:21
  **Northwest** [2] - 182:4,
212:20, 213:1
  **northwest** [3] - 189:24,
191:10, 192:5
  **nose** [1] - 102:7
  **notation** [1] - 68:5
  **note** [7] - 43:14, 44:13,
44:15, 46:6, 84:17,
116:12, 219:11
  **notebook** [14] - 67:2,
67:13, 68:13, 68:17,
68:18, 68:21, 69:6,
69:10, 71:21, 71:23,
87:3, 154:6, 171:6
  **notebooks** [1] - 138:15
  **noted** [3] - 105:2, 105:9,
111:5
  **notes** [7] - 44:15, 44:16,
44:17, 44:18, 46:4,
169:19, 178:23
  **Nothing** [5] - 8:23, 13:6,
29:21, 52:20, 172:3
  **nothing** [19] - 14:21,
24:4, 89:4, 93:8, 95:9,
101:9, 101:10, 159:5,
170:9
  **nothingness** [1] -
128:13
  **notice** [4] - 30:11,
89:13, 126:24, 128:23
  **noticed** [1] - 180:22
  **notified** [1] - 159:11
  **notion** [1] - 9:12
  **noun** [1] - 90:25
  **November** [5] - 1:11,
12:4, 12:15, 118:22,
226:5
  **number** [70] - 6:25, 7:1,
14:11, 15:9, 30:1, 37:17,
37:18, 37:19, 41:23,
48:13, 48:14, 48:16,
48:21, 49:4, 51:3, 60:21,
62:3, 63:8, 63:20, 64:4,
65:2, 65:22, 67:19,
68:22, 69:5, 69:12,
69:13, 72:11, 72:25,
73:20, 74:12, 99:3,

131:9, 168:8, 170:14, 171:19, 175:2, 175:23, 176:23, 177:12, 177:17, 178:13, 180:22, 180:24, 185:4, 185:8, 186:12, 187:17, 189:5, 189:8, 189:14, 190:1, 191:7, 196:12, 196:13, 196:18, 196:19, 197:1, 199:12, 207:7, 208:13, 208:16, 208:23, 209:14, 209:15, 211:13, 212:15, 212:19, 216:9

**Number** [10] - 38:8, 50:17, 51:13, 52:23, 53:5, 131:25, 138:21, 139:12, 170:12

**Number(s** [1] - 226:5

**numbered** [1] - 211:4

**numbers** [17] - 64:1, 65:2, 65:8, 106:23, 107:2, 117:14, 179:13, 191:9, 196:19, 208:11, 208:19, 208:20, 210:24, 211:3, 212:17, 213:5, 214:3

**numerous** [5] - 29:13, 34:18, 90:24, 165:7

---

**O**

**o'clock** [1] - 120:1

**oath** [1] - 2:21

**Object** [1] - 201:15

**object** [5] - 59:17, 59:18, 62:14, 187:2, 203:10

**Objection** [37] - 30:18, 30:19, 32:22, 38:20, 49:14, 49:22, 81:7, 112:16, 140:22, 140:24, 141:8, 142:8, 142:15, 162:19, 163:3, 163:14, 163:23, 164:10, 164:16, 164:21, 164:25, 178:2, 178:3, 178:8, 180:14, 183:24, 183:25, 184:9, 191:16, 197:14, 197:19, 197:21, 198:1, 201:14, 202:2, 207:18, 207:23

**objection** [6] - 104:17, 125:25, 128:3, 140:2, 164:3, 184:10

**objection's** [4] - 112:17, 142:16, 164:18, 178:9

**Objection's** [1] - 30:22

**observations** [1] - 10:6

**observed** [3] - 43:20, 203:17

---

**obstruct** [1] - 30:17

**obtain** [2] - 108:10, 174:7

**obtained** [5] - 105:18, 136:24, 142:24, 143:2, 143:3

**obtaining** [1] - 5:6

**obvious** [1] - 179:4

**obviously** [11] - 3:23, 8:4, 24:12, 49:11, 50:24, 55:7, 59:15, 80:2, 121:15, 211:2, 211:16

**Obviously** [1] - 112:17

**occur** [1] - 195:1

**occurred** [3] - 145:1, 191:22, 204:4

**Ock** [1] - 75:4

**October** [7] - 107:9, 108:16, 109:5, 109:14, 156:2, 156:11, 169:3

**odds** [1] - 104:11

**OF** [3] - 1:2, 1:5, 1:11

**offense** [2] - 36:16, 37:16

**offenses** [1] - 112:19

**offer** [1] - 18:5

**offered** [1] - 11:14

**offering** [1] - 128:5

**offhand** [2] - 135:12, 139:14

**Office** [1] - 161:20

**office** [3] - 12:25, 161:22, 205:3

**officer** [8] - 56:8, 57:1, 57:2, 57:10, 57:13, 140:12, 143:6, 173:4

**OFFICER** [9] - 140:5, 140:8, 141:5, 142:1, 164:23, 172:8, 172:17, 174:18, 177:25

**officer's** [1] - 36:16

**officers** [8] - 56:9, 56:10, 56:22, 56:25, 57:1, 57:5, 59:21, 140:8

**official** [1] - 226:7

**Official** [1] - 226:15

**officially** [3] - 95:13, 95:21, 95:22

**offset** [1] - 58:14

**Often** [6] - 5:4, 16:11, 17:4, 17:24, 18:1, 168:10

**often** [13] - 5:5, 6:16, 7:24, 14:23, 26:18, 112:12, 121:18, 128:12, 133:1, 174:22, 178:6, 178:15, 213:13

**old** [2] - 8:18, 129:7

**old-fashioned** [1] - 129:7

---

**Oliver** [10] - 81:5, 104:10, 176:10, 180:4, 180:6, 180:21, 185:1, 185:16, 185:25, 189:5

**Once** [12] - 42:16, 43:21, 57:5, 68:18, 82:22, 85:5, 86:23, 91:7, 97:15, 161:5, 174:24

**once** [12] - 26:1, 42:15, 83:18, 91:24, 103:18, 111:18, 141:14, 142:7, 142:12, 169:20, 205:7, 217:10

**One** [14] - 30:10, 38:8, 43:12, 49:17, 50:18, 75:3, 86:15, 89:3, 105:22, 132:13, 167:24, 174:20, 191:10, 204:2

**one** [207] - 3:13, 3:16, 3:17, 3:18, 7:7, 8:20, 9:24, 14:11, 16:6, 19:20, 19:24, 20:2, 20:10, 23:3, 23:4, 24:14, 24:22, 25:14, 26:11, 27:20, 28:13, 29:12, 30:3, 30:15, 30:25, 32:8, 32:20, 33:21, 34:19, 35:10, 38:5, 38:6, 39:9, 40:6, 40:9, 41:15, 42:3, 42:10, 43:4, 43:5, 43:7, 43:8, 43:10, 43:11, 43:15, 43:19, 43:21, 43:22, 44:1, 44:4, 44:6, 44:10, 44:19, 45:2, 46:6, 46:17, 48:2, 48:5, 48:8, 48:12, 49:12, 49:15, 49:20, 50:17, 51:14, 51:17, 51:24, 52:2, 52:13, 52:18, 55:11, 57:10, 58:11, 58:14, 62:6, 62:8, 64:2, 64:21, 65:16, 70:11, 71:8, 71:11, 71:24, 74:11, 75:23, 76:23, 81:6, 85:11, 86:12, 88:25, 89:3, 91:8, 93:11, 94:14, 94:17, 99:8, 99:17, 101:24, 102:11, 102:16, 104:12, 104:22, 104:24, 105:5, 105:7, 108:10, 115:1, 118:23, 121:21, 125:22, 126:4, 128:7, 131:25, 133:14, 135:14, 135:23, 136:12, 137:23, 138:18, 138:23, 139:4, 140:8, 149:3, 150:11, 152:8, 153:17, 153:22, 154:15, 154:17, 155:14, 157:3, 157:23, 160:14, 160:23, 163:12, 167:24,

---

168:1, 169:20, 169:24, 171:8, 173:8, 175:10, 176:14, 177:11, 177:14, 177:17, 179:4, 179:16, 182:3, 182:5, 182:18, 183:18, 183:22, 184:14, 184:19, 185:5, 187:1, 189:4, 189:6, 189:22, 190:6, 191:1, 191:8, 191:25, 193:3, 195:13, 195:20, 196:9, 196:22, 196:23, 196:25, 197:3, 199:8, 200:9, 201:22, 204:5, 204:16, 205:19, 207:8, 208:15, 210:8, 211:8, 211:14, 211:15, 211:22, 211:25, 212:4, 212:11, 212:16, 212:23, 213:3, 213:4, 215:12, 215:22, 216:14, 218:3, 220:11, 223:20, 224:4

**one's** [1] - 137:2

**ones** [6] - 87:9, 169:24, 175:18, 179:13, 182:25, 188:17

**ongoing** [4] - 7:11, 162:2, 162:5, 162:9

**oops** [1] - 83:2

**open** [12] - 41:12, 42:9, 43:2, 43:16, 44:3, 62:10, 84:19, 116:14, 162:8, 210:11, 210:12, 212:24

**opened** [8] - 30:21, 42:15, 42:16, 43:21, 43:22, 44:4, 122:2, 147:7

**opening** [4] - 36:19, 41:12, 42:8, 44:2

**operate** [5] - 9:19, 13:15, 34:16, 34:19, 129:9

**operated** [3] - 22:16, 161:13, 196:14

**operating** [5] - 22:8, 22:11, 47:23, 48:6, 124:15

**operation** [2] - 9:9, 196:7

**operational** [1] - 12:8

**operations** [1] - 34:1

**operative** [1] - 164:7

**Opinion** [2] - 121:6, 121:7

**opinion** [4] - 9:23, 25:7, 79:15, 164:14

**opportunity** [2] - 70:18, 120:4

**opposed** [1] - 34:1

**optimism** [1] - 130:13

**order** [8] - 6:17, 32:8, 109:1, 125:1, 125:25,

---

221:11, 221:12, 221:21

**ordinarily** [1] - 54:2

**organization** [78] - 3:16, 4:16, 5:8, 5:18, 6:4, 7:11, 7:18, 7:22, 8:14, 9:4, 9:12, 9:14, 9:15, 9:17, 9:18, 9:20, 10:1, 11:2, 11:3, 13:12, 13:13, 13:15, 13:21, 13:25, 14:1, 14:2, 14:12, 14:15, 15:5, 15:24, 16:1, 16:5, 16:6, 16:7, 16:13, 18:10, 18:15, 19:2, 19:5, 19:8, 19:15, 19:22, 20:8, 21:22, 25:24, 26:4, 29:16, 32:14, 32:15, 32:18, 159:15, 160:5, 160:11, 160:16, 161:13, 161:17, 161:23, 162:6, 162:10, 162:11, 162:12, 162:14, 162:18, 162:25, 163:13, 163:19, 164:6, 164:8, 164:13, 164:15, 164:24, 165:4, 165:9, 168:13, 223:22, 223:24

**Organization** [1] - 168:17

**organizations** [16] - 10:4, 10:16, 12:11, 15:23, 16:10, 17:5, 17:19, 17:20, 17:23, 18:5, 34:2, 34:7, 34:11, 168:9

**organized** [7] - 13:19, 13:22, 14:4, 16:8, 63:9, 63:12, 63:18

**original** [2] - 161:5, 196:5

**originally** [3] - 63:6, 121:17, 158:8

**originated** [1] - 29:4

**otherwise** [3] - 133:12, 148:13, 178:5

**outcome** [1] - 162:7

**outgoing** [5] - 186:25, 187:7, 187:16, 195:7, 195:8

**outline** [1] - 60:2

**outlined** [1] - 59:17

**outlining** [1] - 60:6

**outside** [6] - 9:22, 9:25, 15:23, 42:25, 146:22, 158:8

**Outside** [1] - 146:2

**outstanding** [4] - 143:7, 144:1, 204:2, 206:9

**overall** [2] - 26:16, 34:20

**overnight** [1] - 220:4

**overruled** [4] - 30:22,

112:17, 178:5, 178:9
**Overruled** [10] - 32:23, 38:22, 49:23, 162:20, 163:16, 180:16, 187:4, 191:18, 203:12, 207:20
**Owings** [2] - 204:11, 204:23
**own** [9] - 10:6, 17:6, 17:9, 22:8, 22:13, 34:19, 34:20, 74:6, 207:14
**owned** [2] - 212:11, 216:13
**owner** [1] - 114:16

**P**

**P-155715** [1] - 48:18
**p.m** [17] - 116:14, 116:15, 121:10, 189:3, 189:10, 189:12, 189:19, 189:20, 189:21, 190:2, 190:5, 193:6, 193:23, 224:15
**package** [2] - 213:14, 213:15
**packaged** [1] - 41:25
**Packaging** [1] - 213:23
**packet** [3] - 65:9, 66:23, 198:10
**pads** [3] - 84:17, 116:12, 219:11
**Page** [1] - 132:13
**PAGE** [1] - 225:3
**page** [20] - 64:4, 68:3, 68:7, 69:5, 70:14, 73:10, 74:17, 77:22, 89:7, 89:18, 89:23, 90:12, 91:8, 91:9, 91:11, 92:23, 121:16, 141:19, 188:1, 224:4
**pager** [8] - 182:3, 182:4, 212:16, 212:21, 212:24, 213:1, 213:2, 214:4
**pagers** [1] - 212:22
**pages** [12] - 70:11, 70:19, 70:23, 71:1, 98:21, 154:7, 154:16, 154:17, 154:25, 155:6, 226:6
**paid** [1] - 109:23
**pain** [3] - 84:6, 84:7, 84:8
**Panther** [1] - 206:20
**pants** [1] - 206:19
**paper** [19] - 41:9, 64:11, 64:19, 65:15, 69:2, 71:19, 71:20, 75:18, 77:14, 85:16, 87:1, 93:1, 94:3, 160:20, 208:10,

