1

                    IN THE UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF MARYLAND
                           NORTHERN DIVISION



     UNITED STATES OF AMERICA

            v.                              CRIMINAL CASE NO.
                                              AMD-04-029
     WILLIE MITCHELL,
     SHELTON HARRIS,
     SHELLY WAYNE MARTIN,
     SHAWN GARDNER,

             Defendants
     _____/

                      VOLUME XXXVI OF XXXVI
                     Monday, December 8, 2008
                     Baltimore, Maryland


     Before:  Honorable Andre M. Davis, Judge
                     And a Jury

     Appearances:
             On Behalf of the Government:
              Robert Harding, Esquire
              Michael Hanlon, Esquire
             On Behalf of Defendant Mitchell:
              Laura Kelsey Rhodes, Esquire
              Michael E. Lawlor, Esquire
             On Behalf of Defendant Harris:
              Gerard P. Martin, Esquire
              Paul Flannery, Esquire
             On Behalf of Defendant Martin:
              Thomas L. Crowe, Esquire
              James G. Pyne, Esquire
             On Behalf of Defendant Gardner:
              Adam H. Kurland, Esquire
              Barry Coburn, Esquire

     Reported by:
     Mary M. Zajac, RPR
     Room 5515, U.S. Courthouse
     101 West Lombard Street
     Baltimore, Maryland 21201

1          (Jury starts deliberating at 9:45 a.m.)

2          (Proceedings at 1:53 p.m.  Jury not present.  All

3    defendants are present.)

4          THE COURT:  Counsel, we have a verdict from the jury.

5    Ladies and gentlemen, the Court welcomes you to the courtroom,

6    but understand that no one will be permitted to depart the

7    courtroom until after the Court has fully taken the verdict of

8    the jury and the jury has been excused.

9          So if you don't think you can remain for the entire

10   period, it is likely to take a few minutes because of the

11   complexity of the jury verdict form.  All right.  Madam Clerk,

12   you may bring in the jury.

13         Mr. Flannery, I saw your submission and I think you

14   misunderstood or Mr. Martin misunderstood.  That's exactly what I

15   was inviting you to do, not to suggest language.  So thank you.

16         MR. MARTIN:  Can we consider it filed, Your Honor?

17         THE COURT:  Yes.

18         MR. MARTIN:  We haven't filed it electronically yet but

19   we will.

20         THE COURT:  That's fine.

21         (Jury enters the courtroom at 1:54 p.m.)

22         THE COURT:  Members of the jury, good afternoon.  We've

23   been advised that you have reached a unanimous verdict.  Please

24   follow the instructions of the clerk.  You may call the role.

25         THE CLERK:  Taking a verdict in Criminal Number

1    AMD-04-029, United States of America versus Willie Mitchell,

2    Shelton Harris, Shelly Martin and Shawn Gardner.  Members of the

3    jury, would you please answer to roll call?  Juror Number One?

4              A JUROR:  Here.

5              THE CLERK:  Juror Number Two?

6              A JUROR:  Here.

7              THE CLERK:  Juror Number Three?

8              A JUROR:  Here.

9              THE CLERK:  Juror Number Four?

10             A JUROR:  Here.

11             THE CLERK:  Juror Number Five?

12             A JUROR:  Here.

13             THE CLERK:  Juror Number Six?

14             A JUROR:  Here.

15             THE CLERK:  Juror Number Seven?

16             A JUROR:  Here.

17             THE CLERK:  Juror Number Eight?

18             A JUROR:  Here.

19             THE CLERK:  Juror Number Nine?

20             A JUROR:  Here.

21             THE CLERK:  Juror Number Ten?

22             A JUROR:  Here.

23             THE CLERK:  Juror Number 11?

24             A JUROR:  Here.

25             THE CLERK:  And Juror Number 12?

4

1          A JUROR:  Present.

2          THE CLERK:  Members of the jury, have you agreed of

3    your verdicts?  Who shall say for you?

4          JUROR NUMBER 12:  I shall.

5          THE CLERK:  Mr. Foreman, will you please rise?

6          Has the verdict sheet been signed and dated by you?

7          THE FOREPERSON:  They have.

8          THE CLERK:  It's desired by the clerk to present to the

9    Court.

10          (Pause in Proceedings.)

11          THE COURT:  You may return the verdict form to the

12    foreman.  Mr. Foreman, I have applied a paper clip so that you

13    can hold on to the form.  Given the length of the verdict, I'm

14    going to permit you to remain seated, but please keep your voice

15    up.

16          Taking the jury's verdict in Case Number AMD-04-0029.

17    Mr. Foreman, if you will respond to the Court's questions in

18    accordance with the verdict sheet you have completed on behalf of

19    the jury.

20          As to Count One, how do you find the defendant, Willie

21    Mitchell, as to Count One?

22          THE FOREPERSON:  Guilty.

23          THE COURT:  How do you find the defendant, Shelton

24    Harris?

25          THE FOREPERSON:  Guilty.

1          THE COURT:  How do you find the defendant, Shelly Wayne

2   Martin?

3          THE FOREPERSON:  Guilty.

4          THE COURT:  How do you find the defendant, Shawn

5   Gardner?

6          THE FOREPERSON:  Guilty.

7          THE COURT:  As to Count One, Mr. Foreman, how does the

8   jury find with respect to Racketeering Acts One through Nine?

9   Racketeering Act One?

10          THE FOREPERSON:  Yes.

11          THE COURT:  Racketeering Act Two?

12          THE FOREPERSON:  Yes.

13          THE COURT:  Racketeering Act Three?

14          THE FOREPERSON:  Yes.

15          THE COURT:  Racketeering Act Four?

16          THE FOREPERSON:  Yes.

17          THE COURT:  Racketeering Act Five?

18          THE FOREPERSON:  Yes.

19          THE COURT:  Racketeering Act Six?

20          THE FOREPERSON:  Yes.

21          THE COURT:  Racketeering Act Seven?

22          THE FOREPERSON:  Yes.

23          THE COURT:  Racketeering Act Eight?

24          THE FOREPERSON:  Yes.

25          THE COURT:  Racketeering Act Nine?

1              THE FOREPERSON:  Yes.

2              THE COURT:  Mr. Foreman, as to Count Two, murder in aid

3    of racketeering, how does the jury find with regard to defendant

4    Willie Mitchell?

5              THE FOREPERSON:  Guilty.

6              THE COURT:  With respect to Mr. Mitchell and Count Two,

7    does the jury find premeditated murder?

8              THE FOREPERSON:  Guilty, yes.

9              THE COURT:  As to second degree murder?

10             THE FOREPERSON:  Guilty.

11             THE COURT:  As to Count Two, murder in aid of

12    racketeering, Mr. Foreman, how does the jury find as to defendant

13    Shelton Harris?

14             THE FOREPERSON:  Guilty.

15             THE COURT:  As to premeditated murder?

16             THE FOREPERSON:  Guilty.

17             THE COURT:  As to second degree murder?

18             THE FOREPERSON:  Guilty.

19             THE COURT:  As to Count Three, Mr. Foreman, murder in

20    aid of racketeering, how does the jury find as to Count Three,

21    Mr. Mitchell?

22             THE FOREPERSON:  Guilty.

23             THE COURT:  As to Mr. Harris, Count Three?

24             THE FOREPERSON:  Guilty.

25             THE COURT:  As to Count Four, Mr. Foreman, as to

1    defendant Willie Mitchell, how does the jury find?

2                THE FOREPERSON:  Guilty.

3                THE COURT:  As to premeditated murder for Count Four?

4                THE FOREPERSON:  Guilty.

5                THE COURT:  As to second degree murder, Count Four?

6                THE FOREPERSON:  Guilty.

7                THE COURT:  As to felony murder, Count Four?

8                THE FOREPERSON:  Guilty.

9                THE COURT:  Again, with respect to Count Four, Mr.

10   Foreman, how does the jury find with regard to defendant Shelton

11   Harris?

12               THE FOREPERSON:  Guilty.

13               THE COURT:  As to premeditated murder?

14               THE FOREPERSON:  Guilty.

15               THE COURT:  As to second degree murder?

16               THE FOREPERSON:  Guilty.

17               THE COURT:  As to felony murder?

18               THE FOREPERSON:  Guilty.

19               THE COURT:  Moving to Count Five, murder in aid of

20   racketeering, Mr. Foreman.  How does the jury find with regard to

21   defendant Willie Mitchell?

22               THE FOREPERSON:  Guilty.

23               THE COURT:  As to premeditated murder?

24               THE FOREPERSON:  Guilty.

25               THE COURT:  As to second degree murder?

```
1                    THE FOREPERSON:  Guilty.

2                    THE COURT:  As to felony murder?

3                    THE FOREPERSON:  Guilty.

4                    THE COURT:  As to Count Five, Mr. Shelton Harris,

5       defendant, how does the jury find?

6                    THE FOREPERSON:  Guilty.

7                    THE COURT:  As to premeditated murder?

8                    THE FOREPERSON:  Guilty.

9                    THE COURT:  As to second degree murder?

10                   THE FOREPERSON:  Guilty.

11                   THE COURT:  As to felony murder?

12                   THE FOREPERSON:  Guilty.

13                   THE COURT:  How does the jury find with regard to

14      defendant Shelly Wayne Martin, Count Five?

15                   THE FOREPERSON:  Not guilty.

16                   THE COURT:  Not guilty.  How does the jury find with

17      regard to defendant Shawn Gardner, Count Five?

18                   THE FOREPERSON:  Not guilty.

19                   THE COURT:  Not guilty.  Moving to Count Six, Mr.

20      Foreman, murder in aid of racketeering.  How does the jury find

21      with regard to defendant Willie Mitchell?

22                   THE FOREPERSON:  Guilty.

23                   THE COURT:  As to premeditated murder?

24                   THE FOREPERSON:  Guilty.

25                   THE COURT:  As to second degree murder?
```

9

1                    THE FOREPERSON:  Guilty.

2                    THE COURT:  As to felony murder?

3                    THE FOREPERSON:  Guilty.

4                    THE COURT:  As to Count Six, Mr. Foreman, how does the

5       jury find as regarding defendant Shelton Harris?