208:12, 208:18, 211:25
**papers** [4] - 60:5, 60:7, 76:4, 142:13
**paperwork** [2] - 209:5, 212:4
**paragraph** [12] - 72:7, 72:14, 73:5, 74:3, 78:19, 78:21, 79:9, 79:22, 80:10, 87:8, 88:10, 100:7
**paragraphs** [3] - 83:23, 99:13, 102:22
**parallel** [1] - 190:17
**Pardon** [2] - 76:21, 91:24
**pardon** [2] - 83:5, 97:25
**Park** [7] - 74:9, 79:21, 89:20, 97:22, 98:4, 103:19, 141:20
**parking** [1] - 205:13
**parole** [1] - 122:1
**part** [50] - 4:17, 9:17, 19:14, 19:22, 20:1, 20:7, 20:20, 21:2, 21:8, 21:17, 21:22, 22:7, 22:22, 23:8, 23:22, 24:9, 24:18, 25:3, 25:4, 25:9, 25:16, 25:21, 28:2, 29:16, 30:6, 33:2, 55:11, 58:3, 72:4, 73:16, 73:23, 75:11, 76:7, 77:6, 77:13, 78:7, 88:4, 98:24, 102:25, 117:6, 146:13, 148:17, 157:9, 164:19, 165:2, 185:21, 203:16, 209:6, 210:9, 218:11
**Part** [1] - 170:24
**partake** [1] - 160:4
**parte** [2] - 222:8, 222:13
**participate** [4] - 12:21, 30:12, 55:14, 160:6
**participated** [3] - 67:8, 140:5, 165:6
**particular** [40] - 4:16, 5:11, 12:9, 19:18, 19:19, 20:10, 29:3, 29:7, 29:12, 30:6, 33:17, 33:24, 36:6, 40:8, 46:10, 47:1, 47:6, 48:9, 56:15, 60:22, 64:18, 74:17, 76:22, 80:9, 86:23, 87:24, 89:11, 91:3, 93:23, 115:4, 128:8, 128:25, 138:9, 169:18, 186:4, 195:12, 202:10, 208:23
**particularly** [2] - 106:19, 108:7
**parties** [1] - 104:18
**partner** [3] - 204:8, 205:3, 205:18
**partners** [1] - 196:7
**parts** [5] - 21:5, 22:19,

148:16, 166:10
**party** [3] - 90:25, 173:12, 173:15
**pass** [1] - 52:10
**passage** [1] - 173:11
**passenger** [1] - 205:14
**passes** [1] - 52:7
**past** [9] - 31:21, 64:15, 147:8, 147:16, 148:8, 148:11, 151:11, 217:24, 218:18
**pasts** [1] - 107:25
**path** [1] - 205:8
**patience** [2] - 131:1, 219:9
**patrol** [1] - 206:1
**Paul** [1] - 1:19
**Pause** [3] - 115:14, 167:23, 170:6
**pay** [2] - 133:6, 133:12
**paycheck** [1] - 108:10
**paychecks** [1] - 108:10
**Payment** [1] - 205:8
**Payments** [2] - 204:11, 205:6, 205:9
**peace** [2] - 102:17, 102:18
**Pen** [1] - 174:25
**Pen-Link** [1] - 174:25
**penalties** [1] - 47:16
**pending** [1] - 127:23
**Pennsylvania** [5] - 26:13, 27:11, 27:12, 28:1, 204:3
**people** [67] - 5:4, 7:8, 7:17, 9:24, 12:25, 13:15, 14:3, 14:19, 14:24, 15:9, 15:10, 17:4, 17:21, 19:12, 20:4, 20:7, 20:12, 21:21, 22:4, 22:7, 22:17, 23:22, 24:3, 24:23, 25:9, 25:10, 25:15, 25:24, 26:9, 27:3, 28:7, 28:9, 28:14, 28:15, 28:18, 28:21, 29:1, 29:4, 29:12, 29:13, 31:2, 32:5, 33:1, 33:4, 34:10, 88:3, 90:4, 98:16, 101:14, 102:18, 103:5, 123:7, 123:19, 124:10, 128:10, 128:12, 133:1, 133:3, 137:17, 170:24, 171:2, 184:4, 207:13, 214:9
**people's** [1] - 182:24
**per** [1] - 117:16
**percent** [3] - 51:6, 51:21, 52:16
**percentage** [3] - 51:19, 52:1, 52:15
**perfect** [1] - 77:16

**perfectly** [2] - 28:10, 224:7
**Perhaps** [4] - 37:1, 37:7, 132:23, 165:13
**perhaps** [6] - 4:9, 51:25, 198:15, 217:16, 217:23, 223:10
**period** [16] - 15:19, 19:10, 23:18, 108:8, 108:11, 132:1, 156:18, 176:4, 176:8, 176:10, 183:6, 184:16, 195:1, 198:5, 202:20, 203:5
**periodically** [1] - 82:9
**periods** [3] - 108:11, 178:6, 182:11
**permission** [1] - 166:13
**permit** [1] - 120:21
**permits** [2] - 54:4, 224:11
**permitted** [3] - 54:3, 54:7, 129:9
**Person** [17] - 20:22, 21:1, 23:16, 24:14, 24:15, 24:16, 24:18, 24:23, 24:24, 24:25, 25:1, 25:10, 178:11, 178:12
**person** [26] - 3:13, 3:18, 4:7, 9:24, 9:25, 19:21, 19:23, 23:3, 23:4, 23:20, 24:16, 24:17, 32:8, 32:9, 33:6, 40:1, 41:25, 106:21, 107:9, 108:17, 109:6, 109:15, 127:21, 167:2, 177:20, 206:21
**person's** [2] - 106:22, 122:9
**personally** [2] - 123:12, 155:11
**persons** [1] - 54:2
**perspective** [3] - 74:3, 120:18, 149:12
**pertinence** [1] - 35:9
**pet** [1] - 96:18
**PH-21** [1] - 55:20
**phone** [98] - 10:20, 10:23, 48:11, 87:15, 150:21, 151:12, 151:16, 152:1, 152:22, 153:4, 153:5, 174:23, 175:23, 176:16, 176:21, 177:2, 177:4, 177:6, 177:14, 177:21, 177:22, 177:25, 178:10, 178:13, 178:18, 178:20, 178:21, 179:3, 179:12, 179:15, 179:16, 179:17, 179:20, 180:2, 180:4, 180:7, 180:11, 181:1, 181:2, 181:3,

181:6, 181:15, 181:18, 181:25, 182:7, 182:8, 183:12, 183:17, 185:6, 185:8, 185:25, 187:20, 188:12, 189:5, 189:22, 190:3, 191:4, 191:12, 196:12, 197:4, 199:12, 199:14, 199:15, 199:20, 199:22, 199:24, 200:2, 200:23, 201:3, 201:4, 201:7, 201:18, 201:24, 202:15, 203:5, 203:18, 203:21, 205:14, 206:21, 207:6, 207:11, 208:11, 208:14, 208:16, 208:19, 208:20, 208:23, 213:4, 213:25
**Phones** [1] - 178:6
**phones** [21] - 174:22, 175:15, 175:18, 176:1, 176:7, 176:13, 176:15, 177:10, 177:11, 178:16, 178:19, 179:6, 179:13, 180:8, 181:10, 181:24, 182:1, 182:5, 196:21, 201:17, 214:5
**phonetic)** [1] - 185:12
**photo** [1] - 215:17
**photocopies** [1] - 116:24
**photograph** [5] - 60:16, 62:19, 75:19, 214:7, 214:10
**photographed** [1] - 59:25
**photographs** [2] - 69:8, 214:17
**phrase** [2] - 22:1, 92:25
**pick** [5] - 33:9, 71:5, 71:8, 71:11, 152:18
**picked** [3] - 144:7, 161:16, 200:22
**picking** [1] - 30:3
**Picking** [1] - 63:17
**picture** [2] - 36:23, 215:8
**picture's** [1] - 151:13
**pictured** [2] - 60:16, 62:19
**piece** [15] - 41:9, 61:12, 64:11, 64:19, 65:17, 67:21, 71:19, 71:20, 75:17, 75:18, 80:16, 169:18, 208:18
**pieces** [3] - 65:15, 66:19, 69:1
**pills** [3] - 79:10, 79:19
**Pink** [1] - 206:20
**pirate** [1] - 99:18
**piss** [1] - 74:5

**pistol** [3] - 59:12, 59:15, 59:17
**place** [13] - 3:20, 8:20, 27:15, 59:25, 108:3, 118:1, 146:1, 152:13, 158:8, 193:19, 194:24, 195:6, 216:11
**Place** [1] - 193:8
**placed** [5] - 194:2, 194:11, 201:13, 201:23, 206:8
**places** [5] - 8:20, 8:21, 21:8, 21:12, 29:14
**plainclothes** [1] - 204:15
**plan** [9] - 28:19, 143:21, 143:23, 143:24, 144:16, 144:17, 198:18, 218:19, 218:20
**planning** [3] - 118:16, 144:7
**plans** [2] - 84:9, 84:10
**Plastic** [2] - 59:19, 60:10
**plastic** [26] - 37:22, 37:23, 38:4, 41:15, 42:4, 42:10, 42:16, 43:10, 43:11, 43:12, 43:15, 43:17, 43:19, 43:21, 43:22, 44:1, 44:4, 44:5, 44:6, 44:24, 44:25, 45:4, 46:6, 49:17, 49:20, 68:25
**plastics** [1] - 38:4
**Platinum** [1] - 216:13
**plausible** [1] - 221:5
**play** [11] - 96:20, 120:14, 129:12, 129:18, 145:11, 147:2, 147:4, 147:5, 148:19, 149:19
**played** [4] - 73:19, 94:18, 101:3, 101:4
**playing** [2] - 101:17, 149:17
**pleadings** [1] - 118:11
**plot** [2] - 194:1, 194:15
**plots** [4] - 193:17, 194:2, 194:10, 194:22
**plow** [1] - 125:19
**plus** [3] - 96:14, 96:17, 99:16
**Plus** [1] - 73:6
**PO** [1] - 114:6
**pocket** [1] - 206:19
**point** [20] - 33:21, 48:9, 84:15, 89:2, 93:24, 104:12, 122:11, 127:20, 128:7, 128:12, 144:3, 144:24, 148:1, 148:8, 149:22, 161:25, 173:24, 190:18, 192:2, 222:24

**pointed** [1] - 135:4
**points** [1] - 106:6
**police** [6] - 6:17, 56:22, 57:1, 178:7, 178:13
**Police** [7] - 35:25, 39:18, 40:24, 137:18, 140:5, 172:20, 172:23
**policy** [7] - 46:17, 47:22, 137:4, 137:7, 137:8, 137:9, 137:11
**pop** [4] - 74:4, 78:12, 91:25
**popped** [2] - 90:15, 185:5
**portion** [2] - 148:20, 161:8
**pose** [3] - 30:2, 30:9, 30:25
**posed** [4] - 13:11, 21:21, 30:1
**posing** [1] - 22:18
**position** [4] - 54:22, 118:9, 171:3, 222:15
**positive** [1] - 155:8
**possess** [1] - 183:18
**possession** [1] - 155:16
**possibility** [6] - 20:2, 31:4, 31:20, 117:19, 122:1, 220:14
**Possible** [1] - 211:14
**possible** [2] - 111:9, 124:2
**possibly** [4] - 3:19, 4:4, 14:14, 123:25
**posted** [1] - 101:12
**potential** [2] - 12:12, 222:18
**Pow** [1] - 78:12
**pow** [1] - 78:12
**powder** [4] - 40:7, 40:8, 74:6
**power** [2] - 37:7
**practice** [1] - 126:22
**precise** [1] - 103:12
**precisely** [2] - 47:5, 126:17
**preclude** [1] - 127:23
**prefer** [1] - 117:6
**preliminaries** [1] - 85:11
**prematurely** [1] - 117:25
**premises** [1] - 56:17
**prepaid** [1] - 87:15
**preparation** [5] - 56:1, 62:25, 65:12, 71:25, 203:18
**prepare** [5] - 48:20, 185:24, 190:9, 191:19, 197:6