6                    THE FOREPERSON:  Guilty.

7                    THE COURT:  As to premeditated murder?

8                    THE FOREPERSON:  Guilty.

9                    THE COURT:  As to second degree murder?

10                    THE FOREPERSON:  Guilty.

11                    THE COURT:  As to felony murder?

12                    THE FOREPERSON:  Guilty.

13                    THE COURT:  With respect to defendant Shelly Wayne

14      Martin, as to murder in aid of racketeering, Count Six, how does

15      the jury find as to Mr. Martin?

16                    THE FOREPERSON:  Not guilty.

17                    THE COURT:  As to defendant Shawn Gardner in Count Six,

18      murder in aid of racketeering, Mr. Foreman, how does the jury

19      find?

20                    THE FOREPERSON:  Not guilty.

21                    THE COURT:  Moving to Count Seven, Mr. Foreman.  How

22      does the jury find with regard to defendant Shawn Gardner, Count

23      Seven?

24                    THE FOREPERSON:  Guilty.

25                    THE COURT:  As to premeditated murder?

1           THE FOREPERSON:  Not guilty.

2           THE COURT:  As to second degree murder?

3           THE FOREPERSON:  Guilty.

4           THE COURT:  As to felony murder?

5           THE FOREPERSON:  Guilty.

6           THE COURT:  Moving to Count Eight, Mr. Foreman.

7 Conspiracy to distribute narcotics.  How does the jury find with

8 regard to defendant Willie Mitchell?

9           THE FOREPERSON:  Guilty.

10          THE COURT:  As to Mr. Mitchell, having found defendant

11 guilty of Count Eight, does the jury find beyond a reasonable

12 doubt that the conspiracy involved crack?

13          THE FOREPERSON:  Yes.

14          THE COURT:  With respect to the quantity in that count,

15 Mr. Foreman, does the jury find 50 grams or more?

16          THE FOREPERSON:  Yes.

17          THE COURT:  Moving to Mr. Mitchell, again, in Count

18 Eight, how does the jury find with regard to the conspiracy

19 regarding powder cocaine?

20          THE FOREPERSON:  Guilty, yes.

21          THE COURT:  As to powder cocaine, does the jury find

22 five kilograms or more?

23          THE FOREPERSON:  Yes.

24          THE COURT:  Moving on with Mr. Mitchell.  Does the jury

25 find that said conspiracy involved possession with intent to

1   distribute heroin?

2          THE FOREPERSON:  Yes.

3          THE COURT:  With respect to Count Eight, Mr. Mitchell,

4   does the jury find beyond a reasonable doubt that the conspiracy

5   involved conspiracy with the intent to distribute marijuana?

6          THE FOREPERSON:  Yes.

7          THE COURT:  Regarding Count Eight, defendant Mr.

8   Harris, how does the jury find, Mr. Foreman?

9          THE FOREPERSON:  Guilty.

10          THE COURT:  With respect to Mr. Harris in Count Eight,

11   does the jury find that said conspiracy involved crack cocaine?

12          THE FOREPERSON:  Yes.

13          THE COURT:  Does the jury find beyond a reasonable

14   doubt unanimously that the conspiracy as to Mr. Harris involved

15   50 grams or more of cocaine, crack cocaine?

16          THE FOREPERSON:  Yes.

17          THE COURT:  With regard to Question 8 and Mr. Harris,

18   that is Count Eight, does the jury find that the conspiracy

19   involved less than 500 grams?

20          THE FOREPERSON:  Yes.

21          THE COURT:  Does the jury find that the conspiracy

22   involved 500 grams to under five kilograms?

23          THE FOREPERSON:  Yes.

24          THE COURT:  Does the jury find that the conspiracy

25   involved five kilograms or more?

1          THE FOREPERSON:  No.

2          THE COURT:  Moving on to Question Nine under Count

3    Eight, with respect to Mr. Harris, does the jury find that said

4    conspiracy involved possession or possession with the intent to

5    distribute heroin?

6          THE FOREPERSON:  Yes.

7          THE COURT:  Remaining with Mr. Harris under Count

8    Eight, the narcotics conspiracy, Mr. Foreman, how does the jury

9    find with respect to the conspiracy, whether it involved

10   marijuana?

11         THE FOREPERSON:  Yes.

12         THE COURT:  How does the jury find, Mr. Foreman, with

13   respect to defendant Shelly Wayne Martin regarding the conspiracy

14   alleged in Count Eight?

15         THE FOREPERSON:  Guilty.

16         THE COURT:  Remaining with Mr. Martin as to the

17   conspiracy alleged in Count Eight, does the jury find that that

18   conspiracy involved crack cocaine?

19         THE FOREPERSON:  Yes.

20         THE COURT:  Does the jury find that said crack cocaine

21   conspiracy as to Mr. Martin involved 50 grams or more?

22         THE FOREPERSON:  Yes.

23         THE COURT:  With respect to Mr. Martin and Count Eight,

24   does the jury find that said conspiracy involved powder cocaine?

25         THE FOREPERSON:  Yes.

1          THE COURT:  With respect to said powder cocaine

2    conspiracy, does the jury find as to Mr. Martin that said amount

3    exceeded five kilograms or more?

4          THE FOREPERSON:  Yes.

5          THE COURT:  With respect to Mr. Martin in Count Eight,

6    the conspiracy, does the jury find that said conspiracy involved

7    an intent to distribute heroin?

8          THE FOREPERSON:  Yes.

9          THE COURT:  With respect to Mr. Martin and Count Eight,

10   does the jury find that said conspiracy involved the intent to

11   distribute marijuana?

12         THE FOREPERSON:  Yes.

13         THE COURT:  With respect to Mr. Gardner in Count Eight,

14   the conspiracy to distribute narcotics, how does the jury find?

15         THE FOREPERSON:  Guilty.

16         THE COURT:  With respect to Mr. Gardner in Count Eight,

17   does the jury find that the conspiracy involved 50 grams or more

18   of crack cocaine?

19         THE FOREPERSON:  Yes.

20         THE COURT:  With respect to Mr. Gardner, does the jury

21   find that the conspiracy involved powder cocaine?

22         THE FOREPERSON:  Yes.

23         THE COURT:  Does the jury find unanimously beyond a

24   reasonable doubt that said conspiracy as to Mr. Gardner involved

25   five kilograms or more of powder cocaine?

1                    THE FOREPERSON:  Yes.

2                    THE COURT:  Does Mr. Gardner stand guilty or not guilty

3      as to said conspiracy in respect to distribution or possession

4      with the intent to distribute heroin?

5                    THE FOREPERSON:  Guilty, yes.

6                    THE COURT:  With respect to Mr. Gardner, under Count

7      Eight, did said conspiracy involved possession with the intent to

8      distribute or distribution of marijuana?

9                    THE FOREPERSON:  Yes.

10                    THE COURT:  Thank you.  Mr. Foreman, moving on to Count

11     Nine.

12                    With respect to Count Nine, Mr. Mitchell, defendant

13     Mitchell, how does the jury find?

14                    THE FOREPERSON:  Guilty.

15                    THE COURT:  With respect to Count Nine, does the jury

16     find that Mr. Mitchell was guilty of a crime of violence?

17                    THE FOREPERSON:  Yes.

18                    THE COURT:  With respect to Count Nine, does the jury

19     find that Mr. Mitchell acted in furtherance of a drug conspiracy?

20                    THE FOREPERSON:  No.

21                    THE COURT:  With respect to Count Nine, as to defendant

22     Shelton Harris, how does the, how does the jury find, Mr.

23     Foreman?

24                    THE FOREPERSON:  Guilty.

25                    THE COURT:  With respect to Count Nine, does the jury

1    find that Mr. Harris acted pursuant to a crime of violence?

2              THE FOREPERSON:  Yes.

3              THE COURT:  With respect to a drug conspiracy?

4              THE FOREPERSON:  No.

5              THE COURT:  With respect to Count Ten, Mr. Foreman, how

6    does the jury find with respect to defendant Willie Mitchell,

7    possession of a firearm?

8              THE FOREPERSON:  Guilty.

9              THE COURT:  With respect to Count Ten, again with

10   respect to defendant Mr. Mitchell, does the jury find that the

11   underlying crime was a crime of violence?

12             THE FOREPERSON:  Yes.

13             THE COURT:  With respect to Count Ten and Mr. Mitchell,

14   does the jury find beyond a reasonable doubt and unanimously that

15   the underlying crime was a drug conspiracy?

16             THE FOREPERSON:  No.

17             THE COURT:  With respect to Count Ten, as to defendant

18   Mr. Harris, Mr. Foreman, how does the jury find?

19             THE FOREPERSON:  Guilty.

20             THE COURT:  With respect to Count Ten and Mr. Harris,

21   does the jury find that the underlying crime was a crime of

22   violence?

23             THE FOREPERSON:  Yes.

24             THE COURT:  Does the jury find that the underlying

25   crime was a drug conspiracy?

1           THE FOREPERSON:  No.

2           THE COURT:  With respect to Count 11, Mr. Foreman, as

3    to Mr. Mitchell, possession of a firearm resulting in death, how

4    does the jury find?

5           THE FOREPERSON:  Guilty.

6           THE COURT:  Does the jury find as to Mr. Mitchell in

7    Count 11 that the death was willful, deliberate, malicious and

8    premeditated?