**prepared** [7] - 49:2, 126:8, 153:9, 160:9, 188:22, 209:12, 223:4
**present** [5] - 59:1, 67:8, 157:4, 157:6, 165:24
**presentation** [5] - 67:20, 116:5, 217:15, 217:20, 223:14
**presented** [4] - 69:2, 154:25, 169:24, 218:3
**presenter** [1] - 39:21
**presents** [1] - 120:5
**preserve** [2] - 222:24, 223:1
**President** [2] - 173:16, 216:6
**president** [1] - 216:2
**pressed** [1] - 220:24
**Presumably** [1] - 27:18
**presume** [1] - 194:9
**presumed** [1] - 218:5
**presumptive** [1] - 52:3
**pretty** [5] - 4:21, 28:4, 34:13, 219:21, 221:21
**previously** [10] - 45:8, 55:19, 62:15, 70:1, 74:11, 78:15, 79:6, 83:15, 88:20, 104:6
**price** [6] - 5:13, 26:16, 26:17, 27:1, 27:9, 28:5
**prices** [1] - 5:10
**primary** [1] - 27:10
**prints** [3] - 136:24, 136:25, 137:1
**prison** [4] - 9:13, 122:3, 166:14, 174:3
**prisoner** [1] - 127:11, 127:15, 127:16, 127:17, 170:20
**prisoners** [1] - 147:10
**private** [1] - 99:16
**privilege** [1] - 124:14
**pro** [1] - 118:11
**problem** [5] - 11:23, 36:19, 56:20, 121:14, 221:22
**problems** [1] - 56:18
**procedure** [3] - 47:24, 48:7, 108:1
**proceed** [4] - 2:2, 41:12, 84:25, 131:11
**proceeded** [1] - 147:21
**proceedings** [8] - 30:13, 115:14, 120:11, 162:8, 167:23, 170:6, 226:4, 226:7
**Proceedings** [2] - 2:1, 224:15
**process** [1] - 57:14
**processing** [1] - 144:22

**Processing** [1] - 146:2
**produces** [1] - 52:7
**product** [2] - 6:7, 6:23
**production** [1] - 139:7
**proffer** [5] - 123:21, 197:9, 197:12, 222:8, 222:16
**profit** [1] - 22:6
**profits** [9] - 22:22, 23:7, 24:5, 26:12, 26:24, 28:12, 28:16
**program** [2] - 174:25, 175:1
**Project** [1] - 138:10
**project** [5] - 19:20, 19:21, 20:11, 22:12, 218:14
**projectile** [1] - 61:8
**prolong** [1] - 130:8
**promise** [1] - 86:7
**pronounce** [3] - 171:15, 171:16, 171:20
**pronounced** [2] - 138:3, 138:5
**proof** [1] - 224:5
**properly** [2] - 61:21, 86:15
**property** [8] - 8:15, 37:18, 48:13, 48:20, 48:21, 49:1, 49:2, 49:5
**proposal** [1] - 116:23
**propose** [1] - 117:4
**proposition** [2] - 15:7, 184:2
**prosecuted** [1] - 165:11
**prosecuting** [1] - 157:17
**prosecution** [8] - 158:19, 159:13, 160:7, 161:10, 162:23, 162:24, 163:12, 195:19
**prosecutor** [7] - 33:13, 166:24, 167:2, 167:11, 167:15, 167:20, 168:1
**prosecutors** [2] - 13:8, 165:10, 168:14
**protect** [3] - 3:3, 22:21, 24:5
**protected** [1] - 72:6
**protecting** [3] - 4:16, 22:6, 23:7
**protection** [11] - 3:8, 4:17, 15:3, 20:14, 20:17, 21:7, 22:14, 24:15, 25:3, 28:17, 32:20
**protester** [1] - 126:18
**prove** [1] - 218:6
**provide** [5] - 18:10, 18:11, 22:14, 46:18, 201:17

**provided** [12] - 20:14, 20:17, 106:9, 107:14, 108:21, 109:10, 109:19, 114:1, 126:23, 198:8, 203:11, 203:12
**providing** [3] - 21:24, 22:2, 170:25
**proximity** [4] - 3:20, 3:25, 59:4, 67:3
**public** [5] - 106:20, 107:2, 120:24, 134:20, 134:22
**publish** [1] - 64:18
**pull** [2] - 96:8, 171:8
**pulled** [5] - 63:1, 68:22, 68:24, 154:25, 205:12
**Pump** [2] - 100:13, 100:14
**pump** [2] - 100:14
**punishable** [2] - 104:24, 105:6
**purchases** [1] - 25:12
**Pure** [1] - 113:5
**purities** [1] - 48:7
**purity** [5] - 48:2, 48:6, 51:6, 51:21, 52:17
**purported** [1] - 131:13
**purports** [4] - 131:8, 131:11, 139:7, 160:10
**purposes** [6] - 17:9, 63:18, 65:3, 67:23, 101:2, 126:5
**push** [2] - 124:19, 198:18
**put** [23] - 53:3, 60:22, 68:15, 77:2, 100:12, 102:6, 102:7, 102:11, 105:10, 106:13, 118:25, 120:14, 128:16, 128:20, 138:18, 141:10, 147:17, 159:22, 174:24, 178:25, 209:15, 211:4
**Put** [1] - 88:24
**Putting** [2] - 70:2, 158:18
**putting** [5] - 93:8, 97:24, 104:15, 120:4, 171:2
**Pyne** [3] - 1:21, 39:9, 39:17
**PYNE** [7] - 38:20, 39:10, 39:14, 154:2, 198:8, 225:8, 225:12

## Q

**quadrant** [3] - 191:9, 191:10, 191:11
**qualified** [5] - 11:20,

11:24, 33:16, 33:19, 34:3
**qualitative** [1] - 51:20
**quantitative** [1] - 51:21
**quantity** [1] - 3:5
**quarters** [2] - 124:18, 217:16
**questions** [37] - 9:3, 13:11, 13:12, 30:13, 31:6, 32:12, 32:24, 33:1, 33:12, 33:14, 34:6, 39:8, 50:7, 50:16, 53:7, 90:20, 92:9, 98:3, 99:8, 102:23, 103:17, 134:24, 139:23, 156:25, 166:16, 166:17, 166:25, 167:1, 167:11, 167:12, 167:15, 167:20, 168:3, 168:8, 170:14, 171:19, 173:7
**quick** [2] - 87:9, 127:2, 131:7
**quickly** [3] - 212:4, 220:23, 222:16
**quite** [1] - 107:1

### R

**racket** [1] - 25:4
**radar** [1] - 31:2
**radio** [2] - 204:16, 206:3
**Rahime** [4] - 185:12, 185:15, 194:25, 195:4
**Rahman** [1] - 185:20
**ran** [5] - 191:23, 193:3, 196:19, 203:19, 216:9
**Randallstown/Park** [7] - 162:10, 163:19, 164:13, 165:3, 165:9, 168:13, 223:23
**range** [3] - 52:2, 159:1, 175:23
**rap** [32] - 68:19, 70:16, 70:24, 71:5, 83:17, 85:16, 86:23, 87:24, 89:11, 93:13, 93:23, 94:13, 94:25, 97:21, 99:6, 123:23, 123:25, 125:4, 127:24, 128:3, 128:7, 128:9, 128:10, 128:13, 128:14, 135:14, 136:13, 137:23, 138:6, 154:7, 154:11, 173:8
**rape** [1] - 87:12
**rappin** [1] - 93:12
**raps** [4] - 79:15, 85:17, 94:17, 98:21
**rat's** [2] - 95:12, 95:21
**rate** [1] - 95:19
**rather** [5] - 82:13, 97:25, 98:1, 198:21,

208:7
**raunchy** [1] - 72:9
**Raven** [1] - 196:15
**raw** [1] - 175:1
**Raymond** [1] - 37:15
**re** [2] - 15:14
**re-form** [2] - 15:14
**reached** [3] - 35:8, 104:12, 202:24
**Read** [1] - 94:2
**read** [58] - 13:7, 13:10, 37:17, 65:23, 68:4, 72:3, 72:4, 74:1, 74:3, 74:18, 75:12, 76:9, 76:25, 77:6, 78:3, 78:7, 78:21, 82:4, 83:19, 83:21, 83:23, 85:7, 86:2, 86:15, 86:16, 87:7, 87:22, 88:9, 88:24, 88:25, 90:12, 91:18, 92:10, 92:24, 93:15, 94:6, 95:3, 95:20, 96:6, 96:14, 97:20, 99:13, 102:5, 102:24, 104:20, 109:1, 142:1, 154:15, 154:17, 154:20, 154:22, 155:20, 162:22, 170:4, 211:9, 214:19
**reading** [14] - 12:25, 30:11, 45:23, 70:12, 75:11, 79:2, 84:11, 84:12, 87:5, 99:12, 115:5, 115:11, 117:13, 118:17
**reads** [5] - 70:11, 70:14, 76:1, 87:5, 115:6
**ready** [11] - 2:2, 41:5, 41:6, 41:8, 56:11, 119:10, 123:15, 123:18, 129:4, 131:2, 221:2
**Ready** [1] - 2:19
**real** [7] - 7:25, 21:14, 21:15, 21:16, 129:8, 217:14
**reality** [1] - 71:18
**realize** [1] - 121:3
**realized** [2] - 182:22, 217:10
**really** [22] - 11:24, 13:6, 14:4, 15:18, 18:9, 24:23, 76:10, 93:17, 106:23, 117:3, 117:15, 119:6, 127:2, 130:9, 134:15, 146:14, 166:3, 170:9, 210:21, 221:21, 222:24, 222:25
**Really** [2] - 80:12, 123:2
**realness** [2] - 81:17, 82:7
**rearrange** [1] - 89:5
**reason** [8] - 14:10,

19:14, 20:7, 21:8, 31:4, 178:15, 221:11, 221:15
**reasons** [2] - 143:1, 143:4
**recalibrate** [1] - 125:12
**receipt** [2] - 212:5, 212:6
**receive** [4] - 41:18, 42:24, 43:24, 131:19
**received** [9] - 104:22, 105:22, 106:7, 183:18, 185:6, 200:5, 204:14, 205:4
**recent** [2] - 106:18, 180:22
**recently** [2] - 33:13, 222:5
**recess** [14] - 84:16, 84:20, 84:21, 117:3, 119:25, 121:9, 121:10, 198:21, 217:10, 217:12, 217:14, 218:1, 219:24, 224:14
**Recess** [1] - 84:22
**recite** [1] - 82:13
**recites** [1] - 30:15
**recognize** [5] - 36:11, 99:11, 139:4, 175:12, 208:11
**recollect** [1] - 76:4
**recollection** [4] - 126:17, 151:15, 152:5, 162:13
**record** [33] - 35:17, 37:6, 48:10, 48:20, 49:1, 49:2, 49:5, 53:16, 70:11, 78:9, 78:25, 79:2, 79:3, 79:4, 101:2, 106:7, 106:24, 108:5, 108:16, 108:25, 111:12, 113:5, 113:9, 127:7, 132:25, 134:20, 134:22, 169:14, 170:12, 172:4, 172:12, 216:18
**recorded** [1] - 226:3
**recorder** [1] - 129:8
**recording** [3] - 110:2, 113:4, 113:5
**records** [25] - 106:8, 106:9, 107:13, 108:20, 109:9, 109:18, 109:23, 110:2, 110:19, 134:3, 156:1, 165:20, 165:21, 168:25, 169:3, 173:16, 174:4, 174:7, 174:18, 188:13, 199:19, 202:16, 208:25
**recover** [3] - 206:17, 208:12, 214:7
**recovered** [32] - 62:9,

62:20, 67:12, 68:10, 68:14, 69:9, 69:25, 81:10, 177:11, 177:18, 177:20, 179:8, 179:10, 179:14, 179:18, 179:20, 181:3, 181:11, 181:13, 182:3, 199:15, 200:23, 206:9, 206:15, 206:22, 206:24, 211:1, 213:2, 213:25, 214:5, 215:25, 216:21
**recoveries** [1] - 69:23
**recovery** [4] - 61:18, 62:23, 68:8, 69:13
**Red** [3] - 204:11, 204:19, 204:23
**red** [20] - 64:19, 67:13, 67:21, 68:17, 68:18, 69:5, 69:25, 70:3, 70:6, 70:9, 71:2, 75:17, 75:18, 95:25, 99:2, 101:21, 102:2, 102:16, 154:6, 171:6
**Redirect** [1] - 50:9
**REDIRECT** [6] - 29:22, 52:21, 168:4, 225:6, 225:9, 225:13
**redo** [1] - 91:18
**REDRUM** [4] - 12:3, 12:15, 159:13, 173:1
**reduce** [1] - 105:12
**reel** [1] - 129:8
**reel-to-real** [1] - 129:8
**refer** [5] - 22:9, 87:17, 178:23, 192:21, 213:13
**reference** [51] - 63:8, 70:3, 71:6, 71:8, 71:11, 72:24, 73:10, 74:7, 75:6, 77:8, 78:1, 78:18, 79:1, 79:12, 79:15, 79:21, 82:4, 84:13, 87:24, 89:8, 90:6, 91:3, 92:10, 93:23, 95:14, 95:21, 95:24, 96:23, 97:5, 97:6, 97:10, 98:4, 98:6, 98:11, 101:19, 103:2, 103:18, 103:20, 103:25, 104:1, 132:18, 135:13, 135:18, 136:12, 136:15, 137:24, 170:2, 170:8, 171:12
**referenced** [6] - 107:9, 108:17, 109:6, 109:15, 114:5, 200:1
**references** [10] - 81:16, 88:3, 88:15, 89:7, 90:21, 90:24, 91:2, 92:12, 99:19, 103:5
**References** [1] - 97:2
**referencing** [2] - 88:2, 108:22