9           THE FOREPERSON:  Yes.

10          THE COURT:  Does the jury find as to Mr. Mitchell that

11   the crime was committed in perpetration of the murder of Oliver

12   McCaffity?

13          THE FOREPERSON:  Yes.

14          THE COURT:  With respect to Mr. Harris in Count 11 --

15   excuse me -- yes, Count 11, firearm possession, possession of a

16   firearm resulting in death, how does the jury find with respect

17   to Mr. Harris?

18          THE FOREPERSON:  Guilty.

19          THE COURT:  Does the jury find that said death was the

20   result of willful, deliberated malicious and premeditated intent?

21          THE FOREPERSON:  Yes.

22          THE COURT:  With respect to Count 11, the death of

23   Oliver McCaffity, was the death in Count 11 in the perpetration

24   of the murder of Oliver McCaffity, as to Mr. Harris?

25          THE FOREPERSON:  Yes.

1          THE COURT:  Moving to Count 12, Mr. Foreman, possession

2    of a firearm.  How do you find as to Mr. Mitchell in Count 12?

3          THE FOREPERSON:  Guilty.

4          THE COURT:  Do you find that said possession was in

5    pursuit of a crime of violence?

6          THE FOREPERSON:  Yes.

7          THE COURT:  Do you find that the underlying offense was

8    committed in furtherance of a drug conspiracy?

9          THE FOREPERSON:  Yes.

10          THE COURT:  With respect to Mr. Harris in Count 12, Mr.

11    Foreman, how does the jury find with respect to Mr. Harris?

12          THE FOREPERSON:  Guilty.

13          THE COURT:  With respect to Mr. Harris, does the jury

14    find unanimously and beyond a reasonable doubt that the

15    underlying crime was a crime of violence?

16          THE FOREPERSON:  Yes.

17          THE COURT:  With respect to Mr. Harris, did the jury

18    find that the underlying crime was a drug conspiracy?

19          THE FOREPERSON:  Yes.

20          THE COURT:  Moving to Mr. Shelly Wayne Martin in Count

21    12, Mr. Foreman.  How does the jury find as to Mr. Martin?

22          THE FOREPERSON:  Not guilty.

23          THE COURT:  Moving on to defendant Shawn Gardner, Mr.

24    Foreman.  How does the jury find with regard to defendant Shawn

25    Gardner?

1          THE FOREPERSON:  Not guilty.

2          THE COURT:  Moving to Count 13, Mr. Foreman, possession

3    of a firearm resulting in death.  How does the jury find with

4    regard to defendant Willie Mitchell?

5          THE FOREPERSON:  Guilty.

6          THE COURT:  Does the jury find that said death resulted

7    from a willful, deliberate, malicious and premeditated act?

8          THE FOREPERSON:  Yes.

9          THE COURT:  Does the jury find beyond a reasonable

10   doubt and unanimously that said death resulted in the

11   perpetration of robbery?

12         THE FOREPERSON:  Yes.

13         THE COURT:  Okay.  Remaining with Count 13.  How does

14   the jury find, Mr. Foreman, with respect to defendant Shelly

15   Wayne Martin?

16         MR. HARDING:  Judge, you may have skipped over Shelton

17   Harris, Question Number Two under count --

18         THE COURT:  I believe I did.  Thank you.

19         With respect to Count 13, Mr. Foreman, how does the

20   jury find with respect to defendant Shelton Harris?

21         THE FOREPERSON:  Guilty.

22         THE COURT:  And as to Mr. Harris in Count 13, Mr.

23   Foreman, how does the jury find with respect to whether the death

24   resulted from a willful, deliberate, malicious and premeditated

25   intent?

1              THE FOREPERSON:  Yes.

2              THE COURT:  And with respect to the perpetration of

3    robbery?

4              THE FOREPERSON:  Guilty.

5              THE COURT:  Remaining with respect to Count 13, Mr.

6    Foreman, how does the jury find with regard to defendant Shelly

7    Wayne Martin?

8              THE FOREPERSON:  Not guilty.

9              THE COURT:  With respect to Count 13, Mr. Foreman, how

10   does the jury find with respect to defendant Shawn Gardner?

11             THE FOREPERSON:  Not guilty.

12             THE COURT:  Very well.  Thank you, Mr. Foreman.  Moving

13   on to Count 14, possession of a firearm resulting in death.  How

14   does the jury find with respect to defendant Willie Mitchell?

15             THE FOREPERSON:  Guilty.

16             THE COURT:  With respect to Mr. Mitchell in Count 14,

17   does the jury find unanimously beyond a reasonable doubt that

18   said death was the result of a willful, deliberate, malicious and

19   premeditated act?

20             THE FOREPERSON:  Yes.

21             THE COURT:  With respect to Count 14 and Mr. Mitchell,

22   does the jury find that said death resulted in the perpetration

23   of robbery?

24             THE FOREPERSON:  Yes.

25             THE COURT:  With respect to Count 14, with respect to

1    defendant Shelton Harris, Mr. Foreman, how does the jury find?

2              THE FOREPERSON:  Guilty.

3              THE COURT:  Does the jury find said death resulted from

4    a willful, deliberate, malicious and premeditated act?

5              THE FOREPERSON:  Yes.

6              THE COURT:  Does the jury find unanimously and beyond a

7    reasonable doubt that said death resulted in the perpetration of

8    robbery?

9              THE FOREPERSON:  Yes.

10             THE COURT:  With respect to Count 14, Mr. Foreman, how

11   does the jury find with respect to defendant Shelly Wayne Martin?

12             THE FOREPERSON:  Not guilty.

13             THE COURT:  With respect to Count 14, Mr. Foreman, how

14   does the jury find with respect to defendant Shawn Gardner?

15             THE FOREPERSON:  Not guilty.

16             THE COURT:  Moving on, Mr. Foreman, to Count 15,

17   possession of a firearm, how does the jury find with respect to

18   defendant Gardner?

19             THE FOREPERSON:  Guilty.

20             THE COURT:  With respect to Mr. Gardner and Count 15,

21   does the jury find that the underlying offense was a crime of

22   violence?

23             THE FOREPERSON:  Yes.

24             THE COURT:  Does the jury find unanimously and beyond a

25   reasonable doubt that the underlying offense was a drug

1    conspiracy?

2              THE FOREPERSON:  Yes.

3              THE COURT:  Thank you, Mr. Foreman.  Moving on to Count

4    16, possession of a firearm resulting in death.  How does the

5    jury find with respect to defendant Shawn Gardner?

6              THE FOREPERSON:  Guilty.

7              THE COURT:  With respect to Mr. Gardner and Count 16,

8    does the jury find that said death was the result of a willful,

9    deliberate, malicious and premeditated act?

10             THE FOREPERSON:  No.

11             THE COURT:  With respect to Mr. Gardner in Count 16,

12   does the jury find that said death resulted in the perpetration

13   of a robbery?

14             THE FOREPERSON: Yes.

15             THE COURT:  With respect to Count 17, Mr. Foreman, how

16   does the jury find with respect to defendant Shawn Gardner?

17             THE FOREPERSON:  Guilty.

18             THE COURT:  With respect to Count 18, Mr. Foreman,

19   felon in possession of a firearm, how does the jury find with

20   regard to death Shelton Harris?

21             THE FOREPERSON:  Guilty.

22             THE COURT:  Finally, Mr. Foreman, how does the jury

23   find with regard to Count 19, witness retaliation, as to

24   defendant Shelton Harris?

25             THE FOREPERSON:  Guilty.

1          THE COURT:  Thank you, Mr. Foreman.  And I note that

2  you have indeed signed and dated the verdict sheet on behalf of

3  the jury.  Madam Clerk, please take a poll of the jury.

4          THE CLERK:  Juror Number 12.

5          THE WITNESS:  Affirmative.

6          THE CLERK:  Having delivered the verdicts of the jury,

7  are those your verdicts?

8          THE FOREPERSON:  They are.

9          THE CLERK:  Juror Number One, having heard the verdicts

10  of your foreperson, are those your verdicts?

11          JUROR NO. 1:  Yes.

12          THE CLERK:  Juror Number Two, having heard the verdicts

13  of your foreperson, are those your verdicts?

14          JUROR NO. 2:  Yes.

15          THE CLERK:  Juror Number Three, having heard the

16  verdicts of your foreperson, are those your verdicts?

17          JUROR NO. 3:  Yes.

18          THE CLERK:  Juror Number Four, having heard the

19  verdicts of your foreperson, are those your verdicts?

20          JUROR NO. 4:  Yes.

21          THE CLERK:  Juror Number Five, having heard the

22  verdicts of your foreperson, are those your verdicts?

23          JUROR NO. 5:  Yes.

24          THE CLERK:  Juror Number Six, having heard the verdicts

25  of your foreperson, are those your verdicts?

1           JUROR NO. 6:  Yes.

2           THE CLERK:  Juror Number Seven, having heard the

3    verdicts of your foreperson, are those your verdicts?

4           JUROR NO. 7:  Yes.

5           THE CLERK:  Juror Number Eight, having heard the

6    verdicts of your foreperson, are those your verdicts?

7           JUROR NO. 8:  Yes.

8           THE CLERK:  Juror Number Nine, having heard the

9    verdicts of your foreperson, are those your verdicts?

10          JUROR NO. 9:  Yes.

11          THE CLERK:  Juror Number Ten, having heard the verdicts

12    of your foreperson, are those your verdicts?

13          JUROR NO. 10:  Yes, they are.

14          THE CLERK:  And Juror Number 11, having heard the

15    verdicts of your foreperson, are those your verdicts?