**referred** [15] - 26:14, 58:20, 59:14, 72:11, 87:19, 90:10, 106:1, 113:23, 121:4, 126:4, 127:6, 135:9, 137:23, 172:5
**refers** [1] - 86:18
**reflect** [1] - 172:4
**refresh** [1] - 159:17
**refreshes** [1] - 152:4
**refusal** [1] - 30:12
**refuse** [1] - 30:13
**Regardless** [1] - 163:5
**regardless** [1] - 137:11
**regards** [2] - 48:21, 155:25
**region** [1] - 192:6
**registered** [2] - 134:4, 134:7
**regular** [2] - 107:24, 110:18
**Regulation** [5] - 105:23, 107:13, 108:20, 109:9, 109:18
**regulation** [1] - 108:2
**regulations** [2] - 106:2, 166:5
**Reisterstown** [5] - 190:19, 205:22, 205:24, 207:24, 208:8, 209:10
**related** [6] - 12:9, 32:5, 112:14, 158:13, 170:9, 217:19
**relating** [10] - 104:25, 105:8, 106:8, 107:5, 112:25, 113:15, 168:21, 219:25, 220:17, 222:21
**relation** [1] - 195:14
**relationship** [5] - 23:17, 23:20, 24:4, 25:1, 25:25
**relative** [2] - 185:17, 190:10
**released** [1] - 33:7
**relevant** [2] - 220:19
**relied** [1] - 183:19
**rely** [2] - 9:21, 48:12
**remain** [1] - 2:21
**remainder** [1] - 69:20
**remaining** [1] - 33:2
**remember** [21] - 9:7, 59:18, 61:17, 139:12, 141:1, 146:18, 150:7, 150:17, 151:10, 151:11, 151:18, 152:5, 152:7, 152:10, 152:21, 152:25, 179:8, 201:16, 210:20, 218:4, 218:21
**Remember** [2] - 192:16, 221:20
**remembers** [1] - 176:14

remind [1] - 130:22
reminding [1] - 94:12
remorse [1] - 90:18
remote [1] - 26:21
remove [2] - 41:13, 74:6
removed [3] - 14:17, 59:9, 62:6
rendered [1] - 61:25
repeat [1] - 162:21
repeated [1] - 117:10
repeatedly [2] - 25:12, 29:7
rephrase [1] - 197:16
Rephrase [2] - 158:16, 184:1
report [16] - 37:18, 53:4, 110:25, 111:18, 112:14, 131:8, 133:13, 140:17, 140:20, 141:4, 141:9, 141:17, 141:18, 160:8, 161:20
Reported [1] - 1:23
reported [1] - 109:14
Reporter [1] - 226:15
reporter [3] - 162:22, 167:4, 167:9
REPORTER'S [1] - 226:1
reports [6] - 13:1, 161:4, 162:13, 162:15, 162:16, 219:13
repping [1] - 86:8
represent [2] - 39:17, 40:1
representations [1] - 124:16
representative [1] - 140:14
represents [1] - 98:19
reputation [1] - 171:2
Request [1] - 110:22
request [19] - 105:18, 107:8, 108:15, 108:16, 108:24, 108:25, 109:5, 109:14, 111:15, 112:1, 122:5, 163:4, 185:24, 197:6, 203:4, 221:10, 222:8, 222:13, 222:20
requested [10] - 47:24, 47:25, 48:1, 48:8, 110:12, 122:21, 132:20, 161:9, 176:9
require [2] - 17:14, 124:23
required [2] - 108:2, 134:12
reread [1] - 89:23
researched [1] - 108:9
reserved [1] - 218:16
reside [1] - 26:10

residence [5] - 140:9, 141:6, 181:16, 181:21, 187:20
residential [3] - 201:4, 202:15, 202:18
respect [24] - 30:24, 32:17, 51:13, 68:17, 80:20, 102:22, 109:13, 110:25, 120:3, 121:13, 157:15, 157:25, 158:5, 159:9, 165:19, 166:6, 166:7, 166:18, 167:3, 167:19, 167:21, 167:24, 170:13, 223:22
responded [1] - 2:5
Response [1] - 109:12
response [12] - 9:8, 32:12, 107:5, 107:8, 108:15, 108:16, 109:4, 109:13, 109:14, 110:7, 223:1
responses [3] - 13:13, 106:9, 110:1
responsibilities [1] - 219:9
responsible [4] - 17:20, 17:21, 18:1, 19:18
rest [6] - 51:8, 84:2, 88:12, 102:17, 117:22, 119:12
Rest [1] - 102:18
restate [1] - 142:10
resting [3] - 119:9, 194:23, 195:6
restored [2] - 104:25, 105:8
result [2] - 38:3, 38:7
results [1] - 52:12
resume [2] - 26:1, 116:8, 219:1
resumes [1] - 33:6
return [3] - 110:9, 110:22, 112:4
returnable [1] - 127:4
returns [15] - 110:3, 110:19, 111:2, 111:13, 111:19, 111:20, 112:5, 112:6, 112:15, 121:23, 121:24, 133:2, 133:3, 133:17, 166:2
reveal [1] - 44:16
Revenue [2] - 109:23, 110:1
reverse [1] - 188:4
reversible [1] - 222:18
review [3] - 70:19, 81:15, 110:18
reviewed [5] - 70:24, 154:20, 155:18, 220:23, 222:16

reviewing [1] - 123:22
Reynolds [4] - 197:7, 197:10, 197:17, 198:4
Rhodes [3] - 1:17, 118:3, 123:16
RHODES [25] - 2:24, 30:19, 115:18, 118:6, 123:17, 124:2, 124:5, 125:6, 125:8, 125:13, 125:22, 128:21, 129:11, 163:14, 164:21, 164:25, 180:14, 203:10, 222:3, 222:11, 222:14, 223:4, 223:7, 223:11, 225:4
Rice [1] - 8:14
RICO [1] - 221:16
ride [1] - 72:6
riding [1] - 195:8
rights [2] - 104:25, 105:8
riots [1] - 99:17
rise [1] - 128:12
risk [2] - 4:8, 124:25
road [1] - 124:19
Road [7] - 182:8, 190:19, 205:22, 205:24, 207:24, 208:8, 209:10
robbery [7] - 28:9, 28:10, 28:13, 28:15, 28:18, 28:22, 161:12
Robert [1] - 1:16
Roc [26] - 76:3, 76:5, 80:2, 80:5, 80:6, 80:21, 82:2, 82:23, 83:19, 83:24, 85:18, 86:18, 90:14, 91:8, 91:11, 94:14, 95:1, 97:15, 99:7, 101:9, 102:10, 102:11, 103:15, 103:20, 103:24, 103:25
rock [14] - 36:15, 41:15, 42:4, 42:10, 42:19, 43:5, 43:6, 43:7, 49:18, 98:1, 98:2, 98:12
Rock [1] - 83:20
rock-like [3] - 43:5, 43:6, 43:7
rocking [2] - 101:10, 101:11
Rocking [1] - 101:12
rocks [2] - 97:24, 101:10
rodents [1] - 100:22
Rodney [2] - 142:20, 170:15
role [4] - 4:15, 4:17, 144:1
roll [1] - 87:10
rolled [2] - 194:23, 195:6

rollin' [2] - 101:11, 101:12
Ronnie [1] - 216:6
room [23] - 58:1, 58:5, 58:6, 58:9, 58:12, 58:15, 67:5, 67:9, 67:11, 67:12, 116:15, 123:8, 219:15
Room [2] - 1:24, 146:2
rope [1] - 87:11
Rope [1] - 87:23
rough [1] - 92:2
roughly [2] - 192:3, 193:4
round [1] - 61:21
rounded [1] - 200:4
rounds [7] - 61:19, 62:8, 62:11, 62:12, 73:12, 73:15, 210:7
route [3] - 205:3, 205:6, 207:21
routine [1] - 27:25
routinely [2] - 25:14, 42:24
RPR [1] - 1:24
rubber [1] - 124:19
Ruger [3] - 91:20, 92:11, 92:13
rule [5] - 3:22, 14:6, 14:7, 117:19, 120:2
Rule [3] - 220:17, 220:19, 220:21
ruled [2] - 127:24, 222:7
ruling [6] - 120:23, 121:1, 122:8, 122:12, 223:2, 224:1
run [15] - 7:18, 9:12, 9:14, 10:1, 77:2, 77:19, 80:21, 88:12, 96:14, 96:17, 102:10, 102:11, 155:9, 196:17, 203:4
Run [2] - 204:11, 204:19, 204:23
running [11] - 3:3, 19:17, 89:6, 89:24, 100:24, 102:6, 102:12, 102:13, 102:14, 102:15, 155:11
runs [2] - 190:18, 216:15
rural [2] - 27:2, 28:6
rusty [1] - 8:18

## S

S.A [1] - 53:13
sacks [1] - 75:3
safe [1] - 61:25
sale [1] - 3:4
saleable [1] - 51:11

sample [4] - 52:5, 52:7, 63:17, 166:12
samples [1] - 63:2
sandwich [3] - 44:18, 44:19, 46:6
Sanyo [1] - 207:6
sat [3] - 135:22, 192:12, 194:16
satisfied [1] - 224:7
save [3] - 117:20, 119:23, 131:23
savvy [1] - 8:3
saw [17] - 42:13, 43:21, 57:13, 59:9, 60:16, 68:2, 80:5, 110:9, 118:3, 148:15, 152:9, 155:5, 155:19, 155:22, 155:23, 171:16, 173:21
scale [1] - 8:6
scales [1] - 95:6
scenarios [1] - 30:1
scene [10] - 55:25, 57:9, 57:19, 59:14, 190:10, 190:23, 191:2, 191:14, 192:2, 195:14
scenes [2] - 102:20, 103:3
Schedule [2] - 51:1, 51:2
schedule [1] - 218:21
scheduled [1] - 218:22
scheduling [1] - 126:7
school [1] - 21:22
School [7] - 132:7, 132:17, 132:21, 132:24, 168:22, 169:13, 214:24
science [1] - 86:9
Sciences [2] - 35:25, 40:24
screen [15] - 31:3, 36:12, 61:13, 70:2, 72:2, 74:2, 79:24, 88:24, 96:3, 101:22, 152:12, 152:17, 178:25, 185:5, 209:16
screening [1] - 52:3
screens [1] - 92:12
script [1] - 30:12
scrupulous [1] - 219:8
SD [1] - 113:3
SD-1 [3] - 113:3, 113:8, 113:11
SD-2 [2] - 113:10
SDAT [2] - 113:23, 114:20
se [2] - 59:11, 118:11
SE [2] - 75:16, 77:22, 79:24, 83:17, 85:6, 86:20, 88:6, 90:12, 91:7, 91:15, 92:20, 94:9, 94:14, 94:25, 96:3,

97:14, 99:3, 99:5, 101:1, 101:21, 102:16
**SE-1** [4] - 60:13, 60:14, 61:8, 61:11
**SE-10** [2] - 70:1, 70:8
**SE-12** [1] - 171:5
**SE-13** [1] - 74:11
**SE-16** [2] - 65:9, 65:19
**SE-17** [1] - 81:24
**SE-18** [1] - 82:15
**SE-2** [2] - 62:3, 62:7
**SE-20** [4] - 62:15, 62:18, 63:23, 98:25
**SE-4** [2] - 59:11, 64:11
**SE-45** [1] - 71:23
**SE-45-9** [1] - 71:20
**SE-47** [4] - 67:16, 67:18, 67:19, 67:25, 69:10, 69:25
**seal** [1] - 222:9
**Seamon** [6] - 55:16, 55:21, 57:20, 60:17, 138:16, 139:20
**search** [22] - 55:14, 55:16, 55:23, 56:1, 56:2, 56:3, 56:6, 56:8, 56:16, 57:6, 67:8, 67:11, 107:10, 108:17, 109:6, 109:15, 140:15, 142:14, 179:10, 181:13, 209:11
**searched** [3] - 67:6, 69:20, 140:9
**searching** [2] - 67:9, 107:24
**seat** [5] - 64:14, 205:13, 205:14, 205:16, 206:21
**seated** [4] - 35:16, 53:15, 61:20, 172:11
**sec** [1] - 100:1
**second** [24] - 38:5, 39:9, 52:18, 70:14, 91:11, 121:16, 153:17, 171:8, 179:16, 189:4, 189:7, 189:8, 190:2, 190:6, 195:2, 195:4, 196:6, 200:9, 201:22, 202:13, 202:20, 202:21, 204:3, 215:20
**secondary** [1] - 26:15
**seconds** [12] - 189:3, 189:6, 189:22, 193:7, 193:14, 194:9, 200:3, 200:7, 200:10, 200:13, 200:15, 200:18
**section** [19] - 58:4, 74:18, 75:12, 76:9, 82:20, 82:25, 83:21, 85:7, 87:7, 87:22, 89:23, 91:18, 91:19, 92:24, 94:2, 94:6, 95:3, 95:20,

96:15
**secured** [4] - 144:20, 144:21, 145:5, 145:8
**Security** [6] - 65:20, 65:22, 65:24, 106:23, 107:2, 131:9
**see** [72] - 5:4, 7:25, 14:23, 17:25, 19:4, 26:18, 36:23, 40:19, 42:9, 43:2, 43:6, 43:17, 45:15, 48:2, 51:17, 57:22, 59:5, 59:11, 63:10, 64:10, 64:14, 64:17, 68:1, 70:4, 76:7, 77:25, 85:20, 87:25, 90:16, 90:17, 91:24, 91:25, 92:1, 92:2, 92:3, 96:3, 102:14, 102:21, 103:3, 106:14, 125:11, 132:10, 132:18, 134:20, 138:19, 146:9, 146:25, 147:3, 147:21, 147:23, 147:24, 148:1, 149:16, 149:22, 150:1, 150:5, 160:12, 175:21, 182:15, 189:1, 190:12, 190:13, 192:2, 203:19, 207:8, 209:25, 210:21, 215:17, 215:18, 219:14
**See** [3] - 94:1, 99:5, 152:4
**seeing** [3] - 10:10, 76:4, 139:12
**seem** [3] - 36:20, 65:25, 92:23
**seized** [13] - 57:14, 60:17, 62:1, 62:14, 135:14, 138:16, 138:23, 139:5, 139:15, 139:20, 153:18, 177:7
**seizing** [2] - 57:10, 57:13
**seizure** [3] - 63:19, 99:3, 181:13
**seizures** [1] - 153:20
**selected** [2] - 98:19, 99:4
**sell** [5] - 7:12, 7:17, 27:1, 27:8, 27:15
**seller** [3] - 23:22, 24:9, 24:18
**selling** [23] - 7:4, 19:13, 20:4, 20:16, 20:23, 21:1, 21:4, 21:7, 21:15, 21:16, 22:13, 22:19, 23:1, 23:2, 23:3, 23:4, 23:21, 26:13, 26:14, 26:25, 79:10, 79:19, 97:21
**sells** [5] - 24:11, 24:13, 25:14, 72:5