16          JUROR NO. 11:  Yes.

17          THE CLERK:  Members of the jury, harken to the verdict

18    as the Court has recorded, and the verdict form and answers

19    thereto, that defendant, Willie Mitchell, is guilty of Counts 1,

20    2, 3, 4, 5, 6, 8, 9, 10, 11, 12, 13 and 14; defendant Shelton

21    Harris guilty of Counts 1, 2, 3, 4, 5, 6, 8, 9, 10, 11, 12, 13,

22    14, 18 and 19; defendant Shelly Martin is guilty of Count 1, not

23    guilty on Count 5, not guilty on Count 6, guilty as to Count 8,

24    not guilty of Counts 12, not guilty on 13, and not guilty on 14;

25    and defendant Shawn Gardner, guilty as to Count 1, not guilty as

1    to Count 5, not guilty as to Count 6, guilty as to Count 7,

2    guilty as to Count 8, not guilty as to Count 12, not guilty as to

3    Count 13, not guilty as to Count 14, guilty as to Count 15,

4    guilty as to Count 16, and guilty as to Count 17.  And members of

5    the jury, these were your answers as read by the court and

6    answered by your foreperson and so you say all?

7           JURORS:  Yes.

8           THE COURT:  Thank you, Madam Clerk.  Mr. Foreman and

9    ladies and gentlemen of the jury, your service in this case has

10   been absolutely nothing but exemplary.  We have imposed on you in

11   ways that few members of our community ever are asked to do so.

12   And you have assumed these responsibilities in good humor, with a

13   seriousness of purpose, and a conscientiousness that I will tell

14   you I will always admire.

15          Your service is now concluded.  You are free to discuss

16   the case or not discuss the case as you choose.

17          No one associated with the case will attempt to contact

18   you, including the lawyers.  But I myself would like to at least

19   visit with you briefly when you are excused.  So if you have a

20   few minutes to stick around in the jury room, I would like to

21   come in and thank you personally for your service.

22          What will happen now, of course, is that the Court will

23   schedule the matter for further proceedings, including sentencing

24   of the defendants, who will each have an individual sentencing

25   hearing, represented by counsel.  It may be that counsel may file

1    motions with the Court requesting reconsideration of some of the

2    earlier rulings of the Court.

3           Once sentence is imposed, each defendant will have the

4    right to appeal the sentence that's imposed and the judgment of

5    conviction.  And an appellate court in due course will review

6    these proceedings to determine whether some error I made or some

7    error the government made had the effect of depriving the

8    defendant individually of a fair trial.

9           For my part, having sat through this proceeding with

10   you and having lived with the case for well over four years now,

11   I can only tell you how thankful I am for your service and for

12   your availability as jurors in this case.  We salute you for the

13   work you have done in this case and for the way you've gone about

14   your work.

15          So you are excused to return to the jury room.  And if

16   you can just wait a few minutes, any of you who can do so, I

17   would like to come in and express my appreciation.

18          The jury is excused.  Mr. Foreman, if you will hand the

19   verdict sheet to Ms. Arrington.  You're excused.

20          (Jury exits the courtroom.)

21          THE COURT:  Counsel, it was a pleasure having you

22   appear before the Court, as I've said to you on several

23   occasions.  Your work in this case has really, I think, shown an

24   important light on the important role that lawyers, for very

25   little pay, toil so tirelessly in pursuit of justice for your

1    clients.  So I salute each of you.

2              I would like to schedule the sentencings in this case

3    right new.  Please have a seat.

4              I'm going to set aside sufficient time in each instance

5    should any defendant wish to file a Motion for Judgment or for

6    New Trial.  I think that the matters are sufficiently distinct so

7    rather than schedule one consolidated proceeding, I'm going to

8    proceed to schedule four separate sentencing hearings, with the

9    understanding that any of counsel in the subsequent proceedings

10   may join in any arguments presented on behalf of any earlier

11   appearing defendant.

12             I'd like to start on Friday, February 27th at 11:00.

13             I assume, Mr. Hanlon, Mr. Harding, you're available

14   that far out on Fridays by and large?

15             MR. HARDING:  Yes, Your Honor.

16             MR. HANLON:  Yes, Your Honor.

17             THE COURT:  All right.  February 27th.  Mr. Lawlor, Ms.

18   Rhodes, would that work for you?

19             MS. RHODES:  That's fine with us, Your Honor.  Thank

20   you.

21             THE COURT:  All right.  11:00 will be the disposition

22   on Mr. Mitchell.

23             The next Friday, March 6th.  Mr. Martin, Mr. Flannery,

24   might that work, at 10:00?

25             MR. MARTIN:  Yes, Your Honor.

1          MR. FLANNERY:  Yes, Your Honor.

2          THE COURT:  All right.  10:00 on March 6th as to Mr.

3     Harris.  And then I'd like to do the next two the following week,

4     counsel, on Thursday the 12th and Friday the 13th.  Which works

5     best for you, Mr. Coburn, Mr. Kurland?

6          MR. COBURN:  Thank you so much, Your Honor.  The 12th

7     would work for us.

8          THE COURT:  Mr. Kurland?

9          MR. KURLAND:  That's fine.

10          THE COURT:  All right.  Is 10:00 -- Thursday, March

11    12th at 10 a.m., disposition on Mr. Gardner.  And then Mr. Pyne,

12    Mr. Crowe, hoping you're available at 10 on March 13th.

13          MR. PYNE:  That's fine.

14          MR. CROWE:  Yes, Your Honor.

15          THE COURT:  All right.  As to Mr. Martin, sentencing

16    will be March 13th at 10 a.m.

17          The Court will order Presentence Investigation Reports

18    and the defendants will be detained pending sentencing.

19          Thank you very much, counsel.  The Court's going to go

20    in and just briefly thank the jury.  And I thank counsel and I

21    will thank them on your behalf.  We're in recess.  Thank you.  I

22    thank the marshals.

23          (Conclusion of Proceeding at 2:25 p.m.)

24

25

1                    REPORTER'S CERTIFICATE

2

3          I, Mary M. Zajac, do hereby certify that I recorded

4   stenographically the proceedings in the matter of USA v. Willie

5   Mitchell, et al., Case Number(s) AMD-04-029, on December 8, 2008.

6          I further certify that the foregoing pages constitute

7   the official transcript of proceedings as transcribed by me to

8   the within matter in a complete and accurate manner.

9          In Witness Whereof, I have hereunto affixed my

10  signature this _____ day of _____, 2009.

11

12

13

14          _____

               Mary M. Zajac,
15             Official Court Reporter

16

17

18

19

20

21

22

23

24

25

**1**

**1** [5] - 22:11, 23:19, 23:21, 23:22, 23:25
**10** [6] - 23:13, 23:20, 23:21, 27:11, 27:12, 27:16
**101** [1] - 1:25
**10:00** [3] - 26:24, 27:2, 27:10
**11** [11] - 3:23, 16:2, 16:7, 16:14, 16:15, 16:22, 16:23, 23:14, 23:16, 23:20, 23:21
**11:00** [2] - 26:12, 26:21
**12** [11] - 3:25, 4:4, 17:1, 17:2, 17:10, 17:21, 22:4, 23:20, 23:21, 23:24, 24:2
**12th** [3] - 27:4, 27:6, 27:11
**13** [10] - 18:2, 18:13, 18:19, 18:22, 19:5, 19:9, 23:20, 23:21, 23:24, 24:3
**13th** [3] - 27:4, 27:12, 27:16
**14** [10] - 19:13, 19:16, 19:21, 19:25, 20:10, 20:13, 23:20, 23:22, 23:24, 24:3
**15** [3] - 20:16, 20:20, 24:3
**16** [4] - 21:4, 21:7, 21:11, 24:4
**17** [2] - 21:15, 24:4
**18** [2] - 21:18, 23:22
**19** [2] - 21:23, 23:22
**1:53** [1] - 2:2
**1:54** [1] - 2:21

**2**

**2** [3] - 22:14, 23:20, 23:21
**2008** [2] - 1:11, 28:5
**2009** [1] - 28:10
**21201** [1] - 1:25
**27th** [2] - 26:12, 26:17
**2:25** [1] - 27:23

**3**

**3** [3] - 22:17, 23:20, 23:21

**4**

**4** [3] - 22:20, 23:20,

23:21

**5**

**5** [5] - 22:23, 23:20, 23:21, 23:23, 24:1
**50** [4] - 10:15, 11:15, 12:21, 13:17
**500** [2] - 11:19, 11:22
**5515** [1] - 1:24

**6**

**6** [5] - 23:1, 23:20, 23:21, 23:23, 24:1
**6th** [2] - 26:23, 27:2

**7**

**7** [2] - 23:4, 24:1

**8**

**8** [8] - 1:11, 11:17, 23:7, 23:20, 23:21, 23:23, 24:2, 28:5

**9**

**9** [3] - 23:10, 23:20, 23:21
**9:45** [1] - 2:1

**A**

**a.m** [3] - 2:1, 27:11, 27:16
**absolutely** [1] - 24:10
**accordance** [1] - 4:18
**accurate** [1] - 28:8
**Act** [9] - 5:9, 5:11, 5:13, 5:15, 5:17, 5:19, 5:21, 5:23, 5:25
**act** [4] - 18:7, 19:19, 20:4, 21:9
**acted** [2] - 14:19, 15:1
**Acts** [1] - 5:8
**Adam** [1] - 1:22
**admire** [1] - 24:14
**advised** [1] - 2:23
**affixed** [1] - 28:9
**afternoon** [1] - 2:22
**agreed** [1] - 4:2
**aid** [7] - 6:2, 6:11, 6:20, 7:19, 8:20, 9:14, 9:18
**al** [1] - 28:5