**sending** [1] - 129:1
**sense** [4] - 25:11, 63:12, 63:17, 130:7
**sensitive** [1] - 106:19
**sensitivity** [1] - 66:12
**sent** [4] - 110:1, 132:17, 182:20, 214:4
**sentence** [2] - 122:1, 122:4
**sentences** [1] - 47:3
**separate** [2] - 34:20, 47:22
**separated** [1] - 44:5
**separately** [5] - 45:4, 51:16, 104:20
**sequence** [1] - 211:13
**Sergeant** [1] - 99:15
**series** [2] - 173:7, 188:15
**seriously** [1] - 222:20
**served** [1] - 124:12
**Service** [4] - 55:1, 109:23, 110:1, 127:6
**service** [1] - 177:21
**serviced** [1] - 212:13
**services** [1] - 152:12
**Services** [1] - 168:21
**session** [12] - 125:8, 125:10, 125:15, 130:14, 130:20, 130:21, 130:22, 130:24, 197:9, 197:12, 218:23
**Set** [1] - 138:9
**set** [6] - 57:9, 59:14, 105:22, 115:4, 151:21, 204:8
**sets** [1] - 34:18
**setting** [1] - 55:25
**Setting** [1] - 57:19
**seven** [5] - 61:19, 62:12, 118:5, 118:7, 176:4
**Several** [1] - 204:11
**several** [12] - 5:9, 8:21, 13:12, 22:11, 56:10, 56:24, 121:24, 122:3, 173:18, 180:22, 204:9, 205:12
**shake** [1] - 113:3
**Shake** [4] - 68:6, 84:2, 96:25
**Shakedown** [22] - 72:9, 72:10, 76:3, 82:6, 90:23, 95:13, 95:20, 95:22, 96:23, 99:7, 102:15, 112:25, 113:15, 114:2, 114:6, 114:12, 114:21, 134:3, 139:8, 156:16, 173:19, 216:2
**share** [4] - 21:7, 22:21,

24:5, 28:16
**shared** [3] - 28:13, 222:9, 222:10
**sharing** [2] - 22:5, 23:6
**sharp** [1] - 86:12
**sharpening** [1] - 123:8
**Shawn** [1] - 104:18, 104:19, 104:21, 104:22, 108:15, 112:2, 161:11, 175:25, 208:16, 214:14, 216:14
**SHAWN** [1] - 1:8
**sheet** [3] - 42:7, 178:21, 179:11
**sheist** [1] - 96:21
**Sheist** [1] - 89:4
**Sheistiness** [1] - 86:9
**Sheisty** [2] - 86:9, 87:5
**Sheistyville** [10] - 72:9, 72:10, 76:3, 84:2, 96:24, 96:25, 102:3, 215:10, 215:16, 215:18
**shells** [1] - 80:22
**Shelly** [12] - 37:16, 39:17, 108:24, 111:15, 161:11, 176:1, 176:25, 179:7, 179:17, 197:2, 207:16, 208:14
**SHELLY** [1] - 1:8
**Shelton** [21] - 65:25, 66:7, 66:8, 66:14, 66:20, 66:24, 69:19, 104:19, 105:3, 105:5, 109:13, 110:23, 161:11, 170:17, 182:8, 187:1, 187:8, 187:17, 215:1, 215:3
**SHELTON** [1] - 1:7
**Sherman** [3] - 195:15, 195:19, 195:22
**shiest** [2] - 87:9, 87:10
**shirt** [2] - 214:10, 214:19
**shit** [13] - 76:11, 76:14, 76:17, 77:18, 87:13, 90:16, 93:9, 93:18, 102:12, 102:13, 102:15, 103:14
**Shit** [1] - 113:5
**shizzle** [2] - 99:19, 99:20
**shoot** [1] - 124:5
**shooting** [2] - 92:18, 158:25
**Shooting** [1] - 73:15
**short** [3] - 186:11, 205:15, 219:24
**shorter** [2] - 14:7, 58:3
**shorthand** [1] - 126:5
**Shortly** [1] - 189:15
**shorts** [1] - 214:24

**Shorty** [3] - 200:20, 202:1, 202:6
**shot** [3] - 88:3, 100:24, 103:5
**shots** [1] - 100:17
**shove** [1] - 124:19
**show** [40] - 40:4, 40:8, 55:19, 59:10, 59:13, 60:12, 62:14, 64:9, 64:23, 65:15, 67:20, 69:24, 71:19, 74:2, 81:23, 99:3, 100:4, 108:14, 110:6, 124:20, 124:21, 131:8, 131:11, 132:9, 139:11, 152:3, 168:24, 169:1, 169:3, 169:6, 175:10, 185:23, 186:10, 198:3, 209:13, 210:3, 212:4, 213:9, 214:6
**showed** [8] - 131:8, 134:3, 169:8, 169:18, 169:20, 171:5, 189:23, 212:20
**Showing** [3] - 60:13, 74:10, 113:25
**showing** [7] - 41:9, 61:13, 69:12, 132:19, 191:19, 196:10, 216:1
**shown** [4] - 136:19, 146:17, 168:20, 188:14
**shows** [7] - 131:20, 148:13, 153:3, 161:3, 195:13, 203:8, 203:13
**shut** [1] - 147:20
**side** [19] - 19:20, 19:22, 20:23, 23:4, 23:5, 58:13, 75:21, 80:21, 80:23, 81:6, 81:13, 84:2, 88:13, 89:12, 91:14, 152:17, 190:17
**sided** [3] - 70:23, 71:2, 88:21
**sign** [1] - 213:20
**signal** [1] - 194:4
**signature** [6] - 76:1, 76:5, 85:11, 85:13, 160:10, 226:10
**signatures** [3] - 39:24, 39:25, 115:9
**signed** [19] - 40:12, 40:22, 75:24, 80:2, 80:5, 82:23, 83:18, 85:18, 86:23, 89:11, 89:13, 91:8, 91:11, 94:14, 95:1, 97:15, 101:24, 110:25, 155:14
**significant** [5] - 10:7, 10:8, 10:9, 10:12, 15:9
**signs** [2] - 40:11, 86:13

**silver** [1] - 206:18

**similar** [6] - 21:12, 26:23, 85:17, 87:2, 89:14, 97:5

**Similar** [2] - 108:15, 108:24

**simply** [5] - 14:12, 183:19, 195:12, 203:8, 203:13

**sing** [1] - 82:13

**single** [7] - 30:10, 71:8, 71:11, 154:17, 155:5, 155:14, 206:19

**sister** [2] - 140:10, 216:14

**sit** [4] - 13:7, 63:5, 194:18, 218:22

**site** [1] - 190:9

**sites** [2] - 191:23, 195:13

**sitting** [5] - 18:13, 135:4, 194:21, 194:22, 214:15

**situated** [1] - 70:18

**situation** [9] - 4:2, 18:13, 19:17, 22:10, 22:25, 23:12, 108:7, 123:20, 222:4

**situations** [3] - 4:6, 10:21, 15:17

**Six** [1] - 94:22

**six** [6] - 28:14, 28:16, 28:21, 176:4, 182:12, 200:4

**size** [2] - 189:11, 213:16

**Skipped** [1] - 209:6

**slap** [1] - 207:1

**sleep** [2] - 194:19, 194:21

**slide** [1] - 215:12

**slightly** [1] - 74:12

**slip** [2] - 208:10, 208:12

**slips** [1] - 198:9

**Slo** [1] - 215:22

**Slo's** [1] - 99:15

**slow** [1] - 130:8

**slugs** [1] - 72:6

**small** [9] - 6:5, 8:18, 14:11, 15:22, 16:6, 26:13, 58:3, 77:25, 148:6

**smaller** [6] - 14:7, 17:22, 27:2, 28:5, 34:18, 44:9

**Smith** [5] - 204:20, 205:15, 207:16, 207:21, 210:14

**snitch** [2] - 77:4, 77:19

**Snitching** [2] - 196:5, 196:9

**Social** [6] - 65:20,

65:22, 65:24, 106:23, 107:2, 131:9

**socially** [1] - 31:14

**sock** [1] - 206:10

**sold** [2] - 27:4, 141:20

**sole** [1] - 93:12

**solely** [1] - 158:25

**Someone** [1] - 167:9

**someone** [10] - 9:21, 19:20, 48:7, 48:8, 95:21, 103:24, 104:1, 139:8, 170:21, 202:25

**sometime** [1] - 132:7

**Sometimes** [1] - 3:15, 3:19, 6:19, 6:20, 8:2, 9:14, 87:19, 90:10

**sometimes** [22] - 3:22, 6:23, 7:17, 8:6, 11:3, 11:4, 16:11, 17:19, 34:7, 34:8, 43:2, 70:23, 71:2, 83:18, 87:17, 121:17, 133:3, 150:6, 153:20, 167:14, 224:10, 224:11

**Somewhat** [1] - 17:22

**somewhat** [1] - 117:25

**somewhere** [2] - 124:2, 191:12

**song** [2] - 138:9, 173:17

**songs** [6] - 128:8, 137:24, 138:9, 155:18, 173:9, 173:18

**Soon** [2] - 94:6, 150:14

**soon** [1] - 57:22

**sore** [2] - 87:10, 87:24

**Sorry** [5] - 37:3, 74:21, 77:17, 127:20, 179:5

**sorry** [29] - 13:20, 50:11, 73:8, 83:3, 90:17, 94:3, 108:25, 113:8, 117:12, 119:16, 127:13, 133:6, 142:9, 145:23, 148:10, 148:13, 148:25, 156:4, 158:16, 163:10, 166:5, 167:5, 169:15, 192:23, 193:15, 207:9, 208:15, 209:6, 217:3

**sort** [19] - 7:21, 17:17, 18:12, 22:3, 22:4, 23:18, 28:17, 33:9, 56:14, 57:2, 63:19, 66:10, 76:20, 104:14, 114:23, 134:17, 171:11, 196:22, 206:4

**soul** [3] - 77:7, 77:9, 77:11

**sound** [1] - 18:25

**sounded** [1] - 151:16

**sounds** [2] - 135:12, 152:14

**source** [22] - 4:20, 5:5, 5:7, 5:11, 5:12, 5:13,

5:14, 10:7, 10:8, 14:16, 15:22, 15:25, 16:1, 16:3, 16:5, 16:7, 19:17, 19:18, 25:8, 90:18, 160:15

**sources** [3] - 5:4, 5:9, 7:1

**South** [1] - 208:9

**south** [1] - 21:1

**southbound** [2] - 205:23, 207:24

**sovereignty** [2] - 116:18, 223:17

**Sovich** [2] - 2:5, 118:8

**spark** [2] - 76:15, 76:17

**speaking** [2] - 18:24, 180:25

**speaks** [1] - 124:22

**special** [1] - 55:1

**SPECIAL** [1] - 225:10

**Special** [66] - 29:24, 34:22, 35:2, 53:12, 53:20, 53:23, 54:9, 55:4, 61:7, 61:17, 62:18, 65:1, 66:25, 67:19, 69:10, 69:21, 70:3, 70:17, 70:22, 72:3, 73:2, 73:8, 73:16, 74:1, 74:14, 75:6, 75:17, 77:23, 80:1, 80:8, 80:13, 81:15, 82:15, 85:2, 87:7, 88:2, 88:21, 92:24, 93:15, 93:22, 95:16, 96:6, 97:17, 98:19, 102:17, 103:23, 105:18, 107:20, 109:22, 112:11, 112:24, 115:16, 121:22, 135:2, 138:14, 140:4, 156:23, 158:2, 163:8, 164:12, 164:23, 166:16, 168:6, 169:18, 170:14, 223:22