**alleged** [2] - 12:14, 12:17
**AMD-04-0029** [1] - 4:16
**AMD-04-029** [3] - 1:6, 3:1, 28:5
**America** [1] - 3:1
**AMERICA** [1] - 1:5
**amount** [1] - 13:2
**Andre** [1] - 1:13
**answer** [1] - 3:3
**answered** [1] - 24:6
**answers** [2] - 23:18, 24:5
**appeal** [1] - 25:4
**appear** [1] - 25:22
**Appearances** [1] - 1:15
**appearing** [1] - 26:11
**appellate** [1] - 25:5
**applied** [1] - 4:12
**appreciation** [1] - 25:17
**arguments** [1] - 24:19
**Arrington** [1] - 25:19
**aside** [1] - 26:4
**associated** [1] - 24:17
**assume** [1] - 26:13
**assumed** [1] - 24:12
**attempt** [1] - 24:17
**availability** [1] - 25:12
**available** [2] - 26:13, 27:12

**B**

**Baltimore** [2] - 1:12, 1:25
**Barry** [1] - 1:22
**Behalf** [5] - 1:15, 1:17, 1:18, 1:20, 1:21
**behalf** [4] - 4:18, 22:2, 26:10, 27:21
**best** [1] - 27:5
**beyond** [10] - 10:11, 11:4, 11:13, 13:23, 15:14, 17:14, 18:9, 19:17, 20:6, 20:24
**briefly** [2] - 24:19, 27:20
**bring** [1] - 2:12

**C**

**Case** [2] - 4:16, 28:5
**CASE** [1] - 1:6
**case** [9] - 24:9, 24:16, 24:17, 25:10, 25:12, 25:13, 25:23, 26:2
**CERTIFICATE** [1] - 28:1
**certify** [1] - 28:3, 28:6
**choose** [1] - 24:16

**Clerk** [3] - 2:11, 22:3, 24:8
**clerk** [2] - 2:24, 4:8
**CLERK** [29] - 2:25, 3:5, 3:7, 3:9, 3:11, 3:13, 3:15, 3:17, 3:19, 3:21, 3:23, 3:25, 4:2, 4:5, 4:8, 22:4, 22:6, 22:9, 22:12, 22:15, 22:18, 22:21, 22:24, 23:2, 23:5, 23:8, 23:11, 23:14, 23:17
**clients** [1] - 26:1
**clip** [1] - 4:12
**COBURN** [1] - 27:6
**Coburn** [1] - 1:22, 27:5
**cocaine** [12] - 10:19, 10:21, 11:11, 11:15, 12:18, 12:20, 12:24, 13:1, 13:18, 13:21, 13:25
**committed** [2] - 16:11, 17:8
**community** [1] - 24:11
**complete** [1] - 28:8
**completed** [1] - 4:18
**complexity** [1] - 2:11
**concluded** [1] - 24:15
**Conclusion** [1] - 27:23
**conscientiousness** [1] - 24:13
**consider** [1] - 2:16
**consolidated** [1] - 26:7
**Conspiracy** [1] - 10:7
**conspiracy** [35] - 10:12, 10:18, 10:25, 11:4, 11:5, 11:11, 11:14, 11:18, 11:21, 11:24, 12:4, 12:8, 12:9, 12:13, 12:17, 12:18, 12:21, 12:24, 13:2, 13:6, 13:10, 13:14, 13:17, 13:21, 13:24, 14:3, 14:7, 14:19, 15:3, 15:15, 15:25, 17:8, 17:18, 21:1
**constitute** [1] - 28:6
**contact** [1] - 24:17
**conviction** [1] - 25:5
**Counsel** [2] - 2:4, 25:21
**counsel** [6] - 24:25, 26:9, 27:4, 27:19, 27:20
**Count** [97] - 4:20, 4:21, 6:2, 6:6, 6:11, 6:19, 6:20, 6:23, 6:25, 7:3, 7:5, 7:7, 7:9, 7:19, 8:4, 8:14, 8:17, 8:19, 9:4, 9:14, 9:17, 9:21, 9:22, 10:6, 10:11, 10:17, 11:3, 11:7, 11:10, 11:13, 11:17, 11:21, 11:24, 12:2, 12:7, 12:12, 12:17, 12:23, 13:5, 13:9, 13:13, 13:16, 14:6, 14:10,

14:12, 14:15, 14:18, 14:21, 14:25, 15:5, 15:9, 15:13, 15:17, 15:20, 16:2, 16:7, 16:14, 16:15, 16:22, 16:23, 17:1, 17:2, 17:10, 17:20, 18:2, 18:13, 18:19, 18:22, 19:5, 19:9, 19:13, 19:16, 19:21, 19:25, 20:10, 20:13, 20:16, 20:20, 21:3, 21:7, 21:11, 21:15, 21:18, 21:23, 23:22, 23:23, 23:25, 24:1, 24:2, 24:3, 24:4
**count** [2] - 10:14, 18:17
**Counts** [2] - 23:19, 23:21, 23:24
**course** [2] - 24:22, 25:5
**Court** [10] - 2:5, 2:7, 4:9, 23:18, 24:22, 25:1, 25:2, 25:22, 27:17, 28:15
**court** [2] - 24:5, 25:5
**COURT** [147] - 1:1, 2:4, 2:17, 2:20, 2:22, 4:11, 4:23, 5:1, 5:4, 5:7, 5:11, 5:13, 5:15, 5:17, 5:19, 5:21, 5:23, 5:25, 6:2, 6:6, 6:9, 6:11, 6:15, 6:17, 6:19, 6:23, 6:25, 7:3, 7:5, 7:7, 7:9, 7:13, 7:15, 7:17, 7:19, 7:23, 7:25, 8:2, 8:4, 8:7, 8:9, 8:11, 8:13, 8:16, 8:19, 8:23, 8:25, 9:2, 9:4, 9:7, 9:9, 9:11, 9:13, 9:17, 9:21, 9:25, 10:2, 10:4, 10:6, 10:10, 10:14, 10:17, 10:21, 10:24, 11:3, 11:7, 11:10, 11:13, 11:17, 11:21, 11:24, 12:2, 12:7, 12:12, 12:16, 12:20, 12:23, 13:1, 13:5, 13:9, 13:13, 13:16, 13:20, 13:23, 14:2, 14:6, 14:10, 14:15, 14:18, 14:21, 14:25, 15:3, 15:5, 15:9, 15:13, 15:17, 15:20, 15:24, 16:2, 16:6, 16:10, 16:14, 16:19, 16:22, 17:1, 17:4, 17:7, 17:10, 17:13, 17:17, 17:20, 17:23, 18:2, 18:6, 18:9, 18:13, 18:18, 18:22, 19:2, 19:5, 19:9, 19:12, 19:16, 19:21, 19:25, 20:3, 20:6, 20:10, 20:13, 20:16, 20:20, 20:24, 21:3, 21:7, 21:11, 21:15, 21:18, 21:22, 22:1, 24:8, 25:21, 26:17,

26:21, 27:2, 27:8, 27:10, 27:15

**Court's** [2] - 4:17, 27:19
**Courthouse** [1] - 1:24
**courtroom** [4] - 2:5, 2:7, 2:21, 25:20
**crack** [6] - 10:12, 11:11, 11:15, 12:18, 12:20, 13:18
**crime** [14] - 14:16, 15:1, 15:11, 15:15, 15:21, 15:25, 16:11, 17:5, 17:15, 17:18, 20:21
**CRIMINAL** [1] - 1:6
**Criminal** [1] - 2:25
**Crowe** [2] - 1:20, 27:12
**CROWE** [1] - 27:14

## D

**dated** [4] - 4:6, 22:2
**Davis** [1] - 1:13
**death** [19] - 16:3, 16:7, 16:16, 16:19, 16:22, 16:23, 18:3, 18:6, 18:10, 18:23, 19:13, 19:18, 19:22, 20:3, 20:7, 21:4, 21:8, 21:12, 21:20
**December** [2] - 1:11, 28:5
**defendant** [49] - 4:20, 4:23, 5:1, 5:4, 6:3, 6:12, 7:1, 7:10, 7:21, 8:5, 8:14, 8:17, 8:21, 9:5, 9:13, 9:17, 9:22, 10:8, 10:10, 11:7, 12:13, 14:12, 14:21, 15:6, 15:10, 15:17, 17:23, 17:24, 18:4, 18:14, 18:20, 19:6, 19:10, 19:14, 20:1, 20:11, 20:14, 20:18, 21:5, 21:16, 21:24, 23:19, 23:20, 23:22, 23:25, 25:3, 25:8, 26:5, 26:11
**Defendant** [4] - 1:17, 1:18, 1:20, 1:21
**defendants** [3] - 2:3, 24:24, 27:18
**Defendants** [1] - 1:9
**degree** [9] - 6:9, 6:17, 7:5, 7:15, 7:25, 8:9, 8:25, 9:9, 10:2
**deliberate** [6] - 16:7, 18:7, 18:24, 19:18, 20:4, 21:9
**deliberated** [1] - 16:20
**deliberating** [1] - 2:1
**delivered** [1] - 22:6

**depart** [1] - 2:6
**depriving** [1] - 25:7
**desired** [1] - 4:8
**detained** [1] - 27:18
**determine** [1] - 25:6
**discuss** [2] - 24:15, 24:16
**disposition** [2] - 26:21, 27:11
**distinct** [1] - 26:6
**distribute** [9] - 10:7, 11:1, 11:5, 12:5, 13:7, 13:11, 13:14, 14:4, 14:8
**distribution** [2] - 14:3, 14:8
**DISTRICT** [2] - 1:1, 1:2
**DIVISION** [1] - 1:2
**done** [1] - 25:13
**doubt** [10] - 10:12, 11:4, 11:14, 13:24, 15:14, 17:14, 18:10, 19:17, 20:7, 20:25
**drug** [7] - 14:19, 15:3, 15:15, 15:25, 17:8, 17:18, 20:25
**due** [1] - 25:5