**specific** [7] - 45:3, 45:10, 45:12, 59:13, 60:12, 126:16, 203:19

**specifically** [6] - 34:9, 43:8, 43:11, 94:21, 165:8, 165:15

**Specifically** [4] - 61:7, 73:19, 75:21, 81:5

**spectrophotometer** [2] - 52:6, 52:8

**speeches** [1] - 120:9

**speed** [1] - 219:3

**spell** [3] - 35:17, 53:16, 172:12

**spelled** [4] - 12:7, 138:1, 138:12, 172:5

**spelling** [1] - 138:2

**spellings** [1] - 87:21

**Spence** [2] - 177:20, 197:25

**spend** [1] - 168:10

**spent** [1] - 132:1

**spine** [1] - 95:10

**spines** [1] - 75:3

**spit** [4] - 82:6, 82:8, 82:12, 82:14

**spitted** [1] - 83:7

**spitting** [1] - 81:17

**split** [1] - 25:13

**spoken** [1] - 223:5

**Sports** [2] - 196:13, 196:18

**spot** [1] - 97:22, 195:9

**spotted** [2] - 204:17, 205:5

**spraying** [1] - 101:18

**Sprint** [1] - 207:6

**stabbing** [1] - 204:4

**stable** [1] - 6:2

**stand** [8] - 30:11, 84:20, 123:3, 123:6, 124:20, 173:9, 210:13, 217:14

**standard** [3] - 47:23, 48:6, 114:23

**Standing** [1] - 215:11

**standing** [3] - 145:24, 145:25, 147:20

**stands** [1] - 159:8

**stanza** [7] - 77:1, 78:14, 86:11, 93:15, 96:7, 100:11, 102:5

**stars** [1] - 128:13

**start** [9] - 14:20, 86:9, 88:25, 90:16, 100:14, 157:10, 210:4, 219:21

**Start** [1] - 100:20

**started** [2] - 143:15, 177:22

**Starting** [2] - 78:10, 84:6

**starting** [1] - 186:14

**starts** [1] - 150:14

**state** [14] - 35:17, 46:20, 47:14, 106:2, 106:8, 108:1, 113:18, 122:3, 127:10, 134:17, 157:25, 158:14, 166:14, 195:21

**State** [21] - 35:25, 39:18, 40:24, 53:16, 66:17, 69:15, 104:23, 105:6, 105:19, 105:23, 108:7, 113:15, 113:20, 114:1, 127:16, 127:17, 131:19, 134:4, 134:7, 134:22, 172:12

**statement** [4] - 127:25, 202:10, 207:14, 208:3

**Statement** [1] - 142:2

**statements** [2] -

120:12, 120:20

**STATES** [2] - 1:1, 1:5

**States** [10] - 11:11, 29:9, 35:1, 35:4, 53:11, 104:20, 105:3, 158:6, 158:7, 172:7

**stay** [4] - 14:16, 223:25

**staying** [1] - 85:5

**Staying** [1] - 62:13

**steady** [2] - 108:11, 108:13

**stenographically** [1] - 226:4

**Step** [1] - 192:9

**step** [3] - 172:6, 192:9, 219:19

**stepped** [1] - 99:15

**stick** [1] - 18:20

**sticking** [1] - 215:9

**stiff** [3] - 77:7, 77:10, 87:12

**still** [22] - 5:16, 8:10, 9:19, 10:11, 15:2, 15:3, 16:6, 25:8, 25:21, 63:8, 83:4, 83:6, 117:24, 119:20, 125:18, 125:22, 161:15, 162:5, 162:8, 173:4, 201:12, 212:22

**stipulate** [5] - 104:19, 104:21, 105:4, 160:1, 223:9

**stipulation** [8] - 35:8, 36:5, 104:14, 105:13, 123:21, 222:20, 223:2

**stipulations** [6] - 117:13, 117:20, 117:23, 119:23, 217:20, 220:1

**Stoler** [1] - 127:6

**stop** [11] - 73:11, 84:9, 84:10, 101:13, 101:14, 101:15, 180:14, 205:23, 206:6, 213:6, 217:8

**Stop** [2] - 196:5, 196:9

**stopped** [2] - 162:15, 162:16, 193:19, 195:10, 206:8, 208:9

**Store** [1] - 185:21

**store** [1] - 196:14

**street** [12] - 14:19, 17:2, 17:3, 17:4, 19:13, 23:2, 23:4, 23:5, 24:14, 31:18, 51:11, 190:19

**Street** [7] - 1:25, 17:5, 140:9, 141:6, 182:9, 182:10, 187:17

**streets** [13] - 19:13, 20:5, 21:6, 26:10, 27:9, 27:23, 74:25, 75:1, 78:5, 95:8, 95:11, 95:18, 96:10

**stretch** [1] - 194:2

**stricken** [1] - 163:2
**strict** [1] - 7:5
**strike** [8] - 162:23, 178:8, 191:17, 202:4, 207:18, 207:23, 208:2, 220:5
**striking** [1] - 178:4
**Strip** [1] - 98:2
**strong** [5] - 7:7, 14:15, 86:7, 86:16, 86:18
**structure** [3] - 6:10, 11:2, 16:22
**structured** [7] - 3:16, 9:15, 9:17, 9:18, 9:20, 11:3, 114:25
**student** [2] - 126:10, 126:11
**study** [1] - 126:18
**stuff** [11] - 8:14, 34:14, 60:4, 63:14, 63:19, 77:11, 85:17, 117:21, 117:23, 119:23, 221:17
**style** [1] - 87:2
**subject** [3] - 60:24, 69:23, 89:20
**subjects** [1] - 175:24
**submission** [1] - 44:14
**submit** [5] - 38:18, 136:21, 137:3, 137:4, 220:4
**submits** [1] - 48:14
**submitted** [14] - 36:15, 37:15, 37:21, 40:9, 41:25, 42:23, 48:16, 53:1, 53:4, 60:24, 136:22, 137:16, 160:9, 222:8
**submitting** [2] - 42:3, 220:15
**Subpoena** [1] - 212:20
**subpoena** [3] - 132:17, 132:18, 174:4
**subpoenaed** [5] - 124:9, 174:19, 174:23, 180:23, 188:11
**subpoenas** [3] - 124:10, 182:20, 214:4
**subscribed** [6] - 176:24, 179:5, 179:6, 179:19, 182:23, 208:14
**subsequently** [1] - 211:3
**substance** [17] - 36:15, 37:23, 37:24, 41:15, 42:4, 42:10, 43:5, 43:8, 43:12, 44:20, 49:6, 49:18, 50:24, 51:1, 51:20, 52:9, 52:11
**substances** [3] - 36:7, 42:19, 43:6, 143:5

**subtracted** [2] - 200:16, 200:17
**sufficient** [1] - 223:3
**sugars** [1] - 51:12
**suggest** [2] - 28:12, 117:20
**sum** [1] - 38:13
**summarize** [2] - 104:14, 182:10
**Summary** [1] - 81:7
**summary** [5] - 177:10, 185:24, 188:2, 197:6, 198:3
**sums** [3] - 7:22, 7:24, 8:11
**sun** [1] - 100:17
**Sunday** [2] - 173:11, 173:14
**superseding** [2] - 164:4, 223:24
**Supp** [2] - 121:6
**supplementing** [1] - 128:23
**supplied** [1] - 19:23
**Supplier** [2] - 20:25, 21:2
**supplier** [8] - 21:4, 22:22, 23:8, 23:13, 24:13, 25:1, 25:3, 27:5
**suppliers** [1] - 20:6
**supply** [17] - 5:5, 5:9, 5:10, 5:13, 5:14, 14:16, 15:22, 16:3, 16:5, 19:17, 19:18, 22:5, 25:8, 26:17, 27:10, 27:18
**Supply** [2] - 5:12, 5:13
**supplying** [1] - 16:5
**support** [3] - 18:6, 18:11, 18:12
**Suppose** [1] - 30:9
**supposedly** [1] - 142:11
**surprised** [2] - 123:14, 170:18
**surprising** [1] - 111:10
**surrounded** [1] - 86:13
**surrounding** [1] - 176:10
**surroundings** [1] - 8:8
**surveillance** [2] - 203:18, 204:9
**survived** [1] - 99:16
**susceptible** [1] - 178:13
**suspect** [4] - 121:5, 130:14, 130:16, 219:20
**suspect's** [2] - 36:17, 37:16
**sustain** [1] - 184:10
**Sustained** [6] - 163:24, 164:11, 164:22, 165:1,

197:15, 198:2
**sustained** [2] - 142:16, 164:18
**sworn** [2] - 56:24, 57:2
**SWORN** [3] - 35:14, 53:13, 172:9
**system** [3] - 64:9, 67:20, 108:3

---

# T

**T-Mobile** [2] - 191:20, 191:23
**TA-1** [1] - 110:7
**TA-3** [1] - 111:15
**TA-4** [1] - 112:1
**Tab** [4] - 94:22, 99:10, 101:4, 173:10
**table** [6] - 57:24, 62:16, 98:25, 192:10, 192:12, 192:14
**tag** [1] - 212:15
**tap** [1] - 95:9
**tape** [15] - 2:8, 60:9, 87:11, 87:23, 96:18, 118:9, 118:19, 118:20, 118:24, 120:13, 129:3, 129:8, 147:2, 147:5
**Tape** [1] - 149:17
**tapes** [1] - 120:18
**target** [1] - 196:6
**targeting** [1] - 195:22
**TASK** [1] - 225:14
**task** [4] - 56:24, 159:13, 172:24, 173:4
**Task** [5] - 57:1, 172:8, 172:17, 174:17, 177:24
**Taswell** [1] - 196:7
**tax** [26] - 110:2, 110:3, 110:9, 110:12, 110:18, 110:19, 110:22, 111:2, 111:19, 111:20, 112:5, 112:14, 112:19, 121:23, 121:24, 122:11, 126:18, 131:20, 131:21, 133:2, 133:3, 133:17, 156:1, 165:20, 166:2
**Taxation** [1] - 113:21
**taxes** [3] - 109:23, 133:9, 133:12
**Team** [1] - 54:15
**team** [2] - 56:12, 203:16
**tech** [1] - 8:18
**technician** [1] - 90:15
**Ted** [1] - 127:6
**tek** [4] - 80:21, 95:5, 100:4, 100:5
**telephone** [8] - 10:17, 174:12, 174:25, 179:8,

180:20, 200:5, 207:4, 207:7
**telephones** [4] - 175:25, 212:18, 217:1, 217:3
**template** [1] - 161:6
**ten** [4] - 115:19, 115:21, 115:25, 205:15
**Ten** [4] - 114:8, 114:14, 182:16, 182:17
**tenth** [3] - 192:3, 192:4
**TER** [2] - 169:7, 169:9
**term** [14] - 18:23, 18:25, 23:14, 32:14, 32:15, 63:12, 83:15, 95:16, 97:8, 97:11, 98:12, 104:24, 105:7
**termination** [2] - 169:6, 169:7
**terms** [24] - 4:1, 4:8, 6:10, 6:13, 7:7, 7:10, 7:20, 8:10, 8:13, 8:17, 13:16, 14:15, 19:7, 22:5, 24:8, 25:4, 25:15, 29:9, 34:16, 51:10, 56:8, 125:24, 126:2, 221:12
**test** [13] - 51:15, 51:17, 51:19, 51:23, 51:25, 52:3, 52:5, 52:13, 52:16, 52:17, 60:25, 61:3
**test-fired** [1] - 61:3
**test-firing** [1] - 60:25
**tested** [3] - 51:16, 129:6, 149:7
**testified** [21] - 13:24, 25:23, 32:18, 33:3, 73:20, 131:13, 135:17, 135:20, 138:14, 146:18, 151:17, 157:1, 157:24, 166:9, 166:11, 170:22, 174:8, 180:11, 193:17, 199:18, 201:7
**testify** [9] - 11:21, 34:4, 54:5, 54:7, 128:1, 128:7, 128:9, 140:15, 146:15
**testifying** [5] - 11:11, 12:14, 35:6, 167:2, 173:22
**testimony** [36] - 9:8, 33:17, 33:22, 35:10, 37:11, 42:6, 62:25, 63:3, 65:13, 71:5, 71:25, 92:15, 94:18, 98:7, 104:6, 128:22, 129:17, 132:8, 136:7, 152:4, 153:14, 153:21, 154:5, 158:4, 158:5, 160:18, 160:25, 161:15, 161:21, 163:18, 164:9, 165:19, 166:10, 166:14, 176:13,

184:4
**tests** [7] - 16:18, 51:20, 51:21, 52:2, 52:4, 52:13
**TFO** [5] - 2:7, 117:12, 129:9, 129:17, 172:9
**tha** [1] - 80:21
**Thanksgiving** [10] - 129:23, 218:16, 218:17, 218:18, 218:20, 218:23, 219:1, 219:2
**THE** [222] - 1:1, 1:2, 2:2, 2:4, 2:9, 2:12, 2:14, 2:19, 2:22, 29:20, 30:21, 32:23, 34:23, 34:24, 34:25, 35:5, 35:13, 35:15, 35:16, 35:18, 36:8, 36:20, 36:22, 36:25, 37:4, 37:7, 37:13, 38:22, 39:9, 39:11, 48:25, 49:16, 49:23, 50:2, 50:4, 50:6, 50:9, 50:11, 53:8, 53:10, 53:14, 53:15, 53:17, 53:25, 62:17, 64:24, 65:18, 66:12, 67:18, 81:8, 84:15, 84:23, 84:25, 96:2, 104:17, 105:2, 105:9, 105:12, 105:16, 106:17, 112:17, 112:20, 115:17, 115:23, 116:2, 116:17, 116:22, 117:2, 117:8, 117:11, 117:18, 118:3, 118:7, 118:11, 118:14, 118:18, 118:25, 119:3, 119:6, 119:16, 119:19, 119:22, 120:7, 120:11, 120:17, 120:25, 121:8, 121:11, 121:20, 122:5, 122:9, 122:15, 122:18, 122:21, 123:2, 123:6, 123:9, 123:15, 123:25, 124:4, 124:6, 125:7, 125:9, 125:14, 125:23, 126:1, 126:9, 126:11, 126:14, 126:19, 127:10, 127:13, 127:15, 127:18, 127:22, 128:2, 128:16, 128:19, 129:3, 129:6, 129:10, 129:12, 129:15, 129:18, 129:21, 129:24, 130:5, 140:1, 140:25, 141:9, 141:12, 141:14, 142:9, 142:16, 145:13, 145:15, 145:18, 147:4, 148:4, 148:10, 148:15, 148:17, 148:19, 148:22, 149:1, 149:5, 149:9, 149:12, 149:16, 149:18, 149:19, 149:21, 149:24, 159:25,