## E

**effect** [1] - 25:7
**Eight** [20] - 3:17, 5:23, 10:6, 10:11, 10:18, 11:3, 11:7, 11:10, 11:18, 12:3, 12:8, 12:14, 12:17, 12:23, 13:5, 13:9, 13:13, 13:16, 14:7, 23:5
**electronically** [1] - 2:18
**enters** [1] - 2:21
**entire** [1] - 2:9
**error** [2] - 25:6, 25:7
**Esquire** [10] - 1:16, 1:16, 1:17, 1:18, 1:19, 1:19, 1:20, 1:21, 1:22, 1:22
**et** [1] - 28:5
**exactly** [1] - 2:14
**exceeded** [1] - 13:3
**excuse** [1] - 16:15
**excused** [5] - 2:8, 24:19, 25:15, 25:18, 25:19
**exemplary** [1] - 24:10
**exits** [1] - 25:20
**express** [1] - 25:17

## F

**fair** [1] - 25:8

**far** [1] - 26:14
**February** [2] - 26:12, 26:17
**felon** [1] - 21:19
**felony** [7] - 7:7, 7:17, 8:2, 8:11, 9:2, 9:11, 10:4
**few** [4] - 2:10, 24:11, 24:20, 25:16
**file** [2] - 24:25, 26:5
**filed** [2] - 2:16, 2:18
**Finally** [1] - 27:22
**fine** [4] - 2:20, 26:19, 27:9, 27:13
**firearm** [15] - 15:7, 16:3, 16:15, 16:16, 17:2, 18:3, 19:13, 20:17, 21:4, 21:19
**Five** [7] - 3:11, 5:17, 7:19, 8:4, 8:14, 8:17, 22:21
**five** [5] - 10:22, 11:22, 11:25, 13:3, 13:25
**FLANNERY** [1] - 27:1
**Flannery** [3] - 1:19, 2:13, 26:23
**follow** [1] - 2:24
**following** [1] - 27:3
**FOR** [1] - 1:2
**foregoing** [1] - 28:6
**Foreman** [46] - 4:5, 4:12, 4:17, 5:7, 6:2, 6:12, 6:19, 6:25, 7:10, 7:20, 8:20, 9:4, 9:18, 9:21, 10:6, 10:15, 11:8, 12:8, 12:12, 14:10, 14:23, 15:5, 15:18, 16:2, 17:1, 17:11, 17:21, 17:24, 18:2, 18:14, 18:19, 18:23, 19:6, 19:9, 19:12, 20:1, 20:10, 20:13, 20:16, 21:3, 21:15, 21:18, 22:1, 24:8, 25:18
**foreman** [1] - 4:12
**foreperson** [12] - 22:10, 22:13, 22:16, 22:19, 22:22, 22:25, 23:3, 23:6, 23:9, 23:12, 23:15, 24:6
**FOREPERSON** [134] - 4:7, 4:22, 4:25, 5:3, 5:6, 5:10, 5:12, 5:14, 5:16, 5:18, 5:20, 5:22, 5:24, 6:1, 6:5, 6:8, 6:10, 6:14, 6:16, 6:18, 6:22, 6:24, 7:2, 7:4, 7:6, 7:8, 7:12, 7:14, 7:16, 7:18, 7:22, 7:24, 8:1, 8:3, 8:6, 8:8, 8:10, 8:12, 8:15, 8:18, 8:22, 8:24, 9:1, 9:3, 9:6, 9:8, 9:10, 9:12, 9:16, 9:20, 9:24, 10:1, 10:3,

5:5, 10:9, 10:13, 10:16, 10:20, 10:23, 11:2, 11:6, 11:9, 11:12, 11:16, 11:20, 11:23, 12:1, 12:6, 12:11, 12:15, 12:19, 12:22, 12:25, 13:4, 13:8, 13:12, 13:15, 13:19, 13:22, 14:1, 14:5, 14:9, 14:14, 14:17, 14:20, 14:24, 15:2, 15:4, 15:8, 15:12, 15:16, 15:19, 15:23, 16:1, 16:5, 16:9, 16:13, 16:18, 16:21, 16:25, 17:3, 17:6, 17:9, 17:12, 17:16, 17:19, 17:22, 18:1, 18:5, 18:8, 18:12, 18:21, 19:1, 19:4, 19:8, 19:11, 19:15, 19:20, 19:24, 20:2, 20:5, 20:9, 20:12, 20:15, 20:19, 20:22, 21:2, 21:6, 21:10, 21:14, 21:17, 21:21, 21:25, 22:8
**form** [4] - 2:11, 4:11, 4:13, 23:18
**four** [2] - 25:10, 26:8
**Four** [8] - 3:9, 5:15, 6:25, 7:3, 7:5, 7:7, 7:9, 22:18
**free** [1] - 24:15
**Friday** [3] - 26:12, 26:23, 27:4
**Fridays** [1] - 26:14
**fully** [1] - 2:7
**furtherance** [2] - 14:19, 17:8

## G

**GARDNER** [1] - 1:8
**Gardner** [24] - 1:21, 3:2, 5:5, 8:17, 9:17, 9:22, 13:13, 13:16, 13:20, 13:24, 14:2, 14:6, 17:23, 17:25, 19:10, 20:14, 20:18, 20:20, 21:5, 21:7, 21:11, 21:16, 23:25, 27:11
**gentlemen** [2] - 2:5, 24:9
**Gerard** [1] - 1:19
**Given** [1] - 4:13
**Government** [1] - 1:15
**government** [1] - 25:7
**grams** [6] - 10:15, 11:15, 11:19, 11:22, 12:21, 13:17
**Guilty** [63] - 4:22, 4:25, 5:3, 5:6, 6:5, 6:8, 6:10,

6:14, 6:16, 6:18, 6:22, 6:24, 7:2, 7:4, 7:6, 7:8, 7:12, 7:14, 7:16, 7:18, 7:22, 7:24, 8:1, 8:3, 8:6, 8:8, 8:10, 8:12, 8:22, 8:24, 9:1, 9:3, 9:6, 9:8, 9:10, 9:12, 9:24, 10:3, 10:5, 10:9, 10:20, 11:9, 12:15, 13:15, 14:5, 14:14, 14:24, 15:8, 15:19, 16:5, 16:18, 17:3, 17:12, 18:5, 18:21, 19:4, 19:15, 20:2, 20:19, 21:6, 21:17, 21:21, 21:25
**guilty** [37] - 8:15, 8:16, 8:18, 8:19, 9:16, 9:20, 10:1, 10:11, 14:2, 14:16, 17:22, 18:1, 19:8, 19:11, 20:12, 20:15, 23:19, 23:21, 23:22, 23:23, 23:24, 23:25, 24:1, 24:2, 24:3, 24:4

## H

**hand** [1] - 25:18
**Hanlon** [2] - 1:16, 26:13
**HANLON** [1] - 26:16
**HARDING** [2] - 18:16, 26:15
**Harding** [2] - 1:16, 26:13
**harken** [1] - 23:17
**HARRIS** [1] - 1:17
**Harris** [33] - 1:18, 3:2, 4:24, 6:13, 6:23, 7:11, 8:4, 9:5, 11:8, 11:10, 11:14, 11:17, 12:3, 12:7, 14:22, 15:1, 15:18, 15:20, 16:14, 16:17, 16:24, 17:10, 17:11, 17:13, 17:17, 18:17, 18:20, 18:22, 20:1, 21:20, 21:24, 23:21, 27:3
**heard** [11] - 22:9, 22:12, 22:15, 22:18, 22:21, 22:24, 23:2, 23:5, 23:8, 23:11, 23:14
**hearing** [1] - 24:25
**hearings** [1] - 26:8
**hereby** [1] - 28:3
**hereunto** [1] - 28:9
**heroin** [4] - 11:1, 12:5, 13:7, 14:4
**hold** [1] - 4:13
**Honor** [12] - 2:16, 26:15, 26:16, 26:19, 26:25, 27:1, 27:6, 27:14
**Honorable** [1] - 1:13

hoping [1] - 27:12
humor [1] - 24:12

## I

important [2] - 25:24
imposed [2] - 24:10, 25:3, 25:4
IN [1] - 1:1
including [2] - 24:18, 24:23
indeed [1] - 22:2
individual [1] - 24:24
individually [1] - 25:8
instance [1] - 26:4
instructions [1] - 2:24
intent [9] - 10:25, 11:5, 12:4, 13:7, 13:10, 14:4, 14:7, 16:20, 18:25
Investigation [1] - 27:17
inviting [1] - 2:15
involved [19] - 10:12, 10:25, 11:5, 11:11, 11:14, 11:19, 11:22, 11:25, 12:4, 12:9, 12:18, 12:21, 12:24, 13:6, 13:10, 13:17, 13:21, 13:24, 14:7

## J

James [1] - 1:21
join [1] - 26:10
Judge [2] - 1:13, 18:16
Judgment [1] - 26:5
judgment [1] - 25:4
Juror [24] - 3:3, 3:5, 3:7, 3:9, 3:11, 3:13, 3:15, 3:17, 3:19, 3:21, 3:23, 3:25, 22:4, 22:9, 22:12, 22:15, 22:18, 22:21, 22:24, 23:2, 23:5, 23:8, 23:11, 23:14
JUROR [24] - 3:4, 3:6, 3:8, 3:10, 3:12, 3:14, 3:16, 3:18, 3:20, 3:22, 3:24, 4:1, 4:4, 22:11, 22:14, 22:17, 22:20, 22:23, 23:1, 23:4, 23:7, 23:10, 23:13, 23:16
JURORS [1] - 24:7
jurors [1] - 25:12
jury [107] - 2:4, 2:8, 2:11, 2:12, 2:22, 3:3, 4:2, 4:19, 5:8, 6:3, 6:7, 6:12, 6:20, 7:1, 7:10, 7:20, 8:5, 8:13, 8:16, 8:20, 9:5, 9:15, 9:18,