160:3, 162:20, 163:4,
163:16, 163:24, 164:11,
164:18, 164:22, 165:1,
165:12, 165:14, 172:4,
172:10, 172:11, 172:13,
174:13, 178:4, 178:9,
178:23, 180:16, 184:1,
184:10, 187:4, 191:18,
192:11, 192:15, 192:17,
192:23, 197:15, 197:22,
198:2, 198:14, 198:17,
198:24, 199:1, 201:16,
201:19, 202:3, 202:5,
203:12, 207:20, 207:24,
207:25, 208:1, 208:3,
211:5, 213:8, 217:9,
219:17, 219:19, 220:20,
221:9, 221:12, 221:14,
221:18, 221:20, 221:24,
222:2, 222:6, 222:12,
222:15, 223:6, 223:8,
223:12, 223:18, 224:2,
224:6, 224:14

**theme** [1] - 81:21
**themselves** [6] - 3:3,
7:2, 16:25, 29:10, 47:2,
120:19
**thereabouts** [1] -
133:23
**thereafter** [1] - 84:7
**They've** [2] - 22:20,
24:24
**they've** [4] - 26:4, 27:4,
45:16, 124:11
**thin** [1] - 213:18
**thinking** [1] - 118:4
**thinks** [1] - 77:3
**thirty** [2] - 116:1, 210:4
**thirty-two** [1] - 210:4
**Thomas** [1] - 1:20
**threat** [3] - 3:23, 4:10,
4:14
**threatening** [1] - 117:15
**three** [20] - 44:7, 44:21,
44:24, 45:4, 49:9, 52:4,
122:13, 124:18, 143:12,
191:10, 194:22, 196:24,
200:6, 201:6, 201:10,
201:21, 201:22, 211:11,
217:16
**Three** [3] - 44:24, 99:10,
161:9
**three-quarters** [1] -
217:16
**throat** [1] - 95:4
**throughout** [5] - 9:10,
29:9, 54:5, 196:9
**Throughout** [1] -
183:16
**throw** [2] - 32:3, 64:1,

65:8
**thug** [4] - 72:8, 86:8,
86:16, 86:18
**thuglets** [1] - 87:11
**thugs** [1] - 72:8
**Thursday** [4] - 1:11,
126:6, 126:8, 130:25
**tiptoe** [1] - 223:25
**Title** [1] - 195:21
**title** [2] - 82:2, 160:8
**titled** [2] - 160:13,
160:14
**titles** [1] - 49:17
**TM's** [1] - 99:15
**Tobacco** [1] - 53:23
**today** [20] - 2:10, 12:14,
42:13, 57:17, 63:5,
68:22, 70:20, 71:5,
96:10, 116:5, 117:15,
117:22, 119:3, 123:14,
124:3, 128:22, 129:14,
155:1, 155:2, 160:7
**toe** [1] - 99:25
**together** [30] - 3:14,
7:12, 13:16, 14:24,
20:13, 20:17, 20:18,
21:6, 21:22, 22:12,
25:11, 25:13, 27:5,
27:23, 27:24, 27:25,
28:19, 29:2, 30:10,
31:15, 31:21, 32:8,
47:11, 56:11, 183:22,
184:7, 184:13, 184:16,
210:22
**toggle** [1] - 36:18
**toggled** [1] - 37:10
**toll** [7] - 174:4, 174:7,
174:12, 174:18, 175:5,
199:19, 202:15
**tolls** [7] - 174:24,
182:22, 188:7, 188:9,
188:13, 203:4, 216:9
**tomorrow** [4] - 116:8,
117:24, 117:25, 119:10,
119:11, 119:13, 119:14,
119:19, 122:22, 122:24,
125:17, 125:18, 125:19,
125:22, 127:4, 129:22,
129:25, 130:3, 130:7,
130:8, 130:9, 130:13,
130:14, 130:16, 130:18,
130:20, 130:21, 198:20,
198:22, 217:11, 217:15,
217:21, 217:23, 217:24,
219:14, 220:6, 220:9,
220:10, 220:11, 220:25,
221:3, 222:1, 223:6,
223:8, 223:12, 223:18
**Tonya** [1] - 177:20
**took** [8] - 40:17, 63:19,

144:18, 144:21, 145:25,
147:16, 152:13
**tools** [4] - 83:5, 83:6,
83:11, 83:14
**top** [7] - 19:23, 59:23,
59:24, 76:7, 85:14,
189:2, 208:13
**topic** [4] - 85:16, 87:5,
104:16, 165:18
**total** [7] - 38:25, 39:4,
49:8, 49:10, 52:25,
70:22, 175:23
**totally** [1] - 29:5
**touch** [1] - 77:19
**toward** [5] - 9:7, 35:16,
53:15, 152:18, 172:11
**towel** [1] - 212:1
**tower** [10] - 189:23,
190:3, 190:7, 190:9,
190:16, 191:1, 191:5,
191:7, 191:20, 192:3
**Tower** [1] - 189:24
**town** [1] - 26:13
**trace** [1] - 180:13
**track** [4] - 74:24, 95:7,
101:4, 112:22
**Track** [4] - 94:21, 99:9,
101:1, 173:10
**tracks** [1] - 113:5
**trade** [3] - 27:4, 113:25,
114:1
**trafficker** [1] - 195:25
**traffickers** [2] - 54:16,
112:13
**trafficking** [2] - 13:16,
112:12
**trail** [1] - 40:4
**transaction** [2] - 24:15,
24:22
**transcribed** [1] - 226:7
**transcript** [4] - 94:22,
167:10, 173:11, 226:7
**transferred** [1] - 209:4
**transport** [1] - 157:25
**transported** [2] - 209:3,
209:4
**trapped** [1] - 86:7
**trappings** [1] - 7:25
**traveled** [1] - 159:3
**traveling** [1] - 159:6
**treasury** [1] - 17:18
**tree** [1] - 194:17
**trial** [14] - 29:3, 54:5,
54:6, 71:17, 135:5,
135:20, 135:22, 140:15,
153:21, 157:4, 157:5,
157:7, 174:8, 184:5
**trial's** [2] - 129:25,
163:7
**tried** [4] - 182:20,

183:16, 186:11, 186:12
**trigger** [1] - 47:15
**trip** [1] - 4:17
**Trooper** [9] - 36:15,
37:15, 40:9, 41:19,
41:23, 42:23, 53:1, 53:3,
132:23
**trooper** [3] - 48:14,
48:20, 49:6
**true** [5] - 128:2, 133:19,
157:11, 160:8, 167:14
**truth** [3] - 81:17, 83:3,
83:4
**Try** [1] - 149:24
**try** [16] - 3:4, 10:25,
37:10, 37:11, 77:25,
80:8, 93:15, 106:12,
106:21, 106:23, 146:16,
148:24, 173:24
**trying** [15] - 24:3, 29:9,
52:13, 60:2, 79:10, 83:4,
83:6, 93:13, 101:12,
101:13, 125:3, 149:4,
158:16, 163:10, 223:25
**tube** [2] - 100:16,
100:17
**tuck** [1] - 96:13
**Tuesday** [7] - 125:7,
125:8, 125:9, 125:15,
130:23, 130:24, 218:12
**tune** [1] - 93:18
**turn** [2] - 100:3, 129:13
**turned** [4] - 118:5,
147:22, 148:1
**turns** [3] - 58:1, 58:2
**tweet** [1] - 83:2
**Twelve** [1] - 118:6
**twelve** [1] - 118:7
**twenty** [1] - 200:14
**twice** [1] - 193:18
**two** [103] - 3:13, 3:15,
3:18, 5:10, 9:24, 10:24,
13:15, 14:3, 14:12, 19:4,
19:12, 20:4, 20:7, 21:11,
21:21, 22:17, 23:1,
25:10, 26:9, 26:10, 27:3,
28:8, 28:17, 28:18, 31:2,
31:11, 34:11, 37:22,
38:4, 38:12, 38:19, 39:1,
41:23, 42:16, 42:19,
43:5, 43:6, 43:9, 43:17,
43:22, 44:5, 44:9, 44:19,
45:1, 45:2, 58:4, 58:9,
58:11, 87:8, 88:21, 91:2,
91:8, 91:15, 101:4,
102:19, 102:22, 102:23,
103:5, 108:10, 114:5,
116:14, 116:15, 120:1,
121:9, 124:21, 132:3,

183:16, 186:11, 186:12
**trigger** [1] - 47:15
**trip** [1] - 4:17
**Trooper** [9] - 36:15,
37:15, 40:9, 41:19,
41:23, 42:23, 53:1, 53:3,
132:23
**trooper** [3] - 48:14,
48:20, 49:6
**true** [5] - 128:2, 133:19,
157:11, 160:8, 167:14
**truth** [3] - 81:17, 83:3,
83:4
**Try** [1] - 149:24
**try** [16] - 3:4, 10:25,
37:10, 37:11, 77:25,
80:8, 93:15, 106:12,
106:21, 106:23, 146:16,
148:24, 173:24
**trying** [15] - 24:3, 29:9,
52:13, 60:2, 79:10, 83:4,
83:6, 93:13, 101:12,
101:13, 125:3, 149:4,
158:16, 163:10, 223:25
**tube** [2] - 100:16,
100:17
**tuck** [1] - 96:13
**Tuesday** [7] - 125:7,
125:8, 125:9, 125:15,
130:23, 130:24, 218:12
**tune** [1] - 93:18
**turn** [2] - 100:3, 129:13
**turned** [4] - 118:5,
147:22, 148:1
**turns** [3] - 58:1, 58:2
**tweet** [1] - 83:2
**Twelve** [1] - 118:6
**twelve** [1] - 118:7
**twenty** [1] - 200:14
**twice** [1] - 193:18

136:15, 157:8, 169:10,
169:12, 169:16, 174:11,
174:14, 175:25, 176:1,
176:15, 177:4, 181:10,
189:6, 189:16, 189:19,
191:10, 191:24, 192:6,
194:2, 194:9, 194:22,
195:5, 195:20, 196:24,
197:2, 201:10, 201:22,
204:2, 206:9, 208:19,
210:4, 211:13, 213:2,
213:4
**Two** [10] - 28:15, 31:2,
38:9, 51:1, 51:2, 51:13,
179:10, 179:18, 179:21,
217:3
**two-sided** [1] - 88:21
**two-way** [1] - 213:2
**type** [7] - 29:3, 47:2,
112:19, 126:18, 160:10,
169:6, 213:2
**typed** [3] - 41:14, 42:3,
160:18
**typically** [2] - 23:10,
51:10

**U**

**U.S** [5] - 1:24, 12:24,
161:8, 161:20, 161:21
**Ultima** [1] - 205:5
**Ultimate** [1] - 30:18
**Ultimately** [1] - 60:24
**ultraviolet** [2] - 52:6,
52:7
**Um-hum** [1] - 51:4
**umbrella** [1] - 34:18,
34:20
**unable** [1] - 110:19
**uncle** [2] - 185:16,
194:25
**under** [15] - 2:21, 48:15,
48:17, 50:24, 60:3,
108:1, 177:5, 177:8,
180:7, 180:8, 182:5,
194:8, 206:8, 208:19,
222:8
**underlining** [2] - 75:12,
75:21
**underlying** [1] - 102:24
**underneath** [3] - 59:17,
60:2, 60:7
**undue** [1] - 8:9
**unemployed** [1] -
131:18
**Unemployment** [5] -
107:12, 107:23, 108:19,
109:8, 109:17
**unemployment** [7] -

106:7, 107:17, 107:22, 108:3, 108:9, 131:14, 165:20
**unfold** [2] - 93:16, 100:7
**unfolded** [1] - 143:18
**Unfortunately** [1] - 64:9
**unit** [5] - 12:9, 12:10, 12:15, 205:19, 206:3
**UNITED** [2] - 1:1, 1:5
**United** [10] - 11:11, 29:9, 35:1, 35:4, 53:11, 104:20, 105:3, 158:6, 158:7, 172:7
**units** [6] - 204:16, 204:17, 204:25, 205:24, 206:6
**unless** [4] - 47:24, 48:7, 106:24, 111:23
**unloaded** [1] - 61:25
**unsuccessful** [1] - 216:10
**unto** [1] - 120:18
**unusual** [2] - 5:8, 87:21
**unwarranted** [1] - 130:13
**up** [128] - 2:7, 9:16, 9:19, 9:24, 10:25, 18:9, 27:11, 27:15, 28:1, 28:6, 28:8, 30:3, 30:11, 31:2, 31:14, 33:1, 33:6, 33:9, 36:17, 37:1, 37:8, 38:12, 39:2, 41:4, 43:2, 47:12, 51:23, 61:13, 62:10, 63:17, 64:9, 65:16, 70:2, 73:17, 74:4, 75:16, 77:20, 80:1, 80:21, 82:9, 83:24, 84:1, 84:2, 85:6, 85:20, 87:13, 88:12, 88:24, 90:17, 92:10, 93:13, 95:6, 97:2, 99:15, 100:4, 100:12, 100:15, 101:13, 102:9, 102:10, 102:11, 118:22, 122:18, 124:20, 124:22, 126:8, 127:5, 128:13, 129:4, 130:13, 135:24, 136:1, 136:4, 136:15, 138:18, 143:4, 144:7, 144:19, 146:6, 146:12, 146:22, 148:1, 148:24, 148:25, 150:8, 150:17, 150:23, 151:7, 152:18, 152:19, 153:3, 158:23, 159:5, 160:12, 160:15, 161:3, 168:11, 176:12, 176:22, 180:23, 181:16, 185:5, 189:10, 189:19, 190:23, 192:5, 192:12, 192:15, 194:12, 195:9, 197:25,