9:22, 10:7, 10:11, 10:15, 10:18, 10:21, 10:24, 11:4, 11:8, 11:11, 11:13, 11:18, 11:21, 11:24, 12:3, 12:8, 12:12, 12:17, 12:20, 12:24, 13:2, 13:6, 13:10, 13:14, 13:17, 13:20, 13:23, 14:13, 14:15, 14:18, 14:22, 14:25, 15:6, 15:10, 15:14, 15:18, 15:21, 15:24, 16:4, 16:6, 16:10, 16:16, 16:19, 17:11, 17:13, 17:17, 17:21, 17:24, 18:3, 18:6, 18:9, 18:14, 18:20, 18:23, 19:6, 19:10, 19:14, 19:17, 19:22, 20:1, 20:3, 20:6, 20:11, 20:14, 20:17, 20:21, 20:24, 21:5, 21:8, 21:12, 21:16, 21:19, 21:22, 22:3, 22:6, 23:17, 24:5, 24:9, 24:20, 25:15, 25:18, 27:20
Jury [5] - 1:14, 2:1, 2:2, 2:21, 25:20
jury's [1] - 4:16
justice [1] - 25:25

## K

keep [1] - 4:14
Kelsey [1] - 1:17
kilograms [5] - 10:22, 11:22, 11:25, 13:3, 13:25
Kurland [3] - 1:22, 27:5, 27:8
KURLAND [1] - 27:9

## L

ladies [1] - 24:9
Ladies [1] - 2:5
language [1] - 2:15
large [1] - 26:14
Laura [1] - 1:17
Lawlor [2] - 1:18, 26:17
lawyers [2] - 24:18, 25:24
least [1] - 24:18
length [1] - 4:13
less [1] - 11:19
light [1] - 15:24
likely [1] - 2:10
lived [1] - 25:10
Lombard [1] - 1:25

## M

Madam [3] - 2:11, 22:3, 24:8
malicious [7] - 16:7, 16:20, 18:7, 18:24, 19:18, 20:4, 21:9
manner [1] - 28:8
March [5] - 26:23, 27:2, 27:10, 27:12, 27:16
marijuana [4] - 11:5, 12:10, 13:11, 14:8
marshals [1] - 27:22
MARTIN [4] - 1:8, 2:16, 2:18, 26:25
Martin [23] - 1:19, 1:20, 2:14, 3:2, 5:2, 8:14, 9:14, 9:15, 12:13, 12:16, 12:21, 12:23, 13:2, 13:5, 13:9, 17:20, 17:21, 18:15, 19:7, 20:11, 23:22, 26:23, 27:15
Mary [3] - 1:24, 28:3, 28:14
MARYLAND [1] - 1:2
Maryland [2] - 1:12, 1:25
matter [3] - 24:23, 28:4, 28:8
matters [1] - 26:6
McCaffity [3] - 16:12, 16:23, 16:24
Members [4] - 2:22, 3:2, 4:2, 23:17
members [2] - 24:4, 24:11
Michael [2] - 1:16, 1:18
might [1] - 26:24
minutes [2] - 2:10, 24:20, 25:16
misunderstood [2] - 2:14
MITCHELL [1] - 1:7
Mitchell [32] - 1:17, 3:1, 4:21, 6:4, 6:6, 6:21, 7:1, 7:21, 8:21, 10:8, 10:10, 10:17, 10:24, 11:3, 14:12, 14:13, 14:16, 14:19, 15:6, 15:10, 15:13, 16:3, 16:6, 16:10, 17:2, 18:4, 19:14, 19:16, 19:21, 23:19, 26:22, 28:5
Monday [1] - 1:11
Motion [1] - 26:5
motions [1] - 25:1
Moving [14] - 7:19, 8:19, 9:21, 10:6, 10:17, 10:24, 12:2, 17:1, 17:20, 17:23, 18:2, 19:12,

20:16, 21:3
moving [1] - 14:10
MR [1] - 2:16, 2:18, 18:16, 26:15, 26:16, 26:25, 27:1, 27:6, 27:9, 27:13, 27:14
MS [1] - 26:19
murder [34] - 6:2, 6:7, 6:9, 6:11, 6:15, 6:17, 6:19, 7:3, 7:5, 7:7, 7:13, 7:15, 7:17, 7:19, 7:23, 7:25, 8:2, 8:7, 8:9, 8:11, 8:20, 8:23, 8:25, 9:2, 9:7, 9:9, 9:11, 9:14, 9:18, 9:25, 10:2, 10:4, 16:11, 16:24

## N

narcotics [3] - 10:7, 12:8, 13:14
new [1] - 26:3
New [1] - 26:6
next [2] - 26:23, 27:3
Nine [11] - 3:19, 5:8, 5:25, 12:2, 14:11, 14:12, 14:15, 14:18, 14:21, 14:25, 23:8
NO [12] - 1:6, 22:11, 22:14, 22:17, 22:20, 22:23, 23:1, 23:4, 23:7, 23:10, 23:13, 23:16
NORTHERN [1] - 1:2
note [1] - 22:1
nothing [1] - 24:10
Number [27] - 2:25, 3:3, 3:5, 3:7, 3:9, 3:11, 3:13, 3:15, 3:17, 3:19, 3:21, 3:23, 3:25, 4:16, 18:17, 22:4, 22:9, 22:12, 22:15, 22:18, 22:21, 22:24, 23:2, 23:5, 23:8, 23:11, 23:14
NUMBER [1] - 4:4
Number(s [1] - 28:5

## O

occasions [1] - 25:23
OF [3] - 1:2, 1:5, 1:11
offense [3] - 17:7, 20:21, 20:25
official [1] - 28:7
Official [1] - 28:15
Oliver [3] - 16:11, 16:23, 16:24
Once [1] - 25:3
one [2] - 2:6, 24:17, 26:7

One [7] - 3:3, 4:20, 4:21, 5:7, 5:8, 5:9, 22:9
order [1] - 27:17

## P

p.m [3] - 2:2, 2:21, 27:23
pages [1] - 28:6
paper [1] - 4:12
part [1] - 25:9
Paul [1] - 1:19
Pause [1] - 4:10
pay [1] - 25:25
pending [1] - 27:18
period [1] - 2:10
permit [1] - 4:14
permitted [1] - 2:6
perpetration [7] - 16:11, 16:23, 18:11, 19:2, 19:22, 20:7, 21:12
personally [1] - 24:21
pleasure [1] - 25:21
poll [1] - 22:3
possession [16] - 10:25, 12:4, 14:3, 14:7, 15:7, 16:3, 16:15, 17:1, 17:4, 18:2, 19:13, 20:17, 21:4, 21:19
powder [6] - 10:19, 10:21, 12:24, 13:1, 13:21, 13:25
premeditated [16] - 6:7, 6:15, 7:3, 7:13, 7:23, 8:7, 8:23, 9:7, 9:25, 16:8, 16:20, 18:7, 18:24, 19:19, 20:4, 21:9
present [3] - 2:2, 2:3, 4:8
Present [1] - 4:1
presented [1] - 26:10
Presentence [1] - 27:17
proceed [1] - 26:8
proceeding [2] - 25:9, 26:7
Proceeding [1] - 27:23
Proceedings [2] - 2:2, 4:10
proceedings [5] - 24:23, 25:6, 26:9, 28:4, 28:7
purpose [1] - 24:13
pursuant [1] - 15:1
pursuit [2] - 17:5, 25:25
Pyne [2] - 1:21, 27:11
PYNE [1] - 27:13

## Q

**quantity** [1] - 10:14
**questions** [1] - 4:17

## R

**Racketeering** [10] - 5:8,
5:9, 5:11, 5:13, 5:15,
5:17, 5:19, 5:21, 5:23,
5:25
**racketeering** [7] - 6:3,
6:12, 6:20, 7:20, 8:20,
9:14, 9:18
**rather** [1] - 26:7
**reached** [1] - 2:23
**read** [1] - 24:5
**really** [1] - 25:23
**reasonable** [10] - 10:11,
11:4, 11:13, 13:24,
15:14, 17:14, 18:9,
19:17, 20:7, 20:25
**recess** [1] - 27:21
**reconsideration** [1] -
25:1
**recorded** [2] - 23:18,
28:3
**regard** [15] - 6:3, 7:10,
7:20, 8:13, 8:17, 8:21,
9:22, 10:8, 10:18, 11:17,
17:24, 18:4, 19:6, 21:20,
21:23
**regarding** [3] - 9:5,
10:19, 12:13
**Regarding** [1] - 11:7
**remain** [2] - 2:9, 4:14
**Remaining** [4] - 12:7,
12:16, 18:13, 19:5
**Reported** [1] - 1:23
**Reporter** [1] - 28:15
**REPORTER'S** [1] - 28:1
**Reports** [1] - 27:17
**represented** [1] - 24:25
**requesting** [1] - 25:1
**respect** [65] - 5:8, 6:6,
7:9, 9:13, 10:14, 11:3,
11:10, 12:3, 12:9, 12:13,
12:23, 13:1, 13:5, 13:9,
13:13, 13:16, 13:20,
14:3, 14:6, 14:12, 14:15,
14:18, 14:21, 14:25,
15:3, 15:5, 15:6, 15:9,
15:10, 15:13, 15:17,
15:20, 16:2, 16:14,
16:16, 16:22, 17:10,
17:11, 17:13, 17:17,
18:14, 18:19, 18:20,
18:23, 19:2, 19:5, 19:9,