198:5, 200:4, 200:9, 200:22, 201:20, 201:22, 203:5, 203:15, 203:19, 204:9, 205:21, 210:11, 210:12, 212:18, 215:11, 222:5
**upper** [1] - 88:4
**ups** [1] - 209:20
**US** [1] - 110:9
**USA** [1] - 226:4
**usage** [1] - 201:17
**uses** [4] - 52:10, 138:8, 138:9, 178:10
**utilized** [3] - 29:7, 29:13, 176:24
**utilizes** [1] - 178:10
**utilizing** [1] - 178:17
**UV** [1] - 52:6

---

## V

**V-10** [1] - 216:24
**V-11** [1] - 212:3
**V-12** [1] - 210:4
**V-13** [1] - 215:7
**V-14** [1] - 214:25
**V-15** [1] - 215:2
**V-16** [1] - 213:19
**V-17** [1] - 215:24
**V-18** [1] - 215:4
**V-19** [1] - 214:23
**V-2** [1] - 217:4
**V-20** [1] - 214:23
**V-21** [1] - 214:6
**V-22** [1] - 209:23
**V-23** [4] - 209:19, 209:23, 217:1
**V-3** [1] - 213:3
**V-4** [1] - 217:4
**V-5** [1] - 213:24
**V-6** [1] - 212:16
**V-7** [1] - 212:3
**V-8** [1] - 211:6
**V-9** [1] - 213:9
**V-O-N-Z-E-L-L-A** [1] - 35:18
**Valdavia** [14] - 181:19, 204:9, 204:25, 205:7, 209:8, 209:11, 209:18, 209:20, 214:1, 214:7, 215:25, 216:21, 216:25, 217:7
**Valdivia** [1] - 181:14
**variables** [1] - 5:10
**varies** [1] - 3:15
**various** [10] - 29:14, 57:8, 58:20, 63:2, 70:19, 105:19, 106:2, 106:6, 110:2, 113:14

**varying** [1] - 125:25
**vast** [3] - 8:11, 66:24, 154:12
**vault** [4] - 40:22, 40:24, 41:2, 41:3
**vegetable** [2] - 100:3, 211:8
**vehicle** [7] - 3:21, 81:11, 193:17, 193:20, 205:16, 205:19, 206:8
**verb** [1] - 79:3
**verbatim** [1] - 30:11
**verbiage** [1] - 33:20
**versed** [1] - 221:16
**versus** [3] - 11:12, 19:5, 58:12
**Veteran's** [1] - 130:23
**VHS** [1] - 60:8
**vial** [4] - 26:19, 26:20, 26:22, 27:8
**Vice** [1] - 216:6
**Victor** [1] - 209:24
**video** [6] - 145:11, 152:5, 153:2, 196:5, 196:10, 196:11
**view** [4] - 28:11, 146:22, 149:13, 192:16
**viewing** [2] - 152:5, 208:7
**views** [1] - 149:2
**ville** [1] - 68:6
**VIN** [1] - 212:15
**vinyl** [1] - 59:19
**violation** [1] - 142:25
**violence** [5] - 12:12, 71:12, 86:7, 128:14
**Violence** [1] - 71:16
**Violent** [1] - 54:15
**violent** [4] - 54:16, 54:17, 153:20
**Violet** [5] - 189:24, 190:4, 190:12, 190:16, 190:17
**voice** [1] - 73:20, 73:23, 189:14, 189:16, 189:20, 199:16, 199:23, 200:19, 201:5, 202:20, 202:24
**VOLUME** [1] - 1:11
**Volunteers** [1] - 156:10
**Vonzella** [2] - 35:4, 35:18
**VONZELLA** [2] - 35:14, 225:7

---

## W

**W-66** [1] - 199:3
**W-67** [1] - 177:9

**W-68** [1] - 179:1
**W-H-O-O-D-I** [2] - 138:12, 172:5
**W5-F** [1] - 179:25
**waist** [2] - 87:12, 96:9
**Wait** [3] - 125:11, 127:10, 151:1
**wait** [2] - 39:9, 90:17
**waited** [2] - 205:12, 205:14
**walk** [3] - 24:6, 57:22, 80:1
**Walker** [1] - 215:23
**wall** [2] - 24:24, 58:13
**wanna** [2] - 101:15, 102:18
**wants** [2] - 128:8, 224:9
**war** [1] - 75:4
**warden** [1] - 166:13
**warrant** [15] - 55:14, 55:16, 56:1, 56:2, 56:3, 142:23, 142:24, 143:2, 143:7, 144:1, 179:10, 181:13, 209:11
**warrants** [2] - 204:2, 206:9
**Watch** [1] - 83:25
**watch** [1] - 100:5
**watches** [1] - 196:10
**water** [1] - 102:12
**WAYNE** [1] - 1:8
**Wayne** [18] - 37:16, 39:17, 108:24, 111:16, 155:9, 155:11, 155:19, 155:20, 155:22, 161:11, 176:25, 179:7, 179:18, 179:23, 197:2, 207:16, 208:15
**ways** [2] - 58:20, 175:2
**weapon** [7] - 4:12, 59:23, 60:3, 60:21, 60:22, 61:12, 61:25
**weapons** [2] - 20:18
**wearing** [2] - 214:24, 215:10
**Wearing** [1] - 215:16
**weave** [1] - 93:11
**Weaze** [8] - 70:12, 93:10, 100:23, 136:13, 154:24, 155:6, 155:23, 155:24
**Wednesday** [9] - 123:18, 123:19, 123:24, 125:13, 125:14, 125:21, 130:24, 218:13, 218:21
**weed** [2] - 72:5, 75:2
**week** [12] - 124:1, 124:7, 125:3, 125:10, 127:3, 127:4, 130:25, 218:2, 218:13, 218:17,

219:1, 220:16
**weekend** [2] - 143:17, 143:19
**weeks** [7] - 123:17, 176:4, 182:12, 182:16, 182:17, 222:19
**weigh** [4] - 37:24, 44:24, 45:4, 45:10, 45:12, 47:18, 47:21, 49:6
**weighed** [6] - 38:4, 38:5, 45:1, 45:8, 47:21, 49:20
**weight** [31] - 3:5, 38:2, 38:5, 38:6, 38:15, 38:16, 38:18, 38:24, 38:25, 39:1, 39:4, 45:6, 45:18, 45:19, 45:20, 45:24, 45:25, 46:2, 46:11, 46:14, 46:21, 46:24, 47:1, 47:6, 47:8, 47:19, 49:8, 49:10, 52:25
**weights** [5] - 38:12, 46:23, 46:24, 47:8, 47:11
**welcome** [1] - 53:10
**well-defined** [1] - 13:25
**Wesson** [1] - 210:14
**West** [2] - 1:25, 191:25
**west** [2] - 20:23, 84:2
**westbound** [2] - 174:15, 194:14
**Western** [1] - 216:16
**whatever's** [2] - 103:13
**Whereof** [1] - 226:9
**white** [19] - 36:14, 37:23, 40:7, 41:15, 42:4, 42:10, 42:19, 43:7, 43:12, 44:20, 49:18, 60:3, 64:11, 64:18, 86:14, 88:12, 88:14
**whole** [11] - 76:2, 76:12, 76:17, 77:21, 131:10, 138:15, 150:5, 173:7, 186:24, 188:15, 222:10
**wholesale** [1] - 9:9
**Whoodi** [8] - 103:16, 104:2, 104:3, 104:9, 138:8, 171:13, 171:14, 171:15
**WHOODI** [1] - 138:1
**whore** [2] - 87:11, 87:23
**wider** [1] - 93:1
**wife** [2] - 96:18, 96:22
**wild** [1] - 78:5
**Willie** [1] - 107:6, 110:7, 114:14, 115:10, 161:10, 180:3, 214:12, 216:1, 216:21, 226:4
**WILLIE** [1] - 1:7
**willing** [4] - 28:10, 171:3, 222:17, 223:3

**Wills** [1] - 208:22
**window** [4] - 57:24, 57:25, 148:6, 148:7
**Windsor** [2] - 114:8, 114:15
**winks** [1] - 15:19
**wiretap** [5] - 174:21, 195:21, 196:20, 196:21
**wiretaps** [2] - 10:17, 178:13
**wish** [3] - 116:18, 126:16, 220:3
**witch** [1] - 78:6
**withdraw** [2] - 49:15, 222:12
**Withdrawn** [1] - 49:16
**withholding** [1] - 223:13
**witness** [14] - 35:6, 36:6, 36:8, 48:23, 81:7, 119:20, 127:19, 144:10, 148:11, 157:9, 159:24, 167:16, 172:6, 208:4
**Witness** [2] - 2:17, 226:9
**WITNESS** [27] - 2:22, 34:24, 35:13, 35:14, 35:15, 35:18, 53:10, 53:13, 53:14, 53:17, 112:20, 115:17, 141:14, 149:5, 149:18, 149:21, 165:14, 172:9, 172:10, 172:13, 192:17, 201:19, 207:25, 225:4, 225:7, 225:10, 225:14
**witnesses** [13] - 54:3, 73:20, 119:10, 124:9, 124:13, 124:18, 124:20, 124:24, 168:1, 184:6, 218:7, 218:9
**Wodey** [3] - 138:3, 171:19, 171:20
**Wodeys** [1] - 171:22
**wonder** [2] - 129:22, 188:21
**wondering** [2] - 106:18, 192:8
**Woodland** [3] - 97:22, 98:6, 98:7
**Woody** [10] - 137:24, 138:1, 138:3, 138:5, 171:18, 171:20, 171:21, 172:1, 172:4, 185:25
**Woody's** [1] - 185:17
**word** [51] - 12:7, 13:12, 13:13, 13:14, 13:21, 14:2, 18:21, 19:8, 24:2, 30:15, 30:16, 36:25, 72:19, 72:24, 73:13, 73:17, 73:23, 75:14,

76:5, 76:13, 76:15, 78:14, 78:15, 78:18, 79:2, 79:17, 82:9, 83:8, 83:11, 86:7, 91:3, 96:16, 97:3, 97:10, 97:11, 121:16, 138:8, 164:7, 171:11, 171:16, 171:20, 178:4, 205:4
**words** [10] - 16:13, 19:4, 51:17, 72:21, 73:24, 79:3, 81:17, 105:12, 128:6, 128:8
**works** [2] - 14:24, 56:8
**world** [3] - 2:14, 28:4, 33:10
**worried** [1] - 117:14
**worry** [2] - 75:1, 102:12
**worrying** [1] - 37:12
**worth** [1] - 213:7
**wrist** [1] - 98:2
**writ** [1] - 127:3
**write** [1] - 103:12
**writes** [1] - 104:3
**writing** [4] - 68:3, 104:15, 105:10, 210:23
**written** [16] - 68:7, 68:10, 85:16, 87:1, 87:2, 105:13, 121:6, 126:12, 126:14, 129:2, 154:13, 155:13, 155:16, 155:17, 155:18, 220:3
**wrote** [6] - 9:8, 9:13, 49:13, 69:5, 140:17, 141:4
**Wyche** [20] - 92:18, 176:11, 176:20, 177:4, 177:10, 177:11, 179:13, 180:3, 180:8, 181:7, 181:22, 182:5, 184:20, 197:4, 201:7, 201:24, 207:14, 201:21, 208:6, 214:16
**Wyche's** [9] - 181:10, 199:10, 199:11, 199:15, 199:19, 199:22, 199:24, 201:4, 212:18
**Wyches'** [1] - 181:24

# X

**XXII** [1] - 1:11
**XXXVII** [1] - 1:11

# Y

**y'all** [1] - 77:18
**Yah** [1] - 83:24
**year** [17] - 11:12, 23:18, 24:16, 25:21, 104:24,

105:7, 110:15, 111:12, 111:13, 111:24, 112:9, 131:23, 182:21, 195:23, 219:2
**years** [20] - 10:15, 23:18, 36:4, 39:19, 54:11, 54:12, 55:5, 106:18, 110:2, 110:12, 111:3, 111:9, 111:20, 112:6, 121:24, 122:3, 122:13, 131:21, 149:6
**yesterday** [21] - 3:2, 5:21, 9:4, 9:8, 10:2, 18:22, 26:12, 94:18, 98:9, 99:9, 101:3, 101:4, 118:4, 124:11, 124:16, 126:4, 127:5, 127:24, 155:1, 173:10, 184:6
**yield** [1] - 158:19
**yo** [7] - 78:23, 78:24, 78:25, 79:2, 103:8, 103:12
**Yo** [4] - 77:2, 77:3, 95:5, 101:9
**York** [2] - 27:11, 55:2
**young** [1] - 86:8
**youngest** [1] - 111:5
**yourself** [2] - 2:20, 13:3
**Yup** [2] - 85:24, 95:13

# Z

**Zajac** [3] - 1:24, 226:3, 226:14
**zoom** [3] - 76:19, 85:23, 93:2