19:10, 19:14, 19:16,
19:21, 19:25, 20:10,
20:11, 20:13, 20:14,
20:17, 20:20, 21:5, 21:7,
21:11, 21:15, 21:16,
21:18
**respond** [1] - 4:17
**responsibilities** [1] -
24:12
**result** [3] - 16:20, 19:18,
21:8
**resulted** [7] - 18:6,
18:10, 18:24, 19:22,
20:3, 20:7, 21:12
**resulting** [5] - 16:3,
16:16, 18:3, 19:13, 21:4
**retaliation** [2] - 4:11, 21:23
**return** [2] - 4:11, 25:15
**review** [1] - 25:5
**RHODES** [1] - 26:19
**Rhodes** [2] - 1:17,
26:18
**rise** [1] - 4:5
**robbery** [5] - 18:11,
19:3, 19:23, 20:8, 21:13
**Robert** [1] - 1:16
**role** [2] - 2:24, 25:24
**roll** [1] - 3:3
**Room** [1] - 1:24
**room** [2] - 24:20, 25:15
**RPR** [1] - 1:24
**rulings** [1] - 25:2

## S

**salute** [2] - 25:12, 26:1
**sat** [1] - 25:9
**saw** [1] - 2:13
**schedule** [4] - 24:23,
26:2, 26:7, 26:8
**seat** [1] - 26:3
**seated** [1] - 4:14
**second** [9] - 6:9, 6:17,
7:5, 7:15, 7:25, 8:9,
8:25, 9:9, 10:2
**sentence** [2] - 25:3,
25:4
**sentencing** [5] - 24:23,
24:24, 26:8, 27:15, 27:18
**sentencings** [1] - 26:2
**separate** [1] - 26:8
**seriousness** [1] - 24:13
**service** [4] - 24:9,
24:15, 24:21, 25:11
**set** [1] - 26:4
**Seven** [5] - 3:15, 5:21,
9:21, 9:23, 23:2
**several** [1] - 25:22
**shall** [2] - 4:3, 4:4

**SHAWN** [1] - 1:8
**Shawn** [12] - 3:2, 5:4,
8:17, 9:17, 9:22, 17:23,
17:24, 19:10, 20:14,
21:5, 21:16, 23:25
**sheet** [4] - 4:6, 4:18,
22:2, 25:19
**SHELLY** [1] - 1:8
**Shelly** [10] - 3:2, 5:1,
8:14, 9:13, 12:13, 17:20,
18:14, 19:6, 20:11, 23:22
**SHELTON** [1] - 1:7
**Shelton** [13] - 3:2, 4:23,
6:13, 7:10, 8:4, 9:5,
14:22, 18:16, 18:20,
20:1, 21:20, 21:24, 23:20
**shown** [1] - 25:23
**signature** [1] - 28:10
**signed** [2] - 4:6, 22:2
**Six** [7] - 3:13, 5:19,
8:19, 9:4, 9:14, 9:17,
22:24
**skipped** [1] - 18:16
**stand** [1] - 14:2
**start** [1] - 26:12
**starts** [1] - 2:1
**STATES** [2] - 1:1, 1:5
**States** [1] - 3:1
**stenographically** [1] -
28:4
**stick** [1] - 24:20
**Street** [1] - 1:25
**submission** [1] - 2:13
**subsequent** [1] - 26:9
**sufficient** [1] - 26:4
**sufficiently** [1] - 26:6
**suggest** [1] - 2:15

## T

**Ten** [7] - 3:21, 15:5,
15:9, 15:13, 15:17,
15:20, 23:11
**thankful** [1] - 25:11
**THE** [312] - 1:1, 1:2, 2:4,
2:17, 2:20, 2:22, 2:25,
3:5, 3:7, 3:9, 3:11, 3:13,
3:15, 3:17, 3:19, 3:21,
3:23, 3:25, 4:2, 4:5, 4:7,
4:8, 4:11, 4:22, 4:23,
4:25, 5:1, 5:3, 5:4, 5:6,
5:7, 5:10, 5:11, 5:12,
5:13, 5:14, 5:15, 5:16,
5:17, 5:18, 5:19, 5:20,
5:21, 5:22, 5:23, 5:24,
5:25, 6:1, 6:2, 6:5, 6:6,
6:8, 6:9, 6:10, 6:11,
6:14, 6:15, 6:16, 6:17,
6:18, 6:19, 6:22, 6:23,

6:24, 6:25, 7:2, 7:3, 7:4,
7:5, 7:6, 7:7, 7:8, 7:9,
7:12, 7:13, 7:14, 7:15,
7:16, 7:17, 7:18, 7:19,
7:22, 7:23, 7:24, 7:25,
8:1, 8:2, 8:3, 8:4, 8:6,
8:7, 8:8, 8:9, 8:10, 8:11,
8:12, 8:13, 8:15, 8:16,
8:18, 8:19, 8:22, 8:23,
8:24, 8:25, 9:1, 9:2, 9:3,
9:4, 9:6, 9:7, 9:8, 9:9,
9:10, 9:11, 9:12, 9:13,
9:16, 9:17, 9:20, 9:21,
9:24, 9:25, 10:1, 10:2,
10:3, 10:4, 10:5, 10:6,
10:9, 10:10, 10:13,
10:14, 10:16, 10:17,
10:20, 10:21, 10:23,
10:24, 11:2, 11:3, 11:6,
11:7, 11:9, 11:10, 11:12,
11:13, 11:16, 11:17,
11:20, 11:21, 11:23,
11:24, 12:1, 12:2, 12:6,
12:7, 12:11, 12:12,
12:15, 12:16, 12:19,
12:20, 12:22, 12:23,
12:25, 13:1, 13:4, 13:5,
13:8, 13:9, 13:12, 13:13,
13:15, 13:16, 13:19,
13:20, 13:22, 13:23,
14:1, 14:2, 14:5, 14:6,
14:9, 14:10, 14:14,
14:15, 14:17, 14:18,
14:20, 14:21, 14:24,
14:25, 15:2, 15:3, 15:4,
15:5, 15:8, 15:9, 15:12,
15:13, 15:16, 15:17,
15:19, 15:20, 15:23,
15:24, 16:1, 16:2, 16:5,
16:6, 16:9, 16:10, 16:13,
16:14, 16:18, 16:19,
16:21, 16:22, 16:25,
17:1, 17:3, 17:4, 17:6,
17:7, 17:9, 17:10, 17:12,
17:13, 17:16, 17:17,
17:19, 17:20, 17:22,
17:23, 18:1, 18:2, 18:5,
18:6, 18:8, 18:9, 18:12,
18:13, 18:18, 18:21,
18:22, 19:1, 19:2, 19:4,
19:5, 19:8, 19:9, 19:11,
19:12, 19:15, 19:16,
19:20, 19:21, 19:24,
19:25, 20:2, 20:3, 20:5,
20:6, 20:9, 20:10, 20:12,
20:13, 20:15, 20:16,
20:19, 20:20, 20:23,
20:24, 21:2, 21:3, 21:6,
21:7, 21:10, 21:11,
21:14, 21:15, 21:17,
21:18, 21:21, 21:22,

21:25, 22:1, 22:4, 22:5,
22:6, 22:8, 22:9, 22:12,
22:15, 22:18, 22:21,
22:24, 23:2, 23:5, 23:8,
23:11, 23:14, 23:17,
24:8, 25:21, 26:17,
26:21, 27:2, 27:8, 27:10,
27:15
**thereto** [1] - 23:19
**Thomas** [1] - 1:20
**Three** [3] - 3:7, 5:13,
6:19, 6:20, 6:23, 22:15
**Thursday** [2] - 27:4,
27:10
**tirelessly** [1] - 25:25
**toil** [1] - 25:25
**transcribed** [1] - 28:7
**transcript** [1] - 28:7
**trial** [1] - 25:8
**Trial** [1] - 26:6
**Two** [7] - 3:5, 5:11, 6:2,
6:6, 6:11, 18:17, 22:12
**two** [1] - 27:3

## U

**U.S** [1] - 1:24
**unanimous** [1] - 2:23
**unanimously** [8] -
11:14, 13:23, 15:14,
17:14, 18:10, 19:17,
20:6, 20:24
**under** [5] - 11:22, 12:2,
12:7, 14:6, 18:17
**underlying** [9] - 15:11,
15:15, 15:21, 15:24,
17:7, 17:15, 17:18,
20:21, 20:25
**UNITED** [2] - 1:1, 1:5
**United** [1] - 3:1
**up** [1] - 4:15
**USA** [1] - 28:4

## V

**verdict** [14] - 2:4, 2:7,
2:11, 2:23, 2:25, 4:6,
4:11, 4:13, 4:16, 4:18,
22:2, 23:17, 23:18, 25:19
**verdicts** [25] - 4:3, 22:6,
22:7, 22:9, 22:10, 22:12,
22:13, 22:16, 22:19,
22:22, 22:24, 22:25,
23:3, 23:6, 23:9, 23:11,
23:12, 23:15
**versus** [1] - 3:1
**violence** [7] - 14:16,
15:1, 15:11, 15:22, 17:5,
17:15, 20:22

**visit** [1] - 24:19
**voice** [1] - 4:14
**VOLUME** [1] - 1:11

## W

**wait** [1] - 25:16
**Wayne** [8] - 5:1, 8:14, 9:13, 12:13, 17:20, 18:15, 19:7, 20:11
**WAYNE** [1] - 1:8
**ways** [1] - 24:11
**week** [1] - 27:3
**welcomes** [1] - 2:5
**West** [1] - 1:25
**Whereof** [1] - 28:9
**willful** [7] - 16:7, 16:20, 18:7, 18:24, 19:18, 20:4, 21:8
**WILLIE** [1] - 1:7
**Willie** [12] - 3:1, 4:20, 6:4, 7:1, 7:21, 8:21, 10:8, 15:6, 18:4, 19:14, 23:19, 28:4
**wish** [1] - 26:5
**Witness** [1] - 28:9
**witness** [1] - 21:23
**WITNESS** [1] - 22:5
**works** [1] - 27:4

## X

**XXXVI** [2] - 1:11

## Y

**years** [1] - 25:10

## Z

**Zajac** [3] - 1:24, 28:3, 28:14